UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) | No. 10 MD 2196-JZ |
| THIS DOCUMENT RELATES TO:<br>Vicky's Furniture, Inc. v. Hickory Springs Manufacturing Company, 1:10-pf-10007-JZ and Susan Gomez v. Hickory Springs Manufacturing Company, et al., 1:11 cv 00166 | ) ) ) ) ) | Hon. Jack Zouhary |

**ORDER ON CONSENT MOTION OF INDIRECT PURCHASER PLAINTIFFS TO EXTEND THE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

Indirect Purchaser Plaintiffs have moved with the Consent of Defendants to modify the schedule by which time to file the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, the briefing schedule related to that motion and for modification of the date for Initial 26(a) Disclosures and as a professional courtesy, Direct Purchaser Plaintiffs consent to the modification of the Initial 26(a) disclosure date (March 15, 2011) from the Initial Case Management Order dated January 20, 2011, to April 5, 2011;

Accordingly, it is ORDERED:

1. The schedule for Initial 26(a) Disclosures, the time for Indirect Purchaser Plaintiffs to file a Consolidated Amended Complaint and the schedule for briefing any motions to dismiss related to that complaint shall be as follows:

   | | |
   |---|---|
   | Indirect Purchaser CAC | March 21, 2011 |
   | Initial 26(a) disclosures For Indirect Purchaser Actions | April 5, 2011 |
   | Defendants to Answer or move to Indirect Purchaser CAC | May 6, 2011 |

| | |
|---|---|
| Indirect Purchaser Plaintiffs' Opposition to any such motion | May 23, 2011 |
| Any reply in support of such motion in the Indirect Purchaser Cases | June 1, 2011 |

2. The deadline for initial disclosures in the Direct Purchaser case is similarly adjusted to April 5, 2011.

3. Nothing in the foregoing shall alter or amend the existing deadline for the Direct Purchaser Plaintiffs to file their Consolidated Amended Complaint, or the Defendants' time to Answer or move against the Direct Purchaser Consolidated Amended Complaint, or the briefing schedule for any such motion.

4. The Initial Case Management Conference Order shall remain in effect with respect to the Direct Purchaser Action and the Indirect Purchaser actions, and the term "CAC" in paragraphs 24 - 27 of that Order shall continue to include the Indirect Purchaser CAC with respect to Indirect Purchaser actions.

SO ORDERED.

Dated:  February 24, 2011

                                                                  s/ Jack Zouhary
                                            Honorable Jack Zouhary, U.S.D.J.