**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to: | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ)<br><br>**NOTICE OF APPEARANCE OF AARON M. SHEANIN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Aaron M. Sheanin of the law firm of PEARSON, SIMON, WARSHAW & PENNY, LLP hereby appears in this action as additional counsel on behalf of Plaintiff Foam Factory, Inc. Plaintiff Foam Factory, Inc. respectfully requests that all pleadings and other documents be addressed to and served upon Aaron M. Sheanin using the contact information set forth below, in addition to Plaintiff Foam Factory, Inc.'s other counsel in this action.

Aaron M. Sheanin<br>
Pearson, Simon, Warshaw & Penny, LLP<br>
44 Montgomery Street, Suite 2450<br>
San Francisco, CA 94104<br>
Email: asheanin@pswplaw.com<br>
Telephone: (415) 433-9000<br>
Facsimile: (415) 433-9008

DATED: April 6, 2011           **PEARSON, SIMON, WARSHAW & PENNY, LLP**

By: /s/ *Bruce L. Simon*
    BRUCE L. SIMON
Attorneys for Plaintiff Foam Factory, Inc.

825327.1