**CERTIFICATE OF SERVICE**

     I hereby certify that on April 11, 2011, copies of the foregoing Corporate Disclosure Statements for Defendants Domfoam International, Inc. and Valle Foam Industries (1995) Inc. were filed electronically. Notice of these filings will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                                      _/s/ Elliot A. Silver_____  
                                                      Elliot A. Silver  
                                                      Skadden, Arps, Slate,  
                                                      Meagher & Flom LLP  
                                                      Four Times Square  
                                                      New York, NY 10036  
                                                      Phone: (212) 735-3000  
                                                      Fax: (212) 735-2000  
                                                      E-mail: elliot.silver@skadden.com