**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | )<br>)<br>)<br>) MDL Docket No. 2196<br>) Index No. 10-MD-2196 (JZ)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION REGARDING PAGE LIMITATIONS**
**FOR BRIEFING ASSOCIATED WITH MOTIONS TO DISMISS THE DIRECT**
**PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

The Direct Purchaser Plaintiffs' Consolidated Amended Complaint ("CAC") names 26 different Defendants and approximately 14 Defendant "families."[1] Under the Initial Case Management Conference Order ("CMO") (Dkt. #17) and Local Rule 7.1(f), "memoranda [relating to dispositive motions] shall not exceed thirty (30) pages for complex cases." Being mindful of the Court's desire not to have duplicative briefing and in an effort not to overburden the Court with unnecessary papers, Defendants Carpenter Co. (sued as "The Carpenter Company"), E.R. Carpenter, L.P., Carpenter Holdings, Inc., Domfoam International, Inc., Valle Foam Industries (1995), Inc., Flexible Foam Products, Inc., Ohio Decorative Products, Inc., FXI – Foamex Innovations, Inc., Future Foam, Inc., Hickory Springs Manufacturing Company, Inoac USA Inc., Crest Foam Industries, Inc., Leggett & Platt, Incorporated, Mohawk Industries, Inc., Otto Bock Polyurethane Technologies, Inc., Plastomer Corporation, Vitafoam Products Canada Limited, Vitafoam, Inc., Woodbridge Foam Corporation, Woodbridge Sales and Engineering,

---

[1] Defendant Scottdel is in Receivership, and Defendant Individuals Louis Carson and David Carson have not participated in these discussions.

Inc., and Woodbridge Foam Fabricating, Inc. ("Defendants") have coordinated on a "joint issues" brief in support of Motions to Dismiss the CAC, thereby making it possible for Defendants to address issues unique to specific individual Defendant "families" in significantly streamlined and shortened individual briefs.

Because the "Joint Brief" exceeds the 30 page limitation set forth by the Local Rules and the CMO and the mechanism of filing a coordinated joint brief addressing common issues supplemented by short, individual briefs on Defendant-specific issues differs from the briefing procedures established by the Local Rules and CMO, for purposes of briefing the Motions to Dismiss the CAC, Defendants move the Court for amendment of the CMO as follows:

Defendants shall have up to 45 pages for a "common issues" brief in support of their Motions to Dismiss and an additional 130 pages total for individual briefs (roughly 9 pages per Defendant family) to be allocated as Defendants may agree.

The Direct Purchaser Plaintiffs shall have up to 65 pages to oppose the joint brief and a total of 150 pages to oppose Defendants' individual briefs.

Defendants shall have up to 20 pages to file a joint reply to the Direct Purchaser Plaintiffs' opposition to the common issues brief, and may also file individual reply briefs not to exceed 7 pages per Defendant family.

Defendants have conferred with Lead Counsel for the Direct Purchaser Plaintiffs as to these proposed limitations and they have no objection if the proposal pleases the Court. Defendants therefore respectfully request an amendment to the CMO as described.

April 11, 2011                                    Respectfully submitted,


/s/ James H. Walsh                                /s/ Kendall Millard
James H. Walsh                                    Kendall Millard
Anne Whittemore                                   BARNES & THORNBURG, LLP
Howard Feller                                     11 South Meridian Street
Bethany Lukitsch                                  Indianapolis, IN 46204-3535
MCGUIREWOODS LLP                                  Phone: (317) 231-7461
One James Center                                  Fax:   (317) 231-7433
901 East Cary Street                              kmillard@btlaw.com
Richmond, VA 23219-4030
Phone: (804) 775-4356                             /s/  Michael D. Mustard
Fax:   (804) 698-2200                             Michael D. Mustard
jwalsh@mcguirewoods.com                           HUNT SUEDHOFF KALAMAROS LLP
awhittemore@mcguirewoods.com                      803 S. Calhoun, 9th Floor
hfeller@mcguirewoods.com                          P.O. Box 11489
blukitsch@mcguirewoods.com                        Phone: (260) 423-1311
                                                  Fax:   (260) 399-2595
                                                  mmustard@hsk-law.com

