**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

**(PROPOSED) ORDER GRANTING MOTION**
**REGARDING PAGE LIMITATIONS AND AMENDING**
**THE INITIAL CASE MANAGEMENT CONFERENCE ORDER**

The Court, having reviewed Defendants' Motion Regarding Page Limitations for Briefing Associated with Motions to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, hereby GRANTS the motion and ORDERS Paragraph 27 of the Initial Case Management Conference Order (Dkt. #17) amended to add the following language:

(a) Defendants shall have up to 45 pages for a "common issues" brief in support of their Motions to Dismiss and an additional 130 pages total for individual briefs (roughly 9 pages per Defendant family) to be allocated as Defendants may agree;

(b) The Direct Purchaser Plaintiffs shall have up to 65 pages to oppose the joint brief and a total of 150 pages to respond to Defendants' individual briefs; and

(c) Defendants shall have up to 20 pages to file a joint reply to the Direct Purchaser Plaintiffs' opposition to the common issues brief, and may also file individual reply briefs not to exceed 7 pages per Defendant family.

2

SO ORDERED


DATED:_____


                                                    _____
                                                    The Honorable Judge Jack Zouhary
                                                    United States District Judge