**CERTIFICATE OF SERVICE**

     I hereby certify that on April 12, 2011, a copy of the foregoing Defendants Domfoam International, Inc. and Valle Foam Industries (1995) Inc.'s Motion to File Under Seal was served electronically. Notice of these filings will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                                 /s/ Elliot A. Silver_____
Elliot A. Silver
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
E-mail: elliot.silver@skadden.com