**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

---

|  |  |
|---|---|
| | MDL Docket No. 2196 |
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | Index No. 10 MD 2196 (JZ) |
| This document relates to:<br>*Martin Furniture & Bedding, Inc. v. Foamex Innovations, Inc., et al.*, No. 1:11-pf-10005-JZ | **CORPORATE DISCLOSURE STATEMENT OF OTTO BOCK POLYURETHANE TECHNOLOGIES, INC.** |

---

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Defendant Otto Bock Polyurethane Technologies, Inc.

1.      Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

_____ Yes            __X__ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: N/A

2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

_____ Yes            __X__ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest: N/A

Dated: April 12, 2011

FAEGRE & BENSON LLP

/s/ Richard A. Duncan

Richard A. Duncan, MN# 192983
  *rduncan@faegre.com*
Aaron D. Van Oort, MN# 315539
  *avanoort@faegre.com*
Emily E. Chow, MN# 0388239
  *echow@faegre.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

and

Robert A. Bunda, OH# 0019775
  *rabunda@bsd-law.com*
Theresa R. DeWitt, OH# 0010171
  *trdewitt@bsd-law.com*
Bunda Stutz & DeWitt PLL
3295 Levis Commons Boulevard
Perrysburg, OH 43551
Telephone: (419) 241-2777
Facsimile: (419) 241-4697

**ATTORNEYS FOR OTTO BOCK
POLYURETHANE TECHNOLOGIES, INC.**

fb.us.6613734.01