## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2011, a copy of the foregoing **Corporate Disclosure Statement for Defendant Otto Bock Polyurethane Technologies, Inc**. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

Dated: April 12, 2011                                        /s/ Emily E. Chow