IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION )<br>)<br>)<br>) | MDL Docket No. 2196 |
| ) | Index No. 10-MD-2196 (JZ) |
| This document relates to: )<br>) |  |
|     Direct Purchaser Cases )<br>) |  |

**ORDER**

The Court, having reviewed *Defendants Domfoam International, Inc. and Valle Foam Industries (1995) Inc.'s Motion to File Under Seal* (Dkt. No. ) dated April 12, 2011, hereby ORDERS that the request is granted and that Domfoam International, Inc. and Valle Foam Industries (1995) Inc. may file under seal their Motion and Memorandum of Law in Support of Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Exhibit A to the Declaration of Shepard Goldfein.

SO ORDERED.

s/ Jack Zouhary     4/12/11

Hon. Jack Zouhary
United States District Judge