IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re POLYURETHANE FOAM ANTITRUST
LITIGATION

MDL Docket No. 2196
Index No. 10-MD-2196 (JZ)

This document relates to:
ALL CASES

ORDER GRANTING MOTION REGARDING
PAGE LIMITATIONS AS MODIFIED AND AMENDING
THE INITIAL CASE MANAGEMENT CONFERENCE ORDER

The Court, having reviewed Defendants' Motion Regarding Page Limitations for Briefing Associated with Motions to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, hereby GRANTS the motion as modified and ORDERS Paragraph 27 of the Initial Case Management Conference Order (Docket No[ 17]) amended to add the following language:

(a) Defendants shall have up to **50 pages** for a "common issues" brief in support of their Motions to Dismiss and an additional **75 pages total** for individual briefs to be allocated as Defendants may agree;

(b) The Direct Purchaser Plaintiffs shall have up to **50 pages** to oppose the joint brief and a total of **75pages** to respond to Defendants' individual briefs; and

(c) Defendants shall have up to a total of **25 pages** to file a joint reply to the

Direct Purchaser Plaintiffs' opposition to the common issues brief.

The Court will likely consider oral arguments on Defendants' Motion, time and date to be discussed later.

IT IS SO ORDERED.

 s/ Jack Zouhary
 U.S. District Judge
 April 14, 2011