# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) | MDL Docket No. 2196 |
| THIS DOCUMENT RELATES TO: ) ) | Index No. 10 MD 2196 (JZ) |
| ALL CASES ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Manuel J. Dominguez in the above-captioned matter on behalf of Plaintiff Martin Furniture and Bedding, Inc.

Dated: April 14, 2011                    Respectfully submitted,

                                                /s/ Manuel J. Dominguez
                                                Manuel J. Dominguez
                                                BERMAN DEVALERIO
                                                Ste. 200
                                                3507 Kyoto Gardens Drive
                                                Palm Beach Gardens, Florida 33410
                                                Telephone: (561) 835-9400
                                                Facsimile: (561) 835-0322
                                                Email: jdominguez@bermandevelario.com

*Counsel for Martin Furniture and Bedding, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants by first class mail on April 14, 2011.

    /s/ Manuel J. Dominguez
Manuel J. Dominguez