UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION )<br>)<br>)<br>v. )<br>)<br>This document relates to: )<br>ALL CASES )<br>) | Case No. __10-MD-2196 (JZ)__<br><br>Corporate Disclosure Statement |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Carpenter Holdings, Inc.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   _____ Yes     __x__ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes     __x__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

/s/ James H. Walsh                                          April 14, 2011
(Signature of Counsel)                                    (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, a copy of the foregoing Corporate Disclosure Statement of Defendant Carpenter Holdings, Inc. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Bethany G. Lukitsch
Bethany G. Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4711
Fax: (804) 698-2261
blukitsch@mcguirewoods.com