**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Sealy Corporation, et al v. Carpenter Co., et al, Case No: 1:11-pf-10007 (JZ) (N.D. Ohio) | MDL Docket No. 2196<br><br>Index No. 10-MD-2196 (JZ)<br><br>Judge Jack Zouhary |

**THE SEALY PLAINTIFFS' NOTICE OF WITHDRAWAL
OF OBJECTION TO THE PROPOSED JOINT PRETRIAL SCHEDULE**

Direct Action (non-class) Plaintiffs Sealy Corporation, Select Comfort Corporation, Simmons Bedding Company, Tempur-Pedic International, Inc. and La-Z-Boy Incorporated (the Sealy Plaintiffs") submit this Notice of Withdrawal of their Objection (Dk. 66) to the Class proposed Joint Scheduling Order (Dk. 65) on April 27, 2011 in open Court.

On April 11, 2011, the Sealy Plaintiffs filed an Objection (Dk. 66) to the proposed Joint Scheduling Order. (Dk. 65). At a hearing on April 27, 2011, the Sealy Plaintiffs explained in open Court that they did not seek to change the milestones already in the proposed Joint Scheduling Order, but rather they sought the addition of milestones after the class certification ruling for expert merits discovery, summary judgment and *Daubert* motions, and a final pretrial conference to accommodate all of the parties in the case, including the Sealy Plaintiffs, and in the interest of the efficient progress of the case. We explained in open Court that it is apparent to us that we should confer further with class and defense counsel about the addition of these other milestones, and thus withdrew our Objection in open Court. We do not know whether

KENNY NACHWALTER, P.A.

this portion of the proceedings were transcribed, and thus file this Notice merely to document for the record our withdrawal of the Objection in open Court on April 27, 2011.

Dated: April 29, 2011

Respectfully submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire*
James T. Almon, Esquire
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail: wblechman@kennynachwalter.com

By: _____
William J. Blechman

***Counsel for Direct Action (non-class) Plaintiffs***

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via e-mail on Liaison Counsel for Defendants this 29th day of April, 2011.

_____
William J. Blechman

*LICENSED TO PRACTICE LAW IN MA, UT, DC AND NY; NOT LICENSED IN FLORIDA.

406033.1

KENNY NACHWALTER, P.A.