**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

_____
                                                      )
In re POLYURETHANE FOAM ANTITRUST    )
LITIGATION                                               )         MDL Docket No. 2196
_____)         Index No. 10-MD-2196 (JZ)
                                                      )
This document relates to:                         )         **JURY TRIAL DEMANDED**
                                                      )
ALL CASES                                           )
_____)


### DIRECT PURCHASER PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OMNIBUS RESPONSE TO DEFENDANTS' SEPARATELY FILED MEMORANDA IN SUPPORT OF THEIR MOTIONS TO DISMISS

Pursuant to Rule 201 of the Federal Rules of Evidence, the above-captioned Plaintiffs hereby request that the Court take judicial notice of the following exhibits.  The exhibits were filed in the United States Bankruptcy Court for the District of Delaware in *In re Foamex International, Inc.*, Case No. 09-10560.  Documents filed in a bankruptcy case may be judicially noticed.  *See Sanders Confectionary Prods., Inc. v. Heller Fin., Inc.*, 973 F.2d 474, 480 n.3 (6th Cir. 1992).

| Exhibit Letter | Bankruptcy Case | Docket No. | Description |
|---|---|---|---|
| A | *Foamex International* | 242 | Foamex International, Inc. Schedules of Assets and Liabilities |
| B | *Foamex International* | 246 | Foamex L.P. Schedules of Assets and Liabilities |
| C | *Foamex International* | 314 | Affidavit of Service of Sale Procedures Order (dated 4/14/09) |
| D | *Foamex International* | 332 | Affidavit of Service of Sale Procedures Order (dated 4/17/09) |
| E | *Foamex International* | 333 | Affidavit of Service of Sale Procedures Order (dated 4/17/09) |
| F | *Foamex International* | 367 | Affidavit of Service of Sale Procedures Order (dated 5/4/09) |
| G | *Foamex International* | 426 | Affidavit of Erin Ostenson of publication in *The Wall Street Journal* |

| H | *Foamex International* | 712 | Motion to Dismiss Chapter 11 Cases |
| I | *Foamex International* | 715 | Affidavit of Mailing of Motion to Dismiss Chapter 11 Cases |

DATED: May 2, 2011

Respectfully Submitted,

/s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
Phone:  202-237-5607
Fax:      202-237-6131

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone:  212-849-7165
Fax:      212-849-7100

*Direct Purchaser Plaintiffs' Interim Co-Lead Counsel*

Stanley Bernstein
BERNSTEIN LIEBHARD LLP
Bernstein Liebhard LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Phone: 212-779-1414
Fax:     212-779-3218

Michael Hausfeld
HAUSFELD LLP
1700 K Street, NW Suite 650
Washington, DC 20006
Phone: 202-540-7200
Fax:     202-540-7201

Mindee Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Phone: 215-545-7200
Fax:     215-545-6535

Brian Strange
STRANGE & CARPENTER
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Phone: 310-207-5055
Fax:     310-826-3210

Robert Eisler
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Phone: 302-622-7000
Fax:     302-622-7100

Hollis Salzman
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Phone: 212-907-0700
Fax:     212-818-0477

Bruce Simon
PEARSON, SIMON, WARSHAW & PENNY,
     LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Phone:  415-433-9000
Fax:     415-433-9008

Stephen Weiss
SEEGER WEISS LLP
One William Street
New York, NY 10004
Phone: 212-584-0700
Fax:     212-584-0799

*Executive Committee for the Direct Purchaser Plaintiffs*