UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) | MDL Docket No. 2196 |
| | Index No. 10 MD 2196 (JZ) |
| THIS DOCUMENT RELATES TO: ) Johs, et al., v. Hickory Springs Manufacturing ) Company, et al., 1:11-pf-10003-JZ ) ) | |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Please take notice that Plaintiff, Mike Hudson, pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above-entitled action without prejudice as to his claims only.

Dated: May 4, 2011

Mike Hudson

By: s/ Martin D. Holmes
Martin D. Holmes (TN Bar # 012122)
M. Reid Estes, Jr. (TN Bar # 009043)
**DICKINSON WRIGHT PLLC**
424 Church Street
Suite 1401
Nashville, TN 37219
(615) 244-6538
Email: mdholmes@dickinsonwright.com
restes@dickinsonwright.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011, a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

s/ Martin D. Holmes
Martin D. Holmes

NASHVILLE 49791-1 407711