UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ) | MDL Docket No. 2196 | |
| In re POLYURETHANE FOAM ) | | |
| ANTITRUST LITIGATION ) | Index No. 1:10-md-02196-JZ | |
| ) | | |
| ) | | |
| This document relates to: ) | Hon. Jack Zouhary | |
| ) | | |
| ALL CASES ) | | |
| ) | | |

### DEFENDANT HICKORY SPRINGS MANUFACTURING'S
### MOTION TO WITHDRAW JENNIE C. BOSWELL AS ATTORNEY OF RECORD

Defendant Hickory Springs Manufacturing Company ("Hickory Springs") hereby moves the Court to withdraw the appearance of Jennie C. Boswell of the firm of Alston & Bird LLP as its attorney in the above-captioned matter. Ms. Boswell has left the firm of Alston & Bird LLP. Frank A. Hirsch, Jr. and Matthew P. McGuire of the firm of Alston & Bird LLP will remain as attorneys of record for Hickory Springs in this matter.

Further, Ms. Boswell will no longer serve as attorney of record in the following matters:

*Piazza's Carpet & Tile Shop, Inc. v. Hickory Springs Manufacturing Company*, et al;
5:10-cv-00111-RLV

*Jamestown Mattress Co., Inc. v. Hickory Springs Manufacturing Company, et al.;*
5:10-cv-00113-RLV

*Thompson Trading Company v. Hickory Springs Manufacturing Company, et al.;*
5:10-cv-00114-RLV

*Shore-Line Carpet Supplies, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00115-RLV

*V&M, Inc. doing business as Costa International v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00116-RLV

*Martin Greenbaum Company, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00118-RLV

*Pandolfi House of Carpets, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00120-RLV

*T. Steven Lackey, Sharyn Lackey and J. Keith Stokes v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00122-RLV

*Suburban Floor Covering, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00125-RLV

*Robert Sims Enterprises, LLC v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00128-RLV

*Foam Empire, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00129-RLV

*Thoroughbred Carpets, Ltd. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00131-RLV

Mr. Hirsch and Mr. McGuire remain counsel of record in these matters.

WHEREFORE, Defendant Hickory Springs respectfully requests that the Court enter an Order granting its Motion to Withdraw Jennie C. Boswell as its attorney in the above-captioned action, as well as in the actions listed above.

Respectfully submitted this 6th day of May, 2011.

/s/ Matthew P. McGuire
Frank A. Hirsch, Jr. (NC Bar No. 13904)
Email:  frank.hirsch@alston.com
Matthew P. McGuire (NC Bar No. 20048)
Email:  matt.mcguire@alston.com
Heather Adams (NC Bar No. 25239)
Email:  heather.adams@alston.com
ALSTON & BIRD LLP
4721 Emperor Boulevard, Suite 400
Durham, North Carolina  27703-8580
(919) 862-2200 – Telephone
(919) 862-2260 – Facsimile

Attorneys for Defendant
HICKORY SPRINGS MANUFACTURING COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that on this date a copy of the foregoing **Defendant's Motion To Withdraw Jennie C. Boswell As Attorney Of Record** was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    This the 6th day of May, 2011.

                                        /s/ Matthew P. McGuire