IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

THIS CASE RELATES TO: *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation* – MDL No. 2197
*Master Docket No.*: 1:10-md-2197

| | |
|---|---|
| **BARBRA HARRISON MOLDER,** )<br>236 E. Norway Street )<br>Walnut Springs, TX 76690 )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>**DEPUY ORTHOPAEDICS, INC.** )<br>An Indiana Corporation )<br>700 Orthopaedic Drive )<br>Warsaw, Indiana 46581 )<br>)<br>Defendant. ) | Case No.:<br><br>Judge: David A. Katz<br><br>**ENTRY OF APPEARANCE** |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

DATED: May 3, 2011

_____
Signature

Michael J. Sobieray #18894-41 Indiana
Name

931 S. Rangeline Road, Carmel, IN 46032
Address

(317) 846-8999
Phone No.

(317) 843-1992
Fax No.

Mike@getstewart.com
E-Mail