# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION )<br>)<br>)<br>)<br>)<br>This document relates to: )<br>ALL INDIRECT PURCHASER CASES )<br>) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## DEFENDANT WOODBRIDGE SALES & ENGINEERING, INC.'S MOTION TO WITHDRAW JOHN W.F. CHESLEY AS ATTORNEY OF RECORD

Defendant Woodbridge Sales & Engineering, Inc. hereby moves the Court to withdraw the appearance of John W.F. Chesley of the Firm Gibson, Dunn & Crutcher LLP as its attorney in the above-captioned matter. Daniel G. Swanson, Cynthia E. Richman, and Allison C. Kop of the firm Gibson, Dunn & Crutcher LLP will remain as attorneys of record for Woodbridge Sales & Engineering, Inc. in this matter.

WHEREFORE, Defendant Woodbridge Sales & Engineering, Inc. respectfully requests that the Court enter an Order granting its Motion to Withdraw John W.F. Chesley as its attorney in the above-captioned matter.

Respectfully submitted,

  /s/ Daniel G. Swanson
Daniel G. Swanson
DSwanson@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229.7000

*Counsel for Woodbridge Foam Corporation,
Woodbridge Sales & Engineering, Inc., and
Woodbridge Foam Fabricating, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2011, a copy of the foregoing Motion to Withdraw John W.F. Chesley as Attorney of Record for Defendant Woodbridge Sales & Engineering, Inc. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

      /s/ Cynthia E. Richman
      Cynthia E. Richman

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*