UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) | No. 10 MD 2196-JZ |
| THIS DOCUMENT RELATES TO: INDIRECT PURCHASER ACTIONS | ) ) ) ) | Hon. Jack Zouhary |

**INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO THE MOTIONS TO DISMISS THE INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FILED BY DEFENDANTS CARPENTER CO., DOMFOAM INTERNATIONAL, INC., VALLE FOAM INDUSTRIES, INC., FLEXIBLE FOAM PRODUCTS, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., HICKORY SPRINGS MANUFACTURING COMPANY, VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM INC., WOODBRIDGE FOAM CORPORATION, WOODBRIDGE SALES & ENGINEERING, INC., AND WOODBRIDGE FOAM FABRICATING, INC.**

The Indirect Purchaser Plaintiffs hereby oppose the Motions to Dismiss filed by Defendants Carpenter Co., Domfoam International, Inc., Valle Foam Industries, Inc., Flexible Foam Products, Inc., Foamex Innovations, Inc., Future Foam, Inc., Hickory Springs Manufacturing Company, Vitafoam Products Canada Limited, Vitafoam Inc., Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc. (collectively "Individual Movants").

In support of their opposition to the Individual Movants' Motions to Dismiss, Plaintiffs rely upon the Indirect Purchaser Plaintiffs' Opposition To Defendants' Joint "Common Issues" Memorandum Of Law In Support Of Defendants' Motion To Dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, which is being filed concurrently, and also adopt the arguments made in the Direct Purchaser Plaintiffs' Opposition To Defendants' Joint Common Issues Memorandum In Support Of Motions To Dismiss Direct Purchaser Plaintiff's

Consolidated Amended Class Action Complaint (Dkt. No. 115) and the Direct Purchaser Plaintiffs' Omnibus Response To Defendants' Separately Filed Memoranda In Support Of Their Motions To Dismiss (Dkt. No. 114) to the extent that they are applicable to the issues in the motions to dismiss here.

May 23, 2011                                        Plaintiffs,

                                             */s/* Marvin A. Miller
                                             Marvin A. Miller
                                             Lori A. Fanning
                                             Matthew E. Van Tine
                                             **MILLER LAW LLC**
                                             115 S. LaSalle Street, Suite 2910
                                             Chicago, IL 60603
                                             Tele: (312) 332-3400
                                             Fax: (312) 676-2676
                                             Email: MMiller@MillerLawLLC.com
                                                          LFanning@MillerLawLLC.com
                                                          MVantine@MillerLawLLC.com

                                          *Interim Lead Counsel for Indirect Purchasers*

                                             Richard M. Kerger (0015864)
                                             Kimberly Conklin (0074726)
                                             **KERGER & HARTMAN, LLC**
                                             33 S. Michigan Street, Suite 100
                                             Toledo, OH 43604
                                             Telephone: (419) 255-5990
                                             Fax: (419) 255-5997
                                             Email: Rkerger@kergerlaw.com
                                                          Kconklin@kergerlaw.com

                                          *Executive Committee for Indirect Purchasers*

Shpetim Ademi
Guri Ademi
David Syrios
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
(414) 482-8000
Email:  SAdemi@ademilaw.com
 GAdemi@ademilaw.com
 DSyrios@ademilaw.com

Jay B. Shapiro
Samuel O. Patmore
Abigail E. Corbett
Matthew Dates
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200
Email: JShapiro@stearnsweaver.com
 SPalmore@stearnsweaver.com
 ACorbett@stearnsweaver.com
 MDates@stearnsweaver.com

Martin D. Holmes
M. Reid Estes
**DICKINSON WRIGHT PLLC**
424 Church Street
Suite 1401
Nashville, TN 37219
(615) 244-6538
Email: MDHolmes@dickinsonwright.com
 MREstes@dickinsonwright.com

Daniel Lynch
Avidan J. Stern
**LYNCH & STERN LLP**
150 South Wacker Drive
Suite 2600
Chicago, IL 60606

(312) 346-1600
Email: Dan@lynchandstern.com
Avi@lynchandstern.com

Eric D. Barton
**WAGSTAFF CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Email: EBarton@wagstaffcartmell.com

David Schiller
**SCHILLER & SCHILLER, PLLC**
Professional Park at Pleasant Valley
5540 Munford Road • Suite 101
Raleigh, North Carolina 27612
Telephone: (919) 789-4677
Email: DSchiller@yahoo.com

Susan Bernstein
Attorney at Law
200 Highland Avenue, Suite 306
Needham, MA 02494
Telephone: (781) 290-5858
Email: Susan@sabernlaw.com

*Counsel for Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Marvin A. Miller, certify that on May 23, 2011, in accordance with Paragraph 9 of the Initial Case Management Order entered January 20, 2011, I served the foregoing.

*s/Marvin A. Miller*
