UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____
IN RE: POLYURETHANE FOAM ANTITRUST ) No. 10 MD 2196-JZ
LITIGATION )
_____)
THIS DOCUMENT RELATES TO: ) Hon. Jack Zouhary
INDIRECT PURCHASER ACTIONS )
_____)

**INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO THE
JOINT MOTION PURSUANT TO RULE 12(B) TO DISMISS THE INDIRECT
PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT AS TO DEFENDANTS LEGGETT & PLATT, INCORPORATED,
MOHAWK INDUSTRIES, INC., CREST FOAM INDUSTRIES, INC., INOAC
USA INC., PLASTOMER CORPORATION, OHIO DECORATIVE PRODUCTS,
INC., AND OTTO BOCK POLYURETHANE TECHNOLOGIES, INC.**

The Indirect Purchaser Plaintiffs hereby oppose the Joint Motion to Dismiss filed by Defendants Leggett & Platt, Incorporated, Mohawk Industries, Inc., Crest Foam Industries, Inc., Inoac USA Inc., Plastomer Corporation, Ohio Decorative Products, Inc., and Otto Bock Polyurethane Technologies, Inc. (collectively "Joint Movants"). While they misleadingly style themselves as the "Unnamed Defendants," each and every one of them was explicitly named as a Defendant in the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint ("CAC") (Dkt. No. 52).

There are only two Indirect Purchaser actions and both were filed, consolidated for all purposes and have been pending in this Court, even before the filing of the Joint Motion to Dismiss. Because Defendants took the position that they would not appear based on being named in the CAC, Plaintiffs filed a new action in this Court which names those added new Defendants in the CAC. Plaintiffs will request that the new action be consolidated with this consolidated case. Consequently, this Court will retain jurisdiction of all Indirect Purchaser Plaintiffs actions

even after the termination of pretrial proceedings under the MDL, and *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach,* 523 U.S. 26 (1998), does not apply. Nevertheless, the Joint Movants had taken the position, reflected in their chosen misnomer as the "Unnamed Defendants," that they were not even properly named as Defendants in a complaint in this suit.

The "Unnamed Defendants" have joined in the Joint Motion to Dismiss and pursuant to the Amended Case Management Order (Dkt. No. 139) they presumably will file their respective appearances once Plaintiff satisfy the service terms of that Order. Plaintiff will cause Summons to issue for the foreign Japanese Defendants.

Defendants' arguments, therefore, are moot and their motions to dismiss should be denied summarily.

In support of their opposition to the Joint Motion to Dismiss, Plaintiffs rely upon the Indirect Purchaser Plaintiffs' Opposition To Defendants' Joint "Common Issues" Memorandum Of Law In Support Of Defendants' Motion To Dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, which is being filed concurrently, and also adopt the arguments made in the Direct Purchaser Plaintiffs' Opposition To Defendants' Joint Common Issues Memorandum In Support Of Motions To Dismiss Direct Purchaser Plaintiff's Consolidated Amended Class Action Complaint (Dkt. No. 115) and the Direct Purchaser Plaintiffs' Omnibus Response To Defendants' Separately Filed Memoranda In Support Of Their Motions To Dismiss (Dkt. No. 114) to the extent that they are applicable to the issues in the

motions to dismiss here.

May 23, 2011                                    Plaintiffs,

*/s/* Marvin A. Miller
Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tele: (312) 332-3400
Fax:  (312) 676-2676
Email: MMiller@MillerLawLLC.com
           LFanning@MillerLawLLC.com
           MVantine@MillerLawLLC.com

*Interim Lead Counsel for Indirect Purchasers*

Richard M. Kerger (0015864)
Kimberly Conklin (0074726)
**KERGER & HARTMAN, LLC**
33 S. Michigan Street, Suite 100
Toledo, OH 43604
Telephone: (419) 255-5990
Fax: (419) 255-5997
Email: Rkerger@kergerlaw.com
           Kconklin@kergerlaw.com

*Executive Committee for Indirect Purchasers*

Shpetim Ademi
Guri Ademi
David Syrios
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
(414) 482-8000
Email:   SAdemi@ademilaw.com
             GAdemi@ademilaw.com
             DSyrios@ademilaw.com

Jay B. Shapiro
Samuel O. Patmore
Abigail E. Corbett
Matthew Dates
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200
Email: JShapiro@stearnsweaver.com
            SPalmore@stearnsweaver.com
            ACorbett@stearnsweaver.com
            MDates@stearnsweaver.com

Martin D. Holmes
M. Reid Estes
**DICKINSON WRIGHT PLLC**
424 Church Street
Suite 1401
Nashville, TN 37219
(615) 244-6538
Email: MDHolmes@dickinsonwright.com
            MREstes@dickinsonwright.com

Daniel Lynch
Avidan J. Stern
**LYNCH & STERN LLP**
150 South Wacker Drive
Suite 2600
Chicago, IL 60606

(312) 346-1600
Email: Dan@lynchandstern.com
Avi@lynchandstern.com

Eric D. Barton
**WAGSTAFF CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Email: EBarton@wagstaffcartmell.com

David Schiller
**SCHILLER & SCHILLER, PLLC**
Professional Park at Pleasant Valley
5540 Munford Road • Suite 101
Raleigh, North Carolina 27612
Telephone: (919) 789-4677
Email: DSchiller@yahoo.com

Susan Bernstein
Attorney at Law
200 Highland Avenue, Suite 306
Needham, MA 02494
Telephone: (781) 290-5858
Email: Susan@sabernlaw.com

*Counsel for Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Marvin A. Miller, certify that on May 23, 2011, in accordance with Paragraph 9 of the Initial Case Management Order entered January 20, 2011, I served the foregoing.

                                                         s/*Marvin A. Miller*