IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                           Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation     O R D E R

                                                         JUDGE JACK ZOUHARY

Counsel have confirmed their availability for a hearing on the pending Motions to Dismiss on **Friday, July 1, 2011 at 9:30 a.m. (EDT)** at the United States Courthouse, 1716 Spielbusch, Toledo, Ohio, Courtroom 204.  Counsel shall also provide the Court with a "roll call" of those persons attending the conference by e-mail to Zouhary_Chambers@ohnd.uscourts.gov by **June 29, 2011**.

The Court will forward questions to counsel in advance of the Hearing.

IT IS SO ORDERED.

                                                                s/ *Jack Zouhary*
                                                                JACK ZOUHARY
                                                                U. S. DISTRICT JUDGE

                                                                June 1, 2011