IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10 MD 2196 (JZ) |
| This document relates to: | |
|     ALL CASES | |

### NOTICE OF APPEARANCE ON BEHALF OF FUTURE FOAM, INC.

PLEASE TAKE NOTICE that Meghan M. Blinn of Kutak Rock LLP, 1650 Farnam Street, Omaha, NE 68102, shall appear as counsel of record on behalf of Defendant Future Foam, Inc. in the above-captioned action.

Dated this 21st day of June, 2011.

        FUTURE FOAM, Defendant

        By: s/ John P. Passarelli
            John P. Passarelli #16018
            Edward G. Warin #14396
            Angela K. Wilson #24238
            Meghan M. Blinn #23230
            Kutak Rock LLP
            The Omaha Building
            1650 Farnam Street
            Omaha, NE 68102-2186
            (402) 346-6000
            (402) 346-1148
            john.passarelli@kutakrock.com
            edward.warin@kutakrock.com
            angela.wilson@kutakrock.com
            meghan.blinn@kutakrock.com

*Subject to Admission Pro Hac Vice or Admission in accordance with Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation*

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Appearance on Behalf of Future Foam, Inc. was filed on June 21, 2011. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                         s/ John P. Passarelli
                                                         Counsel for Defendant
                                                         Future Foam, Inc.