UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| Ace Foam, Inc., Adams Foam Rubber Co., Cambridge of California, GCW Carpet Wholesalers, Foam Factory, J&S Packaging, Inc. and VFP Acquisitions d/b/a Vanguard Foam and Packaging Company; on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | MDL Docket No. 2196 |
| | ) | Index No. 10-MD-2196 (JZ) |
| v. | ) | |
| Carpenter Holdings, Inc., INOAC International, INOAC Corp., David Carson, Louis Carson, and Woodbridge Sales & Engineering, | ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |
| In re:  Polyurethane Foam Antitrust Litigation | ) ) | |
| _____ | ) | |
| This document relates to: | ) | |
| All Direct Purchaser Cases | ) ) | |

## ANSWER OF DAVID CARSON

Defendant David Carson ("David"), denies any and all wrongdoing in regard to any of the

allegations contained in the Complaint filed against him, and further answering says as follows:

1.    With regard to each and every paragraph of the Complaint which does not in any way mention Louis Carson, David or Scottdel, Inc. ("Scottdel"), he either lacks knowledge or information sufficient to form a belief about the truth of those allegations, or denies the same.

2.    He denies that he, or to his knowledge, Scottdel or Louis did anything unlawful, illegal or committed any violation of law of any kind as alleged in the Complaint.

3.    Answering paragraph 18 of the Complaint, he specifically denies all of the sentences of paragraph 18 of the Complaint.

4.    Answering paragraph 19 of the Complaint, he admits the first sentence of paragraph 19, but respectfully denies all of the remaining sentences of paragraph 19 of the Complaint.

5.    Answering paragraph 20 of the Complaint, he admits the allegations contained in paragraph 20 of the Complaint.

6.    Answering paragraph 58 of the Complaint, he denies the averments set forth in paragraph 58 of the Complaint.

7.    Answering paragraph 60 of the Complaint, he lacks knowledge and information sufficient to form a belief about the truth of all of the sentences in paragraph 60 of the Complaint.

8.    Answering paragraph 88(i) he lacks knowledge and information sufficient to form a belief about the truth of the first sentence of paragraph 88(i), he admits the second sentence of paragraph 88(i) and he lacks knowledge and information sufficient to form a belief about the truth of the third sentence of paragraph 88(i).

9.    Answering paragraph 88(j) he lacks knowledge and information sufficient to form a belief about the truth of all of the sentences contained in paragraph 88(j).

10.     Answering paragraph 88(m) of the Complaint he lacks knowledge and information sufficient to form a belief about the truth of the first two sentences of paragraph 88(m) and he admits the third and fourth sentences of paragraph 88(m) of the Complaint.

11.     Answering paragraph 88(o) he lacks knowledge and information about the truth of the allegations contained in paragraph 88(o) of the Complaint.

12.     He denies each and every allegation which has not been specifically admitted above and reiterates that he, and to his knowledge, Scottdel and Louis, committed no unlawful act of any kind.

13.     Plaintiffs' Complaint fails to state a claim upon which relief can be granted against David.

14.     He asserts any and all defenses available to him including those under Federal Rule of Civil Procedure 8(c)(1).

Respectfully submitted,

_____, Pro Se

David Carson
107 Maple Street
Swanton, Ohio 43558
419-825-5080

CERTIFICATE OF SERVICE

I hereby certify that on June 23 , 2011, I sent this Answer by U.S. mail, postage prepaid, to the following:

William A. Isaacson
Boies, Schiller & Flexner, LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Phone: 202-237-5607
Fax:  202-237-6131

Brian Strange
Strange & Carpenter
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Phone: 310-207-5055
Fax: 310-826-3210

Stephen R. Neuwirth
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone:  212-849-7165
Fax:  212-849-7100

Robert Eisler
Grant & Eisenhofer, P.A.
1201 North Market Street
Wilmington, DE 19801
Phone:  302-622-7000
Fax:  302-622-7100

Stanley Bernstein
Bernstein, Liebhard, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Phone:  212-779-1414
Fax:  212-779-3218

Bernard Persky
Labaton, Sucharow, LLP
140 Broadway
New York, NY 10005
Phone:  212-907-0700
Fax:  212-818-0477

Michael Hausfeld
Hausfeld, LLP
1700 K Street, NW Suite 650
Washington, DC 20006
Phone:  202-540-7200
Fax:  202-540-7201

Bruce Simon
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Phone:  415-433-9000
Fax:  415-433-9008

Mindee Reuben
Weinstein, Kitchenoff & Asher, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Phone: 215-545-7200
Fax: 215-545-6535

Stephen Weiss
Seeger, Weiss, LLP
One William Street
New York, NY 10004
Phone: 212-584-0700
Fax: 212-584-0799

_____, Pro Se
David Carson
107 Maple Street
Swanton, Ohio 43558
419-825-5080

4