# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*T. Steven Lackey, et al. v. Hickory Spring Manufacturing Co., et al.,* No. 5:10-cv-00122-RLV (W.D.N.C.) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs T. STEVEN LACKEY, SHARYN LACKEY, and J. KEITH STOKES, JR., hereby voluntarily dismiss without prejudice the above-entitled action (transferred to this Court per MDL Transfer Order No. 2186, dated December 20, 2010) without prejudice as to their claims only.

Dated: June 24, 2011

Respectfully submitted,

/s/ Mindee J. Reuben
Mindee J. Reuben
**WEINSTEIN KITCHENOFF & ASHER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone:  215- 545-7200
Fax:  215-545-6536
reuben@wka-law.com

Counsel for Plaintiffs T. Steven Lackey, Sharyn Lackey and J. Keith Stokes, Jr.

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 24th 2011, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts.  Parties may access this filing through the Court's system.

                                                 /s/ Melissa B. Willett
                                                 Melissa B. Willett