# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) MDL Docket No. 2196 ) Index No. 10-MD-2196 (JZ) ) |
| This Document Relates To:<br><br>Direct Purchaser Action<br>*DeSitter Flooring, Inc. v.*<br>*Hickory Springs Manufacturing Company, et al.*<br>*Civil Action No. 1:10-pf-10032* | ) ) ) ) ) ) ) ) |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

PLEASE TAKE NOTICE that plaintiff DeSitter Flooring, Inc., by and through the undersigned counsel, hereby voluntarily dismisses its individual claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. DeSitter Flooring, Inc.'s action has been consolidated into the *In Re Polyurethane Foam Antitrust Litigation*, Master Docket No. 10-MD-2196. Defendants have not served an answer or motion for summary judgment to DeSitter Flooring, Inc.'s complaint. DeSitter Flooring, Inc. reserves its rights as an absent class member to share in any recovery in this case to which it would otherwise be entitled. The following individual docket can now be closed: 1:10-pf-10032.

Date: June 24, 2011

/s/ Douglas A. Millen
Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 24, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

    /s/ Douglas A. Millen
    Douglas A. Millen
    FREED KANNER LONDON & MILLEN LLC
    2201 Waukegan Road, Suite 130
    Bannockburn, IL 60015
    Telephone: (224) 632-4500
    Fax: (224) 632-4521