# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: | | |
| *Columbia River Floor Covering  v.   Hickory Springs Manufacturing Company, et al.*, *10-00151* | | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Please take notice that Plaintiff, Columbia River Floor Covering**,** pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above-entitled action without prejudice as to its claims only.

Date:  June 24, 2011

**KELLER ROHRBACK L.L.P**

/s/ Mark A. Griffin
Lynn Lincoln Sarko, WSBA #16569
Mark A. Griffin, WSBA #16296
Raymond J. Farrow, WSBA #31782
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
lsarko@kellerrohrback.com
mgriffin@kellerrohrback.com
rfarrow@kellerrohrback.com

*Counsel for Columbia River Floor Covering, Custom Carpets, Inc., d/b/a Abbey Capitol Floors & Interiors, R&W Carpets, Inc., and Western Carpet Center, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                            /s/ Mark A. Griffin
                                            Mark A. Griffin