# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This Document Relates To: | |
| Direct Purchaser Action:<br>*Foam Empire, Inc. v. Hickory Manufacturing Company, et al*<br>Civil Action No. 1:10-pf-10024 | |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Please take notice that Plaintiff Foam Empire, Inc., pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above-entitled action without prejudice as to its claims only. Foam Empire, Inc. reserves its rights as an absent class member to share in any recovery in this case to which it would otherwise be entitled.

Date: June 24, 2011

/s/ Lee Albert
Lee Albert
**MURRAY, FRANK & SAILER LLP**
275 Madison Ave, 8th floor
New York, NY 10016
Telephone: 212-682-1818
Fax: 212-682-1892
lalbert@murrayfrank.com
Counsel for Plaintiff Foam Empire, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

    /s/ Lee Albert
**Lee Albert**