# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) |  MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br><br>ALL ACTIONS | | |

## CERTIFICATE OF SERVICE

I, Robert G. Eisler, do hereby certify that on June 24, 2011, I caused a true and correct copy of Pandolfi House of Carpets's Notice of Dismissal to be served upon the following counsel in the manner indicated:

## VIA FIRST CLASS MAIL

Bruce E. Van Dalsem
Quinn, Emanuel, Urquhart & Sullivan
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Bernard Persky
Labaton Sucharow LLP
140 Broadway
23rd Floor
New York, NY 10005

William H. Latham
Nelson, Mullins, Riley
  & Scarborough, LLP
Meridian
1320 Main Street, 17th Floor
Columbia, SC 29201

Bruce W. Steckler
Baron & Budd
Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219

Carl Kravitz
Zuckerman Spaeder
1800 M Street, NW, Suite 1000
Washington, DC 20036

Christopher T. Heffelfinger
One California Street, Suite 900
San Francisco, CA 94111

Dana Statsky Smith
Bernstein Liebhard
10 East 40th Street, 22nd Floor
New York, NY  10016

David Carson
107 Maple Street
Swanton, OH  43558

David A. Elder
Hartzog Conger Cason & Neville
201 Robert S Kerr Avenue, Suite 1600
Oklahoma City, OK  73102

Don O. Gleason, Jr.
GLEASON & MCHENRY
P.O. Box 7316
Tupelo, MS  38802-7316

Donald C. Amamgbo
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, CA  94621

Donald L. Sawyer
Freed Kanner London & Millen
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015

Drew Neville, Jr.
Hartzog Conger Cason & Neville
201 Robert S Kerr Avenue, Suite 1600
Oklahoma City, OK  73102

Dwight Bostwick
Zuckerman Spaeder
1800 M Street, NW, Suite 1000
Washington DC  20036

Edward F. Haber
Shapiro, Haber & Urmy
53 State Street
Boston, MA  02109

Elizabeth A. Price
Hartzog Conger Cason & Neville
201 Robert S Kerr Avenue, Suite 1600
Oklahoma City, OK  73102

Eric M. George
Browne Woods George LLP
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA  90067

Everett J. Bowman
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC  28246

James E. Cecchi
Carella, Byrne, Cecchi, Olstein,
   Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ  07068

James G. Middlebrooks
McGuireWoods LLP
Post Office Box 31247
Charlotte, NC  28231

Jeremy S. Spiegel
Weinstein, Kitchenoff & Asher
1845 Walnut Street , Suite 1100
Philadelphia, PA  19103

Jessica L. Grant
Pearson Simon Warshaw & Penny LLP
44 Montgomery Street, Suite 2450
San Francisco, CA  94104

Joseph J. Tabacco, Jr.
One California Street
Suite 900
San Francisco, CA 94111

Lawrence C. Moore, III
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryson Street, Suite 190
Charlotte, NC 28246

Lynn Lincoln Sarko
Keller Rohrback
1201 Third Avenue #3200
Seattle, WA 98101-3052

Martin L. White
1065 East Morehead Street
Charlotte, NC 28204

Matthew W. Ruan
One California Street, Suite 900
San Francisco, CA 94111

Mazin A. Sbaiti
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Michael B. Gratz, Jr.
Gratz & Gratz
312 North Green Street
Tupelo, MS 38804

Michael H. Gottschlich
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Kurt M. Rupert
Hartzog Conger Cason & Neville
Suite 1600
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102

Louis Carson
1152 Bernath Parkway
Toledo, OH 43615

Mark Reich
Robbins, Geller, Rudman & Dowd LLP
58 S. Service Road, Suite 200
Melville, NY 11747

Matthew Earl Lee
Lewis & Roberts, PLLC
P.O. Box 17529
Raleigh, NC 27619

Max O. Cogburn, Jr.
Cogburn & Brazil, P.A.
P.O. Box 120
Asheville, NC 28802

Meghan M. Blinn
Kutak Rock
1650 Farnam Street
Omaha, NE 68102

Michael D. Hausfeld
Suite 650
1700 K Street
Washington, DC 20006

Michael Silverman
Freed Kanner London & Millen
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015

| | |
|---|---|
| Michael L. Carpenter<br>Gray Layton Kersh Solomon<br>    Furr & Smith<br>516 South New Hope Road<br>P.O. Box 2636<br>Gastonia, NC  28053-2636 | Morissa R. Falk<br>Labaton Sucharow LLP<br>140 Broadway, 23rd Floor<br>New York, NY  10005 |
| Nathaniel L. Orenstein<br>One Liberty Square<br>Boston, MA  02109 | Peter A. Pease<br>One Liberty Square<br>Boston, MA  02109 |
| Philip J. Gordon<br>Gordon Law Group<br>585 Boylston Street<br>Boston, MA  02116 | Robert Clarence Cone<br>Tuggle, Duggins & Meschan, P.A.<br>P.O. Box 2888<br>Greensboro, NC  27402-2888 |
| Robert L. Burchette<br>Johnston Allison & Hord<br>1065 East Morehead Street<br>Charlotte, NC  28204 | S. Keith Hutto<br>Nelson Mullins Riley & Scarborough, LLP<br>1320 Main Street (29201)<br>P.O. Box 11070<br>Columbia, SC  29211 |
| Samuel H. Rudman<br>Robbins, Geller, Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747 | Scott William Weinstein<br>Morgan & Morgan<br>20 North Orange Avenue<br>Orlando, FL  32801 |
| Stephen A. Swedlow<br>Korein Tillery<br>Suite 1940<br>205 North Michigan Avenue<br>Chicago, IL  60601 | Steven A. Asher<br>Fox, Rothschild, O'Brien & Frankel<br>2000 Market Street, 10th Floor<br>Philadelphia, PA  19103 |
| Thomas G. Hooper<br>Nelson, Mullins, Riley<br>  & Scarborough, LLP<br>Bank of America Corporate Center<br>100 North Tryon Street, Suite 4200<br>Charlotte, NC  28202 | Todd A. Seaver<br>One California Street, Suite 900<br>San Francisco, CA  94111 |
| Tracy Evans-Moyer<br>McGuire Woods<br>1800 Century Park East<br>Los Angeles, CA  90067 | Tucker H. Byrd<br>Morgan & Morgan<br>20 North Orange Avenue<br>Orlando, FL  32801 |

William B. Lewis
Berman DeValerio
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410

William Everett Moore, Jr.
Gray, Layton, Kersh, Solomon, Sigmon,
Furr & Smith PA
516 South New Hope Road
P.O. Box 2636
Gastonia, NC 28053

William L. Deas
Deas & Deas
P.O. Box 7282
Tupelo, MS 38802

*/s/ Robert G. Eisler*
Robert G. Eisler
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501