# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL Docket No. 2196
Index No. 10-MD-2196 (JZ)

THIS DOCUMENT RELATES TO:

*Atlantic Feather & Foam, Inc. v. Scottdel, Inc., et al.,* No. 3:10-1867 (N.D. Ohio)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff ATLANTIC FEATHER & FOAM, INC. hereby voluntarily dismisses without prejudice the above entitled action (transferred to this Court per MDL Transfer Order No. 2196) as to their claims only.

Dated: June 27, 2011

Respectfully submitted,

*/s/ Ronald J. Aranoff*
Ronald J. Aranoff
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street – 22nd Floor
New York, NY 10016
T: (212) 779-1414
F: (212) 779-3218
aranoff@bernlieb.com

**Counsel for Plaintiff Atlantic Feather & Foam**

## **CERTIFCATE OF SERVICE**

    I hereby certify that on June 27, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                                          */s/ Dana Statsky Smith*
                                                          Dana Statsky Smith