# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) ) ) This Document Relates To: ) Direct Purchaser Action ) *J&S Packaging, Inc. v. Hickory* ) *Springs Manufacturing Company* ) *et al. Civil Action No. 1:10-pf-10014* ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

## CONSENT MOTION OF SHAPIRO HABER & URMY LLP TO WITHDRAW AS <u>COUNSEL</u>

Pursuant to Rule 57.21 of the Local Rules of the United States District Court for the Northern District of Ohio, the undersigned attorneys hereby move this Court and counsel to permit partners Charles E. Tompkins and Edward F. Haber of Shapiro Haber & Urmy LLP, 53 State Street, Boston, Massachusetts, 02109 to withdraw as counsel for Plaintiff J&S Packaging, Inc. J&S Packaging, Inc. is represented by other counsel in this matter and has consented to this Motion to Withdraw as Counsel.

Date: June 27, 2011
/s/ Charles E. Tompkins
Charles E. Tompkins (*pro hac vice*)
Edward F. Haber (*pro hac vice*)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939
Fax: (617) 439-0134
Email: ctompkins@shulaw.com
 tshapiro@shulaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2011, a copy of foregoing Motion to Withdraw as Counsel was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all practices indicated to the electronic filing receipts.  Parties may access this filing through the Court's system.

                                                          /s/ Charles E. Tompkins  
                                                          Charles E. Tompkins