# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|   |   |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Action<br>*Alyanna Enterprises, Inc. v. Hickory Springs Manufacturing Company et al.* Civil Action No. 1:10-pf-10002 | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

PLEASE TAKE NOTICE that plaintiff Alyanna Enterprises, Inc., by and through the undersigned counsel, hereby voluntarily dismisses its individual claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Alyanna Enterprises, Inc.'s action has been consolidated into the *In Re Polyurethane Foam Antitrust Litigation,* Master Docket 10-MD-2196. Defendants have not served an answer or motion for summary judgment to Alyanna Enterprises, Inc.'s complaint. Alyanna Enterprises, Inc. reserves its rights as an absent class member to share in any recovery in this case to which it would otherwise be entitled. The following individual docket can now be closed: 1:10-pf-10002.

Date: June 27, 2011

/s/ Charles E. Tompkins
Charles E. Tompkins (*pro hac vice*)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939
Fax: (617) 439-0134
Email: ctompkins@shulaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2011, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all practices indicated to the electronic filing receipts. Parties may access this filing through the Court's system.

                                                            /s/ Charles E. Tompkins
                                                            Charles E. Tompkins