# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

_____
                                                            )
In re POLYURETHANE FOAM ANTITRUST   )
LITIGATION                                                 )     MDL Docket No. 2196
_____)     Index No. 10-MD-2196 (JZ)
                                                            )
This document relates to:                          )
                                                            )
*R&W Carpets, Inc. v. Hickory Springs*        )
*Manufacturing Company, et al.*, 10-00164  )
_____)

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Please take notice that Plaintiff, R&W Carpets, Inc., pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above-entitled action without prejudice as to its claims only.

Date:  June 27, 2011

                                        **KELLER ROHRBACK L.L.P**

                                        /s/ Mark A. Griffin
                                        Lynn Lincoln Sarko, WSBA #16569
                                        Mark A. Griffin, WSBA #16296
                                        Raymond J. Farrow, WSBA #31782
                                        1201 Third Avenue, Suite 3200
                                        Seattle, WA 98101-3052
                                        Telephone: (206) 623-1900
                                        Facsimile: (206) 623-3384
                                        lsarko@kellerrohrback.com
                                        mgriffin@kellerrohrback.com
                                        rfarrow@kellerrohrback.com

*Counsel for Columbia River Floor Covering, Inc., Custom Carpets, Inc., d/b/a Abbey Capitol Floors & Interiors, R&W Carpets, Inc., and Western Carpet Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

/s/ Mark A. Griffin
Mark A. Griffin