**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) ) ) This Document Relates To All Cases ) ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

## ENTRY OF APPEARANCE

Notice is hereby given that Charles E. Tompkins, of Shapiro Haber & Urmy LLP, 53 State Street, Boston, Massachusetts 02109, enters his appearance on behalf of E&E Bedding Company, Inc., Spring Air LLC, and Spring Air Ohio LLC in these actions.

Date: June 27, 2011

/s/ Charles E. Tompkins
Charles E. Tompkins (*pro hac vice*)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939
Fax: (617) 439-0134
Email: ctompkins@shulaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2011, a copy of foregoing Entry of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all practices indicated to the electronic filing receipts. Parties may access this filing through the Court's system.

                                                       /s/ Charles E. Tompkins
                                                        Charles E. Tompkins