UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

**DEFENDANTS' MOTION TO VACATE AND SET ASIDE**
**RULE 41(a)(1) NOTICES OF VOLUNTARY DISMISSAL AND FOR OTHER RELIEF**

Defendants Carpenter Co. (sued as The Carpenter Company), Carpenter Canada Co., Carpenter Holdings, Inc., Domfoam International, Inc., E.R. Carpenter, L.P., Flexible Foam Products, Inc., Future Foam, Inc., FXI - Foamex Innovations, Inc., Hickory Springs Manufacturing Company, Mohawk Industries, Inc., Ohio Decorative Products, Inc., Valle Foam Industries (1995) Inc., Woodbridge Foam Corporation, Woodbridge Foam Fabricating, Inc., and Woodbridge Sales and Engineering, Inc. (collectively, "Defendants"),[1] by counsel, for the reasons set forth in the accompanying memorandum of law, hereby move for an order that (1)

---

[1] Defendants Inoac USA Inc., Crest Foam Industries, Inc., Plastomer Corporation, and Otto Bock Polyurethane Technologies, Inc. were not named as Defendants in any of the actions that have been voluntarily dismissed to date. However, they do not oppose the present Motion.

vacates and sets aside the notices of voluntary dismissal without prejudice, which were filed in a number of the consolidated cases in this MDL;[2] (2) re-instates those cases to the Court's docket as part of MDL 2196; and (3) modifies the current Case Management Order (A) to preclude any further voluntary dismissals without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) without prior leave of Court or consent of Defendants, and (B) to condition any voluntary dismissal, whether with or without prejudice, on proper terms under Fed. R. Civ. P. 41(a)(2), including that dismissed Plaintiffs will be treated as parties for purposes of discovery.

In the alternative, should the Court be inclined to honor the voluntary dismissals, Defendants respectfully request that the Court deem each dismissal to be *with prejudice*.

---

[2] The cases in which such notices have been filed are: *Johs, et al. v. Hickory Springs Mfg. Co., et al.*, 1:11-pf-10003 (Dkt. # 118, 132) (notice filed May 4, 2011; ordered May 9, 2011); *Custom Carpets, Inc. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10034 (Dkt. # 148); *W. Carpet Ctr., Inc. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10035 (Dkt. # 149); *Pandolfi House of Carpets, Inc. v. Vitafoam, Inc., et al.*, 1:10-pf-10020 (Dkt. # 152) (notice filed on behalf of Pandolfi House of Carpets but designated as applicable to all actions); *Lackey, et al. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10021 (Dkt. # 153); *DeSitter Flooring, Inc. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10032 (Dkt. # 154); *HVA Bros., Inc., et al. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10028 (Dkt. # 155); *Columbia River Floor Covering v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10033 (Dkt. # 156); *Foam Empire, Inc. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10024 (Dkt. # 157); *Atl. Feather & Foam, Inc. v. Scottdel, Inc., et al.*, 3:10-pf-10001 (Dkt. # 159); *Abdinoor's Carpet Craft v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10015 (Dkt. # 162); *Alyanna Enters., Inc. v. Hickory Springs Mfg. Co., et al.*, 3:10-pf-10002 (Dkt. # 163); *R & W Carpets, Inc. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10037 (Dkt. # 164); *Jamestown Mattress Co., Inc. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10009 (Dkt. # 166); *Piazza's Carpet & Tile Shop, Inc. v. Hickory Springs Mfg. Co., et al.*, 1:10-pf-10008 (Dkt. # 167).

| | |
|---|---|
| June 28, 2011 | Respectfully submitted, |

/s/ James H. Walsh  /s/ Kendall Millard
James H. Walsh  Kendall Millard
Howard Feller  BARNES & THORNBURG, LLP
Bethany Lukitsch  11 South Meridian Street
MCGUIREWOODS LLP  Indianapolis, IN 46204-3535
One James Center  Phone: (317) 231-7461
901 East Cary Street  Fax:   (317) 231-7433
Richmond, VA 23219-4030  kmillard@btlaw.com
Phone: (804) 775-4356
Fax:   (804) 698-2200  /s/ Michael D. Mustard
jwalsh@mcguirewoods.com  Michael D. Mustard
hfeller@mcguirewoods.com  BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com  600 One Summit Square
 Fort Wayne, IN 46802-3119
 Phone: (260) 423-9440
 Fax:   (260) 424-8316
 mmustard@btlaw.com

*Counsel for Carpenter Co., E.R. Carpenter, L.P., Carpenter Holdings, Inc. and Carpenter Canada Co.*

*Counsel for Flexible Foam Products, Inc., Ohio Decorative Products, Inc.*

/s/ Shepard Goldfein  /s/ Edward G. Warin
Shepard Goldfein  Edward G. Warin
Elliot A. Silver  John P. Passarelli
SKADDEN, ARPS, SLATE,  Angela K. Wilson
MEAGHER & FLOM LLP  KUTAK ROCK LLP
Four Times Square  1650 Farnam Street
New York, NY 10036  Omaha, NE 68102
Phone: (212) 735-3000  Phone: (402) 346-6000
Fax:   (212) 735-2000  Fax:   (402) 346-1148
shepard.goldfein@skadden.com  edward.warin@kutakrock.com
elliot.silver@skadden.com  john.passarelli@kutakrock.com
 angela.wilson@kutakrock.com

*Counsel for Domfoam International, Inc. and Valle Foam Industries (1995) Inc.*

*Counsel for Future Foam, Inc.*

3

/s/   Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone:  (215) 665-2118
Fax:      (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for FXI - Foamex Innovations, Inc.*

/s/   Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Erica F. Ghali
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-7000
Fax:      (404) 881-7777
randall.allen@alston.com
teresea.bonder@alston.com
erica.ghali@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/   Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC 27703
Phone:  (919) 862-2200
Fax:      (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:      (213) 229-6919
dsawnson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:      (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales and Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on June 28, 2011, a copy of the foregoing Defendants' Motion to Vacate and Set Aside Rule 41(a)(1) Notices of Voluntary Dismissal and for Other Relief was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ Bethany G. Lukitsch
        Bethany G. Lukitsch
        MCGUIREWOODS LLP
        One James Center
        901 East Cary Street
        Richmond, VA 23219-4030
        Phone: (804) 775-4711
        Fax: (804) 698-2261
        blukitsch@mcguirewoods.com

\32012486.14