# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) | MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) |
| This document relates to: <br> *Shore-Line Carpet Supplies, Inc. v. Hickory Springs Manufacturing Company, et al.*, 10-00384 | ) ) ) ) ) ) |  |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Shore-Line Carpet Supplies, Inc., by its counsel, hereby voluntarily dismisses its claims without prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff Shore-Line Carpet Supplies, Inc. does not waive its rights to participate in the ongoing consolidated class action as a member of the putative class.

DATED: June 30, 2011              Respectfully submitted,

**LABATON SUCHAROW LLP**

/s/ Seth R. Gassman
Seth R. Gassman
Hollis L. Salzman
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
sgassman@labaton.com
hsalzman@labaton.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 30, 2011, a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                              /s/ Seth R. Gassman
                                              Seth R. Gassman