# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) MDL Docket No. 2196 ) Index No. 10-MD-2196 (JZ) |
| This document relates to: *Robert Sims Enterprises, LLC, d/b/a Flooring America. v. The Carpenter Company, et al.*, 10-00438 | ) ) ) ) ) ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Robert Sims Enterprises, LLC, d/b/a Flooring America, by its counsel, hereby voluntarily dismisses its claims without prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff Robert Sims Enterprises, LLC, d/b/a Flooring America does not waive its rights to participate in the ongoing consolidated class action as a member of the putative class.

DATED: July 1, 2011

Respectfully submitted,

**LOVELL STEWART HALEBIAN JACOBSON LLP**

*/s/ Gary S. Jacobson*
Christopher Lovell
Gary S. Jacobson
Christopher M. McGrath
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, New York 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2011, a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                           /s/ Gary S. Jacobson