# UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) |
| This document relates to: | |
| BECKY'S CARPET AND TILE SUPERSTORE OF FAIRVIEW HEIGHTS, INC., et al., | |
| v. | |
| HICKORY SPRINGS MANUFACTURING COMPANY, et al., | |
| Civil Action No. 3:10-cv-2101 (JZ) | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Please take Notice that Plaintiffs BECKY'S CARPET AND TILE SUPERSTORE OF FAIRVIEW HEIGHTS, INC., BECKY'S CARPET AND TILE SUPERSTORE OF HAZELWOOD, INC., BECKY'S CARPET AND TILE SUPERSTORE OF ST. PETERS, INC., BECKY'S CARPET AND TILE SUPERSTORE OF MANCHESTER, INC., BECKY'S CARPET AND TILE SUPERSTORE OF ILLINOIS, INC., BECKY'S CARPET AND TILE SUPERSTORE, INC., pursuant to Fed R. Civ. P. 41(a)(1), hereby dismiss the above-captioned action without prejudice as to their claims only.

Dated: July 5, 2011

                                                                                               SEEGER WEISS LLP

                                                                                               /s/ *Stephen A. Weiss*
                                                                                               Stephen A. Weiss
                                                                                               sweiss@seegerweiss.com

                 One William Street
                 New York, NY 10004
                 T: (212) 584-0700

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on July 5, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                /s/ *Stephen A. Weiss*
                Stephen A. Weiss