UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |
| This document relates to: ) Direct Purchaser Action ) *SCI FLOOR COVERING, Inc. v. Hickory Springs* ) Civil Action No. 5:10 cv 149 ) ) | |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Please take notice that Plaintiff, SCI FLOOR COVERING INC., pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above-entitled action without prejudice as to his claims only.

Date: July 6, 2011

/s/ Melissa B. Willett
Melissa B. Willett
mwillett@bsfllp.com
**BOIES, SCHILLER & FLEXNER** LLP
5301 Wisconsin Ave. #800
Washington, D.C. 20015

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 6, 2011, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts.  Parties may access this filing through the Court's system.

    /s/ Melissa B. Willet
    Melissa B. Willet