# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |
| This document relates to: *Furniture Associates v. Hickory Springs Manufacturing Company, et al.*, Docket No. 5:10-cv-146 (W.D.N.C.) | ) ) ) ) ) ) ) | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Please take notice that Plaintiff Furniture Associates hereby dismisses the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), as to its claims only.

Date: July 6, 2011

/s/ Melissa B. Willett
Melissa B. Willett
mwillett@bsfllp.com
**BOIES, SCHILLER & FLEXNER** LLP
5301 Wisconsin Ave. #800
Washington, D.C. 20015
Counsel for Plaintiff Piazza's Carpet & Tile Shop

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 6, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                                    /s/ Melissa B. Willet
                                                  Melissa B. Willet