# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| | Judge Jack Zouhary |
| This document relates to: ALL ACTIONS | |

## MOTION BY COUNSEL FOR THE SEALY PLAINTIFFS TO APPOINT KENNY NACHWALTER, P.A. AS LIAISON COUNSEL FOR DIRECT ACTION (NON-CLASS) PLAINTIFFS

Counsel for the Sealy Plaintiffs, pursuant to the Federal Rules of Civil Procedure, moves to appoint Kenny Nachwalter, P.A. as liaison counsel for Direct Action (Non-Class) Plaintiffs in MDL 2196. Before filing this Motion, we conferred with counsel for the other direct action (non-class) cases pending in this Court,[1] and are authorized to inform the Court that counsel in all of those cases support this Motion.

The basis for this Motion is set forth in the accompanying Memorandum. If the Court grants this Motion, then we suggest that it issue an Order amending its Amended Order of January 28, 2011 (Dk. 28) identifying the category "Direct Action (Non-Class) Plaintiffs" and designating William J. Blechman of Kenny Nachwalter, P.A. as Liaison Counsel for that category of Plaintiff.

---

[1] Those cases include: *Factory Direct, Inc. v. The Carpenter Company, et al.*, Case No. 5:11-cv-00045-M (W.D. Ok.), transferred to this Court by MDL Panel, *see* Transfer Order (Dk. 141 May 20, 2011); *Henson Sleep Relief, Inc. v. Hickory Springs Manufacturing Company, et al*, Case No. 1:11-cv-00095-SA (N.D. Miss.), transferred to this Court by MDL Panel, *see* Conditional Transfer Order (CTO-4) (Dk. 133 May 10, 2011); *H.M. Richards, Inc. et al. v. Hickory Springs Manufacturing Company,* Case No. 1:11-cv-00067-SA (N.D. Miss.), transferred to this Court by MDL Panel, *see* Conditional Transfer Order (CTO-3) (Dk. 73 Apr. 12, 2011); and *Spring Air International LLC, et al v. Hickory Springs Manufacturing Co.*, Case No. 1:11-10001 (N.D. Ohio).

KENNY NACHWALTER, P.A.

Dated: July 8, 2011

Respectfully submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire*
James T. Almon, Esquire
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@kennynachwalter.com

By: /s/ William J. Blechman
William J. Blechman

***Counsel for Sealy Plaintiffs***

*LICENSED TO PRACTICE LAW IN MA, UT, DC AND NY; NOT LICENSED IN FLORIDA.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via ECF on counsel of record, and by e-mail and U.S. Mail on the counsel identified below, this _____ day of July, 2011:

Michael B. Gratz, Jr., Esquire
Gratz & Gratz, P.A.
312 N. Green Street
Tupelo, MS  38804
Tel:    (662) 844-5531
Fax:    (662) 844-8747
E-mail: Michael@gratzandgratz.com
*Counsel for Plaintiff Henson Sleep Relief, Inc.*

W. Lawrence Deas, Esquire
Deas & Deas, LLC
Post Office Box 7282
Tupelo, MS  38802-7282
Tel:    (662) 842-4546
Fax:    (662) 842-5449
E-mail: Lawrence@dealslawfirm.com
*Counsel for Plaintiffs Henson Sleep Relief, Inc. and H.M. Richards, Inc., et al*

Charles E. Tompkins, Esquire
Shapiro Haber & Urmy, LLP
53 State Street
Boston, Massachusetts  02109
Tel:    (617) 439-3939
Fax:    (617) 439-0134
E-mail: ctompkins@shulaw.com
*Counsel for Plaintiffs Spring Air, LLC, Spring Air Ohio LLC, and E&E Bedding Company, Inc.*

Don O. Gleason, Jr., Esquire
Gleason & McHenry, PLLC
Post Office Box 7316
Tupelo, MS  38802-7316
Tel:    (662) 690-9824
Fax:    (662) 690-9826
E-mail: don.gleason@gleason-mchenry.com
*Counsel for Plaintiff H.M. Richards, Inc., et al*

Drew Neville, Esquire
Kurt Rupert, Esquire
David A. Elder, Esquire
Elizabeth A. Price, Esquire
Hartzog Conger Cason & Neville
201 Robert S. Kerr, Suite 1600
Oklahoma City, Oaklahoma  73102
Tel:    (405) 235-7000
Fax:    (405) 996-3403
E-mail: dneville@hartzoglaw.com
        krupert@hartzoglaw.com
        delder@hartzoglaw.com
        eprice@hartzoglaw.com
*Counsel for Plaintiff Factory Direct, Inc.*

_____
William J. Blechman

410610.1

3

**KENNY NACHWALTER, P.A.**