# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION <br><br> This document relates to: <br><br> ALL CASES | ) ) ) ) ) ) ) ) ) ) MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) |

### (PROPOSED) STIPULATED ORDER SPECIFYING TIME FOR DEFENDANTS TO ANSWER DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

Plaintiffs representing direct purchaser and indirect purchaser class plaintiffs ("Plaintiffs") and Defendants Carpenter Co., E.R. Carpenter, L.P., Carpenter Holdings, Inc., Carpenter Canada Co., Flexible Foam Products, Inc., Ohio Decorative Products, Inc., Hickory Springs Manufacturing Company, Future Foam, Inc., Inoac USA Inc., Crest Foam Industries, Inc., Leggett & Platt, Incorporated, FXI – Foamex Innovations, Inc., Otto Bock Polyurethane Technologies, Inc., Vitafoam, Inc., Vitafoam Products Canada Ltd., Woodbridge Foam Corporation, Woodbridge Sales and Engineering, Inc., Woodbridge Foam Fabricating, Inc., Mohawk Industries, Inc., Plastomer Corporation, Domfoam International, Inc., and Valle Foam Industries (1995) Inc. (collectively, "Defendants") in the above-captioned litigation have agreed, subject to this Court's approval, that Defendants shall answer Plaintiffs' consolidated amended complaints by August 15, 2011.

It appearing to the Court that a hearing was held on July 1, 2011 where this Court issued certain oral rulings on Defendants' motions to dismiss, and that this Court will issue "an order [to] follow that will give some more detail on the Court's ruling." It further appearing that

Defendants requested that the parties stipulate to an August 15, 2011 deadline to answer Plaintiffs' consolidated amended complaints, consistent with the response deadline for certain Direct Action (Non-Class) cases outlined in the Amended Case Management Order dated May 12, 2011 (Dkt. # 139), and that Plaintiffs have agreed as a professional courtesy to Defendants' request. Accordingly, it is ORDERED that Defendants shall answer Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint by August 15, 2011.

    SO ORDERED

    DATED:_____

                                        The Honorable Judge Jack Zouhary
                                        United States District Judge

**We ask for this:**

/s/ James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax: (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co., E.R. Carpenter, L.P., Carpenter Holdings, Inc. and Carpenter Canada Co.*

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax: (317) 231-7433
kmillard@btlaw.com

/s/ Michael D. Mustard
Michael D. Mustard
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone: (260) 423-9440
Fax: (260) 424-8316
mmustard@btlaw.com

*Counsel for Flexible Foam Products, Inc., Ohio Decorative Products, Inc.*

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC 27703
Phone: (919) 862-2200
Fax: (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/ Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148
edward.warin@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Future Foam, Inc.*

/s/   Howard B. Iwrey
Howard B. Iwrey
DYKEMA GOSSETT, PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304-2820
Phone:  (248) 203-0526
Fax:     (248) 203-0763

*Counsel for Inoac USA Inc. and Crest Foam Industries, Inc.*

/s/   Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone:  (215) 665-2118
Fax:     (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for FXI - Foamex Innovations, Inc.*

/s/   Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone:  (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/   Richard A. Duncan
Richard A. Duncan
Emily E. Chow
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Phone:  (612) 766-7000
Fax:     (612) 766-1600
rduncan@faegre.com
echow@faegre.com

Robert A. Bunda
Theresa R. DeWitt
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Boulevard
Perrysburg, OH  43551
Phone: (419) 241-2777
Fax:     (419) 241-4697
rabunda@bsd-law.com
trdewitt@bsd-law.com

*Counsel for Otto Bock Polyurethane Technologies, Inc.*

/s/ Robert J. Gilmer, Jr.
Robert J. Gilmer, Jr.
EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Phone: (419) 247-1766
Fax: (419) 247-1777
rjgilmer@eastmansmith.com

/s/ Timothy J. Coleman
Timothy J. Coleman
Bruce McCulloch
Terry Calvani
John K. Warren
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington DC 20004-2692
Phone: (202) 777-4555
Fax: (202) 777-4555
tim.coleman@freshields.com

*Counsel for Vitafoam, Inc. and Vitafoam Products Canada Ltd.*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919
dsawnson@gibsondunn.com

Cynthia Richman
John W.F. Chesley
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651
crichman@gibsondunn.com
jchesley@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Erica F. Ghali
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
randall.allen@alston.com
teresea.bonder@alston.com
erica.ghali@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Sheldon Klein
Sheldon Klein
BUTZEL LONG
Stoneridge West
4100 Woodward Ave.
Bloomfield Hills, MI 48304
Phone: (248) 258-1414
Fax: (248) 258-1439
klein@butzel.com

*Counsel for Plastomer Corporation*

5

/s/  Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax:    (212) 735-2000
shepard.goldfein@skadden.com
elliot.silver@skadden.com

*Counsel for Domfoam International, Inc.
and Valle Foam Industries (1995) Inc.*

/s/  William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone:  (202) 237-5607
Facsimile:  (202) 237-6131
wisaacson@bsfllp.com

/s/  Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7165
Facsimile:  (212) 849-7100
stephenneuwirth@quinnemanuel.com

*Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

/s/  Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle St., Suite 2910
Chicago, IL 60603
Telephone:  (312) 332-3400
Facsimile:  (312) 676-2676
mmiller@millerlawllc.com

*Indirect Purchaser Plaintiffs Interim Lead Counsel*