UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | No.: 10 MD 2196<br>Index No. 10-MD-2196 (JZ) |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER CASES | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, Paul Michael Kaplan of the law firm Alston & Bird LLP hereby enters his appearance as counsel for Hickory Springs Manufacturing Company.

This 14th day of July, 2011

ALSTON & BIRD LLP

/s/ Paul Michael Kaplan

Paul Michael Kaplan
90 Park Avenue
New York, New York 10016
212-210-9400
212-210-9444 (fax)
Paul.kaplan@alston.com
*Counsel for Hickory Springs Manufacturing Company*

LEGAL02/32741720v1