# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION <br><br>This document relates to: <br>Direct Purchaser Action <br>*Suburban Floor Covering. v. Hickory Springs* <br>Civil Action No. 5:10-cv-125 | MDL Docket No. 2196 <br>Index No. 10-MD-2196 (JZ) |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Please take notice that Plaintiff Suburban Floor Covering pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above-entitled action without prejudice as to his claims only.

Date: JULY 15, 2011

/s/ Melissa B. Willett
Melissa B. Willett
mwillett@bsfllp.com
**BOIES, SCHILLER & FLEXNER** LLP
5301 Wisconsin Ave. #800
Washington, D.C. 20015

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 15, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                                       /s/ Melissa B. Willett
                                                       Melissa B. Willett