# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| This document relates to: | Index No. 10-MD-2196 (JZ) |
| *Thompson Trading Co. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10010 | |
| *Shore-Line Carpet Supplies, Inc. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10011 | |
| *V&M, Inc. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10012 | |
| *Martin Greenbaum Company, Inc. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10013 | |
| *Suburban Floor Covering, Inc. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10022 | |
| *Robert Sims Enterprises, LLC v. The Carpenter Company*, No. 1:10-pf-10023 | |
| *Thoroughbred Carpets, Ltd. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10025 | |
| *Martin Furniture & Bedding, Inc. v. FXI – Foamex Innovations, Inc.*, No. 1:11-pf-10005 | |

## NOTICE OF SALE OF DEFENDANT SCOTTDEL, INC.'S ASSETS, CESSATION OF BUSINESS AND TERMINATION OF RECEIVERSHIP

Please take notice that Defendant Scottdel, Inc.'s assets have been sold through the receivership process in the proceedings captioned *Fifth Third Bank v. Scottdel, Inc., et al.*, pending in the Fulton County, Ohio, Court of Common Pleas Case No. 10CV293. The sale

closed on May 10, 2011 and as a result, Scottdel, Inc. ceased operations and has no further assets. The proceeds of the sale were used to fund post-receivership operations and to pay Fifth Third Bank on account of its first priority lien position upon Scottdel, Inc.'s assets, as authorized by the Court. Fifth Third Bank was not paid in full, and there are no funds remaining for any other creditors. The Receiver is filing a motion to terminate the receivership and will be taking no further action in this matter.

Respectfully submitted,

/s/ *Patricia B. Fugée*
Patricia B. Fugée (0070698)
ROETZEL & ANDRESS, LPA
One SeaGate, Suite 1700
Toledo, OH 43604
Telephone: (419) 254-5261
Facsimile: (419) 242-0316
E-Mail: pfugee@ralaw.com
*Court-appointed Receiver for Scottdel, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system

/s/ *Patricia B. Fugée*
Patricia B. Fugée (0070698)
ROETZEL & ANDRESS, LPA
*Court-appointed Receiver for Scottdel, Inc.*