IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                           Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation      O R D E R

                                                           JUDGE JACK ZOUHARY

Plaintiff Sealy moves for the appointment of William Blechman, of the law firm Kenny Nachwalter, as Liaison Counsel for the Direct Action (Non-Class) Plaintiffs (Doc. No. 181). The Court finds the Motion well taken and grants the Motion.

Accordingly, the Amended Order of January 28, 2011 (Doc. No. 28) is further amended to reflect that William Blechman of Kenny Nachtwalter is appointed Liaison Counsel for Direct Action (Non-Class) Plaintiffs.

IT IS SO ORDERED.

                                                                 s/ *Jack Zouhary*
                                                                  JACK ZOUHARY
                                                                  U. S. DISTRICT JUDGE

                                                                  July 19, 2011