# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

_____
                                                                    )
In re POLYURETHANE FOAM ANTITRUST    )
LITIGATION                                                      )
_____ )     MDL Docket No. 2196
                                                                    )     Index No. 10-MD-2196 (JZ)
This document relates to:                                 )
                                                                    )
INDIRECT PURCHASER CASES: 11 pf 10002 and )    MOTION TO CONSOLODATE
11 pf 10010                                                      )
_____ )

      Now comes Indirect Purchaser Plaintiffs, Greg Beastrom, Seth Brown, Marjean Coddon, Susan Gomez, Joseph Jasinski, Henry Johs, Joseph Lord, Kirsten Luenz, Lisa Murphy, Gerald & Kathleen**,** Nolan, Kory Pentland, Jonathan Rizzo, Michael Schwartz, Larry Scott, Catherine Wilkinson, Jeffrey S. Williams, and The Parker Company as authorized agent for the following: Met 2 Hotel LLC; Bachelor Gulch Properties, LLC; MPE Hotel I (Washington), LLC; and New York Hotel Tenant Co., LLC ("Indirect Purchaser Plaintiffs"), individually and on behalf of a class of all those similarly situated, and hereby move this court, pursuant to Fed. R. civ. P. 42, for an order consolidating, for all purposes, the following two cases: *Gomez v. Hickory Springs Manufacturing Company et al*, 11 pf 10002 *and Beastrom et al v. Carpenter Company et al*. 11 pf 100010.

      Both cases are indirect purchaser plaintiff class actions filed in the Northern District of Ohio and both are part of *In re Polyurethane Foam Antitrust Ligation*, MDL 2196 now pending in this Court. In both cases Plaintiffs allege the same conduct by the same Defendants and therefore both cases involve a common question of law and fact. Consolidation will therefore avoid unnecessary costs and delay. Both cases will remain with this Court even if any other case in the MDL proceeding may be transferred back to the district where it was originally filed.

Consistent with this Court's direction at the conclusion of the hearing on July 1, 2011, Plaintiffs' counsel proposed consolidation to Defendants' Liaison counsel who rejected the concept of consolidation "at this early stage of the litigation…" Consistent with this Court's inherent authority to control its docket and as it did on May 3, 2011when it consolidated a similar case filed in this district subsequent to *Gomez*,[Dkt. # 117] it should also consolidate 11-pf-10010 with 11-pfp10002.

Indirect Purchaser Plaintiffs therefore respectfully request that cases 11-pf-10002 and 11-pf-100010 be consolidated for all purposes.

Respectfully submitted,

*/s/*Marvin A. Miller
Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tele: (312) 332-3400
Fax: (312) 676-2676
Email: MMiller@MilIerLawLLC.com
LFanning@MillerLawLLC.com
MVantine@MillerLawLLC.com

***Interim Lead Counsel for Indirect Purchasers***

*/s/*Kimberly A. Conklin
Richard M. Kerger (0015864)
Kimberly Conklin (0074726)
**KERGER & HARTMAN, LLC**
33 S. Michigan Street, Suite 100
Toledo, OH 43604
Telephone: (419) 255-5990
Fax: (419) 255-5997
Email: Rkerger@kergerlaw.com
Kconklin@kergerlaw.com

*Executive Committee for Indirect Purchasers*

Shpetim Ademi
Guri Ademi
David Syrios
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
(414) 482-8000
Email: SAdemi@ademilaw.com
GAdemi@ademilaw.com
DSyrios@ademilaw.com

Jay B. Shapiro
Samuel O. Patmore
Abigail E. Corbett
Matthew Dates
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200
Email: JShapiro@steamsweaver.com
SPalmore@steamsweaver.com
ACorbett@steamsweaver.com
MDates@steamsweaver.com

Martin D. Holmes
M. Reid Estes
**DICKINSON WRIGHT PLLC**
424 Church Street
Suite 1401
Nashville, TN 37219
(615) 244-6538
Email: MDHolmes@dickinsonwright.com
MREstes@dickinsonwright.com

Daniel Lynch
Avidan J. Stem
**LYNCH & STERN LLP**
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 346-1600
Email: Dan@lynchandstern.com
Avi@lynchandstern.com

Eric D. Barton
**WAGSTAFF CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Email: EBarton@wagstaffcartmell.com

David Schiller
**SCHILLER & SCHILLER, PLLC**
Professional Park at Pleasant Valley
5540 Munford Road· Suite 101
Raleigh, North Carolina 27612
Telephone: (919) 789-4677
Email: DSchiller@Yahoo.com

Susan Bernstein
Attorney at Law
200 Highland Avenue, Suite 306
Needham, MA 02494
Telephone: (781) 290-5858
Email: Susan@sabernlaw.com

*Counsel for Indirect Purchaser Plaintiffs*


### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed this 26th day of July 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and in accordance with local rules and the Federal Rules of Civil Procedure.

/s/ Kimberly A. Conklin