Motion Granted.

s/Jack Zouhary
**Jul 27, 2011**
U.S. District Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION (TOLEDO)

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) MDL Docket No. 2196 ) Index No. 10-MD-2196 (JZ) |
| This document relates to: ALL CASES[1] | ) ) ) ) ) ) |

## DEFENDANT LEGGETT & PLATT, INCORPORATED'S MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 5.2, Defendant Leggett & Platt, Incorporated respectfully moves to file under seal Exhibits E and F to the Declaration of Cindy Morrison being provided in support of Defendant Leggett & Platt, Incorporated's Motion For Reconsideration Of Denial Of Motions To Dismiss or, in the alternative, Motion To Certify The Order For Immediate Appeal under 28 U.S.C. § 1292(B).

Exhibits F and G identify customers of Defendant Leggett & Platt, Incorporated and are considered "highly confidential" pursuant to the Stipulated Protective Order entered in this action on February 23, 2011.  This customer information is trade secret information of Leggett & Platt, Incorporated.

---

[1] Leggett & Platt has been named and served in only two direct purchaser class actions (*J&S Packaging, Inc. v. Flexible Foam Products, Inc., et al.*, Case No. 1:10-pf-10014, and *Martin Furniture and Bedding, Inc. v. FXI – Foamex Innovations, Inc., et al.*, Case No. 1:11-pf-10005), one indirect purchaser class action (*Greg Beastrom, et al. v. The Carpenter Company, et al.*, Case No. 1:11-pf-10010), and one direct (non-class) action (*Sealy Corporation, et al. v. Carpenter Co.*, Case No. 1:11-10007) as of the date of this motion.

Accordingly, Defendant Leggett & Platt, Incorporated respectfully requests the Court issue an order permitting the filing under seal of Exhibits F and G to the Declaration of Cindy Morrison.

Dated: July 22, 2011

                                        Respectfully submitted,

                                        /s/  Daniel R. Warncke
                                        Daniel R. Warncke
                                        Taft Stettinius & Hollister LLP
                                        425 Walnut Street, Suite 1800
                                        Cincinnati, OH  45202-3957
                                        Tel.:  513.381.2838
                                        Fax:  513.381.0205
                                        warncke@taftlaw.com

                                        Joe Rebein
                                        Laurie A. Novion
                                        Shook, Hardy & Bacon LLP
                                        2555 Grand Blvd.
                                        Kansas City, MO  64108
                                        Tel.:  816.474.6550
                                        Fax:  816.421.5547
                                        jrebein@shb.com
                                        lnovion@shb.com

                                        *Attorneys for Defendant Leggett & Platt, Incorporated*

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2011, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all parties' attorneys of record.

                                              /s/ Daniel R. Warncke