# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION )<br><br>This document relates to:<br><br>INDIRECT PURCHASER CASES 11 pf 10002 and 11 pf 10010 | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## ORDER OF CONSOLIDATION

Upon motion of Indirect Purchaser Plaintiffs, individually and on behalf of a class of all those similarly situated, good cause having been shown,

IT IS ORDERED THAT indirect purchaser class actions *Gomez v. Hickory Springs Manufacturing Company et al*, 11 pf 10002 *and Beastrom et al v. Carpenter Company et al*. 11 pf 100010 are consolidated for all purposes.

s/ Jack Zouhary  7/27/11
_____
Judge Jack Zouhary
United States District Judge

_____
ENTERED