UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |
| This document relates to: ALL DIRECT PURCHASER CASES | |

**CERTAIN DEFENDANTS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION TO CERTIFY THE ORDER FOR IMMEDIATE APPEAL UNDER 28 U.S.C. § 1292(B) OR FOR A STAY OF THESE CIVIL ACTIONS**

Defendants Carpenter Co., E.R. Carpenter Company, L.P., Carpenter Holdings, Inc., Carpenter Canada Co., Flexible Foam Products, Inc., Ohio Decorative Products, Inc., Hickory Springs Manufacturing Company and Future Foam, Inc. (collectively "Defendants") respectfully move this Court for reconsideration of its decision rejecting their Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint ("CAC") and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint ("ICAC" or collectively the "Complaints"), Doc. No. 191 (July 19, 2011) (hereinafter, "Order"). Alternatively, Defendants request the Court to certify its Order for immediate appeal to the Sixth Circuit Court of Appeals pursuant to 28 U.S.C. §1292(b), or to stay these civil actions pending resolution of the government investigations of the polyurethane foam industry, and to grant any further relief this Court deems just and proper.

Defendants set forth the grounds supporting this motion in the accompanying Memorandum of Law.

Dated: July 28, 2011				Respectfully submitted,

/s/  James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax:     (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co., E.R. Carpenter, L.P., Carpenter Holdings, Inc. and Carpenter Canada Co.*

/s/   Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:     (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/  Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax:     (317) 231-7433
kmillard@btlaw.com

/s/   Michael D. Mustard
Michael D. Mustard
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone:  (260) 423-9440
Fax:     (260) 424-8316
mmustard@btlaw.com

*Counsel for Flexible Foam Products, Inc., Ohio Decorative Products, Inc.*

/s/   Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102
Phone:  (402) 346-6000
Fax:     (402) 346-1148
edward.warin@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Future Foam, Inc.*