# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) |
|  | MDL Docket No. 2196 |
|  | Index No. 10-MD-2196 (JZ) |
| This document relates to:<br>Direct Purchaser Action<br>*Thompson Trading Co., v. Hickory Springs, et al.*<br>Civil Action No. 5:10-114 | ) ) ) ) ) ) |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Please take notice that Plaintiff Thompson Trading Company pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above-entitled action without prejudice as to his claims only.

Date:  AUGUST 2, 2011

/s/ Melissa B. Willett
Melissa B. Willett
mwillett@bsfllp.com
**BOIES, SCHILLER & FLEXNER** LLP
5301 Wisconsin Ave. #800
Washington, D.C. 20015

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2011, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts.  Parties may access this filing through the Court's system.

/s/ Melissa B. Willett
Melissa B. Willett