# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## **ORDER**

This Court, having reviewed Defendant Foamex Innovations, Inc.'s ("FXI") Motion to File Under Seal dated August ___, 2011, hereby ORDERS that the request is GRANTED and that FXI may file under seal its Motion and Memorandum of Points and Authorities in Support of Motion for Reconsideration of the Court's July 19, 2011 Order or, in the Alternative, for Certification under 28 U.S.C. § 1292(b), and Exhibit A and Exhibit B to the Declaration of Peter M. Ryan.

SO ORDERED.

_____
Honorable Jack Zouhary
United States District Judge