IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                                  Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation      O R D E R

                                                                                    JUDGE JACK ZOUHARY

        Counsel have confirmed their availability for a phone conference on **Monday, August 8, 2011 at 11:00 a.m.** (**EDT**). Attached to this Order is an Agenda for discussion during the conference. At that time, counsel are instructed to call (800) 423-1988, Pass Code 1546175. Counsel shall also provide the Court with a "roll call" of those persons attending the conference by e-mail to Zouhary_Chambers@ohnd.uscourts.gov.

        While all counsel are invited to attend the conference, we do not expect all counsel to actively participate in the call, but provide the dial in number merely so interested parties can listen to the discussion. For this and future phone conferences, the Court expects lead and liaison counsel to coordinate participation so that participation is both complete and effective based on the agenda.

        IT IS SO ORDERED.

                                                                       s/ *Jack Zouhary*
                                                                    JACK ZOUHARY
                                                                    U. S. DISTRICT JUDGE

                                                                    August 4, 2011