MDL Docket No. 2196
In re POLYURETHANE FOAM ANTITRUST LITIGATION
PHONE CONFERENCE
Monday, August 8, 2011 at 11:00 AM (EDT)

AGENDA

I. Motions to Reconsider

- Confirmation if additional Motions forthcoming

- Opposition briefing -- need, scope, schedule?

II. Discovery Dispute Regarding Transactional Data Protocol (Doc. Nos. 205–07)

- Scope of disagreement

- Further briefing or argument?

III. Focused Discovery and Motion to Stay

- Document discovery -- progress, update, future scope

- Stay of depositions pending October date?

IV. Conference Call Procedures

- Participation

- Protocol