# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In re POLYURETHANE FOAM ANTITRUST LITIGATION** | MDL Docket No. 2196 |
| This document relates to: | Index No. 10-MD-2196 (JZ) |
| *Thompson Trading Co. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10010 | |
| *Shore-Line Carpet Supplies, Inc. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10011 | |
| *V&M, Inc. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10012 | |
| *Martin Greenbaum Company, Inc. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10013 | |
| *Suburban Floor Covering, Inc. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10022 | |
| *Robert Sims Enterprises, LLC v. The Carpenter Company*, No. 1:10-pf-10023 | |
| *Thoroughbred Carpets, Ltd. v. Hickory Springs Manufacturing Co., et al.*, No. 1:10-pf-10025 | |
| *Martin Furniture & Bedding, Inc. v. FXI – Foamex Innovations, Inc.*, No. 1:11-pf-10005 | |

## REQUEST TO BE REMOVED FROM ELECTRONIC NOTICES

On July 15, 2011, notice was filed that Defendant Scottdel, Inc.'s assets have been sold through the receivership process. The Receiver's motion to terminate the receivership was granted by the Fulton County Common Pleas Court on July 20, 2011. Therefore, the

undersigned is no longer the Receiver for Scottdel, Inc. and so respectfully requests to be removed from receiving any further electronic notices in this matter.

Respectfully submitted,

/s/ *Patricia B. Fugée*
Patricia B. Fugée (0070698)
ROETZEL & ANDRESS, LPA
One SeaGate, Suite 1700
Toledo, OH 43604
Telephone: (419) 254-5261
Facsimile: (419) 242-0316
E-Mail: pfugee@ralaw.com
*Former Court-appointed Receiver for Scottdel, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2011 a copy of the foregoing Request to be Removed was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system

/s/ *Patricia B. Fugée*
Patricia B. Fugée (0070698)
ROETZEL & ANDRESS, LPA
*Former Court-appointed Receiver for Scottdel, Inc.*

156335.111879.0004