|  | **DIRECT PURCHASER CAC**[1] | **INDIRECT PURCHASER CAC**[2] | **SEALY**[3] | **SPRING AIR**[4] | **H.M. RICHARDS**[5] | **FACTORY DIRECT**[6] | **HENSON SLEEP RELIEF**[7] |
|---|---|---|---|---|---|---|---|
| **DEFINITION INCLUDES:** | Slabstock, Block Commodity foam; Molded or Engineered foam; Carpet Underlay (from scrap foam); Flexible Polyurethane foam products | Slabstock, Block Commodity foam; Carpet Underlay (from scrap foam); Flexible Polyurethane foam products | Flexible Polyurethane Foam of any grade or blend. | Flexible, Slabstock Polyurethane Foam | Polyurethane Foam ("chemically complex polymeric product having a broad range of load bearing capability and resiliency"); Polyurethane foam products | Polyurethane foam ("can be flexible or rigid"); Polyurethane foam products | Polyurethane Foam ("chemically complex polymeric product having a broad range of load bearing capability and resiliency"); Polyurethane foam products |
| **DEFINITION EXCLUDES:** | Rigid foam; Technical foam | Molded or Engineered foam; Rigid foam | N/A | Molded or Engineered foam; Rigid foam | N/A | N/A | N/A |
| **EXAMPLES OF FOAM USED IN:** | Furniture; Bedding; Packaging; Flooring; Motor Vehicles; Fibers; Healthcare; Electronics; Personal Care; Components; *i.e.*, filters, dispensers, gaskets, & seals for various products, such as blood oxygenators and hard drives | Furniture; Bedding; Packaging; Flooring; Motor Vehicles; Fibers; Healthcare; Electronics; Personal Care; Components; *i.e.*, filters, dispensers, gaskets, & seals for various products, such as blood oxygenators and hard drives | Furniture; Bedding; Flooring; Motor Vehicles | Furniture; Bedding; Packaging; Flooring; Motor Vehicles; Fibers; Healthcare; Electronics; Personal Care; Components; *i.e.*, filters, dispensers, gaskets, & seals for various products, such as blood oxygenators and hard drives; Construction; Building products; Children's Toys; Sponge foam blocks; Bolsters; Convolute; Toppers; Antistatic foam; Anti-microbial foam; Visco-elastic foam; Sporting goods | Furniture; Bedding; Flooring; Motor Vehicles | Furniture; Bedding; Packaging; Flooring; Motor Vehicles; Fibers; Healthcare; Electronics; Personal Care; Components; *i.e.*, filters, dispensers, gaskets, & seals for various products, such as blood oxygenators and hard drives; Construction; Building products; Children's Toys; Convolute; Toppers; Anti-noise / vibration systems | Furniture; Bedding; Flooring; Motor Vehicles |
| **ALL PLS.' DEFINITION IN DISCOVERY**[8] | Flexible Foam; Rigid Foam; Microcellular Foam; Elastometric Foam OR Industry-accepted definition | | | | | | |

*EXHIBIT A*

---

[1] Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint, 2/28/2011 [Dkt. No. 46] at ¶¶ 1, 13-47, 56-59, 126.

[2] Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, 3/21/2011 [Dkt. No. 52] at ¶¶ 1, 7-20, 61-63, 138.

[3] Sealy Corporation, et al., Amended Complaint and Demand for Jury Trial, 7/26/2011 [Dkt. No. 198] at ¶¶ 14-56, 58.

[4] Spring Air International LLC, et al., Complaint, Jury Trial Demanded, Civil Action No. 1:11-pf-10007-JZ, 1/19/2011 at 1-2, ¶¶ 17-40, 54, 55.

[5] H.M. Richards Inc., et al., Complaint, Civil Action No. 1:11-cv-00067-SA-JAD, 3/11/2011 at ¶¶ 1, 40.

[6] Factory Direct, Inc., Complaint, Civil Action No. 5:11-cv-00045-D, 1/13/2011 at ¶¶ 1, 7-27, 34-36.

[7] Henson Sleep Relief, Inc. Complaint, Civil Action No. 1:11-pf-10009-JZ, 4/20/2011 at ¶¶ 1, 38.

[8] Direct Purchaser Class, Indirect Purchaser Class, and Certain Direct Action (Non-Class) Plaintiffs' Joint First Set of Interrogatories to Defendants, 5/16/2011 at ¶ 16; Direct Purchaser Class, Indirect Purchaser Class, and Certain Direct Action (Non-Class) Plaintiffs' Joint First Set of Requests for Production to Defendants, 4/15/2011 at ¶ 9.