## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO

H.M. RICHARDS, INC.,
FOAMCO SALES, INC.,
PRIME DESIGNS, INC.,
LEGENDS, INC.,
HOUSTON FOAM FABRICATORS, INC.

      Plaintiffs,

                **Case No. 1:11cv67-A-D**
                **MDL No. 1:10-md-2196**

HICKORY SPRINGS MANUFACTURING
COMPANY, VALLE FOAM INDUSTRIES,
INC., DOMFOAM INTERNATIONAL, INC.,
THE CARPENTER COMPANY, THE
WOODBRIDGE GROUP, FLEXIBLE
FOAM PRODUCTS, INC., SCOTTDEL INC.,
FOAMEX INNOVATIONS, INC., FUTURE
FOAM, INC., VITAFOAM PRODUCTS
CANADA LIMITED, VITAFOAM, INC.,
JOHN DOE DEFENDANTS 1-10

      Defendants.

In re POLYURETHANE FOAM
ANTITRUST LITIGATION
_____

_____

### ENTRY OF APPEARANCE
_____

     **NOTICE** is hereby given that Michael B. McHenry, Attorney at Law, P.O. Box 7316, 71

South Green Street, Tupelo, Mississippi, 38802, has been retained as counsel on behalf of the

above-named Plaintiffs, and hereby specifically reserves all defenses available to the said

Plaintiffs.

     **RESPECTFULLY SUBMITTED**, this the 8th day of August , 2011.

                PLAINTIFFS

                BY:   s:/Michael B. McHenry_____

Michael B. McHenry
MSBN:  99631
Gleason & McHenry, P.A.
P.O. Box 7316
Tupelo, Mississippi  38802-7316
Telephone: (662) 690-9824
Facsimile:  (662) 690-9826

---

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2011, a copy of the foregoing Notice of Appearance

was filed electronically. Notice of this filing will be sent by operation of the Court's electronic

filing system to all parties indicated on the electronic filing receipts. Parties may access this

filing through the Court's system.


THIS the 8th day of August, 2011.



_____
      s:/Michael B. McHenry