UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>   *E. M. Brown, Inc. v. Future Foam, Inc. et al.*, No. 1:10-pf-10018 | MDL No. 2196<br><br>Index No. 1:10-MD-02196-JZ<br><br>Judge Jack Zouhary |

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

643065_1
643065_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiff, E. M. Brown, Inc. pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above-entitled action without prejudice as to its claims only.

DATED: August 8, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
CARMEN A. MEDICI

            s/ Bonny E. Sweeney
            BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff E. M. Brown, Inc.,
No. No. 1:10-pf-10018

643065_1

- 1 -

CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 8, 2011.

    s/ Bonny E. Sweeney
    BONNY E. SWEENEY

    ROBBINS GELLER RUDMAN
       & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail:    bonnys@rgrdlaw.com

## Mailing Information for a Case 1:10-md-02196-JZ

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Heather B. Adams**
  heather.adams@alston.com

- **Guri Ademi**
  gademi@ademilaw.com

- **Shpetim Ademi**
  sademi@ademilaw.com

- **Lee Albert**
  lalbert@murrayfrank.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Randall L. Allen**
  randall.allen@alston.com

- **James T. Almon**
  jalmon@kennynachwalter.com

- **Parvin K. Aminolroaya**
  paminolroaya@seegerweiss.com,dmora@seegerweiss.com

- **Kathleen M. Anderson**
  kathleen.anderson@btlaw.com,debra.bengel@btlaw.com

- **Ronald J. Aranoff**
  aranoff@bernlieb.com

- **Richard A. Arnold**
  rarnold@kennynachwalter.com

- **Eric D. Barton**
  ebarton@wcllp.com

- **Stanley D. Bernstein**
  bernstein@bernlieb.com

- **Susan A. Bernstein**
  susan@sabernlaw.com

- **William J. Blechman**
  wblechman@kennynachwalter.com,mbeaudry@kennynachwalter.com

- **Meghan M. Blinn**
  meghan.blinn@kutakrock.com

- **Teresa T. Bonder**
  teresa.bonder@alston.com

- **Marcus N. Bozeman**
  mbozeman@carneywilliams.com

- **Michael M. Briley**
  mbriley@slk-law.com,ploo@slk-law.com

- **Daniel L. Brockett**
  DanBrockett@quinnemanuel.com

- **Daniel K. Bryson**
  dkb@lewis-roberts.com,blj@lewis-roberts.com,akm@lewis-roberts.com,lap@lewis-roberts.com,wjb@lewis-roberts.com,dms@lewis-roberts.com

- **Robert A. Bunda**
  rabunda@bsd-law.com

- **William G. Caldes**
  bcaldes@srkw-law.com

- **Terry Calvani**
  terry.calvani@freshfields.com

- **Gretchen A. Carpenter**
  gcarpenter@strangeandcarpenter.com

- **Emily E. Chow**
  echow@faegre.com,klongo@faegre.com

- **Pariss M. Coleman , II**
  coleman@cooperwalinski.com,simon@cooperwalinski.com

- **Timothy J. Coleman**
  tim.coleman@freshfields.com

- **F. Brenden Coller**
  bcoller@cozen.com

- **Tim L. Collins**
  tcollins@collins-scanlon.com,dkaveliski@collins-scanlon.com

- **Kimberly A. Conklin**
  kconklin@kergerlaw.com

- **Abigail E. Corbett**
  acorbett@stearnsweaver.com

- **Matthew C. Dates**
  mdates@stearnsweaver.com

- **Theresa R. DeWitt**
  trdewitt@bsd-law.com,bmcmahon@bsd-law.com

- **Manuel John Dominguez**
  jdominguez@bermandevalerio.com,mdelaney@bermandevalerio.com,dvanore@bermandevalerio.com,lbrigati@bermandevalerio.com,bmccarthy@bermandevalerio.com

