# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) |
| This document relates to: *V & M, Inc. v. Hickory Springs Mfg. Co.*, 1:10-pf-10012-JZ | | |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff V & M, Inc. d/b/a Costa International and Plaintiff General Merchandising and Supply, Inc. (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss the case styled *V & M, Inc. v. Hickory Springs Mfg. Co.*, 1:10-pf-10012-JZ. This dismissal is without prejudice and shall not affect the rights of Plaintiffs to participate as a member of any certified class in the ongoing centralized action. No Defendant has served an answer or moved for summary judgment. Plaintiffs have not previously dismissed an action in federal or state court that includes the same claims as in the above-entitled litigation.

Date: August 12, 2011

/s/ *Vincent J. Esades*
Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax: (612) 338-4692
vesades@heinsmills.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2011, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

s/ *Vincent J. Esades*
Vincent J. Esades
