# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| This document relates to:<br><br>ALL DIRECT PURCHASER CLASS CASES<br><br>ALL INDIRECT PURCHASER CLASS CASES | Index No. 10 MD 2196 (JZ) |

### (PROPOSED) STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS VITAFOAM, INC. AND VITAFOAM PRODUCTS CANADA LIMITED TO ANSWER DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINTS

Direct Purchaser Class Plaintiffs and Indirect Purchaser Class Plaintiffs (collectively, "Class Plaintiffs") and Defendants Vitafoam, Inc. and Vitafoam Products Canada Limited (collectively, the "Vitafoam Defendants") in the above-captioned case stipulate and agree, subject to the Court's approval, that the Vitafoam Defendants shall answer Class Plaintiffs' respective consolidated amended class action complaints (Dkt. Nos. 46 & 52) thirty (30) days after the entry of this order.

Based on the parties' stipulation, which this Court approves, the Vitafoam Defendants shall have thirty (30) days after entry of this order to answer Class Plaintiffs' respective consolidated amended class action complaints. This order only impacts the Vitafoam Defendants, and shall not extend or otherwise affect the remaining Defendants' time to answer Class Plaintiffs' respective consolidated amended class action complaints.

**SO ORDERED**

DATED:_____

                                  The Honorable Judge Jack Zouhary
                                  United States District Judge

**We ask for this:**

| | |
|---|---|
| /s/ William A. Isaacson<br>William A. Isaacson<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, NW<br>Washington, DC 20015<br>Phone: (202) 237-5607<br>Fax: (202) 237-6131<br>Wisaacson@BSFLLP.com<br><br>/s/ Stephen R. Neuwirth<br>Stephen R. Neuwirth<br>QUINN EMANUEL URGUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Phone: (212) 849-7165<br>Fax: (212) 849-7100<br>stephenneuwirth@quinnemanuel.com<br><br>*Direct Purchaser (Class Action) Plaintiffs' Interim Lead Counsel*<br><br>/s/ Marvin A. Miller<br>Marvin A. Miller<br>MILLER LAW LLC<br>115 South LaSalle St., Suite 2910<br>Chicago, Illinois 60603<br>Phone: (312) 332-3400<br>Fax: (312) 676-2676<br>rjgilmer@eastmansmith.com<br><br>*Indirect Purchaser Plaintiffs' Interim Lead Counsel* | /s/ Timothy J. Coleman<br>Timothy J. Coleman<br>Bruce McCulloch<br>Terry Calvani<br>John K. Warren<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Avenue, NW<br>Suite 600<br>Washington DC 20004-2692<br>Phone: (202) 777-4555<br>Fax: (202) 777-4555<br>tim.coleman@freshields.com<br><br>/s/ Robert J. Gilmer, Jr.<br>Robert J. Gilmer, Jr.<br>EASTMAN & SMITH LTD.<br>One SeaGate, 24th Floor<br>P.O. Box 10032<br>Toledo, Ohio 43699-0032<br>Phone: (419) 247-1766<br>Fax: (419) 247-1777<br>rjgilmer@eastmansmith.com<br><br>*Counsel for Defendants Vitafoam, Inc. and Vitafoam Products Canada Ltd.* |

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2011, in accordance with Paragraphs 5 and 9 of the Initial Case Management Order entered January 20, 2011, the foregoing **(Proposed) Stipulated Order Extending Time for Defendants Vitafoam, Inc. and Vitafoam Products Canada Limited to Answer Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Class Action Complaints** was filed electronically using the Court's ECF system, which will send notification of such filing to counsel of record.

/s/ Timothy J. Coleman

Timothy J. Coleman
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Phone: (202) 777-4500
Fax:    (202) 777-4555
E-mail: tim.coleman@freshfields.com

*Counsel for Defendants Vitafoam, Inc. and Vitafoam Products Canada Ltd.*