IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Polyurethane Foam Antitrust Litigation | Case No. 1:10 MD 2196 |
| | O R D E R |
| This document relates to: | JUDGE JACK ZOUHARY |
| ALL DIRECT PURCHASER CLASS CASES | |
| ALL INDIRECT PURCHASER CLASS CASES | |

Pending before the Court is the Vitafoam Defendants' Proposed Stipulated Order Extending Time to Answer Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Class Action Complaints (Doc. No. 228).

In light of the various Defendants' pending Motions to Reconsider (Doc. Nos. 202–04, 214), and this Court's Order clarifying that when one party files a motion regarding a common issue, this Motion will be treated as entered for all parties (Doc. No. 222). This Court recognizes that there are some remaining issues requiring resolution in order for individual Defendants to file a complete Answer. In the interest of keeping all the trains moving down the track at the same speed (and avoiding "me too" motions if the Court were to grant the Vitafoam Defendants' request), all Defendants are granted an additional thirty (30) days after entry of this Order to answer Class Plaintiffs' respective Consolidated Amended Class Action Complaints.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 15, 2011