UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

**DEFENDANTS' MOTION REQUESTING LEAVE TO FILE REPLY
TO DIRECT PURCHASER AND INDIRECT PURCHASER CLASS PLAINTIFFS'
OPPOSITION TO MOTIONS FOR RECONSIDERATION
REGARDING FRAUDULENT CONCEALMENT**

Defendants respectfully request permission to file the attached reply to Direct Purchaser and Indirect Purchaser Class Plaintiffs' Opposition to Defendants' Arguments Regarding Fraudulent Concealment in Their Motions for Reconsideration (Doc. # 227) to correct mischaracterizations in Plaintiffs' Opposition as to the scope of Defendants' fraudulent concealment arguments and bring to the Court's attention to the recently decided case *In re Refrigerant Compressors Antitrust Litigation*, 2011 WL 2433392 (E.D. Mich. June 13, 2011), which contains a detailed discussion of the Sixth Circuit standards for assessing fraudulent concealment allegations and the application of that precedent to conspiratorial allegations similar to those made by Plaintiffs here.

Dated: August 17, 2011                    Respectfully submitted,

/s/ James H. Walsh                        /s/ Kendall Millard
James H. Walsh                            Kendall Millard
Howard Feller                             BARNES & THORNBURG, LLP
Bethany Lukitsch                          11 South Meridian Street
MCGUIREWOODS LLP                          Indianapolis, IN 46204-3535
One James Center                          Phone: (317) 231-7461
901 East Cary Street                      Fax:   (317) 231-7433
Richmond, VA 23219-4030                   kmillard@btlaw.com
Phone: (804) 775-4356
Fax:   (804) 698-2200                     /s/  Michael D. Mustard
jwalsh@mcguirewoods.com                   Michael D. Mustard
hfeller@mcguirewoods.com                  BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com                600 One Summit Square
                                          Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R.*         Phone: (260) 423-9440
*Carpenter, L.P., Carpenter Holdings, Inc.*  Fax:   (260) 424-8316
*and Carpenter Canada Co.*                mmustard@btlaw.com

                                          *Counsel for Flexible Foam Products, Inc.,*
                                          *Ohio Decorative Products, Inc.*

/s/   Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:      (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

Paul Michael Kaplan
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016
Phone:  (212) 210-9400
Fax:      (212) 210-9444
paul.kaplan@alston.com

*Counsel for Defendant Hickory Springs Manufacturing Company*

/s/   Howard B. Iwrey
Howard B. Iwrey
Dykema Gossett, PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304-2820
Phone:  (248) 203-0526
Fax:      (248) 203-0763

*Counsel for Defendants Inoac USA Inc. and Crest Foam Industries, Inc.*

/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:     (213) 229-6919
dsawnson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:      (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

/s/   Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone:  (215) 665-2118
Fax:      (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for Defendant FXI - Foamex Innovations, Inc.*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Erica F. Ghali
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
randall.allen@alston.com
teresea.bonder@alston.com
erica.ghali@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148
edward.warin@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Defendant Future Foam, Inc.*

/s/ Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
shepard.goldfein@skadden.com
elliot.silver@skadden.com

*Counsel for Domfoam International, Inc.
and Valle Foam Industries (1995) Inc.*

/s/ Sheldon Klein
Sheldon Klein
BUTZEL LONG
Stoneridge West
4100 Woodward Ave.
Bloomfield Hills, MI 48304
Phone: (248) 258-1414
Fax: (248) 258-1439
klein@butzel.com

*Counsel for Defendant Plastomer
Corporation*

5

/s/ Robert J. Gilmer, Jr.
Robert J. Gilmer, Jr.
EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Phone: (419) 247-1766
Fax:    (419) 247-1777
rjgilmer@eastmansmith.com

/s/ Timothy J. Coleman
Timothy J. Coleman
Bruce McCulloch
Terry Calvani
John K. Warren
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington DC 20004-2692
Phone: (202) 777-4555
Fax:    (202) 777-4555
tim.coleman@freshields.com

*Counsel for Vitafoam, Inc. and Vitafoam Products Canada Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2011, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                                                       _/s/ Elliot A. Silver_____