Motion Granted.

s/Jack Zouhary   **Aug 18, 2011**
U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____
IN RE POLYURETHANE FOAM ANTITRUST   )
LITIGATION                          )
_____)   MDL Docket No. 2196
THIS DOCUMENT RELATES TO:           )
                                    )   Index No. 10 MD 2196 (JZ)
ALL CASES                           )
_____)

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.9 for the United States District Court for the Northern District of Ohio, the undersigned attorneys hereby move this Court to permit: (i) Robert L. Burchette and Martin L. White of the law firm JOHNSTON, ALLISON & HORD, P.A.; (ii) Tucker H. Byrd and Scott William Weinstein of the law firm MORGAN & MORGAN; and attorney Manuel J. Dominguez to withdraw as counsel of record for Plaintiff Martin Furniture and Bedding, Inc. ("Martin Furniture"). The following facts are offered in support of this Motion:

1. Todd A. Seaver and Nathaniel Orenstein from law firm BERMAN DEVALERIO will quite ably remain as counsel of record for Martin Furniture, and the withdrawal of the above-named counsel will neither impede this litigation nor prejudice Martin Furniture. Messrs Seaver and Orenstein are experienced class action counsel who are members in good standing in the United States District Court District of Massachusetts. Messrs Seaver and Orenstein representation of Martin Furniture predates the filing of its initial complaint in the United States District Court for the Western District of North Carolina and has continued through the consolidation of that matter with MDL 2196.

1197988.1 1

2. This Motion has been made with the consent of Martin Furniture, who has received written notice pursuant to Local Civil Rule 83.9.

WHEREFORE, the undersigned attorneys respectfully request that the court enter an Order granting their Motion to Withdrawal of counsel for Robert L. Burchette, Martin L. White, Tucker Byrd, Scott William Weinstein and Manuel J. Dominguez as attorneys in the above-captioned actions.

Dated: August 16, 2011    **Respectfully submitted,**

| | |
|---|---|
| /s/ Manuel J. Dominguez<br>Manuel J. Dominguez<br>COHEN MILSTEIN SELLERS & TOLL<br>3507 Kyoto Gardens Drive, Ste 200<br>Palm Beach Gardens, FL 33418<br>Telephone: (561) 578-6850<br>Email: jdominguez@cohenmilstein.com<br>*Withdrawing Counsel of Record for Martin Furniture and Bedding, Inc.* | /s/ Tucker H. Byrd<br>Tucker H. Byrd<br>Scott William Weinstein<br>MORGAN & MORGAN<br>10 North Orange Avenue<br>Orlando, Florida 32801<br>Telephone: (407) 420-1414<br>Facsimile: (407) 418-2048<br>Email:TByrd@businesstrialgroup.com<br>*Withdrawing Counsel of Record for Martin Furniture and Bedding, Inc.* |
| /s/ Robert L. Burchette<br>Robert L. Burchette<br>Martin L. White<br>JOHNSTON, ALLISON & HORD, P.A.<br>1065 East Morehead Street<br>Charlotte, North Carolina 28204<br>Telephone: (704) 332-1181<br>Facsimile: (704) 376-1628<br>Email: rburchette@jahlaw.com<br>Email:mwhite@jahlaw.com<br>*Withdrawing Counsel of Record for Martin Furniture and Bedding, Inc.* | /s/ Todd A. Seaver<br>Todd A. Seaver<br>BERMAN DEVALERIO<br>One California Street<br>Suite 900<br>San Francisco, CA 94111<br>Telephone: 415 433-3200<br>Facsimile: 415 433 6382<br>Email:tseaver@bermandevalerio.com<br>*Counsel of Record for Martin Furniture and Bedding, Inc.* |

|  |  |
|---|---|
|   /s/ Nathenial L. Orenstein<br>Nathaniel L. Orenstein<br>BERMAN DEVALERIO<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: 617 542-8300<br>Facsimile: 617 542-1194<br>Email:norenstein.@bermandevalerio.com<br>*Counsel of Record for Martin Furniture and Bedding, Inc.* |  |

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2011, I caused the foregoing document to be filed electronically with the Clerk of the Court using the ECF system, which will send electronic notification of such filings to all attorneys of record.

        /s/ Manuel J. Dominguez
Manuel J. Dominguez
Withdrawing counsel for Martin Furniture and Bedding, Inc.