> Motion Granting extension of time until 9/26/11.
>
> So Ordered.
>
> S/Jack Zouhary   9/15/11
> U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

In re POLYURETHANE FOAM ANTITRUST ) 
LITIGATION )
) MDL Docket No. 2196
) Index No. 10-MD-2196 (JZ)

THIS DOCUMENT RELATES TO:

ALL CASES

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO ANSWER THE DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINTS AND THE DIRECT ACTION NON-CLASS COMPLAINTS UNTIL SEVEN (7) DAYS AFTER THE COURT'S RESOLUTION OF THE PENDING MOTIONS FOR RECONSIDERATION**

By Order dated August 15, 2011, the Court noted that due to the pendency of Defendants' motions for reconsideration "there are some remaining issues requiring resolution in order for Defendants to file a complete Answer" to the Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Class Action Complaints and the Direct Action Non-Class Complaints in this multidistrict litigation. The Court accordingly granted all Defendants an additional thirty (30) days, until September 14, 2011, in which to answer the complaints. *See* No. 10-MD-2196 (JZ), Docket No. 229; *see also* August 16, 2011 Marginal Docket Entries in Nos. 1:11-pf-10001 (JZ), 1:11-pf-10007 (JZ), 1:11-pf-10008 (JZ), 1:11-pf-10009 (JZ), and 1:11-pf-10011 (JZ) (applying the August 15, 2011 Order to the direct action non-class complaints).

Because Defendants' motions for reconsideration remain pending, on Monday, September 12, 2011, Defendants contacted Lead Counsel for the Direct and Indirect Purchaser Class Plaintiffs and Lead Counsel for the Direct Action Non-Class Plaintiffs requesting a

stipulation, in light of the Court's August 15, 2011 Order, extending Defendants' time to answer the complaints until seven (7) days after the Court's resolution of the pending motions for reconsideration. As of the filing of this motion, Plaintiffs have not provided a substantive response to Defendants' request other than to state that they intend to respond sometime today. *See* attached Exhibit A.

Because the parameters of this case, and therefore the scope and substance of Defendants' answers, depend on the Court's resolution of the pending motions for reconsideration, and because Defendants will be forced to prepare answers given the lack of a substantive response to date from Plaintiffs' counsel on the requested stipulation, Defendants respectfully request that the Court enter an Order extending their time to answer the Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Class Action Complaints and the Direct Action Non-Class Complaints until seven (7) days after the Court's resolution of the pending motions for reconsideration.

Dated: September 13, 2011

/s/ James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax: (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co., E.R. Carpenter, L.P., Carpenter Holdings, Inc. and Carpenter Canada Co*

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC 27703
Phone: (919) 862-2200
Fax: (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

Respectfully Submitted,

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax: (317) 231-7433
kmillard@btlaw.com

/s/ Michael D. Mustard
Michael D. Mustard
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone: (260) 423-9440
Fax:    (260) 424-8316

*Counsel for Flexible Foam Products, Inc., Ohio Decorative Products, Inc.*

/s/ Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Phone: (402) 346-6000
Fax:   (402) 346-1148
edward.warin@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Future Foam, Inc.*

s/ Howard B. Iwrey
Howard B. Iwrey
DYKEMA GOSSETT, PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304-2820
Phone: (248) 203-0526
Fax:   (248) 203-0763

*Counsel for Inoac USA Inc. and Crest Foam Industries, Inc.*

/s/ Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2118
Fax:   (215) 665-2013
fnewell@cozen.com
prvan@cozen.com

*Counsel for FXI - Foamex Innovations, Inc.*

s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Inc.*

/s/ Richard A. Duncan
Richard A. Duncan
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
rduncan@faegre.com

Robert A. Bunda
Theresa R. DeWitt
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Boulevard
Perrysburg, OH 43551
Phone: (419) 241-2777
Fax: (419) 241-4697
rabunda@bsd-law.com
trdewitt@bsd-law.com

