AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| In Re: Polyurethane Foam Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-md-2196 |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bruce Schoenberger, as registered agent for Scottdel Cushion, LLC
One SeaGate, Suite 1645, Toledo, OH 43604

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: SEE ATTACHED EXHIBIT "A"

| Place: KERGER & HARTMAN, LLC<br>33 S. Michigan St., Suite 100<br>Toledo, OH 43604 | Date and Time:<br>October 16, 2011 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 09/16/2011

*CLERK OF COURT*

OR _[signature]_

_____
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Indirect Purchser Plaintiffs
_____, who issues or requests this subpoena, are:

Richard M. Kerger and Kimberly A. Conklin, Esq., KERGER & HARTMAN, LLC, 33 S. Michigan St., Suite 100, Toledo, OH 43604. Telephone: (419) 255-5990.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:10-md-2196

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __Bruce Schoenberger__
was received by me on *(date)* __09/16/2011__.

☒ I served the subpoena by delivering a copy to the named person as follows:
__personal service upon Krista Baired for Bruce Schoenberger.__
on *(date)* __09/16/2011__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __09/16/2011__

*Josee Reuling*
*Server's signature*

__Josee Reuling, File Clerk, KERGER & HARTMAN, LLC__
*Printed name and title*

__33 S. Michigan St., Suite 100, Toledo, OH  43604__
*Server's address*

Additional information regarding attempted service, etc: