# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) | MDL Docket No. 2196 |
| THIS DOCUMENT RELATES TO: ) ) ALL CASES ) ) | Index No. 10 MD 2196 (JZ) |

## NOTICE OF APPEARANCE

Please take notice that Meegan F. Hollywood, of the law firm of Labaton Sucharow LLP, is hereby entered as counsel on behalf of Plaintiff Ace Foam, Inc.

Dated: September 19, 2011

Respectfully submitted,

LABATON SUCHAROW LLP

By: /s/ M. Hollywood

Meegan F. Hollywood
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
E-mail: mhollywood@labaton.com

*Counsel for Plaintiff Ace Foam, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the a true and correct copy of the foregoing Notice of Appearance was sent to the Clerk of Courts to be filed using the CM/ECF system, which will send notification of such filing to all counsel of record on the 19th day of September, 2011.

*M. Hollywood*
Meegan F. Hollywood