# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ)<br><br>**AMENDED NOTICE OF SERVICE OF SUBPOENA DUCES TECUM PURSUANT TO FED. R. CIV. P. 45(B)(1)** |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD PLEASE**

**TAKE NOTICE** that pursuant to Fed. Civ.R. 45(B)(1), Plaintiffs hereby provide notice that, by and through their undersigned attorneys, they will issue a **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to the following on September 16, 2011: William Scott Carson and Bruce Schoenberger, as registered agent for Scottdel Cushion, LLC. The Subpoenas are attached hereto as Exhibits 1 and 2.

Respectfully submitted,

*/s/*Marvin A. Miller
Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tele: (312) 332-3400
Fax: (312) 676-2676
Email: MMiller@MillerLawLLC.com
LFanning@MillerLawLLC.com
MVantine@MillerLawLLC.com

*Interim Lead Counsel for Indirect Purchasers*

*/s/*Kimberly A. Conklin
Richard M. Kerger (0015864)
Kimberly Conklin (0074726)
**KERGER & HARTMAN, LLC**
33 S. Michigan Street, Suite 100
Toledo, OH 43604
Telephone: (419) 255-5990
Fax: (419) 255-5997
Email: Rkerger@kergerlaw.com
Kconklin@kergerlaw.com

*Executive Committee for Indirect Purchasers*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been electronically filed this 20th day of September 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and in accordance with local rules and the Federal Rules of Civil Procedure.

      /s/ Kimberly A. Conklin