IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation  O R D E R

This document relates to: ALL CASES  JUDGE JACK ZOUHARY

This Court has reviewed Plaintiffs' Motion for Entry of Clerk's Default Against Defendant Scottdel, Inc. under Rule 55(a) (Doc. No. 230), and Defendants' Response (Doc. No. 250). Plaintiff's Motion is granted. This Court will defer entry of judgment under Rule 55(b)(2) until final judgment on the merits. *See Frow v. De La Vega*, 82 U.S. (15 Wall.) 552 (1872); *Kimberly v. Coastline Coal Corp.*, 1988 U.S. App. LEXIS 12265 (6th Cir. 1988).

IT IS SO ORDERED.

      s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 27, 2011