Ralph B. Kalfayan, Esq., SBN 133464
KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
Tel: (619) 232-0331
Fax: (619) 232-4019

Attorneys for Plaintiff, Carpeteria Markarian Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: POLYURETHANE FOAM ANTITRUST LITIGATION | ) MDL Docket No. 2196 (All Cases) <br> ) <br> ) **NOTICE OF CHANGE OF ADDRESS** <br> ) |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP has changed its address for service of notices and documents in the above-captioned action. The new address of the firm is as follows:

/ / /

/ / /

/ / /

/ / /

1

Krause, Kalfayan, Benink & Slavens, LLP
550 West C Street, Suite 530
San Diego, CA 92101
Tel:(619) 232-0331
Fax:(619) 232-4019

Please amend your service list accordingly.

Dated: October 4, 2011       KRAUSE KALFAYAN BENINK
                & SLAVENS LLP

                */s/Ralph B. Kalfayan*
                Ralph B. Kalfayan, Esq.
                Krause, Kalfayan, Benink & Slavens, LLP
                550 West C Street, Suite 530
                San Diego, CA 92101
                Tel: (619) 232-0331
                Fax: (619) 232-4019
                Email: rkalfayan@kkbs-law.com

                Attorneys for Plaintiff
                Carpeteria Markarian Co.

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **Notice of Change of Address** was filed on October 4, 2011. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>                          */s/Ralph B. Kalfayan*
>                          Ralph B. Kalfayan, Esq.
>                          Attorneys for Plaintiff
>                          Carpeteria Markarian Co.