IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10 MD 2196 (JZ) |
| This document relates to: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael R. Hoernlein of the law firm Alston & Bird LLP hereby enters his appearance as counsel for Hickory Springs Manufacturing Company.

This 7th day of October, 2011.

ALSTON & BIRD LLP

By:   /s/ Heather Adams
Frank A. Hirsch, Jr. (NC Bar No. 13904)
Matthew P. McGuire (NC Bar No. 20048)
Heather Adams (NC Bar No. 25239)
4721 Emperor Blvd., Ste. 400
Durham, NC 27703
Phone: (919) 862-2200
Fax:    (919) 862-2260
Email: frank.hirsch@alston.com
          matt.mcguire@alston.com
          heather.adams@alston.com

Paul Michael Kaplan (NY Bar No. 2408540)
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
Fax:    (212) 210-9444
Email: paul.kaplan@alston.com

Michael R. Hoernlein (NC Bar No. 40419)
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Phone: (704) 444-1000
Fax:    (704) 444-1111
Email:  michael.hoernlein@alston.com

*Counsel for Defendant Hickory Springs Manufacturing Company*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **Notice of Appearance** was filed on October 7, 2011 using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

/s/ Heather Adams
Heather Adams
*Counsel for Hickory Springs*
*Manufacturing Company*