**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT PURCHASER CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

**NOTICE OF SERVICE OF SUBPOENA**

NOTICE IS HEREBY GIVEN, pursuant to Federal Rule of Civil Procedure 45(b)(1), that Direct Purchaser Plaintiffs in the above-captioned action shall serve a subpoena (attached hereto as Exhibit 1) for the preservation of documents on Daniel Holsenbeck.

Dated: October 28, 2011

Respectfully submitted:

/s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Phone: 202-237-5607
Fax: 202-237-6131

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: 212-849-7165
Fax: 212-849-7100

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: hscherrer@hausfeldllp.com

*Member, Executive Committee for Direct Purchaser Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Sathya S. Gosselin, an attorney, certify that a copy of the foregoing has been electronically filed today, October 28, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and in accordance with local rules and the Federal Rules of Civil Procedure.

/s/ Sathya Gosselin