**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT PURCHASER CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## NOTICE OF SERVICE OF SUBPOENA

NOTICE IS HEREBY GIVEN, pursuant to Federal Rule of Civil Procedure 45(b)(1), that Direct Purchaser Plaintiffs in the above-captioned action shall serve a subpoena (attached hereto as Exhibit 1) for the production of documents on Stan Yukevich.

Dated: November 2, 2011

                                                                              Respectfully submitted:

| | |
|---|---|
| /s/ William A. Isaacson<br>William A. Isaacson<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, NW<br>Washington, DC 20015<br>Phone: 202-237-5607<br>Fax: 202-237-6131 | /s/ Stephen R. Neuwirth<br>Stephen R. Neuwirth<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Phone: 212-849-7165<br>Fax: 212-849-7100 |

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

                                                  Michael D. Hausfeld
                                                  HAUSFELD LLP
                                                  1700 K Street NW, Suite 650
                                                  Washington, DC 20006
                                                  Telephone: (202) 540-7200
                                                  Facsimile: (202) 540-7201
                                                  Email: mhausfeld@hausfeldllp.com

                                                  *Member, Executive Committee for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Sathya S. Gosselin, an attorney, certify that a copy of the foregoing has been electronically filed today, November 2, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and in accordance with local rules and the Federal Rules of Civil Procedure.

    /s/ Sathya Gosselin