IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                            Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation      O R D E R

                                                           JUDGE JACK ZOUHARY

Counsel have confirmed their availability for a hearing on Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlement (Doc. No. 293) for **Wednesday, January 11, 2012 at 10:00 a.m. (EST)** before Magistrate Judge James Knepp at the United States Courthouse, 1716 Spielbusch, Toledo, Ohio, Courtroom 204. Counsel shall also provide the Court (by e-mail to Knepp_chambers@ohnd.uscourts.gov by **January 9, 2012**) with a "roll call" of those persons attending the conference.

IT IS SO ORDERED.

                                                          s/ *Jack Zouhary*
                                                          JACK ZOUHARY
                                                          U. S. DISTRICT JUDGE

                                                          December 29, 2011