UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

In re POLYURETHANE FOAM ANTITRUST ) 
LITIGATION )
)
) MDL Docket No. 2196
) Index No. 10-MD-2196 (JZ)
This document relates to: )
)
Sealy Corporation, et al., v. Carpenter Co., et al. )
Case Number 1:11-pf-10007 (JZ) )
)

## STIPULATION AND MOTION TO SUSPEND LITIGATION AGAINST DOMFOAM INTERNATIONAL, INC. AND VALLE FOAM INDUSTRIES (1995) INC.

Whereas, Plaintiffs Sealy Corporation, Select Comfort Corporation, National Bedding Company L.L.C. d/b/a Serta Mattress Company, Simmons Bedding Company, Tempur-Pedic International, Inc., and La-Z-Boy Incorporated (individually and collectively, "Plaintiffs") and Domfoam International, Inc. ("Domfoam") and Valle Foam Industries (1995) Inc. ("Valle") have entered into a Settlement Agreement as of January 3, 2012 (the "Agreement"); and

Whereas, pursuant to the terms of the Agreement, the parties are to submit to this Court a joint request for an order suspending the litigation proceedings against Domfoam and Valle; and

Whereas, subject to approval of this Court, the parties stipulate and request that this Court enter an Order suspending all proceedings as scheduled against Domfoam and Valle.

Dated: January 9, 2012

By: /s/ William J. Blechman
William J. Blechman
wblechman@knpa.com
KENNY NACHWALTER P.A.
201 South Biscayne Blvd.
Suite 1100
Miami, Florida 33131
Tel: (305) 305-373-1000
Fax: (305) 372-1861

*Counsel for Plaintiffs Sealy Corporation, Select Comfort Corporation, National Bedding Company L.L.C. d/b/a Serta Mattress Company, Simmons Bedding Company, Tempur-Pedic International, Inc., and La-Z-Boy Incorporated*

By: /s/ Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3610
Fax: (917) 777-3610

*Counsel for Domfoam International, Inc., and Valle Foam Industries (1995) Inc.*

IT IS SO ORDERED.

Dated: January ___, 2012

_____
JACK ZOUHARY
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

    /s/ Elliot A. Silver
Elliot A. Silver
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
E-mail: elliot.silver@skadden.com