UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: | |
| H.M Richards, Inc. et al. v. Hickory Springs Manufacturing Company, et al., Case Number 1:11-pf-10008-JZ | |
| The Rose Hill Company, Inc. v. Hickory Springs Manufacturing Company, et al., Case Number 1:11-pf-10014-JZ | |
| Tupelo Foam Sales, Inc. v. Hickory Springs Manufacturing Company, et al., Case Number 1:11-pf-10017-JZ | |
| Life Style Furniture Company, Inc. v. Hickory Springs Manufacturing Company, et al., Case Number 1:11-pf-10015- JZ | |
| Dykes Industries of Mississippi, Inc. v. Hickory Springs Manufacturing Company, et al., Case Number 1:11-pf-10018-JZ | |
| Corinthian, Inc. v. Hickory Springs Manufacturing Company, et al., Case Number 1:11-pf-10016-JZ | |
| Henson Sleep Relief, Inc. v. Hickory Springs Manufacturing Company, et al., Case Number 1:11-10009-JZ | |
| Corsicana Bedding, Inc. v. Hickory Springs Manufacturing Company, et al., Case Number 3:11-cv-03372 (N.D. Tex.) | |

**STIPULATION AND MOTION TO SUSPEND LITIGATION AGAINST DOMFOAM INTERNATIONAL, INC. AND VALLE FOAM INDUSTRIES (1995) INC.**

Whereas, Plaintiffs H.M. Richards, Inc., Foamco Sales, Inc., Prime Designs, Inc., Legends, Inc., Houston Foam Fabricators, Inc., The Rose Hill Company, Inc., Tupelo Foam Sales, Inc., Life Style Furniture Company, Inc., Dykes Industries of Mississippi, Inc., Corinthian, Inc., Henson Sleep Relief, Inc. and Corsicana Bedding, Inc. (collectively, "Plaintiffs") and Domfoam International, Inc. ("Domfoam") and Valle Foam Industries (1995) Inc. ("Valle") have entered into Settlement Agreements as of January 3, 2012 (the "Agreements"); and

Whereas, pursuant to the terms of the Agreements, the parties are to submit to this Court a joint request for an order suspending the litigation proceedings against Domfoam and Valle; and

Whereas, subject to approval of this Court, the parties stipulate and request that this Court enter an Order suspending all proceedings as scheduled against Domfoam and Valle.

Dated: January 9, 2012

By: /s/ W. Lawrence Deas
W. Lawrence Deas, Esq.
DEAS & DEAS, LLC
P.O. Box 7282
Tupelo, MS 38802
Tel: (662) 842-4546
Fax: (662) 842-5449
Lawrence@deaslawfirm.com

*Counsel for Plaintiffs H.M. Richards, Inc., Foamco Sales, Inc.,
Prime Designs, Inc., Legends, Inc., Houston Foam Fabricators, Inc.,
The Rose Hill Company, Inc., Tupelo Foam Sales, Inc.,
Life Style Furniture Company, Inc., Dykes Industries of Mississippi, Inc.,
Corinthian, Inc., Henson Sleep Relief, Inc. and Corsicana Bedding, Inc.*

By: /s/ Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3610
Fax: (917) 777-3610

*Counsel for Domfoam International, Inc., and
Valle Foam Industries (1995) Inc.*

IT IS SO ORDERED.

Dated: January ___, 2012

_____
JACK ZOUHARY
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

/s/ Elliot A. Silver
Elliot A. Silver
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
E-mail: elliot.silver@skadden.com