UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| This document relates to: ALL CASES | Index No. 10 MD 2196 (JZ) |

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Kate S. McMillan of Freshfields Bruckhaus Deringer US LLP shall appear as counsel of record on behalf of Defendants Vitafoam Products Canada, Limited and Vitafoam, Inc. in the above-captioned action.

Dated: January 10, 2012　　　　FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: _/s/ Kate S. McMillan_
Kate S. McMillan
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-2692
Phone: (202) 777-4500
Fax: (202) 777-4555
E-mail: kate.mcmillan@freshfields.com

*Counsel for Defendants Vitafoam Products Canada Ltd. and Vitafoam, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, a copy of the foregoing Notice of Appearance of Counsel was filed via facsimile.

*Kate S. McMillan*

*Counsel for Defendants Vitafoam Products Canada Ltd. and Vitafoam, Inc.*