UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Spring Air International LLC et al. v. Hickory Springs Manufacturing Company et al., Case No. 1:11-pf-10001-JZ | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

**STIPULATION AND MOTION TO SUSPEND LITIGATION AGAINST DOMFOAM INTERNATIONAL, INC. AND VALLE FOAM INDUSTRIES (1995) INC.**

Whereas, Plaintiffs Spring Air International LLC, Spring Air Ohio LLC, Spring Air LLC, E&E Bedding Company, Inc., and Alfred T. Giuliano, chapter 7 Trustee of the substantively consolidated estates of: Consolidated Bedding Inc.; Ackerman Manufacturing Company; Alabama Bedding Manufacturing Company, Inc.; American Bedding Industries, Inc.; Associated Trucking Company, Inc.; Atlas Bedding Manufacturing Corporation; Chattam & Wells, Inc.; Nature's Rest, Inc.; Nature's Rest Marketing, LLC; Spring Air Bedding Company; Spring Air California – Deluxe Bedding Company, Inc; Spring Air Partners – North America, Inc.; Spring Air Partners – Texas, Inc.; Spring Air West, LLC; and The Spring Air Company (individually and collectively, "Plaintiffs") and Domfoam International, Inc. ("Domfoam") and Valle Foam Industries (1995) Inc. ("Valle") have entered into Settlement Agreements as of January 3, 2012 (the "Agreements"); and

Whereas, pursuant to the terms of the Agreements, the parties are to submit to this Court a joint request for an order suspending the litigation proceedings against Domfoam and Valle; and

ME1 12825390v.1

Whereas, subject to approval of this Court, the parties stipulate and request that this Court enter an Order suspending all proceedings as scheduled against Domfoam and Valle.

Dated: January 11, 2012

By: _____
Charles E. Tompkins
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
ctompkins@shulaw.com

By: _____
Eric W. Wiechmann
MCCARTER & ENGLISH, LLP
185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-6731
Fax: (860) 724-3397
ewiechmann@mccarter.com

*Counsel for Plaintiffs Spring Air International LLC, Spring Air Ohio LLC, Spring Air LLC, E&E Bedding Company, Inc., and Consolidated Bedding Inc.*

By: _____
Shepard Goldfein
Elliot A. Silver
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3610
Fax: (917) 777-3610

*Counsel for Domfoam International, Inc., and Valle Foam Industries (1995) Inc.*

IT IS SO ORDERED.
Dated: January ___, 2012

           _____
           JACK ZOUHARY
           U.S. DISTRICT JUDGE

ME1 12825390v.1

## CERTIFICATE OF SERVICE

    I hereby certify that on January 11, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

    /s/ Elliot A. Silver
    Elliot A. Silver
    Skadden, Arps, Slate,
    Meagher & Flom LLP
    Four Times Square
    New York, NY 10036
    Phone: (212) 735-3000
    Fax: (212) 735-2000
    E-mail: elliot.silver@skadden.com