## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br>Direct Purchaser Actions | |

### NOTICE OF APPEARANCE

TO:  All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that Joel C. Meredith of the law firm Meredith & Associates will be appearing to represent The Stroud Group in the above-captioned action.

Dated: January 17, 2012

/s/ Joel Meredith
Joel C. Meredith
Meredith & Associates
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
Tel:  (215) 564-5182
Fax:  (215) 569-0958
jmeredith@mcgslaw.com