# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) |
| This document relates to: <br> Direct Purchaser Actions | |

## NOTICE OF APPEARANCE

TO: All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that Steven J. Greenfogel of the law firm Lite DePalma Greenberg, LLC will be appearing to represent Plaintiff The Stroud Group in the above-captioned action.

Dated: 1/17/12

Steven J. Greenfogel
Lite DePalma Greenberg, LLC
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
Tel: (215) 564-5182
Fax: (215) 569-0958
sgreenfogel@litedepalma.com