# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION : : : | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br>Direct Purchaser Actions : : : : | |

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE COURT:**

Please withdraw the appearance of Meredith Cohen Greenfogel & Skirnick, P.C. on behalf of Plaintiff The Stroud Group.

Dated: 1\17\12

Meredith Cohen Greenfogel & Skirnick, P.C.

By: Steven J. Greenfogel
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
215-564-5182
sgreenfogel@mcgslaw.com