UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | |
| | MDL Docket No. 2196 |
| This document relates to: | |
| All Direct Purchaser Class and Indirect Purchaser Class Cases | Index No. 10MD2196(JZ) |
| Spring Air International LLC et al. v. Hickory Springs Manufacturing Company et al., Case No. 3:11-pf-10001-JZ | |
| Sealy Corporation et al. v. Carpenter Co. et al., Case No. 1:11-pf-10007-JZ | |
| H.M. Richards, Inc. et al. v. Hickory Springs Manufacturing Company et al., Case No. 1:11-pf-10008-JZ | |
| Henson Sleep Relief, Inc. v. Hickory Springs Manufacturing Company et al., Case No. 1:11-pf-10009-JZ | |
| Factory Direct, Inc. v. The Carpenter Co., et al., Case No. 1:11-pf-10011-JZ | |
| The Rose Hill Company, Inc. v. Hickory Springs Manufacturing Company et al., Case No. 1:11-pf-10014-JZ | |
| Life Style Furniture Company, Inc. v. Hickory Springs Manufacturing Company et al., Case No. 1:11-pf-10015-JZ | |
| Corinthian, Inc. v. Hickory Springs Manufacturing Company et al., Case No. 1:11-pf-10016-JZ | |
| Tupelo Foam Sales, Inc. v. Hickory Springs Manufacturing Company et al., Case No. 1:11-pf-10017-JZ | |

Dykes Industries of Mississippi, Inc. v. Hickory )
Springs Manufacturing Company et al., )
Case No. 1:11-pf-10018-JZ )
  )
Corsicana Bedding, Inc. et al. v. Hickory Springs )
Manufacturing Company et al., )
Case No. 1:12-pf-10000-JZ )
(Case No. 3:11-cv-03372 (N.D. Tex.)) )
_____)

**CERTAIN DEFENDANTS' MEMORANDUM IN RESPONSE TO STIPULATIONS AND MOTIONS TO SUSPEND LITIGATION AGAINST DOMFOAM INTERNATIONAL, INC., VALLE FOAM INDUSTRIES (1995) INC. AND A-Z SPONGE & FOAM PRODUCTS LTD.**

On January 10 and 11, 2012, Plaintiffs and Defendants Domfoam International, Inc., Valle Foam Industries (1995) Inc. and A-Z Sponge & Foam Products Ltd. (collectively, the "Settling Defendants") filed joint stipulations and motions (the "Joint Motions") to suspend litigation against the Settling Defendants in the above-captioned cases pursuant to their January 3, 2012 settlement agreement relating to those cases. Defendants Carpenter Co., E.R. Carpenter, L.P., Carpenter Holdings, Inc., Flexible Foam Products, Inc., Future Foam, Inc., FXI - Foamex Innovations, Inc., Hickory Springs Manufacturing Co., Leggett & Platt, Incorporated, Mohawk Industries Inc., Otto Bock Polyurethane Technologies, Inc., Woodbridge Foam Corporation, Woodbridge Foam Fabricating, Inc., and Woodbridge Sales & Engineering, Inc. (collectively, the "Non-Settling Defendants") take no position as to whether the Court should grant or deny the Joint Motions. However, should the Court decide to grant the Joint Motions, the Non-Settling Defendants respectfully request that the Court make clear in its Order that nothing in the Joint Motions or the Court's Order shall operate to preclude or otherwise alter the Non-Settling Defendants' rights and ability to seek and procure discovery from the Settling Defendants in this case.

2

Dated:  January 20, 2012 　　　　　　　　　　　Respectfully submitted,

/s/  James H. Walsh  　　　　　　　　　　　　　/s/  Kendall Millard
James H. Walsh  　　　　　　　　　　　　　　　Kendall Millard
Howard Feller  　　　　　　　　　　　　　　　　BARNES & THORNBURG, LLP
Bethany Lukitsch  　　　　　　　　　　　　　　11 South Meridian Street
MCGUIREWOODS LLP  　　　　　　　　　　　　Indianapolis, IN 46204-3535
One James Center  　　　　　　　　　　　　　　Phone: (317) 231-7461
901 East Cary Street  　　　　　　　　　　　　Fax:     (317) 231-7433
Richmond, VA 23219-4030  　　　　　　　　　kmillard@btlaw.com
Phone: (804) 775-4356
Fax:     (804) 698-2200  　　　　　　　　　　/s/  Michael D. Mustard
jwalsh@mcguirewoods.com  　　　　　　　　　Michael D. Mustard
hfeller@mcguirewoods.com  　　　　　　　　　BARNES & THORNBURG, LLP
blukitsch@mcguirewoods.com  　　　　　　　　600 One Summit Square
　　　　　　　　　　　　　　　　　　　　　　Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R. Carpenter,*  Phone:  (260) 423-9440
*L.P., and Carpenter Holdings, Inc.*  　　　　Fax:     (260) 424-8316
　　　　　　　　　　　　　　　　　　　　　　mmustard@btlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Flexible Foam Products, Inc.*


/s/  Frank A. Hirsch, Jr.  　　　　　　　　　　/s/  Edward G. Warin
Frank A. Hirsch, Jr.  　　　　　　　　　　　　Edward G. Warin
Matthew P. McGuire  　　　　　　　　　　　　John P. Passarelli
ALSTON & BIRD LLP  　　　　　　　　　　　　KUTAK ROCK LLP
4721 Emperor Blvd.  　　　　　　　　　　　　1650 Farnam Street
Suite 400  　　　　　　　　　　　　　　　　　Omaha, NE  68102
Durham, NC  27703  　　　　　　　　　　　　Phone:  (402) 346-6000
Phone:  (919) 862-2200  　　　　　　　　　　Fax:     (402) 346-1148
Fax:     (919) 852-2260  　　　　　　　　　　edward.warin@kutakrock.com
frank.hirsch@alston.com  　　　　　　　　　　john.passarelli@kutakrock.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing*  　*Counsel for Future Foam, Inc.*
*Company*

/s/ Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2118
Fax:    (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for FXI - Foamex Innovations, Inc.*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Erica F. Ghali
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax:    (404) 881-7777
randall.allen@alston.com
teresea.bonder@alston.com
erica.ghali@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax:    (513) 381-0205
warncke@taftlaw.com

Joe Rebein
Laurie A. Novion
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227
Fax:    (816) 421-5547
jrebein@shb.com
lnovion@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/ Richard A. Duncan
Richard A. Duncan
Emily E. Chow
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax:    (612) 766-1600
rduncan@faegre.com

Robert A. Bunda
Theresa R. DeWitt
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Boulevard
Perrysburg, OH 43551
Phone: (419) 241-2777
Fax:    (419) 241-4697
rabunda@bsd-law.com
trdewitt@bsd-law.com

*Counsel for Otto Bock Polyurethane Technologies, Inc.*

4

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:  (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:  (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Bethany G. Lukitsch
Bethany G. Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Phone: (804) 775-4711
Fax:    (804) 698-2261
blukitsch@mcguirewoods.com