IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: Polyurethane Foam Antitrust Litigation<br><br>This Document Relates To:<br><br>Direct Purchaser Action<br>*J&S Packaging, Inc. v. Hickory Springs Manufacturing Company, et al.*<br>Civil Action No. 1:10-pf-10014 | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## CONSENT MOTION OF McLAUGHLIN & McCAFFREY, LLP TO WITHDRAW AS COUNSEL

Pursuant to Rule 57.21 of the Local Rules of the United States District Court for the Northern District of Ohio, the undersigned attorneys hereby move this Court and counsel to permit partners Patrick M. McLaughlin and Dennis P. Zapka and McLaughlin & McCaffrey, LLP, 1111 Superior Avenue, Suite 1350, Cleveland, Ohio 44114 to withdraw as counsel for Plaintiff J&S Packaging, Inc., J&S Packaging, Inc. is represented by other counsel in this matter and has consented to this Motion to Withdraw as Counsel.

Respectfully submitted,

/s/ Patrick M. McLaughlin
Patrick M. McLaughlin (0008190)
Dennis P. Zapka  (0012609)
McLAUGHLIN & McCAFFREY, LLP
1111 Superior Avenue, 1350
Cleveland, Ohio 44114-2500
(216) 623-0900 Telephone
(216) 623-0935 Facsimile
pmclaughlin@mmlitigation.com
dzapka@mmlitigation.com

IT IS SO ORDERED
s/Jack Zouhary
1/30/2012