IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                                  Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation           <u>O R D E R</u>

This document relates to:  ALL CASES           JUDGE JACK ZOUHARY


This Court will hold a Status Phone Conference on **Friday, February 10, 2012 at 3:30 p.m.** to discuss case schedule and pending filings:

- Stipulation and Motion (Doc. Nos. 312–13); (also filed in companion Case Nos. 10001, 10007–09, 10011, 10014–18);

- Suggestion of Bankruptcy (Doc. No. 324); and

- Motion to Intervene and Add Party Plaintiff (Doc. No. 14 in Case No. 10001).

Counsel are instructed to call (888) 453-4405 Code 342294.  Counsel shall also provide this Court with a "roll call" of those persons attending the conference by e-mail to Zouhary_Chambers@ohnd.uscourts.gov by **Thursday, February 9, 2012**.

IT IS SO ORDERED.

         *s/ Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

February 2, 2012