**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No.: 2196 |
| | Index No. 10 MD 2196 (JZ) |
| | This Document Relates to: |
| | *L & J Products and Sales, Inc., et al. v. Hickory Springs Manufacturing, et al.* (MSN 11-00164) |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Court's Initial Case Management Conference Order Paragraph 17: Gregory H. Revera and M. Paul Killian of Leo Law, LLC, 200 Randolph Avenue, Huntsville, Alabama 35801, shall appear as counsel of record on behalf of Plaintiffs, L&J Products and Sales, Inc., Florida Foam and Sales, Inc., and NC Foam and Sales, Inc. in the above-captioned case.

Submitted this the 6th day of February, 2012.

                                              **LEO LAW, LLC**

                                              /s/ Gregory H. Revera
                                              Gregory H. Revera
                                              M. Paul Killian
                                              200 Randolph Avenue
                                              Huntsville, Alabama 35801
                                              Telephone: (256) 539-6000
                                              Facsimile:  (256) 539-6024
                                              grevera@leo-law.com
                                              pkillian@leo-law.com