IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                          Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation       O R D E R

This document related to: ALL CASES     JUDGE JACK ZOUHARY

A record status hearing was held on February 10, 2012 (Court Reporter: Angela Nixon).

This Court and counsel reviewed pending motions and this Court ruled on those motions. The status of discovery was also discussed and, in this regard, counsel agreed to meet and confer and then submit for this Court's approval any proposed changes to the current Scheduling Orders. This Court did approve an extension of the February 17, 2012 deadline for proposed page limitations for class certification briefing.

IT IS SO ORDERED.

                                                          s/ *Jack Zouhary*
                                               JACK ZOUHARY
                                              U. S. DISTRICT JUDGE

                                              February 13, 2012