> Denied as Moot without prejudice.
> So Ordered.
> s/Jack Zouhary
> U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) |
| This document relates to: ALL DIRECT PURCHASER CLASS AND INDIRECT PURCHASER CLASS CASES | ) ) ) ) ) ) ) |

MDL Docket No. 2196
Index No. 10-MD-2196 (JZ)

**STIPULATION AND MOTION TO SUSPEND LITIGATION AGAINST DOMFOAM INTERNATIONAL, INC., VALLE FOAM INDUSTRIES (1995) INC. AND A-Z SPONGE & FOAM PRODUCTS LTD.**

Whereas, Direct Purchaser Class Plaintiffs, Indirect Purchaser Class Plaintiffs and Domfoam International, Inc. ("Domfoam"), Valle Foam Industries (1995) Inc. ("Valle"), and A-Z Sponge & Foam Products Ltd. ("A-Z"), have entered into Voluntary Dismissal and Settlement Agreements as of January 3, 2012 (the "Agreements"); and

Whereas, pursuant to the terms of the Agreements, the parties are to submit to this Court a joint request for an order suspending the litigation proceedings against Domfoam, Valle and A-Z; and

Whereas, subject to approval of this Court, the parties stipulate and request that this Court enter an Order suspending all proceedings as scheduled against Domfoam, Valle and A-Z subject to the parties' obligations pursuant to the Agreements to submit documentation to the Court in support of preliminary and final approval of the Settlement.

Dated: January 10, 2012

By: /s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Tel: (202) 237-5607
Fax: (202) 237-6131

By: /s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7165
Fax: (212) 849-7100

*Direct Purchaser Class Plaintiffs' Interim Lead Counsel*

By: /s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400
Fax: (312) 676-2676

*Indirect Purchaser Class Plaintiffs' Interim Lead Counsel*

By: /s/ Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3610
Fax: (917) 777-3610

*Counsel for Domfoam International, Inc., Valle Foam Industries (1995) Inc. and A-Z Sponge & Foam Products Ltd.*

IT IS SO ORDERED.

Dated: January ___, 2012

_____
JACK ZOUHARY
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

/s/ Elliot A. Silver
Elliot A. Silver
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
E-mail: elliot.silver@skadden.com