# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) | |
| This document relates to: | ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| ALL CASES | ) ) ) | |

## NOTICE OF EXTENSION OF STAY

**PLEASE TAKE NOTICE:**

      1.     On February 24, 2012, the United States Bankruptcy Court for the Northern District of Ohio entered an Order Granting Recognition of Foreign Main Proceedings and Other Chapter 15 Relief (attached hereto as Exhibit A), which provides, pursuant to Section 362(a) of the United States Bankruptcy Code, for a stay "throughout the duration of these Chapter 15 cases" of each "judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."  Thus, to the extent that the above-captioned actions involve any of the Debtors, those actions are stayed as to that Debtor for the duration of the Chapter 15 proceedings by operation of the Order Granting Recognition of Foreign Main Proceedings and Other Chapter 15 Relief and 11 U.S.C. § 1520(a)(1).

      2.     The filing of this Notice is not and shall not be construed as a waiver by the Debtors or their estates of any rights, claims, actions, defenses (including, without limitation, any jurisdictional defenses), setoffs or recoupments, under agreements, in law, in equity, or

2

otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly

reserved.

Dated:          February 27, 2012          Respectfully submitted,

/s/ Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
E-mail: shepard.goldfein@skadden.com

*Counsel for Domfoam International, Inc.,*
*Valle Foam Industries (1995) Inc. and*
*A-Z Sponge & Foam Products Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on February 27, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts.  Parties may access this filing through the Court's system.


       /s/ Elliot A. Silver
       Elliot A. Silver
       SKADDEN, ARPS, SLATE,
       MEAGHER & FLOM LLP
       Four Times Square
       New York, NY 10036
       Phone: (212) 735-3000
       Fax: (212) 735-2000
       E-mail: elliot.silver@skadden.com