**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

_____
                                          )
In re POLYURETHANE FOAM ANTITRUST )
LITIGATION                                )
_____)   MDL Docket No. 2196
                                          )   Index No. 10-MD-2196 (JZ)
This document relates to:                 )
                                          )
ALL CASES                                 )
_____)

**STIPULATION REGARDING EXTENSION OF DEADLINE TO ADD PARTIES**

WHEREAS the parties are meeting and conferring on whether to propose to the Court changes in the pretrial schedule set forth in the Joint Scheduling Order dated April 27, 2011 (Dkt. No. 112);

WHEREAS the parties do not expect to complete the meet and confer process by March 1, 2012;

WHEREAS the current pre-trial schedule includes a deadline of March 1, 2012, for adding additional parties; and

WHEREAS the parties have agreed that it would facilitate the meet and confer process to adjourn by one week the existing deadline for adding additional parties;

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for adding additional parties shall be extended to March 8, 2012, without prejudice to any party's position as to whether a further extension is or is not warranted.

DATED: February 29, 2012

| | |
|---|---|
| /s/ William A. Isaacson | /s/ Stephen R. Neuwirth |
| William A. Isaacson | Stephen R. Neuwirth |
| **BOIES, SCHILLER & FLEXNER LLP** | **QUINN EMANUEL URQUHART** |
| 5301 Wisconsin Avenue, NW | **& SULLIVAN, LLP** |
| Washington, DC 20015 | 51 Madison Avenue, 22nd Floor |
| Phone: 202-237-5607 | New York, NY 10010 |
| Fax: 202-237-6131 | Phone: 212-849-7165 |
| | Fax: 212-849-7100 |

*Direct Purchaser Plaintiffs' Interim Co-Lead Counsel*

/s/ Marvin A. Miller
Marvin A. Miller
**MILLER LAW LLC**
115 South LaSalle St., Suite 2910
Chicago, Illinois 60603
Phone: 312-332-3400
Fax: 312-676-2676

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ William J. Blechman
William J. Blechman
**KENNY NACHWALTER, P.A.**
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Phone: 305-373-1000
Fax: 305-372-1861

*Liaison Counsel for Direction Action (Non-Class) Plaintiffs and Counsel for Sealy Corporation, Select Comfort Corporation, Simmons Bedding Company, Tempur-Pedic International, Inc., and La-Z-Boy Incorporated*

/s/ James H. Walsh
James H. Walsh
MCGUIREWOODS LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Phone: (804) 775-1000
Fax: (804) 775-1061

*Counsel for Carpenter Co.*

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax: (317) 231-7433

*Counsel for Flexible Foam Products, Inc.*

/s/ Francis P. Newell
Francis P. Newell
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2000
Fax: (215) 665-2013

*Counsel for FXI – Foamex Innovation, Inc.*

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
ALSTON & BIRD LLP
3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1500
Phone: (919) 862-2200
Fax: (919) 862-2260

*Counsel for Hickory Springs Manufacturing Co.*

/s/ Edward G. Warin
Edward G. Warin
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Fax: (402) 346-1148

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227

*Counsel for Future Foam, Inc.*

*Counsel for Leggett & Platt, Incorporated*

/s/ Richard A. Duncan
Richard A. Duncan
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600

Robert A. Bunda
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Boulevard
Perrysburg, OH 43551
Phone: (419) 241-2777
Fax: (419) 241-4697

***Counsel for Otto Bock Polyurethane Technologies, Inc.***

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651

***Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.***

/s/ Randall L. Allen
Randall L. Allen
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777

***Counsel for Mohawk Industries, Inc.***

/s/ Sheldon Klein
Sheldon Klein
BUTZEL LONG
Stoneridge West
4100 Woodward Ave.
Bloomfield Hills, MI 48304
Phone: (248) 258-1414
Fax: (248) 258-1439

***Counsel for Plastomer Corporation***