Motion Granted.

s/Jack Zouhary **Mar 01, 2012**
U.S. District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | )<br>)<br>)<br>) MDL Docket No. 2196<br>) Index No. 10-MD-2196 (JZ) |
| This document relates to:<br><br>ALL CASES | )<br>)<br>)<br>) |

**STIPULATION REGARDING EXTENSION OF DEADLINE TO ADD PARTIES**

 WHEREAS the parties are meeting and conferring on whether to propose to the Court changes in the pretrial schedule set forth in the Joint Scheduling Order dated April 27, 2011 (Dkt. No. 112);

 WHEREAS the parties do not expect to complete the meet and confer process by March 1, 2012;

 WHEREAS the current pre-trial schedule includes a deadline of March 1, 2012, for adding additional parties; and

 WHEREAS the parties have agreed that it would facilitate the meet and confer process to adjourn by one week the existing deadline for adding additional parties;

 IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for adding additional parties shall be extended to March 8, 2012, without prejudice to any party's position as to whether a further extension is or is not warranted.

DATED:  February 29, 2012

/s/ William A. Isaacson  
William A. Isaacson  
**BOIES, SCHILLER & FLEXNER LLP**  
5301 Wisconsin Avenue, NW  
Washington, DC  20015  
Phone:  202-237-5607  
Fax:     202-237-6131

/s/ Stephen R. Neuwirth  
Stephen R. Neuwirth  
**QUINN EMANUEL URQUHART**  
  **& SULLIVAN, LLP**  
51 Madison Avenue, 22nd Floor  
New York, NY  10010  
Phone:  212-849-7165  
Fax:     212-849-7100

*Direct Purchaser Plaintiffs' Interim Co-Lead Counsel*

/s/ Marvin A. Miller  
Marvin A. Miller  
**MILLER LAW LLC**  
115 South LaSalle St., Suite 2910  
Chicago, Illinois 60603  
Phone: 312-332-3400  
Fax: 312-676-2676

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ William J. Blechman  
William J. Blechman  
**KENNY NACHWALTER, P.A.**  
201 South Biscayne Boulevard  
Suite 1100  
Miami, Florida 33131-4327  
Phone: 305-373-1000  
Fax: 305-372-1861

*Liaison Counsel for Direction Action (Non-Class) Plaintiffs and Counsel for Sealy Corporation, Select Comfort Corporation, Simmons Bedding Company, Tempur-Pedic International, Inc., and La-Z-Boy Incorporated*

2

/s/ James H. Walsh
James H. Walsh
MCGUIREWOODS LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Phone: (804) 775-1000
Fax: (804) 775-1061

*Counsel for Carpenter Co.*

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax: (317) 231-7433

*Counsel for Flexible Foam Products, Inc.*

/s/ Francis P. Newell
Francis P. Newell
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2000
Fax: (215) 665-2013

*Counsel for FXI – Foamex Innovation, Inc.*

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
ALSTON & BIRD LLP
3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1500
Phone: (919) 862-2200
Fax: (919) 862-2260

*Counsel for Hickory Springs Manufacturing Co.*

/s/ Edward G. Warin
Edward G. Warin
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Fax: (402) 346-1148

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227

*Counsel for Future Foam, Inc.*

*Counsel for Leggett & Platt, Incorporated*

| | |
|---|---|
| /s/ Richard A. Duncan<br>Richard A. Duncan<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh St.<br>Minneapolis, MN 55402-3901<br>Phone: (612) 766-7000<br>Fax: (612) 766-1600 | /s/ Daniel G. Swanson<br>Daniel G. Swanson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-6690<br>Fax: (213) 229-6919 |
| Robert A. Bunda<br>BUNDA STUTZ & DEWITT PLL<br>3295 Levis Commons Boulevard<br>Perrysburg, OH 43551<br>Phone: (419) 241-2777<br>Fax: (419) 241-4697 | Cynthia Richman<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Phone: (202) 530-8500<br>Fax: (202) 530-9651 |
| ***Counsel for Otto Bock Polyurethane Technologies, Inc.*** | ***Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*** |
| /s/ Randall L. Allen<br>Randall L. Allen<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777 | /s/ Sheldon Klein<br>Sheldon Klein<br>BUTZEL LONG<br>Stoneridge West<br>4100 Woodward Ave.<br>Bloomfield Hills, MI 48304<br>Phone: (248) 258-1414<br>Fax: (248) 258-1439 |
| ***Counsel for Mohawk Industries, Inc.*** | ***Counsel for Plastomer Corporation*** |