**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) | ) ) MDL Docket No. 2196 ) Index No. 10-MD-2196 (JZ) ) |
| This document relates to: ALL ACTIONS | ) ) ) ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Seth R. Gassman, Plaintiffs' Counsel in this matter, is now affiliated with Hausfeld LLP at the following address:

Seth R. Gassman
**HAUSFELD LLP**
1700 K Street, NW
Suite 650
Washington, DC 20006
Telephone: (202) 540-7226
Fax: (202) 540-7201
Email: sgassman@hausfeldllp.com

Dated: March 02, 2012                              Respectfully submitted,

                                                                /s/ *Seth R. Gassman*
                                                                Seth R. Gassman
                                                                **HAUSFELD LLP**
                                                                1700 K Street, NW
                                                                Suite 650
                                                                Washington, DC 20006
                                                                Telephone: (202) 540-7226
                                                                Fax: (202) 540-7201
                                                                Email: sgassman@hausfeldllp.com
                                                                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, the foregoing Notice of Change of Firm Affiliation was filed electronically. Notification of this filing will be sent to all parties by operation of the Court's CM/ECF system.

Dated: March 2, 2012                                         /s/ *Seth R. Gassman*