**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DIVISION NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| The Document Relates to:<br>All Direct Purchaser Class Cases | Index No. 10MD2196(JZ) |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION**
**FOR PRELIMINARY APPROVAL OF VOLUNTARY DISMISSAL AND**
**SETTLEMENT AGREEMENT**
**WITH DEFENDANTS DOMFOAM INTERNATIONAL INC., VALLE FOAM**
**INDUSTRIES (1995) INC., A-Z SPONGE & FOAM PRODUCTS LTD. AND**
<u>**INDIVIDUAL SETTLING PARTIES**</u>

Direct Purchaser Class Plaintiffs, through their counsel, hereby move the Court pursuant to Federal Rule of Civil Procedure 23(c) and (e) for an Order in the form attached hereto preliminarily approving a proposed settlement with Defendants Domfoam International Inc., Valle Foam Industries (1995) Inc., A-Z Sponge & Foam Products Ltd., and Individual Settling Parties.

In support of this Motion, the Class of Direct Purchaser Plaintiffs rely upon and incorporate by reference herein the facts and legal arguments set forth in the accompanying Memorandum of Law.

Defendants Domfoam International Inc., Valle Foam Industries (1995) Inc., A-Z Sponge & Foam Products Ltd., and the Individual Settling Parties consent to this motion and to the entry of the proposed order.

Dated: March 7, 2012                    Respectfully submitted,

   /s/ William A. Isaacson                          /s/ Stephen R. Neuwirth   
William A. Isaacson                         Stephen R. Neuwirth

<div style="display: flex;">

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Phone: 202-237-5607
Fax: 202-237-6131
wisaacson@bsfllp.com

QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: 212-849-7165
Fax: 212-849-7100
stephenneuwirth@quinnemanuel.com

</div>