FILED

06 JAN 17 PM 6:22

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: SCRAP METAL ANTITRUST LITIGATION | ) ) ) ) | CASE NO. 1:02 CV0844<br><br>JUDGE O'MALLEY |

### ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT WITH BLUESTAR METALS RECYCLING CO.

Upon consideration of Class Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with Bluestar Metals Recycling Co. ("Bluestar"), the attachments thereto and the submissions of the parties, it is hereby ORDERED as follows:

1. Upon review of the record, the Court finds that the proposed settlement between Class Plaintiffs and Defendant Bluestar, which was arrived at by arm's-length negotiations by experienced counsel, falls within the range of possible approval, and is hereby preliminarily approved.

2. Within __30__ days after completion of the trial in this matter, Class Plaintiffs shall submit a schedule for notice to the class and final approval of the settlement.

DONE and ORDERED in Cleveland, Ohio, this __17th__ day of __Jan__, 2006.

_Kathleen M. O'Malley_
HON. KATHLEEN M. O'MALLEY
UNITED STATES DISTRICT JUDGE