UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

_____
                                            )
In re POLYURETHANE FOAM ANTITRUST   )
LITIGATION                                  )
_____) MDL Docket No. 2196
                                            ) Index No. 10-MD-2196 (JZ)
This document relates to:                   )
                                            )
ALL CASES                                   )
                                            )
                                            )
_____)

# STIPULATION AND PROPOSED AMENDED
# JOINT SCHEDULING ORDER

It is hereby STIPULATED AND AGREED, by and among Direct Purchaser (Class) Plaintiffs, Indirect Purchaser Plaintiffs, and the undersigned Defendants, that the Scheduling Order (Dkt. No. 112) shall be amended so that the following deadlines shall now be in effect[1]:

1. Subject to further Order of the Court upon reasonable application by one or more of the Parties, all fact discovery shall be completed by **April 15, 2013.**

2. Absent good cause shown, motions to compel fact discovery shall not be filed after **March 14, 2013**.

3. The deadline for adding new parties shall be **April 30, 2012.**

4. The Parties shall submit a joint proposal regarding page limitations on briefing for class certification motions and responses on or before **August 16, 2012**.

5. The direct purchaser and indirect purchaser Plaintiffs shall file their respective motions for class certification and supporting memorandum and disclosures in support of class

---

[1] The Direct Action Plaintiffs are not a party to this stipulation. The Direct Action Plaintiffs have not joined this stipulation. The Direct Action Plaintiffs accept the specific dates included in paragraphs 1 – 11 of the stipulation. The Direct Action Plaintiffs, however, have advised that they believe paragraph 12 of the stipulation should be replaced with specific post-fact discovery pretrial milestones, which Direct Action Plaintiffs will address in a separate filing with the Court.

certification, and shall serve any expert witness reports and, concurrently, any materials, data or information considered in forming the opinions contained in the reports, on or before **October 23, 2012**.

6. The direct purchaser Plaintiffs' class certification experts and the indirect purchaser Plaintiffs' class certification experts shall be made available for deposition and deposed by **November 21, 2012**.

7. Defendants' shall file oppositions to direct purchaser Plaintiffs' and indirect purchaser Plaintiffs' respective motions for class certification, memoranda in opposition to the motions, and disclosures in support of their opposition, and shall serve any expert witness reports and, concurrently, any materials, data or information considered in forming the opinions contained in the reports, on or before **January 14, 2013.**

8. Defendants' class certification experts shall be made available for deposition and deposed by **February 7, 2013.**

9. Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs shall file their respective replies in support of class certification and shall serve any expert reports and, concurrently, any materials, data and information considered in forming the opinions contained in the rebuttal reports, on or before **March 4, 2013.** Rebuttal experts shall be strictly limited to responding to new matters raised in the reports or in depositions of defendants' experts.

10. Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' respective class certification rebuttal experts shall be made available for deposition and deposed, as to any rebuttal issues and opinion only, by **April 4, 2013.**

11. The date or dates for any hearing or hearings on Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' motions for class certification shall be established by the Court upon completion of the depositions of class experts.

12. **Within 30 calendar days after the Court's ruling on the motions for class certification**, the Parties shall provide to the Court a proposed amended Joint Case Schedule regarding discovery of merits experts, the filing of dispositive motions, motions in limine and other final, pre-trial matters.

13. Should any aspect of this Scheduling Order vary from provisions contained in the Local Rules, compliance with such Local Rule(s) is excused.

DATED: March 8, 2012

/s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Phone: 202-237-5607
Fax: 202-237-6131

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: 212-849-7165
Fax: 212-849-7100

*Direct Purchaser Plaintiffs' Interim Co-Lead Counsel*

/s/ Marvin A. Miller
Marvin A. Miller
**MILLER LAW LLC**
115 South LaSalle St., Suite 2910
Chicago, Illinois 60603
Phone: 312-332-3400
Fax: 312-676-2676

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ James H. Walsh  
James H. Walsh  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary St.  
Richmond, VA 23219  
Phone: (804) 775-1000  
Fax: (804) 775-1061  

*Counsel for Carpenter Co.*

/s/ Kendall Millard  
Kendall Millard  
BARNES & THORNBURG LLP  
11 South Meridian Street  
Indianapolis, IN 46204-3535  
Phone: (317) 231-7461  
Fax: (317) 231-7433  

*Counsel for Flexible Foam Products, Inc.*

/s/ Francis P. Newell  
Francis P. Newell  
COZEN O'CONNOR  
1900 Market Street  
Philadelphia, PA 19103  
Phone: (215) 665-2000  
Fax: (215) 665-2013  

*Counsel for FXI – Foamex Innovation, Inc.*

/s/ Frank A. Hirsch, Jr.  
Frank A. Hirsch, Jr.  
ALSTON & BIRD LLP  
3201 Beechleaf Court, Suite 600  
Raleigh, NC 27604-1500  
Phone: (919) 862-2200  
Fax: (919) 862-2260  

*Counsel for Hickory Springs Manufacturing Co.*

/s/ Edward G. Warin  
Edward G. Warin  
KUTAK ROCK LLP  
The Omaha Building  
1650 Farnam Street  
Omaha, NE 68102-2186  
Phone: (402) 346-6000  
Fax: (402) 346-1148  

/s/ Daniel R. Warncke  
Daniel R. Warncke  
TAFT STETTINIUS & HOLLISTER LLP  
425 Walnut Street, Suite 1800  
Cincinnati, OH 45202-3957  
Phone: (513) 381-2838  
Fax: (513) 381-0205  

Joe Rebein  
SHOOK, HARDY & BACON LLP  
2555 Grand Blvd.  
Kansas City, MO 64108  
Phone: (816) 559-2227  

*Counsel for Future Foam, Inc.*

*Counsel for Leggett & Platt, Incorporated*

| | |
|---|---|
| /s/ Richard A. Duncan<br>Richard A. Duncan<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh St.<br>Minneapolis, MN 55402-3901<br>Phone: (612) 766-7000<br>Fax: (612) 766-1600<br><br>Robert A. Bunda<br>BUNDA STUTZ & DEWITT PLL<br>3295 Levis Commons Boulevard<br>Perrysburg, OH 43551<br>Phone: (419) 241-2777<br>Fax: (419) 241-4697<br><br>*Counsel for Otto Bock Polyurethane Technologies, Inc.* | /s/ Daniel G. Swanson<br>Daniel G. Swanson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-6690<br>Fax: (213) 229-6919<br><br>Cynthia Richman<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Phone: (202) 530-8500<br>Fax: (202) 530-9651<br><br>*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.* |
| /s/ Randall L. Allen<br>Randall L. Allen<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br><br>*Counsel for Mohawk Industries, Inc.* | /s/ Sheldon Klein<br>Sheldon Klein<br>BUTZEL LONG<br>Stoneridge West<br>4100 Woodward Ave.<br>Bloomfield Hills, MI 48304<br>Phone: (248) 258-1414<br>Fax: (248) 258-1439<br><br>*Counsel for Plastomer Corporation* |

    SO ORDERED:

    _____
    JUDGE JACK ZOUHARY
    U.S. DISTRICT JUDGE

    _____
    ENTERED