IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| This document relates to: ALL CASES | |

**NOTICE OF APPEARANCE**
**ON BEHALF OF MOHAWK INDUSTRIES, INC.**

Please take note that Allison S. Thompson and Matthew L.J.D. Dowell of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, shall appear as counsel of record on behalf of Defendant Mohawk Industries, Inc. in the above-captioned action.

| | |
|---|---|
| Allison S. Thomson | Matthew L.J.D. Dowell |
| Georgia Bar No. 779509 | Georgia Bar No. 236685 |
| ALSTON & BIRD LLP | ALSTON & BIRD LLP |
| 1201 West Peachtree Street | 1201 West Peachtree Street |
| Atlanta, GA 30309 | Atlanta, GA 30309 |
| Phone: (404) 881-7000 | Phone: (404) 881-7000 |
| Fax: (404) 881-7777 | Fax: (404) 881-7777 |
| Email: allison.thompson@alston.com | Email: matt.dowell@alston.com |

Randall L. Allen and Teresa T. Bonder will continue to appear as counsel of record on behalf of Mohawk Industries, Inc.

Dated: March 19, 2012

[signature on following page]

ALSTON & BIRD LLP

/s/ Erica L. Fenby
Randall L. Allen (Ga. Bar. No. 011436)
Teresa T. Bonder (Ga. Bar. No. 703969)
Erica L. Fenby (Ga. Bar. No. 402030)
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: randall.allen@alston.com

*Counsel for Defendant Mohawk Industries, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record in this case.

Dated: March 19, 2012

/s/ Erica L. Fenby
Erica L. Fenby
Georgia Bar No. 402030
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: erica.fenby@alston.com

*Counsel for Defendant Mohawk Industries, Inc.*
