IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation  O R D E R

This document related to: ALL CASES  JUDGE JACK ZOUHARY

This Court will conduct a phone conference on **Friday, March 23, 2012 at 3:00 p.m. (EDT)** to review pending motions. At that time, counsel are instructed to call (888) 453-4405, Pass Code 342294. Prior to the phone conference, counsel shall provide the Court with a "roll call" of those persons attending the conference by e-mail to:

Zouhary_Chambers@ohnd.uscourts.gov

While all counsel are invited to attend the conference, we do not expect all counsel to actively participate in the call, but provide the dial in number merely so interested parties can listen to the discussion. The Court expects lead and liaison counsel to coordinate participation so that participation is both complete and effective.

IT IS SO ORDERED.

 s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 20, 2012