UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) MDL Docket No. 2196 |
| This document relates to: | ) ) |
| All Direct and Indirect Purchaser Class Cases | ) Index No. 10MD2196(JZ) ) |

**MEMORANDUM OF LAW IN SUPPORT OF CERTAIN DEFENDANTS' RESPONSE TO AND REQUEST FOR STAY OF DIRECT AND INDIRECT PURCHASERS' MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Direct and Indirect Purchaser Class Plaintiffs have moved for voluntary dismissals of their claims against, and preliminary approval of settlement agreements with, Defendants Domfoam International Inc., Valle Foam Industries (1995) Inc., A-Z Sponge & Foam Products Ltd., and certain individual settling parties. *See* ECF Nos. 343–44. Defendants[1] object to and oppose Plaintiffs' motions for the reasons previously stated in the November 14, 2011 Memorandum of Law in Support of Certain Defendants' Response and Request for Stay of Direct Purchasers' Motion for Preliminary Approval of Settlement, ECF No. 301, and respectfully urge the Court to defer consideration of any proposed settlement classes, including sending notice to "potential class members," until such time as it addresses the adversarial litigation class issues pursuant to the timetable proposed in the recently filed Stipulation and Proposed Joint Scheduling Order, ECF No. 345.

---

[1] Defendants Carpenter Co., E.R. Carpenter, L.P., Carpenter Holdings, Inc., Hickory Springs Manufacturing Company, Future Foam, Inc., Leggett & Platt, Incorporated, Otto Bock Polyurethane Technologies, Inc., Flexible Foam Products, Inc., Foamex Innovations, Inc., Mohawk Industries, Inc., Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc. join this Response and Request for Stay.

2

Defendants further note that the language in paragraph 11 of both Settlement Agreements prohibits Plaintiffs from disclosing any information obtained from Voluntary Dismissal Defendants and Individual Settling Parties (as those terms are defined in the Settlement Agreements) to Defendants "unless compelled to do so by an Order of the Court or as otherwise required by law or the Federal Rules of Civil Procedure." ECF Nos. 343-2 at 23 & 344-2 at 23. In the Court's February 10, 2012 conference with the parties, Defendants understood the Court to order Plaintiffs to produce all such materials to Defendants or to the Court for *in camera* review with notice to Defendants. If Defendants have misunderstood the Court's order, Defendants respectfully ask the Court to issue an Order to ensure that all materials obtained by Plaintiffs from the Voluntary Dismissal Defendants and Individual Settling Parties are promptly produced to Defendants or to the Court for *in camera* review with notice to the Defendants.

Dated: March 21, 2012            Respectfully submitted,

/s/ James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax: (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co., E.R. Carpenter, L.P., and Carpenter Holdings, Inc.*

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax: (317) 231-7433
kmillard@btlaw.com

/s/ Michael D. Mustard
Michael D. Mustard
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone: (260) 423-9440
Fax: (260) 424-8316
mmustard@btlaw.com

*Counsel for Flexible Foam Products, Inc.*

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC 27703
Phone: (919) 862-2200
Fax: (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/ Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148
edward.warin@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Future Foam, Inc.*

/s/ Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2118
Fax: (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for Foamex Innovations, Inc.*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
randall.allen@alston.com
teresea.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/ Richard A. Duncan
Richard A. Duncan
Emily E. Chow
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
rduncan@faegre.com

Robert A. Bunda
Theresa R. DeWitt
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Boulevard
Perrysburg, OH 43551
Phone: (419) 241-2777
Fax: (419) 241-4697
rabunda@bsd-law.com
trdewitt@bsd-law.com

*Counsel for Otto Bock Polyurethane Technologies, Inc.*

/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:    (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:    (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on March 21, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        <u>/s/ Bethany G. Lukitsch</u>
        Bethany G. Lukitsch
        MCGUIREWOODS LLP
        One James Center
        901 East Cary Street
        Richmond, VA 23219-4030
        Phone: (804) 775-4711
        Fax:   (804) 698-2261
        blukitsch@mcguirewoods.com