# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO,
# WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2196<br>Case No. 10-MD-2196 (JZ) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Christine A. Laciak of Freshfields Bruckhaus Deringer US LLP shall appear as counsel of record on behalf of Defendants Vitafoam Products Canada, Limited, Vitafoam, Inc., and British Vita Unlimited in the above-captioned action.

Dated: March 22, 2012      FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: _____
Christine A. Laciak
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-2692
Phone:   (202) 777- 4578
Fax:      (202) 507-5978
E-mail: christine.laciak@freshfields.com

*Counsel for Defendants Vitafoam Products Canada Ltd., Vitafoam, Inc., and British Vita Unlimited*

## CERTIFICATE OF SERVICE

I hereby certify that on March ___, 2012, a copy of the foregoing Notice of Appearance of Counsel was served via ECF.

By: /s/ Christine A. Laciak

*Counsel for Defendants Vitafoam Products Canada Ltd., Vitafoam, Inc., and British Vita Unlimited*