IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | <u>AMENDED SCHEDULING ORDER</u> |
| This document related to: ALL CASES | JUDGE JACK ZOUHARY |

This Court conducted a record Phone Conference on March 23, 2012.

It is stipulated and agreed by and among Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs (Plaintiffs) and Defendants that the Scheduling Order (Doc. 112) be amended as set forth below. Should any aspect of this Scheduling Order vary from provisions contained in the Local Rules, compliance with such Local Rule(s) is excused. Further deadlines applicable to Plaintiffs (see Doc. 347) shall be set and approved by this Court, after counsel have met and conferred and submitted any disagreement to this Court, by **September 2012**.

1. Joining new parties, without leave of Court, shall be filed by **April 30, 2012**.

2. Parties shall submit a joint proposal regarding page limitations on briefing for class certification motions and responses by **August 16, 2012**.

3. Plaintiffs shall file their respective motions for class certification and supporting memoranda and disclosures in support of class certification, and shall serve expert witness reports with supporting materials, data or information considered in forming the expert opinions by **October 23, 2012**.

4. Plaintiffs' class certification experts shall be deposed by **November 21, 2012**.

5. Defendants shall file their respective oppositions to Plaintiffs' motions for class certification with supporting memoranda and disclosures, and shall serve expert witness reports with supporting materials, data and information considered in forming the expert opinions by **January 14, 2013**.

6. Defendants' class certification experts shall be deposed by **February 7, 2013**.

7. Plaintiffs shall file their respective replies in support of class certification and shall serve expert reports with supporting materials, data and information considered in forming the expert rebuttal opinions by **March 4, 2013**.

8. Rebuttal experts shall be strictly limited to responding to new matters raised in the reports or depositions of Defendants' experts. Plaintiffs' class certification rebuttal experts shall be deposed by **April 4, 2013**.

9. Motions to compel fact discovery shall be filed by **March 14, 2013**; and fact discovery shall be completed by **April 15, 2013**.

10. Hearing on motions for class certification shall be held in the month of **May 2013** with a specific date set by this Court several months prior.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 26, 2012