IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | O R D E R |
| This document related to: ALL CASES | JUDGE JACK ZOUHARY |
| | MAGISTRATE JUDGE JAMES R. KNEPP, II |

This Court conducted a record Phone Conference on March 23, 2012.

Pending before this Court are Plaintiff Direct Action Plaintiffs' Motion for Preliminary Approval of Voluntary Dismissal and Settlement Agreement with Defendants Domfoam International Inc., Valle Foam Industries Inc., A-Z Sponge & Foam Products Ltd. and Individual Settling Parties (Doc. 343), and Plaintiff Indirect Purchaser Class' Motion for Preliminary Approval of Settlement with Domfoam International, Inc., Valle Foam Industries Inc., and A-Z Sponge & Foam Products Ltd. and Certain Individuals (Doc. 344).

Following the same rationale set forth in this Court's Order dated January 13, 2012 (Doc. 323), and Defendants having no specific objection, other than those previously considered, this Court finds the instant proposed settlements fall within the range of possible approval, do not disclose grounds to doubt their fairness, and include no obvious deficiencies. The settlements are therefore preliminarily approved. Final determination of class certification and the ultimate fairness of these settlements will occur at a later date if and when this Court approves Plaintiffs' notice and distribution plans, and after potentially affected parties have had the opportunity to object and be heard.

IT IS SO ORDERED.

| | |
|---|---|
| s/ *Jack Zouhary* | s/ *James R. Knepp, II* |
| JACK ZOUHARY | JAMES R. KNEPP, II |
| U. S. DISTRICT JUDGE | U. S. MAGISTRATE JUDGE |

March 26, 2012