IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 <br><br> Index No. 10-MD-2196(JZ) <br><br> Hon. Jack Zouhary |
| This document relates to: <br><br> DIRECT PURCHASER CLASS CASES | |

**STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF THE
PLAINTIFFS' CLAIMS AGAINST DEFENDANTS DOMFOAM AND VALLE FOAM**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Direct Purchaser Class Action Plaintiffs, individually and on behalf of an alleged class of entities that purchased Polyurethane Foam ("Plaintiffs"), and Defendants Domfoam International Inc. ("Domfoam") and Valle Foam Industries (1995) Inc. ("Valle Foam") stipulate and agree to the dismissal, without prejudice, of the Plaintiffs' claims against Defendants Domfoam and Valle Foam with each side bearing their own attorneys' fees and costs. The Plaintiffs and Defendants Domfoam and Valle Foam further stipulate and agree to this Court's continuing jurisdiction for purposes of enforcing the settlement between the Plaintiffs and Defendants Domfoam and Valle Foam. This Stipulation of dismissal, without prejudice, is intended to be without prejudice to the Plaintiffs' claims against any other Defendants or co-conspirators in the above-captioned case. A proposed Order of dismissal, without prejudice, accompanies this Stipulation as Exhibit 1.

Dated: March 27, 2012                    Respectfully submitted,

        PLAINTIFFS' INTERIM CO-LEAD COUNSEL, on behalf of Class Plaintiffs individually and on behalf of the Class

        By: /s/ *William A. Isaacson*
        William A. Isaacson
        BOIES, SCHILLER & FLEXNER LLP
        5301 Wisconsin Avenue, N.W., Suite 800
        Washington, D.C. 20015
        wisaacson@bsfllp.com
        Tel: (202) 237-2727
        Fax: (202) 237-6131

        By: /s/ *Stephen Neuwirth*
        Stephen Neuwirth
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        stephenneuwirth@quinnemanuel.com
        Tel: (212) 849-7000
        Fax: (212) 849-7100


        COUNSEL FOR DEFENDANTS DOMFOAM INTERNATIONAL INC. AND VALLE FOAM INDUSTRIES (1995) INC.

        By: /s/ *Shepard Goldfein*
        Shepard Goldfein
        Elliot A. Silver
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
        Four Times Square
        New York, New York 10036
        Tel: (212) 735-3000
        Fax: (212) 735-2000
        shepard.goldfein@skadden.com

## CERTIFICATE OF SERVICE

I certify that on March 27, 2012, I caused a true and correct copy of the foregoing document to be filed and served electronically on counsel for the parties.

By: /s/     *Melissa Willett*