IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 2196 |
| This document relates to: ) ) ) | Index No. 10-MD-2196(JZ) Hon. Jack Zouhary |
| Factory Direct, Inc. v. The Carpenter Co., et al., Case No. 1:11-pf-10011-JZ ) ) ) | |

**STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF FACTORY DIRECT'S CLAIMS AGAINST DEFENDANTS DOMFOAM AND VALLE FOAM**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Factory Direct (the "Plaintiff") and Defendants Domfoam International Inc. ("Domfoam") and Valle Foam Industries (1995) Inc. ("Valle Foam") stipulate and agree to the dismissal, without prejudice, of the Plaintiffs claims against Defendants Domfoam and Valle Foam with each side bearing their own attorneys' fees and costs. The Plaintiff and Defendants Domfoam and Valle Foam further stipulate and agree to this Court's continuing jurisdiction for purposes of enforcing the settlement between the Plaintiff and Defendants Domfoam and Valle Foam. This Stipulation of dismissal, without prejudice, is intended to be without prejudice to the Plaintiffs claims against any other Defendants or co-conspirators in the above-captioned case. A proposed Order of dismissal, without prejudice, accompanies this Stipulation as Exhibit "1."

Dated: March 27, 2012

Respectfully submitted,

By:    s/ David A. Elder
David A. Elder
delder@hartzoglaw.com
HARTZOG CONGER CASON & NEVILLE
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102
Tel: (405) 235-7000
Fax: (405) 996-3403
Counsel for Plaintiff Factory Direct

— and —

By:    s/ Shepard Goldfein
Shepard Goldfein, Esquire
Elliot Silver, Esquire
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
Counsel for Defendants Domfoam and Valle Foam

## CERTIFICATE OF SERVICE

I certify that on March 27, 2012, I caused a true and correct copy of the foregoing document to be filed and served electronically on counsel for the parties.

By:    s/ David A. Elder