IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ) Factory Direct, Inc. v. The Carpenter Co., et al., Case No. 1:11-pf-10011-JZ ) ) ) ) | MDL Docket No. 2196<br><br>Index No. 10-MD-2196(JZ)<br><br>Hon. Jack Zouhary |

## ORDER OF DISMISSAL, WITHOUT PREJUDICE, OF FACTORY DIRECT'S CLAIMS AGAINST DEFENDANTS DOMFOAM AND VALLE FOAM

This cause is before the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure, on the Stipulation of Factory Direct (the "Plaintiff') and Defendants Domfoam International Inc. ("Domfoam") and Valle Foam Industries (1995) Inc. ("Valle Foam") to dismiss, without prejudice, the Plaintiff's claims against Defendants Domfoam and Valle Foam in the above-captioned case with each side bearing its own attorneys' fees and costs. The Court has considered the Stipulation, the record in the case, and being otherwise advised, it is

Ordered and Adjudged that the Stipulation for the dismissal without prejudice of the Plaintiff's claims against Defendants Domfoam and Valle Foam in the above-captioned case with each side bearing its own attorneys' fees and costs be and the same is Accepted. Accordingly, it is

Ordered and Adjudged that the claims in the above-captioned case of Plaintiff against Defendant Domfoam and Defendant Valle Foam be and the same are Dismissed,



EXHIBIT 1

Without Prejudice, with each side bearing its own attorneys' fees and costs. The Court retains jurisdiction of this matter for purpose of enforcing the settlement between the Plaintiff and Defendants. This Order of dismissal, without prejudice, is without prejudice to the Plaintiffs claims against any other Defendants or co-conspirators in the above-captioned case.

  Done and Ordered in Chambers in Toledo, Ohio this _____ day of _____, 2012.

                       United States District Judge

cc: counsel of record