**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | **MDL Docket No. 2196** |
| | **Index No. 10-MD-2196(JZ)** |
| This document relates to: | **Hon. Jack Zouhary** |
| INDIRECT PURCHASER CLASS CASES | |

**STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF THE**
**PLAINTIFFS' CLAIMS AGAINST DEFENDANTS DOMFOAM AND VALLE FOAM**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Indirect Purchaser

Class Action Plaintiffs, individually and on behalf of an alleged class of entities that purchased

Polyurethane Foam ("Plaintiffs"), and Defendants Domfoam International Inc. ("Domfoam") and

Valle Foam Industries (1995) Inc. ("Valle Foam") stipulate and agree to the dismissal, without

prejudice, of the Plaintiffs' claims against Defendants Domfoam and Valle Foam with each side

bearing their own attorneys' fees and costs.  The Plaintiffs and Defendants Domfoam and Valle

Foam further stipulate and agree to this Court's continuing jurisdiction for purposes of enforcing

the settlement dated January 3, 2012 and granted preliminary approval by order dated March 26,

2012, between the Plaintiffs and Defendants Domfoam and Valle Foam.  This Stipulation of

dismissal, without prejudice, is intended to be without prejudice to the Plaintiffs' claims against

any other Defendants or co-conspirators in the above-captioned case.  A proposed Order of

dismissal, without prejudice, accompanies this Stipulation as Exhibit 1.

Dated: March 28, 2012

Respectfully submitted,

PLAINTIFFS' INTERIM LEAD COUNSEL, on behalf of Class Plaintiffs individually and on behalf of the Class


By: s/Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
Tel:  (312) 332-3400
mmiller@millerlawllc.com

COUNSEL FOR DEFENDANTS DOMFOAM INTERNATIONAL INC. AND VALLE FOAM INDUSTRIES (1995) INC.

By:  s/Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
shepard.goldfein@skadden.com


IT IS SO ORDERED
s/Jack Zhouhary
3/30/2012

2