IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196(JZ) |
| This document relates to: | Hon. Jack Zouhary |
| Ultra Comfort Foam Company, Inc. and Genesis Furniture Industries v. The Carpenter Company, et al. | 3:12-pf-10002 |

### ORDER OF DISMISSAL, WITHOUT PREJUDICE, OF THE PLAINTIFFS' CLAIMS AGAINST DEFENDANTS DOMFOAM AND VALLE FOAM

This cause is before the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure, on the Stipulation of Plaintiffs Ultra Comfort Foam Company, Inc. and Genesis Furniture Industries (individually and collectively the "Plaintiffs") and Defendants Domfoam International Inc. ("Domfoam") and Valle Foam Industries (1995) Inc. ("Valle Foam") to dismiss, without prejudice, the Plaintiffs' claims against Defendants Domfoam and Valle Foam in the above-captioned case with each side bearing its own attorneys' fees and costs. The Court has considered the Stipulation, the record in the case, and being otherwise advised, it is

Ordered and Adjudged that the Stipulation for the dismissal without prejudice of the Plaintiffs' claims against Defendants Domfoam and Valle Foam in the above-captioned case with each side bearing its own attorneys' fees and costs be and the same is Accepted. Accordingly, it is

Ordered and Adjudged that the claims in the above-captioned case of Plaintiffs against Defendant Domfoam and Defendant Valle Foam be and the same are Dismissed, Without Prejudice, with each side bearing its own attorneys' fees and costs. The Court retains



jurisdiction of this matter for purposes of enforcing the settlement between the Plaintiffs and Defendants. This Order of dismissal, without prejudice, is without prejudice to the Plaintiffs' claims against any other Defendants or co-conspirators in the above-captioned case.

Done and Ordered in Chambers in Toledo, Ohio this 30 day of March, 2012.

s/Jack Zouhary
United States District Judge

cc: counsel of record