## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Sealy Corporation, et al v. Carpenter Co., et al, Case No: 1:11-pf-10007 (JZ) (N.D. Ohio) | MDL Docket No. 2196<br><br>Index No. 10-MD-2196(JZ)<br><br>Hon. Jack Zouhary |

### STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF THE SEALY PLAINTIFFS' CLAIMS AGAINST DEFENDANTS DOMFOAM AND VALLE FOAM

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Sealy Corporation, Select Comfort Corporation, National Bedding Company L.L.C. d/b/a Serta Mattress Company, Simmons Bedding Company, Tempur-Pedic International, Inc. and La-Z-Boy Incorporated (individually and collectively the "Sealy Plaintiffs") and Defendants Domfoam International Inc. ("Domfoam") and Valle Foam Industries (1995) Inc. ("Valle Foam") stipulate and agree to the dismissal, without prejudice, of the Sealy Plaintiffs' claims against Defendants Domfoam and Valle Foam with each side bearing their own attorneys' fees and costs. The Sealy Plaintiffs and Defendants Domfoam and Valle Foam further stipulate and agree to this Court's continuing jurisdiction for purposes of enforcing the settlement between the Sealy Plaintiffs and Defendants Domfoam and Valle Foam. This Stipulation of dismissal, without prejudice, is intended to be without prejudice to the Sealy Plaintiffs' claims against any other Defendants or co-conspirators in the above-captioned case. A proposed Order of dismissal, without prejudice, accompanies this Stipulation as Exhibit 1.

Dated: March 30, 2012

Respectfully submitted,

KENNY NACHWALTER, P.A.
William J. Blechman, Esquire
Douglas H. Patton, Esquire
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com

By: _____s/ William J. Blechman_____
      Counsel for Sealy Plaintiffs

– and –

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Shepard Goldfein, Esquire
Elliot Silver, Esquire
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

By: _____s/ Shepard Goldfein_____
      Counsel for Defendants Domfoam and Valle Foam

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2012, I caused a true and correct copy of the foregoing document to be filed and served via ECF on counsel for the parties.

By: _____s/ William J. Blechman_____
      William J. Blechman

421378.1