Case: 1:10-md-02196 Doc #: 369 Filed: 04/16/12 1 of 2. PageID #: 5756
Case MDL No. 2196 Document 869 Filed 04/16/12 Page 1 of 2

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: POLYURETHANE FOAM ANTITRUST
LITIGATION                                                MDL No. 2196

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−8)

On December 1, 2010, the Panel transferred 6 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 753 F.Supp.2d 1376 (J.P.M.L. 2010). Since that time, 35 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Jack Zouhary.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Zouhary.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 1, 2010, and, with the consent of that court, assigned to the Honorable Jack Zouhary.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery Lüthi* (signature)

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 16, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION**  MDL No. 2196

### SCHEDULE CTO–8 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

**MISSISSIPPI NORTHERN**

| | | | |
|---|---|---|---|
| MSN | 1 | 12–00063 | Belden Foam &Fiber, Inc. v. Hickory Springs Manufacturing Company et al |
| MSN | 1 | 12–00064 | Mount Vernon Foam Sales, Inc. v. Hickory Springs Manufacturing Company et al |
| MSN | 1 | 12–00065 | Golden Chair, Inc. v. Hickory Springs Manufacturing Company et al |
| MSN | 1 | 12–00066 | Madison Ridge, LLC v. Hickory Springs Manufacturing Company et al |
| MSN | 1 | 12–00067 | Foamcraft, Inc. v. Hickory Springs Manufacturing Company et al |