# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER CLASS CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

### STIPULATION FOR EXTENSION TO TIME TO ANSWER

WHEREAS, Indirect Purchaser Plaintiffs filed their Second Amended Consolidated Class Action Complaint (Dkt. # 370) on April 30, 2012, and their Corrected Second Amended Consolidated Class Action Complaint (Dkt. # 371) on May 7, 2012;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and subject to this Court's approval, as follows:

1. Each of the undersigned Defendants in the above captioned action will file its answer to the Indirect Purchasers' Corrected Second Amended Consolidated Class Action Complaint by June 18, 2012;

2. This Stipulation shall have no effect whatsoever on relevant dates for discovery or the dates set forth in the Court's March 26, 2012 Amended Scheduling Order.

DATED: May 17, 2012

/s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle St., Suite 2910 Chicago, Illinois 60603
Phone: 312-332-3400
Fax: 312-676-2676
*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ James H. Walsh
James H. Walsh
MCGUIREWOODS LLP
One James Center
901 E. Cary St.
Richmond, VA 23219 Phone: (804) 775-1000
Fax: (804) 775-1061

*Counsel for Carpenter Co.*

/s/ Francis P. Newell
Francis P. Newell
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2000
Fax: (215) 665-2013

*Counsel for FXI — Foamex Innovation, Inc.*

/s/ Edward G. Warin
Edward G. Warin
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Fax: (402) 346-1148

*Counsel for Future Foam, Inc.*

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax: (317) 231-7433

*Counsel for Flexible Foam Products, Inc.*

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
ALSTON & BIRD LLP
3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1500
Phone: (919) 862-2200
Fax: (919) 862-2260

*Counsel for Hickory Springs Manufacturing Co.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227

*Counsel for Leggett & Platt, Incorporated*

/s/ Richard A. Duncan
Richard A. Duncan
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600

Robert A. Bunda
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Boulevard
Perrysburg, OH 43551
Phone: (419) 241-2777
Fax: (419) 241-4697

*Counsel for Otto Bock Polyurethane Technologies, Inc.*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

/s/ Randall L. Allen
Randall L. Allen
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
*Counsel for Mohawk Industries, Inc.*

/s/ Timothy J. Coleman
Timothy J. Coleman
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-2692
Phone: (202) 777-4500
Fax: (202) 777-4555

*Counsel for Vitafoam Defendants*