IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | O R D E R |
| This document related to:  ALL CASES | JUDGE JACK ZOUHARY |

This Court has reviewed the June 22, 2012 letter and exhibits regarding the discovery dispute with Defendant Flexible Foam Products.  This Court will hold a record phone conference on **Friday, June 29, 2012 at 2:00 p.m.**  Counsel are instructed to call or e-mail Chambers (419 213-5675 / zouhary_chambers@ohnd.uscourts.gov) to obtain the conference line number and advise who will be attending the conference.

IT IS SO ORDERED.

　　　　s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

June 26, 2012