# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION This document relates to: ALL CASES | ) ) ) ) ) ) ) ) ) ) MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

## NOTICE OF APPEARANCE – BRADLEY R. LOVE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Bradley R. Love of the law firm Barnes & Thornburg LLP, admitted in accordance with Rule 2.1(c) of the Rules of Procedures of the United States Judicial Panel on Multidistrict Litigation, hereby enters his appearance in the above-captioned action on behalf of Defendant Flexible Foam Products, Inc.

Dated:  June 27, 2012                              Respectfully submitted,

                                                                        */s/ Bradley R. Love*
                                                                        Bradley R. Love
                                                                        BARNES & THORNBURG LLP
                                                                        11 South Meridian Street
                                                                        Indianapolis, IN 46204-3535
                                                                        Telephone: (317) 231-1313
                                                                        Facsimile:  (317) 231-7433
                                                                        Email:  bradley.love@btlaw.com

                                                                        *Attorneys for Defendants Flexible Foam Products, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that a copy of the foregoing document was filed electronically this 27th day of June, 2012. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Bradley R. Love</u>