IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10 MD 2196 (JZ) |
| | O R D E R |
| | JUDGE JACK ZOUHARY |

A record hearing will be held on all pending Motions (Docs. 374, 397 & 398; Doc. 23 in Case No. 12 PF 10001) and discovery disputes on **Thursday, July 26, 2012 at 9:00 a.m.** in the courtroom of the Honorable Jack Zouhary and the Honorable James Knepp, United States District Judge, located on the second floor, Courtroom 204, United States Courthouse, 1716 Spielbusch, Toledo, Ohio. Counsel are instructed to call Chambers at (419) 213-5675 and advise who will be attending the conference and whether they will be attending in person or by phone.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

July 13, 2012