IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2012 JUL 18  AM 10: 25
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| In Re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ) |
| This document relates to:<br>ALL CASES | |

### NOTICE OF APPEARANCE- ANITRA GOODMAN ROYSTER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Anitra Goodman Royster of the law firm Alston & Bird LLP, admitted in accordance with Rule 2.1 (c) of the Rules of Procedures of the United States Judicial Panel on Multidistrict Litigation, hereby enters her appearance in the above-captioned action on behalf of Defendant Hickory Springs Manufacturing Company.

Respectfully submitted this the 17th day of July, 2012.

ALSTON & BIRD LLP
Frank A. Hirsch, Jr. (NC Bar No. 13904)
Matthew P. McGuire (NC Bar No. 20048)
Heather Adams (NC Bar No. 25239)
Anitra G. Royster (NC Bar No. 39242)
4721 Emperor Blvd., Ste. 400
Durham, NC 27703
Phone: (919) 862-2200
Fax:   (919) 862-2260
Email: frank.hirsch@alston.com
        matt.mcguire@alston.com
        heather.adams@alston.com
        anitra.royster@alston.com

*Counsel for Defendant Hickory Springs Manufacturing Company*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **Notice of Appearance** will be served via the Court's CM/ECF system upon all attorneys of record.

_____
Anitra Goodman Royster
*Counsel for Hickory Springs*
*Manufacturing Company*