IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GRAND RAPIDS BEDDING CO. | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10011-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| *Defendants* | | |

| | | |
|---|---|---|
| ENGLANDER SOUTHWEST ET AL., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10012-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | : | |

|  |  |
|---|---|
| *Defendants* | |

| | |
|---|---|
| JEFFCO FIBRES, INC. | CIVIL ACTION |
| *Plaintiff*, | |
| v. | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| | Case No. 3:12-pf-10003-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | |
| *Defendants* | |

| | |
|---|---|
| SPRING AIR INTERNATIONAL LLC ET AL., | CIVIL ACTION |
| *Plaintiffs*, | |
| v. | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| | Case No. 3:11-pf-10001-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | |
| *Defendants* | |

| | |
|---|---|
| JONATHAN STEVENS MATTRESS CO. | : |
|                        *Plaintiff,* | :   CIVIL ACTION |
| v. | :   MDL Docket No. 2196 |
| | :   Index No. 10-MD-2196 (JZ) |
| | :   Case No. 3:12:pf-10010-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | : |
|                        *Defendants* | |

| | |
|---|---|
| L & J PRODUCT AND SALES, INC., FLORIDA FOAM AND SALES, INC., NC FOAM AND SALES, INC. | : |
|                        *Plaintiff,* | :   CIVIL ACTION |
| v. | :   MDL Docket No. 2196 |
| | :   Index No. 10-MD-2196 (JZ) |
| | :   Case No. 3:12:pf-10001-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FXI-FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., LEGGETT & PLATT INC., E.R. CARPENTER, L.P. (F/K/A CARPENTER CHEMICAL, L.P.), CARPENTER HOLDINGS, INC., OHIO DECORATIVE PRODUCTS, INC., WOODBRIDGE SALES & ENGINEERING, INC., WOODBRIDGE FOAM FABRICATING, INC. | : |
|                        *Defendants* | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Court's Initial Case Management Conference Order Paragraph 17: Matthew R. Williams of Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103, shall appear as counsel of record on behalf of Defendant Advanced Urethane Technologies, Inc. in the above-captioned cases.

Dated: July 23, 2012               Respectfully submitted,

*/s/ Matthew R. Williams*
Matthew R. Williams
Pa. Bar No. 91820
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4670
williamm@pepperlaw.com

*/s/ John C. Hansberry*
JOHN C. HANSBERRY
**PEPPER HAMILTON LLP**
Suite 5000
500 Grant Street
Pittsburgh, PA 15219
Phone: 412.454.5000
Fax: 412.281.0717
hansberj@pepperlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via ECF on all counsel of record this 23rd day of July, 2012.

*/s/ Matthew R. Williams*
Matthew R. Williams