4IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10 MD 2196 (JZ) |
| | O R D E R |
| | JUDGE JACK ZOUHARY |

In light of the avalanche of discovery disputes that continue to roll in, and the unavailability of certain counsel to attend the record hearing set for this Thursday, July 26, that hearing date is vacated and reset for **Thursday, August 16, 2012 at 1:00 p.m.** While all counsel are invited to attend the hearing, we do not expect all counsel to actively participate; this Court expects lead and liaison counsel to coordinate so that participation is both effective and efficient

Counsel are reminded to meet and confer, as required, to discuss pending discovery disputes and motions, as it appears some of the matters submitted to this Court have been resolved or rendered moot. Also, to assist the hearing, counsel shall submit an Agenda identifying those matters which require Court ruling with reference to the e-mail or filed document where the discovery dispute is identified. Counsel shall also include with the Agenda a list of those lawyers attending the conference. The Agenda shall be filed by **Thursday, August 9, 2012**.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

July 24, 2012