IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re POLYURETHANE FOAM ANTITRUST LITIGATION

MDL Docket No. 2196

Index No. 10 MD 2196 (JZ)

O R D E R

JUDGE JACK ZOUHARY

This Court conducted a Phone Conference on July 26, 2012 with Lead and Liaison Counsel.

After discussion, this Court set the following revised schedule:

- August 3, 2012     Counsel shall exchange with each other (not this Court) draft Memoranda (five-page limit) discussing an extension of the current class certification deadline of August 16, 2012.

- August 10, 2012     Deadline for filing Memoranda re Class Certification.

For good cause shown, the August 16, 2012 hearing is vacated and reset (one last time) for **Monday, August 20, 2012 at 1:00 p.m.** The Agenda remains due on **Thursday, August 9, 2012**.

This Court also adopts the following conference schedule for the remainder of 2012:

Phone Conference: **Monday, September 24 at 1:00 p.m.**

In-Person Conference: **Wednesday, October 24 at 1:00 p.m. (NOTE new date)**

Phone Conference: **Wednesday, November 28 at 1:00 p.m.**

Phone Conference: **Tuesday, December 18 at 1:00 p.m.**

Counsel are responsible for setting up the Phone Conferences, and will provide this Court prior to the Conferences, an Agenda, call-in information and "roll call."

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

July 27, 2012