# OFFICE CLOSURE TIMELINE

| TIMING | | EVENT | COMMENT |
|---|---|---|---|
| START | END | | |
| February 2012 | February 24, 2012 | ATR attorneys apply by 2/24 deadline to FY12 EOUSA detail program | Completed |
| March 2012 | September 30, 2012 | EOUSA FY12 detail program participants from ATR selected, notified and started detail - At end of FY12, ATR participants return to assigned office | |
| April 16, 2012 | September 30, 2012 | Retirement buyout offered – regular and early out | |
| Ongoing | -- | ATR coordination with EOUSA on provisions and process for implementing 12-month attorney detail program and support staff transfer program to local USAOs | |
| Ongoing | -- | ATR consideration of a potential additional DC unit/task force depending upon the number of employees who may select transferring to DC as their closure option. | |
| Ongoing | -- | Program development completed under which on-site career guidance and transition assistance will be available to field office leadership and staff using contract specialists and EXO Personnel team members. | |
| | | | |
| Day 1 | -- | Congressional Review Process Completed | |
| -- | -- | Impacted Chiefs and staff notified | |
| Day 12 | | Relocation program guidance issued

Guidance from EOUSA provided to interested support staff on process for transfer to and employment with local USAO

Provisions of ATR attorney 12-month detail program to local USAOs issued

Severance program details issued

Term employee guidance issued

Overall planning and logistics guidance issued | |
| Day 17 | -- | Initial visits to field office leadership by career guidance contractor and EXO Personnel staff teams | |

| TIMING | | EVENT | COMMENT |
|---|---|---|---|
| START | END | | |
| -- | Day 31 | All impacted staff must indicate their <u>initial</u> interest for reassignment to Antitrust Division locations, support staff transfer to local United States Attorney Offices, attorney 12-month detail to the United States Attorneys, or other planned personnel action (e.g., resignation, retirement).<br><br>ATR staff who request reassignment to Division offices at Division expense will begin household move program process | <u>Initial</u> interest indicated by Day 31 |
| Day 31 | Matters transferred within 6 months | Review of active and closed matters conducted – Background information and data for active matters given priority and transferred as matter is reassigned. Closed matter information transferred thereafter. | |
| After Day 31 | Through Day 151 | Periodic visits to field office leadership by career guidance contractor and EXO/ ISSG staff teams – Email and phone consultation to be available to staff as well. | |
| Day 91 | -- | All impacted staff must indicate their <u>final</u> interest for reassignment to Antitrust Division locations, support staff transfer to local United States Attorney Offices, attorney 12-month detail to the United States Attorneys, or other planned personnel action (e.g., resignation, retirement). | <u>Final</u> interest indicated by Day 91 |
| Day 92 | | Formal reduction-in-force notices issued to affected staff (including detailees, as applicable). These notices provide for limited preferential hiring for non-attorney DOJ positions and possible selection priority for vacancies in other agencies in the local commuting area. RIF notices may be valid for approximately one year after RIF separation. | |
| Day 121 - 3 months before office closure | -- | Formal notice given to affected contractors of contract termination / modification effective Day 211 or before | |
| After Day 151 | -- | Household moves proceed for staff transferring to Division locations | |

| TIMING | | EVENT | COMMENT |
| --- | --- | --- | --- |
| START | END | | |
| After Day 151 | Before Day 211 | Participating staff report to USAOs – support staff on permanent appointments and attorneys on 12-month details. | Depending on final planning with the Executive Office of United States Attorneys, these transfers and details may be allowed prior to Day 151. |
| After Day 151 | -- | Initial visits by career guidance contractor and EXO Personnel staff teams to ATR chiefs and leadership who will have incoming ATR transferees to ensure all are well supported prior to and as they arrive | |
| Day 211 – 6 months after employee programs announced | -- | All employees to depart. (If available, field office IT and Admin. officials and perhaps a few others may be asked to work at closed location and assist with physical closure activities.) | |
| Day 211 – 6 months after employee programs announced | | All daily work functions cease | |
| Day 211 – 6 months after employee programs announced | | Office closed | |
| | | **PHYSICAL OFFICE SHUT DOWN PLANS** | |
| At least 120 days prior to formal physical office closure | -- | Formal notice to vacate office space provided by Division to General Services Administration | |
| Day 211 – 6 months after employee programs announced | Within 6 months after employee departure | Computer system shut down and equipment removed – computer servers with remaining Division data transferred to DC for handling. | |

| TIMING | | EVENT | COMMENT |
| --- | --- | --- | --- |
| START | END | | |
| Day 211 – 6 months after employee programs announced | Within 6 months after employee departure | Telephone system shut down and equipment removed | |
| Day 211 – 6 months after employee programs announced | Within 6 months after employee departure | Office furniture, items and equipment removed | |
| | Maximum of 12 months after formal notification to employees of office closure | Physical office location closed | |