**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

IT IS SO ORDERED
s/Jack Zouhary
8/15/2012

| | |
|---|---|
| SPRING AIR INTERNATIONAL ET AL., ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| HICKORY SPRINGS ) | **SECOND AMENDED COMPLAINT** |
| MANUFACTURING COMPANY, ) | **JURY TRIAL DEMANDED**, |
| CARPENTER COMPANY, ) | MDL Docket No. 2196 |
| WOODBRIDGE FOAM CORPORATION, ) | Case No. 3:11-pf-10001-JZ |
| FLEXIBLE FOAM PRODUCTS, INC., ) | |
| SCOTTDEL, INC., FOAMEX ) | |
| INNOVATIONS, INC., FUTURE FOAM, ) | |
| INC., VITAFOAM PRODUCTS CANADA ) | |
| LIMITED, VITAFOAM, INC., MOHAWK ) | |
| INDUSTRIES INC., LEGGETT & ) | |
| PLATT INC., ADVANCED URETHANE ) | |
| TECHNOLOGIES, INC. ) | |
| *Defendants*. ) | |
| ) | |

| | |
|---|---|
| JEFFCO FIBRES, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | |
| ) | |
| HICKORY SPRINGS ) | **AMENDED COMPLAINT** |
| MANUFACTURING COMPANY, ) | **JURY TRIAL DEMANDED** |
| CARPENTER COMPANY, ) | MDL Docket No. 2196 |
| WOODBRIDGE FOAM CORPORATION, ) | Case No. 3:12-pf-10003-JZ |
| FLEXIBLE FOAM PRODUCTS, INC., ) | |
| SCOTTDEL, INC., FOAMEX ) | |
| INNOVATIONS, INC., FUTURE FOAM, ) | |
| INC., VITAFOAM PRODUCTS CANADA ) | |
| LIMITED, VITAFOAM, INC., MOHAWK ) | |
| INDUSTRIES INC., LEGGETT & ) | |
| PLATT INC., ADVANCED URETHANE ) | |
| TECHNOLOGIES, INC. ) | |
| *Defendants*. ) | |
| ) | |

| | |
|---|---|
| GRAND RAPIDS BEDDING CO., )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>HICKORY SPRINGS )<br>MANUFACTURING COMPANY, )<br>VALLE FOAM INDUSTRIES, INC., )<br>DOMFOAM INTERNATIONAL, INC., )<br>CARPENTER COMPANY, )<br>WOODBRIDGE FOAM CORPORATION, )<br>FLEXIBLE FOAM PRODUCTS, INC., )<br>SCOTTDEL, INC., FOAMEX )<br>INNOVATIONS, INC., FUTURE FOAM, )<br>INC., VITAFOAM PRODUCTS CANADA )<br>LIMITED, VITAFOAM, INC., MOHAWK )<br>INDUSTRIES INC., LEGGETT & )<br>PLATT INC., ADVANCED URETHANE )<br>TECHNOLOGIES, INC. )<br>*Defendants*. )<br>) | **COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>MDL Docket No. 2196<br>Case No. 3:12-pf-10011-JZ |
| JONATHAN STEVENS MATTRESS CO., )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>HICKORY SPRINGS )<br>MANUFACTURING COMPANY, )<br>VALLE FOAM INDUSTRIES, INC., )<br>DOMFOAM INTERNATIONAL, INC., )<br>CARPENTER COMPANY, )<br>WOODBRIDGE FOAM CORPORATION, )<br>FLEXIBLE FOAM PRODUCTS, INC., )<br>SCOTTDEL, INC., FOAMEX )<br>INNOVATIONS, INC., FUTURE FOAM, )<br>INC., VITAFOAM PRODUCTS CANADA )<br>LIMITED, VITAFOAM, INC., MOHAWK )<br>INDUSTRIES INC., LEGGETT & )<br>PLATT INC., ADVANCED URETHANE )<br>TECHNOLOGIES, INC. )<br>*Defendants*. )<br>) | **COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>MDL Docket No. 2196<br>Case No. 3:12-pf-10010-JZ |

|  |  |
|---|---|
| ENGLANDER SOUTHWEST ET AL., )<br>)<br>*Plaintiffs*, )<br>v. )<br>)<br>HICKORY SPRINGS )<br>MANUFACTURING COMPANY, )<br>VALLE FOAM INDUSTRIES, INC., )<br>DOMFOAM INTERNATIONAL, INC., )<br>CARPENTER COMPANY, )<br>WOODBRIDGE FOAM CORPORATION, )<br>FLEXIBLE FOAM PRODUCTS, INC., )<br>SCOTTDEL, INC., FOAMEX )<br>INNOVATIONS, INC., FUTURE FOAM, )<br>INC., VITAFOAM PRODUCTS CANADA )<br>LIMITED, VITAFOAM, INC., BRITISH )<br>VITA UNLIMITED, MOHAWK )<br>INDUSTRIES INC., LEGGETT & )<br>PLATT INC., ADVANCED URETHANE )<br>TECHNOLOGIES, INC. )<br>*Defendants*. )<br>) | **COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>MDL Docket No. 2196<br>Case No. 3:12-pf-10012-JZ |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Spring Air International et al., Jeffco Fibres Inc., Englander Southwest et al., Grand Rapids Bedding and Jonathan Stevens Mattress Co. (collectively, "Plaintiffs") hereby notice the dismissal of Defendant Advanced Urethane Technologies, Inc. ("AUT") only, without prejudice, in the above-captioned actions.

On July 9, 2012, AUT filed a Motion to Dismiss Plaintiffs' Complaints, arguing, *inter alia*, that this Court does not have personal jurisdiction over AUT. Through several meet and confers, Plaintiffs attempted to resolve AUT's concerns over jurisdiction through use of a tolling agreement, but the parties were unable to reach a mutually satisfactory agreement. Thus, without conceding that the Northern District of Ohio does not have personal jurisdiction over AUT, but in order to resolve this issue and thereby eliminate an issue for this Court, Plaintiffs now dismiss their Complaints against AUT without prejudice and intend to refile the Complaints in a different district in which jurisdiction is not contested. Plaintiffs will subsequently request that the Multi-District Litigation panel transfer the cases to this Court prior to trial.

Dated: August 6, 2012                          Respectfully submitted,

                                                     /s/ Rachel M. Brown
                                                     Charles E. Tompkins (*pro hac vice*)
                                                     Thomas G. Shapiro (*pro hac vice*)
                                                     Rachel M. Brown (*pro hac vice*)
                                                     SHAPIRO HABER & URMY LLP
                                                     53 State Street
                                                     Boston, MA 02109
                                                     Tel.: (617) 439-3939
                                                     Fax: (617) 439-0134
                                                     Email: ctompkins@shulaw.com
                                                                                tshapiro@shulaw.com
                                                                                rbrown@shulaw.com

                                                     ***Attorneys for Plaintiffs***

3

3

>
> Patrick M. McLaughlin
> Dennis P. Zapka
> McLaughlin & McCaffrey
> 1350 Eaton Center
> 1111 Superior Avenue
> Cleveland, OH 44114
> 216-623-0900
> Fax: 216-623-0935
> Email: pmclaughlin@mmlitigation.com
>
> *Attorney for Plaintiffs other than Spring Air International et al.*

**CERTIFICATE OF SERVICE**

    I, Rachel M. Brown, hereby certify that on August 6, 2012, a copy of foregoing document was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                    /s/ Rachel M. Brown
                      Rachel M. Brown