IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                              Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation       O R D E R

This document related to: ALL CASES       JUDGE JACK ZOUHARY

A record status hearing was held on August 20, 2012 (Court Reporter: Angela Nixon).

This Court addressed the case schedule and pending discovery disputes. This Court resolved most of the discovery matters and indicated it would issue a separate ruling on the remainder.

IT IS SO ORDERED.

                                                              s/ *Jack Zouhary*
                                                              JACK ZOUHARY
                                                              U. S. DISTRICT JUDGE

                                                              August 24, 2012