# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATIONThis document relates to:ALL CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## NOTICE OF APPEARANCE OF KEITH L. BUTLER

PLEASE TAKE NOTICE that pursuant to Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Keith L. Butler of Strange & Carpenter hereby enters his appearance as one of the attorneys for Plaintiffs Cambridge of California, Inc. and VFP Acquisitions d/b/a Vanguard Foam and Packaging Company in the above-captioned action.

August 24, 2012

Respectfully submitted,

 /s/ Keith L. Butler
Keith L. Butler
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone:  (310) 207-5055
Facsimile:  (310) 826-3210
Email:  kbutler@strangeandcarpenter.com

*Attorneys for Plaintiff Cambridge of California, Inc. and VFP Acquisitions d/b/a Vanguard Foam and Packaging Company*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing document was filed electronically this 24th day of August, 2012. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      /s/ Brian R. Strange
                                                      Brian R. Strange
                                                      STRANGE & CARPENTER
                                                      12100 Wilshire Blvd., Suite 1900
                                                      Los Angeles, California 90025
                                                      Telephone: (310) 207-5055
                                                      Facsimile: (310) 826-3210
                                                      Email: lacounsel@earthlink.net