**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) | MDL Docket No.: 2196 |
| | ) | Index No. 10 MD 2196 (JZ) |
| This Document Relates to All Cases | ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Charles E. Tompkins of the law firm of Williams Montgomery & John Ltd., 233 South Wacker Drive, Suite 6100, Chicago, Illinois 60606, enters his appearance on behalf of E&E Bedding Company, Inc., Spring Air LLC, and Spring Air Ohio LLC in these actions.

Dated: August 29, 2012                                   Respectfully submitted,

*/s/ Charles E. Tompkins*
Charles E. Tompkins
Williams Montgomery & John Ltd.
233 South Wacker Drive, Suite 6100
Chicago, IL 60606
Tel: (312) 443-3286
Fax: (312) 630-8586
Email: cet@willmont.com

**CERTIFICATE OF SERVICE**

I, Charles E. Tompkins, hereby certify that on August 29, 2012, a copy of the foregoing Entry of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

*/s/ Charles E. Tompkins*
Charles E. Tompkins