# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| This document relates to: | Judge Jack Zouhary |
| ALL CASES | |

## STIPULATION AND ~~PROPOSED~~ ORDER
## REGARDING EXPERT DISCOVERY

It is hereby STIPULATED AND AGREED, by and among the undersigned Direct Purchaser (Class) Plaintiffs, Indirect Purchaser (Class) Plaintiffs, Direct Action (Non-Class) Plaintiffs, and Defendants to the following regarding the scope of discovery relating to experts in this matter:

1. None of the parties, their experts, or their counsel are obligated or may be requested to produce budgets, invoices, bills, receipts or time or payment records concerning testifying or non-testifying expert witnesses or consultants, their staff, assistants, colleagues or associates or their companies or organizations.

2. Subject to the limitation set forth in paragraph 3 hereto, the following categories of information, documents or electronically stored information ("ESI") need not be disclosed by any of the parties, their experts, or their counsel and are outside the scope of permissible discovery (including deposition questions):

      a.    drafts of reports, studies, or work papers (including preliminary or intermediate calculations, computations or data runs) and other preliminary, intermediate or draft materials prepared by, for, or at the direction of an expert witness or a non-testifying expert or consultant;

      b.    any oral, written or other communication between or among expert witnesses, non-testifying experts or consultants, or their staff, assistants, colleagues or associates, or between, on the one hand, expert witnesses, non-testifying experts or consultants, or their staff, assistants, colleagues or associates and, on the other hand, one or more attorneys (or their staff) for the party or parties offering the testimony of the expert witness; and

      c.    any notes, ESI or other writings taken or prepared by or for a testifying expert witness or non-testifying expert in connection with this matter, including correspondence, emails or memoranda to or from, and notes of conversations with, the expert's staff, assistants, colleagues or associates, one or more other expert witnesses or non-testifying expert consultants, or one or more attorneys (or their staff) for the party or parties offering the testimony of the expert witness.

3.    Nothing in this stipulation shall permit any of the parties, their experts, or their counsel to withhold any proposition, fact, belief, data, information, document, or other material on which the expert relies in support of his or her opinion in this matter, including any material that would otherwise be exempt from discovery pursuant to paragraph 2 hereto.

4. Neither the terms of this Stipulation and Order nor the parties' agreement to them implies that any of the information restricted from discovery through this Stipulation and Order would otherwise be discoverable.

5. Any party may move the Court to modify this Stipulation and Order upon good cause shown.

6. The parties agree to comply with this Stipulation and Order pending the Court's approval.

Dated: August ___, 2012                                                        Respectfully submitted,


/s/ William A. Isaacson                                          /s/ Stephen R. Neuwirth
William A. Isaacson                                              Stephen R. Neuwirth
BOIES, SCHILLER & FLEXNER LLP                                    QUINN EMANUEL URQUHART
5301 Wisconsin Avenue, NW                                          & SULLIVAN, LLP
Washington, DC 20015                                             51 Madison Avenue, 22nd Floor
Phone: 202-237-5607                                              New York, NY 10010
Fax: 202-237-6131                                                Phone: 212-849-7165
                                                                 Fax: 212-849-7100

*Direct Purchaser (Class) Plaintiffs' Interim Co-Lead Counsel*

/s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, Illinois 60603
Phone: 312-332-3400
Fax: 312-676-2676

*Interim Lead Counsel for Indirect Purchaser (Class) Plaintiffs*

3

/s/ William J. Blechman
KENNY NACHWALTER, P.A.
Richard Alan Arnold
William J. Blechman
Douglas H. Patton *
James Almon
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Phone: 305-373-1000
Fax: 305-372-1861
*Licensed to practice law in MA, UT, DC and NY but not FL.

*Liaison Counsel for Direct Action (Non-Class) Plaintiffs*

/s/ James H. Walsh
James H. Walsh
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Phone: 804-775-1000
Fax: 804-775-1061

*Counsel for Carpenter Co.*

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: 317-231-7461
Fax: 317-231-7433

*Counsel for Flexible Foam Products, Inc.*

/s/ Francis P. Newell
Francis P. Newell
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: 215-665-2000
Fax: 215-665-2013

*Counsel for Foamex Innovations, Inc.*

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
ALSTON & BIRD LLP
3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1500
Phone: 919-862-2200
Fax: 919-862-2260

*Counsel for Hickory Springs Manufacturing Co.*

/s/ Edward G. Warin
Edward G. Warin
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
Phone: 402-346-6000
Fax: 402-346-1148

*Counsel for Future Foam, Inc.*

/s/ Richard A. Duncan
Richard A. Duncan
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Phone: 612-766-7000
Fax: 612-766-1600

Robert A. Bunda
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Blvd.
Perrysburg, OH  43551
Phone: 419-241-2777
Fax: 419-241-4697

*Counsel for Otto Bock Polyurethane Technologies, Inc.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS &
 HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Phone: 513-381-2838
Fax: 513-381-0205

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO  64108
Phone: 816-559-2227

*Counsel for Leggett & Platt, Incorporated*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER
 LLP
333 South Grand Avenue
Los Angeles, CA  90071
Phone: 213-229-6690
Fax: 213-229-6919

Cynthia Richman
GIBSON, DUNN & CRUTCHER
 LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Phone: 202-530-8500
Fax: 202-530-9651

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc. and Woodbridge Foam Fabricating, Inc.*

| | |
|---|---|
| /s/ Randall L. Allen<br>Randall L. Allen<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, GA 30309<br>Phone: 404-881-7000<br>Fax: 404-881-7777<br><br>*Counsel for Mohawk Industries, Inc.* | /s/ Sheldon Klein<br>Sheldon Klein<br>BUTZEL LONG<br>Stoneridge West<br>4100 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Phone: 248-258-1414<br>Fax: 248-258-1439<br><br>*Counsel for Plastomer Corporation* |

/s/ Robert J. Gilmer, Jr.
Robert J. Gilmer, Jr.
EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Phone: (419) 247-1766
Fax:   (419) 247-1777

/s/ Timothy J. Coleman
Timothy J. Coleman
Bruce McCulloch
Terry Calvani
John K. Warren
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington DC 20004-2692
Phone: (202) 777-4555
Fax:   (202) 777-4555

*Counsel for Vitafoam, Inc. and Vitafoam Products Canada Ltd.*

SO ORDERED:

s/ Jack Zouhary
JUDGE JACK ZOUHARY
U.S. DISTRICT JUDGE

August 30, 2012
ENTERED

6