IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Polyurethane Foam Antitrust Litigation | Case No. 1:10 MD 2196 |
| This document relates to:<br>ALL CASES | SECOND AMENDED<br><u>SCHEDULING ORDER</u> |
| | JUDGE JACK ZOUHARY |

The Amended Scheduling Order (Doc. 354) is amended as set forth below, taking into consideration the proposal of the parties (Doc. 408). Should any aspect of this new Order vary from provisions contained in this Court's Local Rules, compliance with such Local Rule(s) is excused if so ordered by this Court. The parties shall meet and confer regarding additional deadlines (Doc. 347) and shall jointly propose such additional deadlines to this Court, or identify for this Court any disputes with respect to those deadlines, by **March 14, 2013**.

1. Parties' production of transactional data pursuant to this Court's September 15, 2011 Transactional Data Protocol Order (Doc. 241) shall be substantially completed by **September 28, 2012**. Documents responsive to Requests for Production of Documents pending as of August 1, 2012 shall be substantially completed by **November 30, 2012**. This paragraph is not applicable to those Defendants identified in the "Discovery Considerations" section of this Court's July 19, 2011 Order (Doc. 191).

2. Parties shall submit a joint proposal regarding page limitations on briefing for class certification motions and responses by **April 17, 2013**.

3. Plaintiffs shall file motions for class certification and supporting memoranda (consolidated where practicable) and disclosures in support of class certification, and shall serve expert witness reports with supporting materials considered in forming the expert opinions, by **June 4, 2013**.

4. Plaintiffs' class certification experts shall be deposed by **July 3, 2013**.

5. Defendants shall file their oppositions (consolidated where practicable) to Plaintiffs' motions for class certification with supporting memoranda and disclosures, and shall serve expert witness reports with supporting materials considered in forming the expert opinions, by **August 22, 2013**.

6. Defendants' class certification experts shall be deposed by **October 2, 2013**.

7. Plaintiffs shall file their respective replies in support of class certification and shall serve expert reports with supporting materials considered in forming the expert rebuttal opinions, by **October 16, 2013**.

8. Rebuttal experts shall be strictly limited to responding to new matters raised in the reports or depositions of Defendants' experts. Plaintiffs' class certification rebuttal experts shall be deposed by **November 13, 2013**.

9. Motions to compel fact discovery are due by **November 14, 2013**, and fact discovery shall be completed by **December 19, 2013**.

10. Hearing on motions for class certification shall be held in **December 2013** with a specific date set by this Court several months prior to the hearing.

11. Expert reports regarding liability are due by **February 14, 2014** with depositions to be completed by **April 14, 2014**.

12. Summary judgment motions may be filed, upon good cause shown, no later than **May 16, 2014** and only after counsel for the parties have discussed in good faith the issues to be raised in such a motion to determine if there is agreement on certain facts and legal issues that might narrow the scope of these motions.

13. Motions in limine and *Daubert* motions are due no later than **August 4, 2014**.

14. Trial will be held beginning on **Wednesday, October 1, 2014**.

IT IS SO ORDERED.

          s/ *Jack Zouhary*
    JACK ZOUHARY
    U. S. DISTRICT JUDGE

August 30, 2012