IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196 <br><br> Index No. 10 MD 2196 (JZ) |
| This document relates to: | | |
| ALL CASES | | |

### NOTICE OF APPEARANCE ON BEHALF OF FUTURE FOAM, INC.

PLEASE TAKE NOTICE that Matthew S. Noren of Kutak Rock LLP, 1650 Farnam Street, Omaha, NE 68102, shall appear as counsel of record on behalf of Defendant Future Foam, Inc. in the above-captioned action.

Dated this 19th day of September, 2012.

4817-3856-3857.1

FUTURE FOAM, Defendant

By: s/ John P. Passarelli
John P. Passarelli #16018
Edward G. Warin #14396
Angela K. Wilson #24238
Meghan M. Blinn #23230
Matthew S. Noren #24955
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
(402) 346-1148
john.passarelli@kutakrock.com
edward.warin@kutakrock.com
angela.wilson@kutakrock.com
meghan.blinn@kutakrock.com
matthew.noren@kutakrock.com

*Subject to Admission Pro Hac Vice or Admission in accordance with Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Appearance on Behalf of Future Foam, Inc. was filed on September 19, 2012. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Meghan M. Blinn
Counsel for Defendant
Future Foam, Inc.

2

4817-3856-3857.1