IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
IT IS SO ORDERED
s/Jack Zouhary
10/2/2012
```

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ) |
| This document relates to:<br><br>ALL CASES | | |

## DEFENDANT FUTURE FOAM, INC.'S MOTION TO WITHDRAW ANGELA K. WILSON AS ATTORNEY OF RECORD

Defendant Future Foam, Inc., Defendant Carpenter Co., pursuant to Local Rule 83.9, hereby moves the Court to withdraw the appearance of Angela K. Wilson of the firm Kutak Rock LLP as its attorney in the above-captioned action. John P. Passarelli, Edward G. Warin, Meghan M. Blinn and Matthew S. Noren will remain as attorneys of record for Defendant Future Foam, Inc. in the above-captioned action.

WHEREFORE, Defendant Future Foam, Inc. respectfully requests that the Court enter an Order granting its Motion to Withdraw Angela K. Wilson as its attorney in the above-captioned action.

Dated this 28th day of September, 2012.

FUTURE FOAM, Defendant

By: s/ Angela K. Wilson
John P. Passarelli #16018
Edward G. Warin #14396
Angela K. Wilson #24238
Meghan M. Blinn #23230
Matthew S. Noren #24955
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
(402) 346-1148
john.passarelli@kutakrock.com
edward.warin@kutakrock.com
angela.wilson@kutakrock.com
meghan.blinn@kutakrock.com
matthew.noren@kutakrock.com

*Subject to Admission Pro Hac Vice or Admission in accordance with Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance on Behalf of Future Foam, Inc. was filed on September 28, 2012. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Angela K. Wilson
Counsel for Defendant
Future Foam, Inc.