UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____

IN RE: POLYURETHANE FOAM ANTITRUST ) MDL Docket No. 2196
LITIGATION ) Index No. 10-MD-2196 (JZ)
_____)

**NOTICE OF MOTION**

     Please take notice that on October 24, 2012, at 1:00 p.m., Eastern Time, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack Zouhary, or any judge sitting in his stead, in Room 203 of the United States District Court for the Northern District of Ohio, James M. Ashley and Thomas W.L. Ashley U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, and then and there present Indirect Purchaser Plaintiffs' Motion To Compel Empire Today LLC to Comply with Third-Party Subpoena and Memorandum of Law in support thereof - copies of which are hereby served upon you.

Dated: October 18, 2012                         Respectfully submitted,

                                                            _/s/ Marvin A. Miller_
                                                         MARVIN A. MILLER
                                                         MILLER LAW LLC
                                                         115 S. LaSalle Street, Suite 2910
                                                         Chicago, IL 60603
                                                         Tele: 312-332-3400
                                                         Fax: 312-676-2676

2

**CERTIFICATE OF SERVICE**

**TO:**   J. Sanchez
Empire Today, LLC
333 Northwest Avenue
Northlake, IL 60164

I, Marvin A. Miller, certify that on October 18, 2012, I served the foregoing Notice of Motion and Indirect Purchaser Plaintiffs' Motion To Compel Empire Today LLC to Comply with Third-Party Subpoena and Memorandum of Law in support thereof on the above addressee by Federal Express overnight delivery, on J. Sanchez at Empire Today LLC via email, and on others in accordance with Paragraph 9 of the Initial Case Management Order entered January 20, 2011.
.

s/*Marvin A. Miller*