**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) | MDL Docket No.: 2196 |
| | ) | Index No. 10 MD 2196 (JZ) |
| This Document Relates to All Cases | ) | |

## ENTRY OF APPEARANCE

     PLEASE TAKE NOTICE that Jordan D. Shea of the law firm of Williams Montgomery & John Ltd., 233 South Wacker Drive, Suite 6100, Chicago, Illinois 60606, enters his appearance on behalf of E&E Bedding Company, Inc., Spring Air LLC, and Spring Air Ohio LLC in these actions.

Dated: October 24, 2012            Respectfully submitted,

                                                 */s/ Jordan D. Shea*
                                                 Jordan D. Shea
                                                 Williams Montgomery & John Ltd.
                                                 233 South Wacker Drive, Suite 6100
                                                 Chicago, IL 60606
                                                 Tel: (312) 443-3868
                                                 Fax: (312) 630-8568
                                                 Email: jds@willmont.com

## CERTIFICATE OF SERVICE

I, Jordan D. Shea, hereby certify that on October 24, 2012, a copy of the foregoing Entry of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                                 */s/ Jordan D. Shea*
                                                 Jordan D. Shea