MDL Docket No. 2196
In re POLYURETHANE FOAM ANTITRUST LITIGATION
HEARING
Wednesday, October 24, 2012 at 1:00 p.m.

# AGENDA

1. Discovery Dispute (October 11, 2012 letter) (FXI)

    • Foamex Canada Documents -- available by November 30, 2012

    • Search Terms (Exhibits C–D)

    • Custodians (Nance and Caleroni) / Cost-Shifting

    • Shared Drive Folders

2. Motion to Compel (Docs. 428–30) (Costco)

    • James Pruitt, Corporate Counsel (425) 427-3280
      June 2012 letters

    • Joanne Hallenbeck, Paralegal (425) 427-7903
      July 2012 e-mails

3. Motion to Compel (Doc. 431) (Empire)

    • Steven Silvers, Manager

    • May 29, 2012 letter

4. Clarification of August 30, 2012 and September 7, 2012 Orders

5. Glossary of Terms

6. Schedule for Vitofoam Settlement (Doc. 432)

7. Scheduling of Depositions -- ECF Notice