MDL Docket No. 2196
In re POLYURETHANE FOAM ANTITRUST LITIGATION
HEARING
Wednesday, October 24, 2012 at 1:00 p.m.

SIGN IN SHEET

### Plaintiffs

| | |
|---|---|
| William Blechman | Sealy |
| Michael Briley | Direct Purchaser Plaintiffs |
| Rachel Brown (phone) | Spring Air |
| Lawrence Deas | Henson Sleep Relief<br>Ultra Comfort Foam, Genesis Furniture, Rose Hill Company |
| Lori Fanning | Indirect Purchaser Plaintiffs |
| Michael Gratz | Henson Sleep Relief<br>Ultra Comfort Foam, Genesis Furniture, Rose Hill Company |
| William Isaacson (phone) | Direct Purchaser Plaintiffs |
| Richard Kerger | Indirect Purchaser Plaintiffs |
| Michael McHenry | Ultra Comfort Foam, Genesis Furniture, Rose Hill Company |
| Douglas Millen (phone) | DeSitter Flooring |
| Marvin Miller | Indirect Purchaser Plaintiffs |
| Stephen Neuwirth | Direct Purchaser Plaintiffs |
| Greg Revera (phone) | L & J Products & Sales |
| Kurt Rupert (phone) | Factory Direct |
| Jordan Shea | Englander Bedding, Jeffco Fibres, Spring Air |
| Kevin Teruya | Direct Purchaser Plaintiffs |
| Charles Tompkins (phone) | Spring Air |
| David Wicklund | Direct Purchaser Plaintiffs |
| Eric Wiechmann | Englander Bedding, Jeffco Fibres, Spring Air, CBI |
| Melissa Willett | Direct Purchaser Plaintiffs |

MDL Docket No. 2196
In re POLYURETHANE FOAM ANTITRUST LITIGATION
HEARING ON MOTIONS TO DISMISS
Wednesday, October 24, 2012 at 1:00 p.m.

SIGN IN SHEET

### Defendants

| | |
|---|---|
| Randall Allen | Mohawk Industries |
| Tim Coleman | Vitafoam |
| Rob Gilmer | Vitafoam |
| Shepard Goldfein (phone) | Valle Foam Industries<br>Domfoam International |
| Frank Hirsch, Jr. | Hickory Springs Manufacturing |
| Kevin Kerns | FXI - Foamex Innovations |
| Matthew Liebson | Woodbridge |
| Bradley Love (phone) | Flexible Foam Products |
| Bethany Lukitsch | Carpenter |
| Rebecca Marron (phone) | Future Foam |
| Bruce McCullough | Vitafoam |
| Matt McGuire | Hickory Springs Manufacturing |
| Kendall Millard | Flexible Foam Products |
| Francis Newell | FXI - Foamex Innovations |
| John Passarelli | Future Foam |
| Joseph Rebein (phone) | Leggett & Platt |
| Peter Ryan (phone) | FXI - Foamex Innovations |
| Elliott Silver (phone) | Valle Foam Industries<br>Domfoam International |
| Jim Walsh | Carpenter |
| Ed Warin | Future Foam |
| Daniel Warncke | Leggett & Platt |