# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) | MDL Docket No. 2196 Index No. 10-MD-2196(JZ) |
| This document relates to: | ) ) ) | |
| Direct Purchaser Cases | ) ) | |
| SPRING AIR INTERNATIONAL LLC, et al. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10021-JZ | ) ) ) ) ) | |
| ENGLANDER SOUTHWEST, et al. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10022-JZ | ) ) ) ) | |
| JEFFCO FIBRES, INC. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10023-JZ | ) ) ) ) | |
| GRAND RAPIDS BEDDING CO. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10024-JZ | ) ) ) ) | |
| JONATHAN STEVENS MATTRESS CO. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10025-JZ | ) ) ) ) | |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 12

WHEREAS, the United States Judicial Panel on Multidistrict Litigation ("JPML") entered a Conditional Transfer Order (Dkt. No. 493) that was filed with this Court on September 14, 2012, and took effect seven (7) days thereafter, on September 21, 2012, transferring each of the five (5) above-captioned actions to this Court under 28 U.S.C. §1407;

- 1 -

WHEREAS, Paragraph 3 of this Court's May 12, 2011 Amended Case Management Order (Dkt. No. 139) states that "Defendants named as party defendants in a Direct Action (Non-Class) Complaint . . . transferred to this MDL after the date of the ruling will answer, move or otherwise respond to that Direct Action (Non-Class) Complaint within 45 days after the complaint is . . . transferred"; and

WHEREAS, to date, undersigned counsel for Plaintiffs in each of the five (5) above-captioned actions has not served the Defendants with service of process, pursuant to Federal Rule of Civil Procedure 4 and/or Paragraphs 6 through 8 of this Court's May 12, 2011 Amended Case Management Order (Dkt. No. 139), in any of those actions;

IT IS HEREBY ORDERED, as STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, as follows:

1.      None of the undersigned Defendants shall be required to answer, move or otherwise respond to the pleadings filed in any of the five (5) above-captioned actions until 45 days after they have been properly served as specified in this Court's May 12, 2011 Amended Case Management Order; and

2.      This Stipulation shall not toll any applicable statutes of limitation.

SO ORDERED:


_____
JUDGE JACK ZOUHARY
U.S. DISTRICT JUDGE


_____
ENTERED

Respectfully submitted this 31st day of October, 2012.


/s/   Charles E. Tompkins
Charles E. Tompkins
WILLIAMS MONTGOMERY & JOHN
LTD.
233 South Wacker Drive, Suite 6100
Chicago, IL 60606-6359
Tel:     (312) 443-3286
Fax:     (312) 630-8586
Email: cet@willmont.com

*Counsel for the Spring Air Plaintiffs, the
Englander Plaintiffs, Jeffco Fibres, Inc.,
Grand Rapids Bedding Co., and Jonathan
Stevens Mattress Co.*


Eric Watt Wiechmann
Vanessa Roberts Avery
Richard Hernandez
MCCARTER & ENGLISH, LLP
185 Asylum St., 36th Floor
Hartford, Connecticut 06103
Tel: (860) 275-6700
Fax: (860) 724-3397
Email: ewiechmann@mccarter.com
vavery@mccarter.com
rhernandez@mccarter.com

*Counsel for the Spring Air Plaintiffs and
the Trustee*

Thomas G. Shapiro (pro hac vice)
Rachel M. Brown (pro hac vice)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel.:     (617) 439-3939
Fax:     (617) 439-0134
Email: tshapiro@shulaw.com
          rbrown@shulaw.com

*Counsel for the Spring Air Plaintiffs, the
Trustee, Jeffco Fibres, Inc., Grand Rapids
Bedding Co., and Jonathan Stevens
Mattress Co.*


Philip J. Gordon, Esq.
(pro hac vice to be sought)
Gordon Law Group LLP
585 Boylston Street
Boston, MA 02116
Tel.: (617) 536-1800
Fax: (617) 536-1802
Email: pgordon@gordonllp.com


*Additional counsel for the Spring Air
Plaintiffs and the Trustee*

Tim L. Collins (0033116)
Anthony J. LaCerva (0032876)
Julie A. Perkins (0083640)
COLLINS & SCANLON LLP
3300 Terminal Tower, 50 Public Square
Cleveland, OH 44113
Tel.: (216) 696-0022
Fax: (216) 696-1166
Email: tcollins@collins-scanlon.com
alacerva@collins-scanlon.com
jperkins@collins-scanlon.com

*Counsel for the Spring Air Plaintiffs and the Trustee*

/s/   James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax:     (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co.*

Patrick M. McLaughlin (0008190)
Dennis P. Zapka (0012609)
McLAUGHLIN & McCAFFREY, LLP
1111 Superior Avenue, Suite 1350
Cleveland, Ohio 44114-2500
(216) 623-0900 Telephone
(216) 623-0935 Facsimile
pmclaughlin@mmlitigation.com
dzapka@mmlitigation.com

*Counsel for Jeffco Fibres, Inc., Grand Rapids Bedding Co., and Jonathan Stevens Mattress Co.*

/s/   Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax:     (317) 231-7433
kmillard@btlaw.com

/s/   Michael D. Mustard
Michael D. Mustard
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone:  (260) 423-9440
Fax:       (260) 424-8316
mmustard@btlaw.com

*Counsel for Flexible Foam Products, Inc.*

/s/  Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone:  (215) 665-2118
Fax:      (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for Foamex Innovations, Inc.*

/s/  Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:      (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs*
*Manufacturing Company*

/s/  Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102
Phone:  (402) 346-6000
Fax:      (402) 346-1148
edward.warin@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Future Foam, Inc.*

/s/  Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone:  (513) 381-2838
Fax:  (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/   Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-7000
Fax:     (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:     (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:     (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam
Corporation, Woodbridge Sales &
Engineering, Inc., and Woodbridge Foam
Fabricating, Inc.*