# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

### MOTION OF DIRECT PURCHASER PLAINTIFFS TO EXTEND TIME TO FILE BRIEF ON WHETHER ORDER (DKT. # 432) SHOULD BE <u>RECONSIDERED OR ALTERED</u>

Pursuant to this Court's Order of October 25, 2012 (Dkt. # 435), the direct purchaser class plaintiffs and the settling defendants have been preparing papers addressing the recent Order issued by Judge Knepp (Dkt. # 432). But work has been impeded by Hurricane Sandy, which among other things has caused the continued closure or disruption of services at several of counsels' offices in New York and Washington, D.C. The moving parties therefore respectfully request that the deadline for submissions addressing the Order be extended to Wednesday, November 7, 2012.

Counsel for Settling Defendants consent to this motion.

DATED: November 1, 2012                   Respectfully Submitted,

/s/ *William A. Isaacson*                 /s/ *Stephen R. Neuwirth*
William A. Isaacson                       Stephen R. Neuwirth
BOIES, SCHILLER & FLEXNER LLP             QUINN EMANUEL URQUHART
5301 Wisconsin Avenue, NW                 & SULLIVAN, LLP
Washington, DC 20015                      51 Madison Avenue, 22nd Floor
Phone: (202) 237-5607                     New York, NY 10010
Fax: (202) 237-6131                       Phone: (212) 849-7165
                                          Fax: (212) 849-7100

*Direct Purchaser Plaintiff's Interim Lead Counsel*