UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**[PROPOSED] ORDER ON MOTION OF DIRECT PURCHASER PLAINTIFFS TO EXTEND TIME TO FILE BRIEF ON WHETHER ORDER (DKT. #432) SHOULD BE RECONSIDERED OR ALTERED**

The Court, having reviewed the Direct Purchaser Plaintiffs' Motion to Extend Time to File Brief on Whether Order (Dkt. #432) Should Be Reconsidered or Altered and the Response filed by certain Defendants hereby ORDERS that the movants' request is granted and the deadline for all parties to file briefing on whether Order (Dkt. #432) should be reconsidered or altered is extended to and including Wednesday, November 7, 2012.

**SO ORDERED**

Dated:_____

_____
Honorable Jack Zouhary
United States District Judge