# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## ORDER ON DIRECT PURCHASER PLAINTIFFS MOTION TO EXTEND TIME TO FILE BRIEF ON WHETHER ORDER (DKT. # 432) SHOULD BE RECONSIDERED OR ALTERED

The Court, having reviewed the Direct Purchaser Plaintiffs' Motion To Extend Time To File Brief on Whether Order (Dkt. #432) Should Be Reconsidered or Altered, filed November 1, 2012, hereby ORDERS that the movants' request is granted and their deadline to file Brief shall be extended to Wednesday, November 7, 2012.

**SO ORDERED**

DATED: November 1, 2012

/s/ Jack Zouhary
Honorable Jack Zouhary
United States District Judge