Yes - you too!

*/s/ Jack Zouhary*
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**RESPONSE TO MOTION OF DIRECT PURCHASER PLAINTIFFS TO EXTEND TIME TO FILE BRIEF ON WHETHER ORDER (DKT. #432) SHOULD BE RECONSIDERED OR ALTERED**

The undersigned Defendants ("Defendants") hereby respond to the Motion of Direct Purchaser Plaintiffs to Extend Time to File Brief on Whether Order (DKT. #432) Should Be Reconsidered or Altered as follows:

1. In its October 25, 2012 Order (Dkt. #435), the Court asked for simultaneous briefing from the parties on this issue.

2. Some of the undersigned Defendants' counsel are also located in geographic areas (including, but not limited to, Philadelphia) that have been impacted by Hurricane Sandy.

3. Accordingly, the undersigned Defendants do not object to the relief requested, but respectfully request that any extension should apply to all briefing on this issue, not merely Direct Purchasers' briefing, as suggested by Direct Purchasers' proposed Order.

4. A proposed Order is attached hereto.

Respectfully submitted, this the 1st day of November, 2012.

- 2 –

By: /s/ Matthew P. McGuire
Frank A. Hirsch, Jr.
Matthew P. McGuire
Heather Adams
Alston & Bird LLP
4721 Emperor Blvd., Ste. 400
Durham, NC 27703
frank.hirsch@alston.com
matt.mcguire@alston.com
heather.adams@alston.com

*Counsel for Defendant Hickory Springs Manufacturing Company*

By: /s/ Bethany G. Lukitsch
James H. Walsh
Howard Feller
Bethany G. Lukitsch
MCGUIREWOODS LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Defendants Carpenter Company, E.R. Carpenter, L.P. and Carpenter Holdings, Inc.*

By: /s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Tel.: 513.381.2838
Fax: 513.381.0205
warncke@taftlaw.com

Joe Rebein
Laurie A. Novion
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel.: 816.474.6550
Fax: 816.421.5547
jrebein@shb.com
lnovion@shb.com

*Counsel for Defendant Leggett & Platt, Incorporated*


By: /s/ Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Edward.warin@kutakrock.com
John.passarelli@kutakrock.com

*Counsel for Defendant Future Foam, Inc.*

By: /s/ Peter M. Ryan
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
fnewell@cozen.com
pryan@cozen.com

*Counsel for Defendant FXI – Foamex Innovations, Inc.*

- 3 –

By: /s/ Kendall Millard
Kendall Millard
Michael D. Mustard
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
kmillard@btlaw.com
mmustard@btlaw.com

*Counsel for Defendants Flexible Foam Products, Inc. and Ohio Decorative Products, Inc.*


By: /s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Erica Fenby Ghali
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Randall.allen@alston.com
Teresa.bonder@alston.com
Erica.ghali@alston.com

*Counsel for Defendant Mohawk Industries, Inc.*


By: /s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7919
dswanson@gibsondunn.com

Cynthia Richman
John W.F. Chesley
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
crichman@gibsondunn.com
jchesley@gibsondunn.com

- 5 –

*Counsel for Defendants Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc. and Woodbridge Foam Fabricating, Inc.*

- 5 –

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

This the 1st day of November, 2012.

/s/ Matthew P. McGuire