UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| This document relates to: | Hon. Jack Zouhary |
| ALL ACTIONS | |

## CORRECTED NOTICE OF SERIVCE OF THIRD-PARTY SUBPOENA FOR DOCUMENTS AND DEPOSITION

The Henson Sleep Plaintiffs serve notice of their intention to issue a subpoena for documents and a deposition of Mr. David T. Branner. A copy of the subpoena is attached to this Notice as Exhibit 1. Mr. Branner is a former employee of Defendant Vitafoam, Inc. This corrected Notice of Service is filed because the notice originally filed designated the notice as having been "File Under Seal". Such designation was erroneous and unintentional.

Dated: 11/5, 2012

Respectfully submitted

DEAS AND DEAS
353 N. Green Street
Tupelo, MS 38804
Tel: (662) 842-4546
Fax: (662) 842-5449
Email: Lawrence@deaslawfirm.com

By: _____
Lawrence Deas, Esquire

Counsel for Henson Sleep Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on November 5, 2012, I caused a true and correct copy of the foregoing document to be served via ECF on counsel for the Parties.

By: /s/ Jamie Deus

434956.1