AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:10-MD-2196-JZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __David T. Branner__
was received by me on *(date)* __11/5/12__.

☒ I served the subpoena by delivering a copy to the named individual as follows: __Hand delivery to David T. Branner at Ideal Foam, 300 Stafford Blvd., Pontotoc, MS 38863__ on *(date)* __11/9/12__; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____ .

My fees are $ __$50.00__ for travel and $ __$50.00__ for services, for a total of $ __$100.00__.

I declare under penalty of perjury that this information is true.

Date: __11/9/12__

_____
Server's signature

__John Knight, Process Server__
Printed name and title

__P.O. Box 7202 Tupelo, MS 38802__
Server's address

Additional information regarding attempted service, etc: