# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION  ) ) ) ) This document relates to:  ) ) ALL CASES  ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO SUBMIT BRIEFS ON DOWNSTREAM DISCOVERY ORDER
AND TO MEET AND CONFER OVER GLOSSARY OF TERMS**

WHEREAS simultaneous briefs addressing the Court's September 7, 2012 downstream discovery order are presently due to be submitted to the Court on November 15, 2012;

WHEREAS Direct Purchaser and Direct Action Plaintiffs request a extension of time until November 19, 2012 for the parties to submit the briefs, because of the disruption of work caused by Hurricane Sandy, and due to short-term family health issues of one of the attorneys involved in the briefing;

WHEREAS Defendants do not oppose that request;

WHEREAS an agreed-upon glossary of terms, if the parties can reach an agreement, is presently due to be submitted to the Court on November 15, 2012;

WHEREAS the undersigned parties request an extension of time until December 6, 2012 for the parties to meet and confer over a glossary of terms and to submit an agreed-upon glossary of terms, if the parties can reach an agreement;

04264.23318/5056497.1

IT IS THEREFORE STIPULATED AND AGREED by the undersigned parties and ORDERED by the Court that:

1. The time for the parties to submit simultaneous briefs regarding the Court's September 7, 2012 downstream discovery order is extended to November 19, 2012; and

2. The time for the parties to meet and confer over a glossary of terms and to submit an agreed-upon glossary of terms, if the parties can reach an agreement, is extended to December 6, 2012.

DATED: _____

SO ORDERED:

_____
Honorable Jack Zouhary
United States District Judge

DATED: November 15, 2012

Respectfully submitted,

/s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Phone: 202-237-5607
Fax:  202-237-6131

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: 212-849-7165
Fax:  212-849-7100

*Direct Purchaser (Class) Plaintiffs' Interim Co-Lead Counsel*

/s/ William J. Blechman
William J. Blechman
**KENNY NACHWALTER, P.A.**
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Phone: 305-373-1000
Fax: 305-372-1861

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Sealy Corporation, Select Comfort Corporation, Simmons Bedding Company, Tempur-Pedic International, Inc., and La-Z-Boy Incorporated*

| | |
|---|---|
| /s/ James H. Walsh<br>James H. Walsh<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary St.<br>Richmond, VA 23219<br>Phone: (804) 775-1000<br>Fax: (804) 775-1061 | /s/ Kendall Millard<br>Kendall Millard<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Phone: (317) 231-7461<br>Fax: (317) 231-7433 |
| *Counsel for Carpenter Co.* | *Counsel for Flexible Foam Products, Inc.* |
| /s/ Francis P. Newell<br>Francis P. Newell<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 665-2000<br>Fax: (215) 665-2013 | /s/ Frank A. Hirsch, Jr.<br>Frank A. Hirsch, Jr.<br>ALSTON & BIRD LLP<br>3201 Beechleaf Court, Suite 600<br>Raleigh, NC 27604-1500<br>Phone: (919) 862-2200<br>Fax: (919) 862-2260 |
| *Counsel for FXI – Foamex Innovation, Inc.* | *Counsel for Hickory Springs Manufacturing Co.* |

04264.23318/5056497.1                                                3

/s/ Edward G. Warin
Edward G. Warin
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Fax: (402) 346-1148

*Counsel for Future Foam, Inc.*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227

*Counsel for Leggett & Platt, Incorporated*

/s/ Randall L. Allen
Randall L. Allen
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Mohawk Industries, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that, on November 15, 2012, the following document:

(1) **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT BRIEFS ON DOWNSTREAM DISCOVERY ORDER AND TO MEET AND CONFER OVER GLOSSARY OF TERMS**,

was filed electronically on behalf of the above-signed parties in *In re Polyurethane Foam Antitrust Litigation*, 10-md-2196, and served via the Court's CM/ECF system on all parties in accordance with the Local Rules of the United States District Court for the Northern District of Ohio and the Case Management Order entered in these consolidated actions.

/s/ Adam B. Wolfson
Adam B. Wolfson
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Phone: (213) 443-3673
Fax: (213) 443-3100
E-mail: adamwolfson@quinnemanuel.com