UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

### """""""STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT BRIEFS ON DOWNSTREAM DISCOVERY ORDER AND TO MEET AND CONFER OVER GLOSSARY OF TERMS

WHEREAS simultaneous briefs addressing the Court's September 7, 2012 downstream discovery order are presently due to be submitted to the Court on November 15, 2012;

WHEREAS Direct Purchaser and Direct Action Plaintiffs request a extension of time until November 19, 2012 for the parties to submit the briefs, because of the disruption of work caused by Hurricane Sandy, and due to short-term family health issues of one of the attorneys involved in the briefing;

WHEREAS Defendants do not oppose that request;

WHEREAS an agreed-upon glossary of terms, if the parties can reach an agreement, is presently due to be submitted to the Court on November 15, 2012;

WHEREAS the undersigned parties request an extension of time until December 6, 2012 for the parties to meet and confer over a glossary of terms and to submit an agreed-upon glossary of terms, if the parties can reach an agreement;

04264.23318/5056497.1

IT IS THEREFORE STIPULATED AND AGREED by the undersigned parties and ORDERED by the Court that:

1. The time for the parties to submit simultaneous briefs regarding the Court's September 7, 2012 downstream discovery order is extended to November 19, 2012; and

2. The time for the parties to meet and confer over a glossary of terms and to submit an agreed-upon glossary of terms, if the parties can reach an agreement, is extended to December 6, 2012.


DATED:  __11/16/2012__

                                                SO ORDERED:

                                                __s/Jack Zouhary__
                                                Honorable Jack Zouhary
                                                United States District Judge


DATED:  November 15, 2012

                                                Respectfully submitted,


| | |
|---|---|
| /s/ William A. Isaacson | /s/ Stephen R. Neuwirth |
| William A. Isaacson | Stephen R. Neuwirth |
| BOIES, SCHILLER & FLEXNER LLP | QUINN EMANUEL URQUHART |
| 5301 Wisconsin Avenue, NW |   & SULLIVAN, LLP |
| Washington, DC  20015 | 51 Madison Avenue, 22nd Floor |
| Phone:  202-237-5607 | New York, NY  10010 |
| Fax:     202-237-6131 | Phone:  212-849-7165 |
| | Fax:     212-849-7100 |

*Direct Purchaser (Class) Plaintiffs' Interim Co-Lead Counsel*

/s/ William J. Blechman
William J. Blechman
**KENNY NACHWALTER, P.A.**
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Phone: 305-373-1000
Fax: 305-372-1861

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Sealy Corporation, Select Comfort Corporation, Simmons Bedding Company, Tempur-Pedic International, Inc., and La-Z-Boy Incorporated*

| | |
|---|---|
| /s/ James H. Walsh<br>James H. Walsh<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary St.<br>Richmond, VA 23219<br>Phone: (804) 775-1000<br>Fax: (804) 775-1061<br><br>*Counsel for Carpenter Co.* | /s/ Kendall Millard<br>Kendall Millard<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Phone: (317) 231-7461<br>Fax: (317) 231-7433<br><br>*Counsel for Flexible Foam Products, Inc.* |
| /s/ Francis P. Newell<br>Francis P. Newell<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 665-2000<br>Fax: (215) 665-2013<br><br>*Counsel for FXI – Foamex Innovation, Inc.* | /s/ Frank A. Hirsch, Jr.<br>Frank A. Hirsch, Jr.<br>ALSTON & BIRD LLP<br>3201 Beechleaf Court, Suite 600<br>Raleigh, NC 27604-1500<br>Phone: (919) 862-2200<br>Fax: (919) 862-2260<br><br>*Counsel for Hickory Springs Manufacturing Co.* |

/s/ Edward G. Warin
Edward G. Warin
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Fax: (402) 346-1148

*Counsel for Future Foam, Inc.*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227

*Counsel for Leggett & Platt, Incorporated*

/s/ Randall L. Allen
Randall L. Allen
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Mohawk Industries, Inc.*