IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196(JZ) |
| This document relates to: | Hon. Jack Zouhary |
| ALL ACTIONS | |

### NOTICE OF SERVICE OF THIRD-PARTY SUBPOENA
### FOR DOCUMENTS AND DEPOSITION

The Sealy Plaintiffs, on behalf of the Direct Action Plaintiffs, the Direct Class Plaintiffs, and the Indirect Class Plaintiffs, serve notice of their issuance of a subpoena for documents and a deposition of Ohio Decorative Products, Inc., which is the parent of Defendant Flexible Foam. A copy of the subpoena is attached to this Notice as Exhibit 1.

Dated: November 20, 2012

KENNY NACHWALTER, P.A.

By: _____
William J. Blechman
Douglas H. Patton*
201 South Biscayne Blvd.
1100 Miami Center
Miami, Florida 33131
Tel.: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
E-mail: dpatton@knpa.com

***Liaison Counsel for Direct Action (Non-Class) Plaintiffs and Counsel for the "Sealy" Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that on ___Nov. 20___, 2012, I caused a true and correct copy of the foregoing document to be served via ECF on counsel for the Parties.

By: _____

442284.1