IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GRAND RAPIDS BEDDING CO. | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10024-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| *Defendants* | : | |
| ENGLANDER SOUTHWEST ET AL., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10022-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | : | |

|  |  |  |
|---|---|---|
| : <br> *Defendants* : | | |
| JEFFCO FIBRES, INC. : <br> : <br> *Plaintiff,* : <br> : <br> v. : <br> : <br> : <br> : <br> HICKORY SPRINGS MANUFACTURING : <br> COMPANY, VALLE FOAM INDUSTRIES, INC., : <br> DOMFOAM INTERNATIONAL, INC., : <br> CARPENTER COMPANY, WOODBRIDGE : <br> FOAM CORPORATION, FLEXIBLE FOAM : <br> PRODUCTS, INC., SCOTTDEL, INC., FOAMEX : <br> INNOVATIONS, INC., FUTURE FOAM, INC., : <br> VITAFOAM PRODUCTS CANADA LIMITED, : <br> VITAFOAM, INC., MOHAWK INDUSTRIES : <br> INC., LEGGETT & PLATT INC., ADVANCED : <br> URETHANE TECHNOLOGIES, INC. : <br> : <br> *Defendants* : | CIVIL ACTION <br><br> MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) <br><br> Case No. 3:12-pf-10023-JZ | |
| SPRING AIR INTERNATIONAL LLC ET AL., : <br> : <br> *Plaintiffs,* : <br> : <br> v. : <br> : <br> : <br> : <br> HICKORY SPRINGS MANUFACTURING : <br> COMPANY, VALLE FOAM INDUSTRIES, INC., : <br> DOMFOAM INTERNATIONAL, INC., : <br> CARPENTER COMPANY, WOODBRIDGE : <br> FOAM CORPORATION, FLEXIBLE FOAM : <br> PRODUCTS, INC., SCOTTDEL, INC., FOAMEX : <br> INNOVATIONS, INC., FUTURE FOAM, INC., : <br> VITAFOAM PRODUCTS CANADA LIMITED, : <br> VITAFOAM, INC., MOHAWK INDUSTRIES : <br> INC., LEGGETT & PLATT INC., ADVANCED : <br> URETHANE TECHNOLOGIES, INC. : <br> : <br> *Defendants* : | CIVIL ACTION <br><br> MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) <br><br> Case No. 3:11-pf-10021-JZ | |

| | | |
|---|---|---|
| JONATHAN STEVENS MATTRESS CO. | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12:pf-10025-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| *Defendants* | : | |

**DEFENDANT ADVANCED URETHANE TECHNOLOGIES, INC.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

For the reasons set forth in the accompanying Memorandum of Law, Defendant Advanced Urethane Technologies, Inc., by and through their undersigned counsel, hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing this action with prejudice.

| | |
|---|---|
| December 28, 2012 | /s/ *Barbara T. Siclides*<br>BARBARA T. SICALIDES<br>MATTHEW R. WILLIAMS<br>JEFFREY L. VAGLE<br>ALEXANDER L. HARRIS<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>Phone: 215.981.4000<br>Fax: 215.981.4750<br>sicalidb@pepperlaw.com<br>williamsm@pepperlaw.com<br>vaglej@pepperlaw.com<br>harrisa@pepperlaw.com<br><br>*Attorneys for Defendant Advanced Urethane Technologies, Inc.* |