IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GRAND RAPIDS BEDDING CO. | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10024-JZ |
| HICKORY SPRINGS MANUFACTURING | : | |
| COMPANY, VALLE FOAM INDUSTRIES, INC., | : | |
| DOMFOAM INTERNATIONAL, INC., | : | |
| CARPENTER COMPANY, WOODBRIDGE | : | |
| FOAM CORPORATION, FLEXIBLE FOAM | : | |
| PRODUCTS, INC., SCOTTDEL, INC., FOAMEX | : | |
| INNOVATIONS, INC., FUTURE FOAM, INC., | : | |
| VITAFOAM PRODUCTS CANADA LIMITED, | : | |
| VITAFOAM, INC., MOHAWK INDUSTRIES | : | |
| INC., LEGGETT & PLATT INC., ADVANCED | : | |
| URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendants* | : | |
| ENGLANDER SOUTHWEST ET AL., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10022-JZ |
| HICKORY SPRINGS MANUFACTURING | : | |
| COMPANY, VALLE FOAM INDUSTRIES, INC., | : | |
| DOMFOAM INTERNATIONAL, INC., | : | |
| CARPENTER COMPANY, WOODBRIDGE | : | |
| FOAM CORPORATION, FLEXIBLE FOAM | : | |
| PRODUCTS, INC., SCOTTDEL, INC., FOAMEX | : | |
| INNOVATIONS, INC., FUTURE FOAM, INC., | : | |
| VITAFOAM PRODUCTS CANADA LIMITED, | : | |
| VITAFOAM, INC., MOHAWK INDUSTRIES | : | |
| INC., LEGGETT & PLATT INC., ADVANCED | : | |
| URETHANE TECHNOLOGIES, INC. | : | |

|                                                             |   |                                             |
|-------------------------------------------------------------|---|---------------------------------------------|
|                                                             | : |                                             |
| *Defendants*                                                | : |                                             |

---

| | | |
|---|---|---|
| JEFFCO FIBRES, INC. | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10023-JZ |
| HICKORY SPRINGS MANUFACTURING | : | |
| COMPANY, VALLE FOAM INDUSTRIES, INC., | : | |
| DOMFOAM INTERNATIONAL, INC., | : | |
| CARPENTER COMPANY, WOODBRIDGE | : | |
| FOAM CORPORATION, FLEXIBLE FOAM | : | |
| PRODUCTS, INC., SCOTTDEL, INC., FOAMEX | : | |
| INNOVATIONS, INC., FUTURE FOAM, INC., | : | |
| VITAFOAM PRODUCTS CANADA LIMITED, | : | |
| VITAFOAM, INC., MOHAWK INDUSTRIES | : | |
| INC., LEGGETT & PLATT INC., ADVANCED | : | |
| URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendants* | : | |

---

| | | |
|---|---|---|
| SPRING AIR INTERNATIONAL LLC ET AL., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:11-pf-10021-JZ |
| HICKORY SPRINGS MANUFACTURING | : | |
| COMPANY, VALLE FOAM INDUSTRIES, INC., | : | |
| DOMFOAM INTERNATIONAL, INC., | : | |
| CARPENTER COMPANY, WOODBRIDGE | : | |
| FOAM CORPORATION, FLEXIBLE FOAM | : | |
| PRODUCTS, INC., SCOTTDEL, INC., FOAMEX | : | |
| INNOVATIONS, INC., FUTURE FOAM, INC., | : | |
| VITAFOAM PRODUCTS CANADA LIMITED, | : | |
| VITAFOAM, INC., MOHAWK INDUSTRIES | : | |
| INC., LEGGETT & PLATT INC., ADVANCED | : | |
| URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendants* | : | |

JONATHAN STEVENS MATTRESS CO.   :
              :  CIVIL ACTION
        *Plaintiff,* :
              :
     v.         :  MDL Docket No. 2196
              :  Index No. 10-MD-2196 (JZ)
              :
              :  Case No. 3:12:pf-10025-JZ

HICKORY SPRINGS MANUFACTURING  :
COMPANY, VALLE FOAM INDUSTRIES, INC., :
DOMFOAM INTERNATIONAL, INC.,   :
CARPENTER COMPANY, WOODBRIDGE  :
FOAM CORPORATION, FLEXIBLE FOAM  :
PRODUCTS, INC., SCOTTDEL, INC., FOAMEX :
INNOVATIONS, INC., FUTURE FOAM, INC., :
VITAFOAM PRODUCTS CANADA LIMITED, :
VITAFOAM, INC., MOHAWK INDUSTRIES :
INC., LEGGETT & PLATT INC., ADVANCED :
URETHANE TECHNOLOGIES, INC.   :
              :
        *Defendants* :

## <u>ORDER</u>

And now, on this ___ day of ___, 2013, upon consideration of Defendant

Advanced Urethane Technologies, Inc.'s Motion to Dismiss and supporting Memorandum of

Law, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED and the Complaint in this action is

dismissed with prejudice.

                _____

                       J.