## CERTIFICATE OF SERVICE

I, Barbara T. Sicalides, hereby certify that on December 28, 2012, a copy of the foregoing Defendant Advanced Urethane Technologies, Inc.'s Motion to Stay Discovery, Proposed Order, and Memorandum of Law in Support of Its Motion to Stay Discovery were served upon all counsel of record via CM/ECF, and upon the following via U.S. Mail:

CHARLES E. TOMPKINS
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
*Counsel for Plaintiffs*

Tim L. Collins
Anthony J. LaCerva
Julie A. Perkins
COLLINS & SCANLON LLP

Eric Watt Wiechmann
Vanessa Roberts Avery
Richard Hernandez
MCCARTER & ENGLISH, LLP
*Counsel for Plaintiffs Spring Air International LLC, Spring Air Ohio LLC, Spring Air LLC, E&E Bedding Company, Inc., and Alfred T. Giuliano*

Paul V. Shannon
LAW OFFICE OF PAUL V. SHANNON
255 Park Ave. # 508
Worcester, MA 01609
*Counsel for Plaintiff Jeffco Fibres, Inc.*

-2-

/s/ *Barbara T. Sicalides*
Barbara T. Sicalides