IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 2196 |
| | ) ) | Index No. 10 MD 2196 (JZ) |
| This document relates to: | ) ) | |
| Direct Purchaser Case *Spring Air International LLC v. Hickory Springs Manufacturing Co., et al* (3:11-pf-10001-JZ) | ) ) ) ) ) | January 18, 2013 |

**NOTICE OF SERVICE OF THIRD-PARTY SUBPOENA
FOR DOCUMENTS ON AMERICAN CAPITAL LTD.**

Direct Action (Non-Class) Plaintiffs Spring Air International LLC ("Spring Air International"), Spring Air Ohio LLC ("Spring Air Ohio"), Spring Air LLC ("Spring Air Utah"), E&E Bedding Company, Inc. (E&E Bedding Co."), and Alfred T. Giuliano, the Chapter 7 Trustee of the Substantively Consolidated Estates of Consolidated Bedding, Inc.[1] (hereinafter referred to as "CBI" and, collectively with Spring Air International, Spring Air Ohio, Spring Air Utah and E&E Bedding Co., the "Spring Air Entities" or "Plaintiffs"), by and through their attorneys, hereby give notice pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure

---

[1] The full list of substantively consolidated estates represented by the CBI Trustee is as follows: Consolidated Bedding, Inc.; Ackerman Manufacturing Company; Alabama Bedding Manufacturing Company, Inc.; American Bedding Industries, Inc.; Associated Trucking Company, Inc.; Atlas Bedding Manufacturing Corporation; Chattam & Wells, Inc.; Nature's Rest, Inc.; Nature's Rest Marketing, LLC; Spring Air Bedding Company; Spring Air California – Deluxe Bedding Company, Inc.; Spring Air Mattress Company; Spring Air Mattress Company of Colorado; Spring Air – Mountain West, Inc.; Spring Air Partners – California, Inc.; Spring Air Partners – New Jersey, Inc.; Spring Air Partners – North America, Inc.; Spring Air Partners – Texas, Inc.; Spring Air West, LLC; and The Spring Air Company.

ME1 14659565v.1

of their issuance of a subpoena for documents and electronically stored information to American Capital Ltd. and its affiliated entities, including American Capital Funding. A copy of the subpoena is attached to this Notice as Exhibit A.

                                                  PLAINTIFFS, SPRING AIR
                                                  INTERNATIONAL LLC, *et al*.

                                                  By Their Attorneys:

                                                    /s/ Vanessa Roberts Avery
                                                Eric Watt Wiechmann (ct 04331)
                                                Vanessa Roberts Avery (ct 21000)
                                                MCCARTER & ENGLISH, LLP
                                                185 Asylum St., 36th Floor
                                                Hartford, Connecticut 06103
                                                Phone: (860) 275-6700
                                                Fax:    (860) 724-3397
                                                E-Mail: ewiechmann@mccarter.com
                                                           vavery@mccarter.com

                                                  /s/
                                                Charles E. Tompkins
                                                WILLIAMS, MONTGOMERY & JOHN
                                                233 S. Wacker, Suite 6100
                                                Chicago, Illinois 60606-6359
                                                Phone: (312) 443-3286
                                                Fax:    (312) 630-8586
                                                E-Mail: CET@Willmont.com

## CERTIFICATE OF SERVICE

I certify that on January 18, 2013, a true and correct copy of the foregoing was served electronically on all counsel of record.

                                              /s/ Vanessa Roberts Avery
Vanessa Roberts Avery (ct 21000)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397
E-mail: vavery@mccarter.com