# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JEFFCO FIBRES, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | |
| ) | **COMPLAINT** |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| ADVANCED URETHANE ) | MDL Docket No. 2196 |
| TECHNOLOGIES, INC. ) | Member Case No. 3:12-pf-10023-JZ |
| *Defendant* ) | [Transferred from: 12-cv-11469] |
| ) | |

| | |
|---|---|
| SPRING AIR INTERNATIONAL LLC, ) | |
| SPRING AIR OHIO LLC, SPRING AIR ) | |
| LLC, E&E BEDDING CO. INC., AND ) | |
| ALFRED T. GIULIANO, CHAPTER ) | |
| 7 TRUSTEE OF THE ) | |
| SUBSTANTIVELY CONSOLIDATED ) | |
| ESTATES OF CONSOLIDATED ) | |
| BEDDING INC. AND RELATED ) | |
| ENTITIES, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| ) | **COMPLAINT** |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| ADVANCED URETHANE ) | MDL Docket No. 2196 |
| TECHNOLOGIES, INC. ) | Member Case No. 3:12-pf-10021-JZ |
| *Defendant* ) | [Transferred from: 12-cv-11467] |
| ) | |

| | |
|---|---|
| GRAND RAPIDS BEDDING CO., )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>)<br>ADVANCED URETHANE )<br>TECHNOLOGIES, INC. )<br>)<br>)<br>)<br>*Defendant* )<br>)<br>) | **COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>MDL Docket No. 2196<br>Member Case No. 3:12-pf-10024-JZ<br>[Transferred from: 12-cv-11471] |
| ENGLANDER SOUTHWEST, ET AL., )<br>)<br>*Plaintiffs*, )<br>v. )<br>)<br>)<br>)<br>)<br>)<br>ADVANCED URETHANE )<br>TECHNOLOGIES, INC. )<br>*Defendant* )<br>) | **COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>MDL Docket No. 2196<br>Member Case No. 3:12-pf-10022-JZ<br>[Transferred from: 12-cv-11468] |

## NOTICE OF FILING OF AMENDED COMPLAINTS

Direct Action (Non-Class) Plaintiffs Jeffco Fibres, Inc.; Grand Rapids Bedding Co.; Medi-Pedic Bedding Co., Inc. d/b/a Englander Southwest, Fraenkel Company d/b/a Englander South Central, Tualatin Sleep Products, Inc. d/b/a Englander Northwest, Advanced Sleep Concepts d/b/a Englander Southeast, Illinois Sleep Products d/b/a Englander Midwest, Sleep Inc. d/b/a Englander Northeast, White Cross Sleep Products, Inc. d/b/a Englander Mid-Atlantic; and Spring Air International LLC, Spring Air Ohio LLC, Spring Air LLC ("Spring Air Utah"), E&E Bedding Company, Inc., and Alfred T. Giuliano, the Chapter 7 Trustee of the Substantively

2

Consolidated Estates of Consolidated Bedding, Inc. and related entities ("CBI"),[1] by and through their counsel, hereby give notice of the filing of Amended Complaints in the above-captioned actions pursuant to Fed. R. Civ. P. 15(a)(1)(B). The Amended Complaints may be viewed at 12-pf-10021 dkt. # 8, 12-pf-10022 dkt. # 8, 12-pf-10023 dkt. # 9, and 12-pf-10024 dkt. # 9.

Dated: January 18, 2013

Respectfully submitted,

*/s/ Charles E. Tompkins*
Charles E. Tompkins (*pro hac vice*)
James P. Lynch    (*pro hac vice*)
WILLIAMS MONTGOMERY & JOHN LTD.
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606-6359
Tel.: (312) 443-3200
Fax: (312) 630-8500
Email: cet@willmont.com
          jpl@willmont.com

*/s/ Rachel M. Brown*
Rachel M. Brown (*pro hac vice*)
Thomas G. Shapiro (*pro hac vice*)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939
Fax: (617) 439-0134
Email: rbrown@shulaw.com
          tshapiro@shulaw.com

***Attorneys for Plaintiffs***

---

[1] The full list of substantively consolidated estates represented by the CBI Trustee is as follows: Consolidated Bedding, Inc.; Ackerman Manufacturing Company; Alabama Bedding Manufacturing Company, Inc.; American Bedding Industries, Inc.; Associated Trucking Company, Inc.; Atlas Bedding Manufacturing Corporation; Chatham & Wells, Inc.; Nature's Rest, Inc.; Nature's Rest Marketing, LLC; Spring Air Bedding Company; Spring Air California - Deluxe Bedding Company, Inc.; Spring Air Mattress Company; Spring Air Mattress Company of Colorado; Spring Air - Mountain West, Inc.; Spring Air Partners - California, Inc.; Spring Air Partners - New Jersey, Inc.; Spring Air Partners - North America, Inc.; Spring Air Partners - Texas, Inc.; Spring Air West, LLC; and The Spring Air Company.

**CERTIFICATE OF SERVICE**

      I, Rachel M. Brown, hereby certify that on January 18, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                      /s/ Rachel M. Brown
                                      Rachel M. Brown