## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL No. 2196 |
| | Master File No. 10-md-2196 (JZ) |
| Related to: ALL ACTIONS | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Meegan Hollywood, counsel for plaintiffs, is now affiliated with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., 601 Lexington Avenue, Suite 3400, New York, New York 10022, Phone (212) 980-7400; Fax: (212) 980-7499; E-Mail Address: mfhollywood@rkmc.com.


Dated: February 4, 2013          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                 By:    */s/ Meegan Hollywood*

                                 Attorney for Plaintiffs

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2013, the foregoing Notice of Change of Firm Affiliation was filed electronically.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.


Dated: February 4, 2013          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:      */s/ Meegan Hollywood*