IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GRAND RAPIDS BEDDING CO. | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10024-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendant* | : | |
| | : | |
| ENGLANDER SOUTHWEST ET AL., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10022-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendants* | : | |

-2-

| | | |
|---|---|---|
| JEFFCO FIBRES, INC. | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10023-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendants* | : | |
| | : | |
| SPRING AIR INTERNATIONAL LLC ET AL., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:11-pf-10021-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| *Defendants* | : | |

**DEFENDANT ADVANCED URETHANE TECHNOLOGIES, INC.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

For the reasons set forth in the accompanying Memorandum of Law, Defendant

Advanced Urethane Technologies, Inc., by and through their undersigned counsel, hereby move

-2-

-3-

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing this action with prejudice.

February 7, 2013

/s/ *Barbara T. Siclides*
BARBARA T. SICALIDES
MATTHEW R. WILLIAMS
JEFFREY L. VAGLE
ALEXANDER L. HARRIS
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Phone: 215.981.4000
Fax: 215.981.4750
sicalidb@pepperlaw.com
williamsm@pepperlaw.com
vaglej@pepperlaw.com
harrisa@pepperlaw.com

*Attorneys for Defendant Advanced Urethane Technologies, Inc.*