IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GRAND RAPIDS BEDDING CO. | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10024-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendant* | : | |
| | : | |
| ENGLANDER SOUTHWEST ET AL., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10022-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendants* | : | |

| | | |
|---|---|---|
| JEFFCO FIBRES, INC. | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:12-pf-10023-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| | : | |
| *Defendants* | : | |

| | | |
|---|---|---|
| SPRING AIR INTERNATIONAL LLC ET AL., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| | : | Case No. 3:11-pf-10021-JZ |
| HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., CARPENTER COMPANY, WOODBRIDGE FOAM CORPORATION, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC., MOHAWK INDUSTRIES INC., LEGGETT & PLATT INC., ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| *Defendants* | : | |

## **ORDER**

And now, on this ___ day of _____, 2013, upon consideration of Defendant Advanced Urethane Technologies, Inc.'s Motion to Dismiss and supporting Memorandum of Law, and any response thereto, it is hereby

-3-

ORDERED that the Motion is GRANTED and the Complaint in this action is dismissed with prejudice.

_____
J.