## CERTIFICATE OF SERVICE

I, Barbara T. Sicalides, hereby certify that on February 7, 2012, a copy of the foregoing Defendant Advanced Urethane Technologies, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaints and supporting Memorandum of Law were served upon all counsel of record via CM/ECF.

/s/  *Barbara T. Sicalides*
Barbara T. Sicalides