IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | O R D E R |
| This document related to: ALL CASES | JUDGE JACK ZOUHARY |

Pursuant to Notice (Doc. 457-1) and the settlement website:

www.flexiblepolyurethanefoamsettlement.com

this Court will hold a Fairness Hearing on **Tuesday, May 7, 2013 at 10:00 a.m.** in the courtroom of the Honorable Jack Zouhary, United States District Judge, located on the second floor, Courtroom 209, United States Courthouse, 1716 Spielbusch, Toledo, Ohio. One week prior to the hearing, counsel shall advise Chambers at Zouhary_Chambers@ohnd.uscourts.gov who will be attending the conference.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

February 8, 2013