# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | MDL No. 2196 |
| This document relates to: | Master File No. 10-MD-2196 (JZ) |
| All ACTIONS | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTE that Lee Albert, one of Plaintiffs' Counsel in this matter is now affiliated with the law firm, Glancy Binkow & Goldberg LLP, 77 Water Street, 7th Floor, New York, NY 10005; phone number: 646-722-4180; email address: lalbert@glancylaw.com.

Dated: February 14, 2013                  Respectfully submitted,


                                        By:  ____/s/ Lee Albert____
                                             Lee Albert
                                             Glancy Binkow & Goldberg LLP
                                             77 Water St., 7th Floor
                                             New York, NY  10005
                                             (646) 722-4180
                                             lalbert@glancylaw.com

                                             Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2013, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

_____/s/Lee Albert____