UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL No. 2196 |
| | Master File No. 10-md-2196 (JZ) |
| Related to: ALL ACTIONS | |

### ORDER

On this day the Court considered the Motion to Modify Orders Appointing Direct Purchaser Plaintiffs' Executive Committee to substitute Hollis L. Salzman of Robins, Kaplan, Miller & Ciresi L.L.P. for Bernard Persky of Labaton Sucharow LLP on the Executive Committee. It is the opinion of the Court that the motion should be Granted. It is therefore

ORDERED that the Orders appointing Direct Purchaser Plaintiffs' Executive Committee are hereby modified as follows: Hollis L. Salzman of Robins, Kaplan, Miller & Ciresi L.L.P. is substituted in place of Bernard Persky of Labaton Sucharow LLP on the Executive Committee.

Dated: February 14, 2013

s/ Jack Zouhary
Honorable Jack Zouhary
United States District Judge