IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Polyurethane Foam Antitrust Litigation | Case No. 1:10 MD 2196 |
| | O R D E R |
| This document relates to: ALL CASES | JUDGE JACK ZOUHARY |

      This Court held a record phone status hearing on February 15, 2013 (Court Reporter: Tracy Spore).

      Counsel present: William Blechman, Robert Eisler, William Isaacson, Kevin Teruya, Melissa Willett and Adam Wolfson for Direct Purchaser Plaintiffs; Richard Kerger and Marvin Miller for Indirect Purchaser Plaintiffs; Joe Rebein and Dan Warncke for Defendant Leggett & Platt.

      As further clarified on the record, taking into consideration proportionality, burden, cost of production and potential relevance, this Court ordered Leggett & Platt to produce ESI for the agreed upon 19 custodians and the agreed upon 8 regional sales managers, as well as price exception data.

      IT IS SO ORDERED.

                                                                  s/ *Jack Zouhary*
                                                                 JACK ZOUHARY
                                                                 U. S. DISTRICT JUDGE

                                                                 February 15, 2013