# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: Polyurethane Foam Antitrust Litigation | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ)<br><br>Judge Jack Zouhary |

## Notice of Firm Name Change

Please take notice that the law firm of McLaughlin & McCaffrey, LLP is now McLaughlin Law, LLP.  The address, phone number and facsimile number for the firm remain unchanged.  However, e-mail addresses have been modified.  Counsel will represent Abdinoor's Carpet Craft; Alyanna Enterprises, Inc.; Jeffco Fibres, Inc.; Medi-Pedic Bedding Co., Inc. d/b/a Englander Southwest; Fraenkel Company, d/b/a Englander South Central; Tualatin Sleep Products, Inc., d/b/a Englander Northwest; Advanced Sleep Concepts, d/b/a Englander Southeast; Illinois Sleep Products, d/b/a Englander Midwest; Grand Rapids Bedding Co.; and Jonathan Stevens Mattress Co.  at the following firm and address:

McLAUGHLIN LAW, LLP
1111 Superior Avenue, Suite 1350
Cleveland, Ohio 44114-2500
(216) 623-0900 - phone
(216) 623-0935 - facsimile
pmclaughlin@m-litigation.com
dzapka@m-litigation.com

The Court and all parties are hereby notified to reflect these changes and all motions, notices, orders, pleadings and correspondence regarding the captioned matter should now be sent to counsel c/o McLaughlin Law, LLP.

Respectfully submitted,

/s/ Dennis P. Zapka
Dennis P. Zapka   (0012609)
Patrick M. McLaughlin (0008190)
McLAUGHLIN LAW, LLP
1111 Superior Avenue, Suite 1350
Cleveland, Ohio 44114-2500
(216) 623-0900 Telephone
(216) 623-0935 Facsimile
dzapka@m-litigation.com
pmclaughlin@m-litigation.com

Attorneys for Abdinoor's Carpet Craft; Alyanna Enterprises, Inc.; Jeffco Fibres, Inc.; Medi-Pedic Bedding Co., Inc.; Fraenkel Company; Tualatin Sleep Products, Inc.; Advanced Sleep Concepts; Illinois Sleep Products; Grand Rapids Bedding Co.; and Jonathan Stevens Mattress Co.

2

## Certificate of Service

I hereby certify that the foregoing Notice of Firm Name Change was filed electronically on Wednesday, February 27, 2013.  Notice of this filing will be sent by operation of the Court's electronic filing system.

                          /s/ Dennis P. Zapka
                          Dennis P. Zapka   (0012609)