# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196  Index No. 10-MD-2196 (JZ) |
| This document relates to: ALL CASES | | |

## NOTICE OF VIDEOTAPE DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, the Indirect Purchaser Class Plaintiffs and Direct Action Plaintiffs, will take the depositions at the law firm of Dickinson Wright PLLLC, 222 Bay Street, Toronto, Ontario on the dates and times reflected below:

Frank Donato-March 19, 2013 at 9:00 a.m.

Peter Farah-March 20, 2013 at 9:00 a.m.

The testimony will be recorded by stenographic and sound-and-visual means by a person authorized to administer oaths.

Dated: March 5, 2013

By: s/*Marvin A. Miller*
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
Tel:   (312) 332-3400
Fax: (312) 676-2676
E-mail: mmiller@millerlaw.com

*Counsel for Indirect Purchaser Class*

KENNY NACHWALTER, P.A.
William J. Blechman, Esquire
Douglas H. Patton, Esquire
James Almon, Esquire
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
E-mail: dpatton@knpa.com

*Liaison Counsel for Direct Action (Non-Class) Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on March 5, 2013, I caused a true and correct copy of the foregoing document to be served on counsel via ECF.

*s/Marvin A. Miller*