# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

### CORRECTED NOTICE OF VIDEOTAPE DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, the Indirect Purchaser Class Plaintiffs and Direct Action Plaintiffs, will take the depositions at the law firm of Dickinson Wright PLLLC, 222 Bay Street, Toronto, Ontario on the dates and times reflected below. In accordance with this Court's directive at the hearing on October 24, 2012, Plaintiffs provide a brief parenthetical description of the deponents below. However, additional information about them was learned from discovery which has been designated by Defendants as Confidential or Highly Confidential.

Frank Donato-March 19, 2013 at 9:00 a.m. (Mr. Donato is Vice-President of Sales and Marketing at Vitafoam Canada. Prior to joining Vitafoam, Mr. Donato was employed at Woodbridge Automotive).

Peter Farah-March 20, 2013 at 9:00 a.m. (Mr. Farah, since 2008, has been the President of Vitafoam and prior to joining Vitafoam was a General Manager at Woodbridge Automotive).

The testimony will be recorded by stenographic and sound-and-visual means by a person authorized to administer oaths.

Dated: March 6, 2013

s/ *Marvin A. Miller*
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
Tel: (312) 332-3400
Fax: (312) 676-2676
E-mail: mmiller©millerlaw.com

*Counsel for Indirect Purchaser Class*

1

KENNY NACHWALTER, P.A.
William J. Blechman, Esquire
Douglas H. Patton, Esquire
James Almon, Esquire
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman0knpa.com
E-mail: dpatton0knpa.com

*Liaison Counsel for Direct Action (Non-Class) Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

   I certify that on March 6, 2013, I caused a true and correct copy of the foregoing document to be served on counsel via ECF.

                       *s/Marvin A. Miller*