UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Direct (Non-Class) Purchaser Cases<br><br>SPRING AIR INTERNATIONAL LLC, et al. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10021-JZ<br><br>MEDI-PEDIC BEDDING CO., INC., et al. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10022-JZ<br><br>JEFFCO FIBRES, INC. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10023-JZ<br><br>GRAND RAPIDS BEDDING CO. v. HICKORY SPRINGS MANUFACTURING COMPANY, et al., Case No. 3:12-pf-10024-JZ | MDL Docket No. 2196<br>Index No. 10-MD-2196(JZ) |

### Stipulation of Dismissal Without Prejudice

Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1)(A)(ii), Plaintiffs Spring Air International et al. ("the Spring Air Plaintiffs"), Jeffco Fibres Inc., Medi-Pedic Bedding Co., d/b/a Englander Southwest, et al. ("the Englander Plaintiffs"), and Grand Rapids Bedding Co. (collectively, "Plaintiffs") hereby notice the dismissal of Defendants Hickory Springs Manufacturing Company, Carpenter Co., Woodbridge Foam Corporation, Flexible Foam Products, Inc., Foamex Innovations, Inc., Future Foam, Inc., Leggett & Platt, Incorporated, and

Mohawk Industries, Inc. (collectively, "Defendants") only, without prejudice, in the above-captioned actions.

On January 18, 2013, Plaintiffs in the above-captioned actions filed amended complaints dropping Defendants as named parties. This stipulation confirms that Defendants are no longer parties to the above-captioned actions. This stipulation shall have no effect on substantially similar cases filed by Plaintiffs in the United States District Court for the Northern District of Ohio currently pending before this Court.[1]

Respectfully submitted this 7th day of March, 2013.

| | |
|---|---|
| /s/ Charles E. Tompkins<br>Charles E. Tompkins<br>James P. Lynch<br>WILLIAMS MONTGOMERY & JOHN LTD.<br>233 South Wacker Drive, Suite 6100<br>Chicago, IL 60606-6359<br>Tel: (312) 443-3286<br>Fax: (312) 630-8586<br>Email: cet@willmont.com | Eric Watt Wiechmann<br>Vanessa Roberts Avery<br>MCCARTER & ENGLISH, LLP<br>185 Asylum St., 36th Floor<br>Hartford, Connecticut 06103<br>Tel: (860) 275-6700<br>Fax: (860) 724-3397<br>Email: ewiechmann@mccarter.com<br>vavery@mccarter.com<br>rhernandez@mccarter.com |
| *Counsel for the Spring Air Plaintiffs, the Trustee, the Englander Plaintiffs, Jeffco Fibres, Inc., and Grand Rapids Bedding Co.* | *Counsel for the Spring Air Plaintiffs and the Trustee* |

---

[1] Case Nos. 3:11-pf-10001-JZ; 3:12-pf-10003-JZ; 3:12-pf-10011-JZ; 3:12-pf-10012-JZ

/s/ James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax: (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co.*

/s/ Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2118
Fax: (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for Foamex Innovations, Inc.*

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax: (317) 231-7433
kmillard@btlaw.com

/s/ Michael D. Mustard
Michael D. Mustard
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone: (260) 423-9440
Fax: (260) 424-8316
mmustard@btlaw.com

*Counsel for Flexible Foam Products, Inc.*

/s/ Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148
edward.warin@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Future Foam, Inc.*

/s/  Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:     (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/  Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-7000
Fax:     (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/  Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone:  (513) 381-2838
Fax:  (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/  Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:    (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:     (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **Stipulation of Dismissal Without Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record in this case.

Dated: March 7, 2013.

/s/ Charles Tompkins