IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Docket No. 2196<br><br>Index No. 10-MD-2196(JZ)<br><br>Hon. Jack Zouhary |

### NOTICE (CORRECTED) OF RULE 30(B)(6) VIDEOTAPE DEPOSITION OF OHIO DECORATIVE PRODUCTS, INC.*

PLEASE TAKE NOTICE that Direct Action Plaintiffs, the Direct Purchaser Class Plaintiffs and the Indirect Purchaser Class Plaintiffs (collectively "Plaintiffs") will take the deposition of Non-Party Ohio Decorative Products, Inc. ("Ohio Decorative"), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. Ohio Decorative is the parent of Defendant Flexible Foam Products, Inc. The deposition will commence at 9:00 a.m. on March 13, 2013 at the offices of Barnes & Thornburg, LLP, 600 One Summit Square, 110 E. Wayne Street, Fort Wayne, Indiana 46802. The testimony will be recorded by stenographic and sound-and-visual means by a person authorized to administer oaths. Plaintiffs previously caused to be served a Subpoena for documents and deposition on Ohio Decorative. *See* Exhibit 1. In accordance with Rule 30(b)(6), Fed. R. Civ. P., Ohio Decorative shall designate one or more officers, directors, managing agents or other persons to testify on its behalf concerning the topics set forth in Schedule A attached to the Subpoena.

* Plaintiffs previously served/filed this Rule 30(b)(6) Notice on December 13, 2012 (Dkt. 459) with a copy of the previously served Subpoena for a deposition (with topics) and documents. When the deposition was rescheduled for March 13, 2013, the re-notice served/filed on February 22, 2013 (Dkt. 476) attached the incorrect Subpoena. This corrected

KENNY NACHWALTER, P.A.

Notice attaches a copy of the correct Subpoena for the deposition (with topics) and notice. Counsel of record on ECF, including Ohio Decorative's counsel, already has the correct Subpoena. This Notice simply corrects the record.

Dated: March 11, 2013

                                              KENNY NACHWALTER, P.A.
                                              William J. Blechman, Esquire
                                              Douglas H. Patton, Esquire*
                                              James Almon, Esquire
                                              201 South Biscayne Blvd.
                                              Suite 1100
                                              Miami, Florida 33131
                                              Tel: (305) 373-1000
                                              Fax: (305) 372-1861
                                              E-mail: wblechman@knpa.com
                                              E-mail: dpatton@knpa.com

By: _____
                                              William J. Blechman
                                              ***Liaison Counsel for Direct Action (Non-Class) Plaintiffs***

*Licensed to Practice Law in NY, DC, MA and UT; not Licensed in FL.

                                              William A. Isaacson, Esquire
                                              BOIES SCHILLER & FLEXNER
                                              5301 Wisconsin Avenue, N.W.
                                              Suite 800
                                              Washington, D.C. 20015
                                              Tel: (202) 237-2727
                                              Fax: (202) 237-6131
                                              E-mail: wisaacson@bsfllp.com
                                              ***Co-Lead Counsel for Direct Purchaser Class***

                                              Stephen R. Neuwirth, Esquire
                                              QUINN EMANUEL URQUHART OLIVER & HEDGES
                                              51 Madison Avenue
                                              22nd Floor
                                              New York, N.Y. 10010
                                              Tel: (212) 849-7000
                                              Fax: (212) 849-7100
                                              E-mail: stephenneuwirth@quinnemanuel.com
                                              ***Co-Lead Counsel for Direct Purchaser Class***

_____

                                  KENNY NACHWALTER, P.A.

– and –

Marvin A. Miller, Esquire
MILLER LAW
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
Tel: (312) 332-3400
Fax: (312) 676-2676
E-mail: mmiller@millerlaw.com
***Counsel for Indirect Purchaser Class***

## CERTIFICATE OF SERVICE

I certify that on March 11, 2013, I caused a true and correct copy of the foregoing document to be served on counsel via ECF.

By: _____
William J. Blechman

449844.2

KENNY NACHWALTER, P.A.