IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SPRING AIR INTERNATIONAL LLC, et al.,<br><br>                     Plaintiffs,<br>v.<br><br>ADVANCED URETHANE<br>TECHNOLOGIES, INC.<br>                     Defendant. | **COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ)<br><br>Case No. 3:12-pf-10021-JZ |
| ENGLANDER SOUTHWEST et al.,<br><br>                     Plaintiffs,<br>v.<br><br>ADVANCED URETHANE<br>TECHNOLOGIES, INC.<br>                     Defendant. | **COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ)<br><br>Case No. 3:12-pf-10022-JZ |
| JEFFCO FIBRES, INC.,<br>                     Plaintiff,<br>v.<br><br>ADVANCED URETHANE<br>TECHNOLOGIES, INC.<br><br>                     Defendant. | **COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ)<br><br>Case No. 3:12-pf-10023-JZ |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS #2 & #3 UNDER SEAL IN SUPPORT OF MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS OF ADVANCED URETHANE TECHNOLOGIES, INC.**

Pursuant to Northern District of Ohio Local Rule 5.2, Plaintiffs Spring Air International LLC, et al., Englander Southwest, et al. and Jeffco Fibres, Inc., respectfully request leave to file

Exhibits #2 and #3 under seal in support of their Memorandum in Opposition to Advanced Urethane Technologies, Inc.'s Motion to Dismiss (Dkt. No. 469).

Plaintiffs cite to Leggett & Platt discovery information exchanged pursuant to the Protective Order entered in *In re: Urethane Antitrust Litigation*, Case No. 04-MD-1616-JWL, and therefore request leave to file these documents under seal with Court approval.

For these reasons, Plaintiffs Spring Air International LLC, et al., Englander Southwest, et al., and Jeffco Fibres, Inc., respectfully request that the Court issue an Order permitting the filing under seal of Exhibits #2 and #3 in support of their Memorandum in Opposition to Advanced Urethane Technology, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6).

Dated: March 11, 2013

Respectfully Submitted,

*/s/ Charles E. Tompkins*
Charles E. Tompkins
James P. Lynch
Williams Montgomery & John Ltd.
233 South Wacker Drive
Suite 6100
Chicago, Illinois 60606-6359

DOC ID# 1102299

## CERTIFICATE OF SERVICE

I, Charles E. Tompkins, hereby certify that on March 11, 2013, a copy of *PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS #2 & #3 UNDER SEAL IN SUPPORT OF MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS OF ADVANCED URETHANE TECHNOLOGIES, INC.* was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Dated: March 11, 2013

Respectfully Submitted,

/s/ Charles E. Tompkins
Charles E. Tompkins
James P. Lynch
Williams Montgomery & John Ltd.
233 South Wacker Drive
Suite 6100
Chicago, Illinois 60606-6359