# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: ) ) ALL CASES ) ) |  |

## NOTICE OF VIDEOTAPE DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, the Indirect Purchaser Class Plaintiffs and Direct Action Plaintiffs will take the deposition at the law firm of Dickinson Wright PLLLC, 222 Bay Street, Toronto, Ontario on the date and time reflected below. In accordance with this Court's directive at the hearing on October 24, 2012, Plaintiffs provide a brief parenthetical description of the deponent below. However, additional information about him was learned from discovery which has been designated by Defendants as Confidential or Highly Confidential.

Gerry Hannah - March 21, 2013 at 9:00 a.m. (Mr. Hannah was Vice-President of Comfort Foam Sales at Vitafoam Canada).

The testimony will be recorded by stenographic and sound-and-visual means by a person authorized to administer oaths.

Dated: March 12, 2013

s/*Marvin A. Miller*
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
Tel:    (312) 332-3400
Fax: (312) 676-2676
E-mail: mmiller@millerlaw.com

*Counsel for Indirect Purchaser Class*

        William J. Blechman, Esquire
Douglas H. Patton, Esquire
James Almon, Esquire
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman0knpa.com
E-mail: dpatton0knpa.com

*Liaison Counsel for Direct Action (Non-Class) Plaintiffs*

CERTIFICATE OF SERVICE

    I certify that on March 12, 2013, I caused a true and correct copy of the foregoing document to be served on counsel via ECF.

                                                                                   s/ *Marvin A. Miller*