IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re Polyurethane Foam Antitrust
    Litigation

This document relates to:
ALL CASES

Case No. 1:10 MD 2196

O R D E R

JUDGE JACK ZOUHARY

This Court held a record phone conference on March 11, 2013 (Court Reporter: Tracy Spore) and heard arguments from counsel regarding a dispute concerning the scheduling of depositions.

This Court advised counsel to move forward expeditiously and cooperate in good faith with the scheduling of depositions.  See record hearing transcript for details.

After consulting with counsel, this Court cancelled the previously scheduled telephone status set for March 19, 2013 and set the following dates for future conferences:

| Thursday, May 23, 2013 | Telephone | 10:00 AM EDT |
| Tuesday, June 25, 2013 | Telephone | 10:00 AM EDT |
| Monday, August 5, 2013 | In Person | 2:00 PM EDT |
| Monday, September 9, 2013 | Telephone | 10:00 AM EDT |
| Thursday, October 24, 2013 | In Person | 1:00 PM EDT |
| Wednesday, December 4, 2013 | Telephone | 10:00 AM EST |

IT IS SO ORDERED.

_____s/ Jack Zouhary_____
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 11, 2013