UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION, ) ) ) ) ) ) This document relates to: ) ) ALL CASES ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

### CROSS-NOTICE OF DEPOSITION OF PETER FARAH

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, Advanced Urethane Technologies, Inc.; Carpenter Co., E.R. Carpenter, L.P. and Carpenter Holdings, Inc.; Flexible Foam Products, Inc.; Foamex Innovations, Inc.; Future Foam, Inc.; Leggett & Platt, Incorporated; Mohawk Industries, Inc.; and Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc. and Woodbridge Foam Fabricating, Inc., will take the deposition of Peter Farah, by oral examination on March 20, 2013, at the offices of Dickinson Wright, PLLLC, 222 Bay Street, Toronto, Ontario, or at such other mutually agreeable date and location.  The deposition will commence at 9:00 a.m. and will continue until completed.  The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographical and videotape means.  You are hereby noticed and invited to attend and participate.

Dated:  March 18, 2013

/s/ James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax: (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co., E.R. Carpenter, L.P., and Carpenter Holdings, Inc.*

/s/ Joe Rebein
Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, MO 64108
Phone: (816) 559-2227
jrebein@shb.com

/s/ Daniel R. Warncke
Daniel R. Warncke
Taft Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, OH 45202-3957
T: 513-357-9397 (Dan)
T: 513-357-9695 (Peter)
F: 513-381-0205
warnckw@taftlaw.com

*Counsel for Leggett & Platt, Incorporated*

/s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax: (317) 231-7433
kmillard@btlaw.com

/s/ Michael D. Mustard
Michael D. Mustard
BARNES & THORNBURG, LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone: (260) 423-9440
Fax: (260) 424-8316
mmustard@btlaw.com

*Counsel for Flexible Foam Products, Inc.*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2118
Fax: (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for Foamex Innovations, Inc.*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

/s/ Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148
edward.waring@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Future Foam, Inc.*

/s/ Barbara T. Sicalides
Barbara T. Sicalides
Matthew R. Williams
Jeffrey L. Vagle
Alexander L. Harris
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Street
Philadelphia, PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
sicalidb@pepperlaw.com
williamsm@pepperlaw.com
vaglej@pepperlaw.com
harrisa@pepperlaw.com

/s/ John C. Hansberry
John C. Hansberry
PEPPER HAMILTON LLP
Suite 5000
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 454-5000
Fax: (412) 281-0717
hansberj@pepperlaw.com

*Attorneys for Advanced Urethane Technologies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, in accordance with Paragraph 10 of the Initial Case Management Order, a copy of the foregoing document was served on Lead Counsel for Plaintiffs and counsel for Defendants via electronic mail this 18th day of March, 2013.

                                        /s/ Kendall Millard

INDS02 1262816v1