# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| This document relates to: | Index No. 10-MD-2196 (JZ) |
| ALL CASES | |

## NOTICE OF APPEARANCE – LARRY A. MACKEY

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Larry A. Mackey of the law firm Barnes & Thornburg LLP, admitted in accordance with Rule 2.1(c) of the Rules of Procedures of the United States Judicial Panel on Multidistrict Litigation, hereby enters his appearance in the above-captioned action on behalf of Defendant Flexible Foam Products, Inc.

Dated: March 18, 2013

Respectfully submitted,

/s/ Larry A. Mackey
Larry A. Mackey
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 231-1313
Facsimile: (317) 231-7433
Email: larry.mackey@btlaw.com

*Attorneys for Defendants Flexible Foam Products, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing document was filed electronically this 18th day of March, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Larry A. Mackey

FWDS01 273888v1