# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

_____
                                 )

In re POLYURETHANE FOAM ANTITRUST  )
LITIGATION                              )     MDL Docket No. 2196
_____)     Index No. 10-MD-2196 (JZ)
                                 )

This document relates to:           )
                                 )

ALL CASES                     )
_____)

## <u>NOTICE OF DEPOSITION</u>

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Direct Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser (Class) Plaintiffs ("Plaintiffs") will take a deposition of **Ken Thompson** of Carpenter at **McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, VA** on **May 13, 2013** at **9:00 a.m. E.S.T.**  The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at 77–78), Plaintiffs provide a brief description of the deponent, to extent allowed by the protective order in this matter, as follows: **vice president for carpet cushion**.

Dated:   April 1, 2013


 /s/ William A. Isaacson                        /s/ Stephen R. Neuwirth
William A. Isaacson                       Stephen R. Neuwirth
BOIES, SCHILLER & FLEXNER LLP             QUINN EMANUEL URQUHART
5301 Wisconsin Avenue, NW                   & SULLIVAN, LLP
Washington, DC  20015                     51 Madison Avenue, 22nd Floor
Phone:  202-237-5607                      New York, NY  10010
Fax:      202-237-6131                     Phone:  212-849-7165
                                          Fax:      212-849-7100

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*


 /s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone:  312-332-3400
Fax:      312-676-2676

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*


 /s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
Phone:  305-373-1000
Fax:      305-372-1861

*Liaison Counsel for Direct Action Plaintiffs*