# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

_____
                                )

In re POLYURETHANE FOAM ANTITRUST     )
LITIGATION                              )     MDL Docket No. 2196
_____)     Index No. 10-MD-2196 (JZ)
                                )

This document relates to:              )
                                )

ALL CASES                         )
_____)

## <u>NOTICE OF DEPOSITION</u>

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Direct

Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser

(Class) Plaintiffs ("Plaintiffs") will take a deposition of **Stan Yukevich** of Carpenter at

**McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, VA** on

**May 14, 2013** at **9:00 a.m. E.S.T.**  The testimony will be recorded by stenographic and

videotaped means by a person authorized to administer oaths.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at

77–78), Plaintiffs provide a brief description of the deponent, to extent allowed by the

protective order in this matter, as follows: **vice chairman and former president**.

1

Dated:   April 1, 2013


 /s/ William A. Isaacson                      /s/ Stephen R. Neuwirth
William A. Isaacson                      Stephen R. Neuwirth
BOIES, SCHILLER & FLEXNER LLP            QUINN EMANUEL URQUHART
5301 Wisconsin Avenue, NW                  & SULLIVAN, LLP
Washington, DC  20015                    51 Madison Avenue, 22nd Floor
Phone:  202-237-5607                     New York, NY  10010
Fax:     202-237-6131                    Phone:  212-849-7165
                                         Fax:     212-849-7100

**_Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs_**


 /s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone:  312-332-3400
Fax:     312-676-2676

**_Interim Lead Counsel for Indirect Purchaser Class Plaintiffs_**


 /s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
Phone:  305-373-1000
Fax:     305-372-1861

**_Liaison Counsel for Direct Action Plaintiffs_**