UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

### NOTICE OF APPEARANCE – DAVID M. MUSTARD

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David M. Mustard of the law firm Kos & Associates, admitted in accordance with Rule 2.1(c) of the Rules of Procedures of the United States Judicial Panel on Multidistrict Litigation, hereby enters his appearance in the above-captioned action on behalf of Defendant Flexible Foam Products, Inc.

Dated: April 2, 2013                                     Respectfully submitted,

/s/ David M. Mustard
David M. Mustard
Kos & Associates
110 West Berry Street
Suite 1904
Fort Wayne, IN 46802
Telephone: 260-424-2790
Facsimile: 260-424-1872
Email: dmustard@ekoslaw.com

*Attorneys for Defendants Flexible Foam Products, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing document was filed electronically this 2nd day of April, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David M. Mustard*

FWDS01 274258v1