# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

_____
)
In re POLYURETHANE FOAM ANTITRUST        )
LITIGATION                               )          MDL Docket No. 2196
_____)          Index No. 10-MD-2196 (JZ)
)
This document relates to:                )
)
ALL CASES                                )
_____)

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Direct Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser (Class) Plaintiffs ("Plaintiffs") will take a deposition of **Agostino "Gus" Pasquarelli** of Woodbridge at **Bennett Jones LLP, 100 King W, Toronto, ON M5X 1B8, Canada** on **April 17, 2013** at **9:00 a.m. E.S.T.**  The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at 77–78), Plaintiffs provide a brief description of the deponent, to extent allowed by the protective order in this matter, as follows: **executive vice president**.

Dated:   April 2, 2013


  /s/ William A. Isaacson              /s/ Stephen R. Neuwirth
William A. Isaacson                   Stephen R. Neuwirth
BOIES, SCHILLER & FLEXNER LLP         QUINN EMANUEL URQUHART
5301 Wisconsin Avenue, NW               & SULLIVAN, LLP
Washington, DC  20015                51 Madison Avenue, 22nd Floor
Phone:  202-237-5607                 New York, NY  10010
Fax:     202-237-6131                Phone:  212-849-7165
                                     Fax:      212-849-7100

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*


  /s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone:  312-332-3400
Fax:     312-676-2676

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*


  /s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
Phone:  305-373-1000
Fax:     305-372-1861

*Liaison Counsel for Direct Action Plaintiffs*