**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| In Re POLYURETHANE FOAM ANTITRUST LITIGATION | ) MDL Docket No. 2196<br>) Index No. 10-MD-2196 (JZ)<br>) |
| This document relates to:<br><br>ALL CASES EXCEPT GENERAL MOTORS LLC v. CARPENTER CO., et al.<br>Case No. 3:12-pf-10027 | |

**NOTICE OF APPEARANCE ON BEHALF OF
LEGGETT & PLATT, INCORPORATED**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Chad R. Ziepfel and Peter J. O'Shea of Taft Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio, admitted in accordance with Rule 2.1(c) of the Rules of the United States Judicial Panel on Multidistrict Litigation, hereby enter their appearance, in all actions with the exception of General Motors LLC v. Carpenter Co., et al., Case No. 3:12-pf-10027, on behalf of Leggett & Platt, Incorporated.

                                              Respectfully submitted,

                                              /s/ Daniel R. Warncke
                                              Daniel R. Warncke
                                              Chad R. Ziepfel
                                              Peter J. O'Shea
                                              Taft Stettinius & Hollister LLP
                                              425 Walnut Street, Suite 1800
                                              Cincinnati, OH 45202-3957
                                              Tel.: 513.381.2838
                                              Fax: 513.381.0205
                                              warncke@taftlaw.com
                                              cziepfel@taftlaw.com
                                              poshea@taftlaw.com

                                              Joseph M. Rebein
                                              Laurie A. Novion
                                              Jeanne M. Janchar
                                              Shook, Hardy & Bacon LLP

2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816.474.6550
Fax: 816.421.5547
jrebein@shb.com
lnovion@shb.com
jjanchar@shb.com

*Attorneys for Defendant Leggett & Platt, Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2013, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all parties' attorneys of record.

/s/ Daniel R. Warncke_____