**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In Re POLYURETHANE FOAM ANTITRUST LITIGATION | )<br>)  MDL Docket No. 2196<br>)  Index No. 10-MD-2196 (JZ)<br>) |

This document relates to:

ALL CASES

**NOTICE OF APPEARANCE ON BEHALF OF**
**LEGGETT & PLATT, INCORPORATED**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeanne M. Janchar of Shook, Hardy & Bacon L.L.P., 2555

Grand Blvd., Kansas City, Missouri 64108-2613, admitted in accordance with Rule 2.1(c) of the

Rules of the United States Judicial Panel on Multidistrict Litigation, hereby enters her

appearance in the above-captioned action on behalf of Leggett & Platt, Incorporated.

Respectfully submitted,

/s/ Daniel R. Warncke
Daniel R. Warncke
Chad R. Ziepfel
Peter J. O'Shea
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Tel.:  513.381.2838
Fax:  513.381.0205
warncke@taftlaw.com
cziepfel@taftlaw.com
poshea@taftlaw.com

Joseph M. Rebein
Laurie A. Novion
Jeanne M. Janchar
Shook, Hardy & Bacon LLP
2555 Grand Blvd.

Kansas City, MO  64108
Tel:  816.474.6550
Fax:  816.421.5547
jrebein@shb.com
lnovion@shb.com
jjanchar@shb.com


*Attorneys for Defendant Leggett & Platt, Incorporated*

13426405.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2013, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all parties' attorneys of record.

/s/  Daniel R. Warncke_____