UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All ACTIONS | MDL No. 2196<br><br>Master File No. 10-MD-2196 (JZ) |

## NOTICE OF CHANGE OF FIRM ADDRESS, PHONE & FAX NUMBERS

PLEASE TAKE NOTE that the New York firm of Glancy Binkow & Goldberg LLP has moved to 122 East 42nd Street, Suite 2920, New York, NY  10168.

The firm's new numbers are as follows:

    Phone Number (212) 682-5340

    Fax Number (212) 884-0988

Please update your service lists and records accordingly.

Dated: April 5, 2013                                  Respectfully submitted,

                                                                             By:  _____/s/ Lee Albert_____
                                                                                    Lee Albert
                                                                                    Glancy Binkow & Goldberg LLP
                                                                                    122 East 42nd Street, Suite 2920
                                                                                   New York, NY  10168
                                                                                  Tel: (212) 682-5340
                                                                                  Fax: (212) 884-0988
                                                                                  lalbert@glancylaw.com

                                                                                  Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2013, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                                                                     _____/s/Lee Albert_____