# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FORM ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL CASES | MDL No. 2196<br><br>Master File No. 10-md-2196 (JZ) |

## NOTICE OF APPEARANCE FOR M. STEPHEN DAMPIER

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that M. Stephen Dampier, of the The Dampier Law Firm, P.C., hereby enters his appearance as counsel for plaintiff Ace Foam, Inc. in the above captioned matter.

Dated: April 23, 2013           **THE DAMPIER LAW FIRM, P.C.**

                                By:   */s/ M. Stephen Dampier*

                                M. Stephen Dampier
                                55 N. Section Street
                                Fairhope, AL  36532
                                Tel: (251) 929.0900
                                Fax: (251) 929.0800
                                stevedampier@dampierlaw.com

                                *Attorney for Plaintiff Ace Foam, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, the foregoing Notice of Appearance was filed electronically.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: April 23, 2013　　　　　　　**THE DAMPIER LAW FIRM, P.C.**

　　　　　　　　　　　　　　　　　　By:　  */s/ M. Stephen Dampier*