# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## **NOTICE OF APPEARANCE – RACHEL K. HEHNER**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rachel K. Hehner of the law firm Barnes & Thornburg LLP, admitted in accordance with Rule 2.1(c) of the Rules of Procedures of the United States Judicial Panel on Multidistrict Litigation, hereby enters his appearance in the above-captioned action on behalf of Defendant Flexible Foam Products, Inc.

Dated:  May 3, 2013                             Respectfully submitted,

*/s/ Rachel K. Hehner*
Rachel K. Hehner
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802
Telephone: (260) 423-9440
Facsimile:  (260) 424-8316
Email:  rachel.hehner@btlaw.com

*Attorneys for Defendants Flexible Foam Products, Inc.*

2

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing document was filed electronically this 6th day of May, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rachel K. Hehner*

FWDS01 274916v1