*Counsel for Carpenter Co., E.R.*                 *Counsel for Flexible Foam Products, Inc.,*
*Carpenter, L.P., Carpenter Holdings, Inc.*       *Ohio Decorative Products, Inc.*

/s/  Frank A. Hirsch, Jr.                         /s/  Edward G. Warin
Frank A. Hirsch, Jr.                              Edward G. Warin
Matthew P. McGuire                                John P. Passarelli
ALSTON & BIRD LLP                                 KUTAK ROCK LLP
4721 Emperor Blvd.                                1650 Farnam Street
Suite 400                                         Omaha, NE 68102
Durham, NC 27703                                  Phone: (402) 346-6000
Phone: (919) 862-2200                             Fax:   (402) 346-1148
Fax:   (919) 852-2260                             edward.warin@kutakrock.com
frank.hirsch@alston.com                           john.passarelli@kutakrock.com
matt.mcguire@alston.com

*Counsel for Defendant Hickory Springs*           *Counsel for Defendant Future Foam, Inc.*
*Manufacturing Company*

3

/s/ Howard B. Iwrey
Howard B. Iwrey
DYKEMA GOSSETT, PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304-2820
Phone: (248) 203-0526
Fax: (248) 203-0763

*Counsel for Defendants Inoac USA Inc. and Crest Foam Industries, Inc.*

/s/ Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2118
Fax: (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for Defendant FXI - Foamex Innovations, Inc.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2227
jrebein@shb.com

*Counsel for Defendant Leggett & Platt, Inc.*

/s/ Richard A. Duncan
Richard A. Duncan
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
rduncan@faegre.com

*Counsel for Defendant Otto Bock Polyurethane Technologies, Inc.*

| | |
|---|---|
| /s/ Robert J. Gilmer, Jr.<br>Robert J. Gilmer, Jr.<br>Eastman & Smith Ltd.<br>One SeaGate, 24th Floor<br>P.O. Box 10032<br>Toledo, Ohio 43699-0032<br>Phone: (419) 247-1766<br>Fax:  (419) 247-1777<br>rjgilmer@eastmansmith.com<br><br>/s/ Timothy J. Coleman<br>Timothy J. Coleman<br>Bruce McCulloch<br>Terry Calvani<br>John K. Warren<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Avenue, NW<br>Suite 600<br>Washington DC 20004-2692<br>Phone: (202) 777-4555<br>Fax:  (202) 777-4555<br>tim.coleman@freshields.com | /s/ Daniel G. Swanson<br>Daniel G. Swanson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-6690<br>Fax:  (213) 229-6919<br>dsawnson@gibsondunn.com<br><br>Cynthia Richman<br>John W.F. Chesley<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Phone: (202) 530-8500<br>Fax:  (202) 530-9651<br>crichman@gibsondunn.com<br>jchesley@gibsondunn.com |
| *Counsel for Vitafoam, Inc. and Vitafoam Products Canada Ltd..* | *Counsel for Woodbridge Foam Corporation, Woodbridge Sales and Engineering, Inc., and Woodbridge Foam Fabricating, Inc.* |

| | |
|---|---|
| /s/   Randall L. Allen | /s/   Sheldon Klein |
| Randall L. Allen | Sheldon Klein |
| Teresa T. Bonder | BUTZEL LONG |
| Erica F. Ghali | Stoneridge West |
| ALSTON & BIRD LLP | 4100 Woodward Ave. |
| One Atlantic Center | Bloomfield Hills, MI 48304 |
| 1201 W. Peachtree St. | Phone:  (248) 258-1414 |
| Atlanta, GA 30309 | Fax:     (248) 258-1439 |
| Phone:  (404) 881-7000 | klein@butzel.com |
| Fax:     (404) 881-7777 | |
| randall.allen@alston.com | |
| teresea.bonder@alston.com | |
| erica.ghali@alston.com | |

*Counsel for Mohawk Industries, Inc.*        *Counsel for Defendant Plastomer Corporation*

/s/  Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax:    (212) 735-2000
shepard.goldfein@skadden.com
elliot.silver@skadden.com

*Counsel for Domfoam International, Inc.
and Valle Foam Industries (1995) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing was served on April 11, 2011 via the Court's CM/ECF system.

_____/s/ Bethany G. Lukitsch_____