- **Richard A. Duncan**
  rduncan@faegre.com

- **Marc H. Edelson**
  medelson@edelson-law.com

- **Robert G. Eisler**
  reisler@gelaw.com,bsmith@gelaw.com

- **M. Reid Estes , Jr**
  restes@dickinsonwright.com

- **Lori A. Fanning**
  lfanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Raymond J. Farrow**
  rfarrow@kellerrohrback.com

- **Howard Feller**
  hfeller@mcguirewoods.com

- **Erica L. Fenby**
  erica.ghali@alston.com

- **Seth R. Gassman**
  sgassman@labaton.com

- **Henry J. Geha , III**
  hgeha@ralaw.com,mskotynsky@ralaw.com

- **Robert J. Gilmer , Jr**
  rjgilmer@eastmansmith.com,mnschlatter@eastmansmith.com,asmeiring@eastmansmith.com,jatillman@eastmansmith.com,jamalcolm@eastmansmith.com

- **Shepard Goldfein**
  shepard.goldfein@skadden.com

- **Sathya S. Gosselin**
  sgosselin@hausfeldllp.com

- **Mark A. Griffin**
  mgriffin@kellerrohrback.com,bspangler@kellerrohrback.com

- **Cynthia J. Haffey**
  haffey@butzel.com,wagner@butzel.com

- **Frank A. Hirsch , Jr**
  frank.hirsch@alston.com,judy.bang@alston.com,matt.mcguire@alston.com,alyssa.mozingo@alston.com,tami.chasse@alston.com,anitra.royster@alston.com

- **Martin D. Holmes**
  mdholmes@dickinsonwright.com,tburson@dickinsonwright.com

- **William A. Isaacson**
  wisaacson@bsfllp.com

- **Howard B. Iwrey**
  hiwrey@dykema.com,dshiemke@dykema.com

- **Reginald S. Jackson , Jr**
  rjackson@cjc-law.com

- **Gary S. Jacobson**
  gsjacobson@lshllp.com

- **Megan E. Jones**

mjones@hausfeldllp.com,asandberg@hausfeldllp.com

- **Ralph B. Kalfayan**
  rkalfayan@kkbs-law.com,erica@kkbs-law.com,ashley@kkbs-law.com

- **Steven A. Kanner , Sr**
  skanner@fklmlaw.com

- **Paul M. Kaplan**
  paul.kaplan@alston.com

- **Dean N. Kawamoto**
  dkawamoto@kellerrohrback.com

- **Diogenes P. Kekatos**
  dkekatos@seegerweiss.com,dmora@seegerweiss.com

- **Richard M. Kerger**
  rkerger@kergerlaw.com,jreuling@kergerlaw.com

- **Kevin T. Kerns**
  kkerns@cozen.com

- **Sheldon H. Klein**
  klein@butzel.com,larson@butzel.com

- **Allison C. Kop**
  akop@gibsondunn.com

- **Anthony J. LaCerva**
  alacerva@collins-scanlon.com,dkaveliski@collins-scanlon.com

- **Theodore J. Leopold**
  tleopold@leopoldkuvin.com,lcuomo@leopoldkuvin.com

- **Matthew E. Liebson**
  matthew.liebson@thompsonhine.com,docket@thompsonhine.com

- **Kevin B. Love**
  klove@cridenlove.com

- **Bethany G. Lukitsch**
  blukitsch@mcguirewoods.com

- **Lezlie Madden**
  lmadden@cozen.com

- **John R. Malkinson**
  jmalkinson@mhtriallaw.com

- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com

- **Larry S. McDevitt**
  lmcdevitt@vwlawfirm.com

- **Matthew P. McGuire**
  matt.mcguire@alston.com,judy.bang@alston.com,frances.robertson@alston.com,alyssa.mozingo@alston.com,tami.chasse@alston.com,frank.hirsch@alston.com,anitra.royster@alston.com

- **Michael B. McHenry**
  michael.mchenry@gleason-mchenry.net

- **Patrick M. McLaughlin**
  pmclaughlin@mmlitigation.com,bkaloczi@mmlitigation.com