*Counsel for Otto Bock Polyurethane Technologies, Inc.*

/s/ Robert J. Gilmer, Jr.
Robert J. Gilmer, Jr.
EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Phone: (419) 247-1766
Fax: (419) 247-1777
rjgilmer@eastmansmith.com

/s/ Timothy J. Coleman
Timothy J. Coleman
Bruce McCulloch
Terry Calvani
John K. Warren
FRESTIFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington DC 20004-2692
Phone: (202) 777-4555
Fax: (202) 777-4555
tim.coleman@freshields.com

*Counsel for Vitafoam, Inc. and Vitafoam Products Canada Ltd*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Erica F. Ghali
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
randall.allen@alston.com
teresea.bonder@alston.com
erica.ghali@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919
dsawnson@gibsondunn.com

Cynthia Richman
John W.F. Chesley
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651
crichman@gibsondunn.com
jchesley@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

/s/ Sheldon Klein
Sheldon Klein
BUTZEL LONG
Stoneridge West
4100 Woodward Ave.
Bloomfield Hills, MI 48304
Phone: (248) 258-1414
Fax: (248) 258-1439
klein@butzel.com

*Counsel for Plastomer Corporation*

5

/s/ Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
Shepard.goldfein@skadden.com
Elliot.silver@skadden.com

*Counsel for Domfoam International, Inc.
And Valle Foam Industries (1995) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011 a copy of the foregoing Defendants' Motion for Extension of Time was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>/s/ Kendall Millard
>Kendall Millard
>BARNES & THORNBURG LLP
>11 South Meridian Street
>Indianapolis, IN 46204-3535
>Phone: (317) 231-7461
>Fax: (317) 231-7433
>Kendall.millard@btlaw.com

**From:** Stephen Neuwirth [mailto:stephenneuwirth@quinnemanuel.com]
**Sent:** Tuesday, September 13, 2011 12:27 PM
**To:** Lukitsch, Bethany Gayle; 'wisaacson@bsfllp.com'; 'wblechman@kennynachwalter.com'; 'mmiller@millerlawllc.com'; 'dpatton@kennynachwalter.com'; 'MVantine@millerlawllc.com'; 'mwillett@bsfllp.com'; Adam Wolfson
**Cc:** Walsh, James H.; Millard, Kendall
**Subject:** RE: Request for Extension

We will get back to you today.

---

**From:** Lukitsch, Bethany Gayle [mailto:blukitsch@mcguirewoods.com]
**Sent:** Tuesday, September 13, 2011 12:26 PM
**To:** Lukitsch, Bethany Gayle; 'wisaacson@bsfllp.com'; 'wblechman@kennynachwalter.com'; Stephen Neuwirth; 'mmiller@millerlawllc.com'; 'dpatton@kennynachwalter.com'; 'MVantine@millerlawllc.com'; 'mwillett@bsfllp.com'; Adam Wolfson
**Cc:** Walsh, James H.; Millard, Kendall
**Subject:** RE: Request for Extension

I have not received a response to my email of yesterday. We would request the courtesy of a response.

Regards,
Bethany

---

**From:** Lukitsch, Bethany Gayle
**Sent:** Monday, September 12, 2011 4:57 PM
**To:** 'wisaacson@bsfllp.com'; 'wblechman@kennynachwalter.com'; 'Stephen Neuwirth'; 'mmiller@millerlawllc.com'; 'dpatton@kennynachwalter.com'; 'MVantine@millerlawllc.com'; 'mwillett@bsfllp.com'; Adam Wolfson
**Cc:** Walsh, James H.; Millard, Kendall
**Subject:** Request for Extension

Bill, Steve, Marv and Bill

In light of the Court's previous ruling extending the deadline for Defendants to respond to all of the Complaints pending a ruling on the motions to dismiss, would plaintiffs (direct, indirect, and direct non-class) be amenable to a short extension of time to file answers to 7 days after the Court's ruling on the motions to dismiss?

Regards,

Bethany

Bethany Gayle Lukitsch
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
804.775.4711 (Direct Line)
804.698.2261 (Direct FAX)
blukitsch@mcguirewoods.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.

9/13/2011

**EXHIBIT A**