- **Carmen A. Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Kendall Millard**
  kmillard@btlaw.com,lroberts@btlaw.com,cstamas@btlaw.com

- **Douglas A. Millen , Sr**
  dmillen@fklmlaw.com

- **Marvin A. Miller**
  mmiller@millerlawllc.com,ajewell@millerlawllc.com

- **Stephen R. Neuwirth**
  stephenneuwirth@quinnemanuel.com

- **Francis P. Newell**
  fnewell@cozen.com,sstewart@cozen.com

- **Adam S. Nightingale**
  anightingale@cjc-law.com

- **Laurie A. Novion**
  lnovion@shb.com,gdrexel@shb.com,dnunn@shb.com

- **Linda P. Nussbaum**
  lnussbaum@gelaw.com

- **John P. Passarelli**
  john.passarelli@kutakrock.com,shari.mullennax@kutakrock.com

- **Joseph M. Patane**
  jpatane@tatp.com

- **Samuel O. Patmore**
  spatmore@stearnsweaver.com

- **Douglas H. Patton**
  dpatton@kennynachwalter.com

- **Clifford H. Pearson**
  cpearson@pswplaw.com,nhalpern@pswplaw.com,bpouya@pswplaw.com,mwilliams@pswplaw.com

- **Julie A. Perkins**
  jperkins@collins-scanlon.com

- **Bobby Pouya**
  bpouya@pswplaw.com

- **Elizabeth A Price**
  eprice@hartzoglaw.com

- **Joseph M. Rebein**
  jrebein@shb.com

- **Mindee Reuben**
  reuben@wka-law.com

- **Cynthia E. Richman**
  crichman@gibsondunn.com,akop@gibsondunn.com

- **Kurt M. Rupert**
  krupert@hartzoglaw.com,mtravis@hartzoglaw.com

- **Lauren C. Russell**
  laurenrussell@tatp.com

- **Peter M. Ryan**
  pryan@cozen.com

- **Hollis L. Salzman**
  hsalzman@labaton.com

- **Jay B. Shapiro**
  jshapiro@stearnsweaver.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com,lwolahan@shulaw.com

- **Aaron M. Sheanin**
  asheanin@pswplaw.com

- **Elliot A. Silver**
  elliot.silver@skadden.com

- **Bruce L. Simon**
  bsimon@pswplaw.com,nhalpern@pswplaw.com,bpouya@pswplaw.com,yberry@pswplaw.com

- **Eugene A. Spector**
  espector@srkw-law.com

- **Jeffrey L. Spector**
  jspector@srkw-law.com

- **Avidan J. Stern**
  avi@lynchandstern.com

- **Brian R. Strange**
  lacounsel@earthlink.com,jhood@strangeandcarpenter.com,cdeverich@strangeandcarpenter.com

- **Nathan F. Studeny**
  nstudeny@ralaw.com

- **Daniel G. Swanson**
  dswanson@gibsondunn.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **David J. Syrios**
  dsyrios@ademilaw.com

- **Tania T. Taveras**

taveras@bernlieb.com

- **Reginald V. Terrell**
  reggiet2@aol.com

- **William M. Thacker**
  wthacker@dickinsonwright.com

- **Charles E. Tompkins**
  ctompkins@shulaw.com,lwolahan@shulaw.com,dwoulfe@shulaw.com

- **Aaron D. Van Oort**
  avanoort@faegre.com

- **Linda R. Van Tine**
  lvantine@worldnet.att.net

- **Matthew E. Van Tine**
  mvantine@millerlawllc.com

- **James H. Walsh**
  jwalsh@mcguirewoods.com

- **Robert F. Ware**
  rob.ware@thompsonhine.com,docket@thompsonhine.com

- **Edward G. Warin**
  edward.warin@kutakrock.com

- **Daniel R. Warncke**
  warncke@taftlaw.com,warncke@yahoo.com

- **John K. Warren**
  john.warren@freshfields.com,edward.choe@freshfields.com

- **Daniel L. Warshaw**
  dwarshaw@pswplaw.com,nhalpern@pswplaw.com,bpouya@pswplaw.com,mwilliams@pswplaw.com

- **Stephen A. Weiss**
  sweiss@seegerweiss.com,tbenedetto@seegerweiss.com,dmora@seegerweiss.com

- **David W. Wicklund**
  dwicklund@slk-law.com,kayers@slk-law.com

- **David M. Wilkerson**
  dwilkerson@vwlawfirm.com

- **Melissa B. Willett**
  mwillett@bsfllp.com

- **Angela K. Wilson**
  angela.wilson@kutakrock.com,stephanie.brockman@kutakrock.com

- **Adam B. Wolfson**
  adamwolfson@quinnemanuel.com

- **Dennis P. Zapka**
  dzapka@mmlitigation.com

- **David W. Zoll**
  david@toledolaw.com,angela@toledolaw.com,christy@toledolaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Donald          C. Amamgbo
Amamgbo & Associates
Ste. 4900
7901 Oakport Street
Oakland, CA 94621

Steven          A. Asher
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Dwight          Bostwick
Zuckerman Spaeder - Washington
Ste. 1000
1800 M Street, NW
Washington, DC 20036

Everett         J. Bowman
Robinson, Bradshaw & Hinson, P. A.
101 N. Tryon, St.,
Suite 1900
Charlotte, NC 28246

Robert          L. Burchette
Johnston Allison & Hord
```

1065 East Morehead Street
Charlotte, NC 28204

**Tucker          H. Byrd**
Morgan & Morgan
20 North Orange Avenue
Orland, FL 32801

**Milchael        L. Carpenter**
Gray Layton Kersh Solomon Furr & Smith
516 South New Hope Road
P.O. box 2636
Gastonia, NC 28053-2636

**David Carson**
107 Maple Street
Swanton, OH 43558

**Louis Carson**
1152 Bernath Parkway
Toledo, OH 43615

**James           E. Cecchi**
Carella, Byrne, Cecchi, Olstein, Brody & Agnello
5 Becker Farm Road
Roseland, NJ 07068

**Max             O. Cogburn                                    , Jr**
Cogburn & Brazil, P.A.
P.O. Box 120
Asheville, NC 28802

**Robert          Clarence Cone**
Tuggle, Duggins & Meschan, P. A.
Tuggle Duggins & Meschan, P. A.
P. O. Box 2888
Greensboro, NC 27402-2888

**William         L. Deas**
Deas & Deas
P.O. Box 7282
Tupelo, MS 38802

**David           A Elder**
Hartzog Conger Cason & Neville
201 Robert S Kerr Ave
Suite 1600
Oklahoma City, OK 73102

**Tracy           Evans-Moyer**
McGuire Woods
1800 Century Park East
Los Angeles, CA 90067

**Morissa         R. Falk**
Labaton Sucharow LLP
140 Broadway
23rd Floor
New York, NY 10005

**Eric            M George**
Browne Woods George LLP
2121 Avenue of the Stars
24th Floor
Los Angeles, CA 90067

**Don             O. Gleason                                    , Jr**
GLEASON & MCHENRY
P.O. Box 7316
Tupelo, MS 38802-7316

**Philip          J. Gordon**
Gordon Law Group
585 Boylston Street
Boston, MA 02116

**Michael         H Gottschlich**
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

**Jessica         L Grant**
Pearson Simon Warshaw & Penny LLP
44 Montgomery Street   Suite 2450
San Francisco, CA 94104

**Michael         B. Gratz                                      , Jr**
Gratz & Gratz
312 North Green Street
Tupelo, MS 38804

**Michael         D. Hausfeld**
Hausfeld - Washington
Ste. 650
1700 K Street
Washington, DC 20006

**Christopher     T. Heffelfinger**
One California Street
Suite 900
San Francisco, CA 94111

**Andrea          L. Hertzfeld**
INVALID ADDRESS - Quinn, Emanuel, Urquhart, Oliver & Hedges

10th Floor
865 South Figueroa Street
Los Angeles, CA 90017

**Thomas G. Hooper**
Nelson, Mullins, Riley & Scarborough, LLP
Bank of America Corporate Center, Suite 4200
100 North Tryon St.
Charlotte, NC 28202

**S. Keith Hutto**
Nelson Mullins Riley & Scarborough, LLP
1320 Main St. (29201)
PO Box 11070
Columbia, SC 29211

**Carl Kravitz**
Zuckerman Spaeder - Washington
Ste. 1000
1800 M Street, NW
Washington, DC 20036

**William H. Latham**
Nelson, Mullins, Riley & Scarborough, LLP
1320 Mainstreet, 17th Floor
Meridian
Columbia, SC 29201

**Matthew Earl Lee**
Lewis & Roberts, PLLC
PO Box 17529
Raleigh, NC 27619

**William B. Lewis**
Berman DeValerio
4280 Professional Center Drive
Suite 350
Palm Beach Gardens, FL 33410

**James G. Middlebrooks**
McGuireWoods LLP
Post Office Box 31247
Charlotte, NC 28231

**Lawrence C. Moore** , III
Robinson, Bradshaw & Hinson, P. A.
101 N. Tryson St.
Suite 190
Charlotte, NC 28246

**William Everett Moore** , Jr
Gray, Layton, Kersh, Solomon, Sigmon, Furr & Smith, PA
516 South New Hope Road
P.O. Box 2636
Gastonia, NC 28053

**Drew Neville** , Jr
Hartzog Conger Cason & Neville
Ste. 1600
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102

**Nathaniel L. Orenstein**
One Liberty Square
Boston, MA 02109

**Peter A. Pease**
One Liberty Square
Boston, MA 02109

**Bernard Persky**
Labaton Sucharow LLP
140 Broadway
23rd Floor
New York, NY 10005

**John D. Radice**
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

**Mark Reich**
Coughlin Stoia Geller Rudman & Robbins
Ste. 200
58 S. Service Road
Melville, NY 11747

**Matthew W. Ruan**
One California Street
Suite 900
San Francisco, CA 94111

**Samuel H. Rudman**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins
Ste. 200
58 South Service Road
Melville, NY 11747

**Lynn Lincoln Sarko**
Keller Rohrback
1201 Third Avenue
Ste. 3200
98101-3052, WA 98101-3052

**Donald        L. Sawyer**
Freed kanner London & Millen
2201 Waukegan Road
Ste. 130
Bannockburn, IL 60015

**Mazin         A. Sbaiti**
Baron & Budd
Ste. 1100
3102 Oak Lawn Avenue
Dallas, TX 75219

**Todd          A. Seaver**
One California Street
Suite 900
San Francisco, CA 94111

**Michael       L. Silverman**
Freed Kanner London & Millen
2201 Waukegan Road
Ste. 130
Bannockburn, IL 60015

**Dana          Statsky Smith**
Bernstein Liebhard
22nd Floor
10 East 40 Street
New York, NY 10016

**Jeremy        S. Spiegel**
Weinstein, Kitchenoff & Asher
Ste. 1100
1845 Walnut Street
Philadelphia, PA 19103

**Bruce         W. Steckler**
Baron & Budd
Ste. 1100
3102 Oak Lawn Avenue
Dallas, TX 75219

**Stephen       A. Swedlow**
Korein Tillery
Ste. 1940
205 North Michigan Avenue
Chicago, IL 60601

**Joseph        J. Tabacco                    , Jr**
One California Street
Suite 900
San Francisco, CA 94111

**Bruce         E. Van Dalsem**
Quinn, Emanuel, Urquhart, Oliver & Hedges - Los Angeles
10th Floor
865 South Figueroa Street
Los Angeles, CA 90017

**Scott         William Weinstein**
Morgan & Morgan
20 North Orange Avenue
Orlando, FL 32801

**Martin        L. White**
1065 East Morehead St
Charlotte, NC 28204