UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: | |
| All Direct and Indirect Purchaser Class Cases | |

**NOTICE OF NON-SETTLING DEFENDANTS' OBJECTION TO DIRECT PURCHASER (CLASS) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH DEFENDANT VITAFOAM AND FOR FINAL APPROVAL OF VOLUNTARY DISMISSAL AND SETTLEMENT WITH DEFENDANT DOMFOAM AND OTHERS**

The Non-Settling Defendants[1] file this Notice of Objection to preserve their objections to the Direct Purchaser (Class) Plaintiffs' April 22, 2013 Motion for Final Approval of Settlement with Defendant Vitafoam and for Final Approval of Voluntary Dismissal and Settlement with Defendant Domfoam and Others, ECF No. 538 (filed under seal), and the hearing on that motion currently scheduled to take place on May 7, 2013, for the reasons previously argued before this Court and stated in, *inter alia*, Magistrate Judge Knepp's October 23, 2012 Order.[2]

---

[1] Defendants Carpenter Co., E.R. Carpenter, L.P., Carpenter Holdings, Inc., Flexible Foam Products, Inc., Foamex Innovations, Inc., Future Foam, Inc., Hickory Springs Manufacturing Company, Leggett & Platt, Incorporated, Mohawk Industries Inc., Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc. (collectively, the "Non-Settling Defendants") jointly file this Notice of Objection.

[2] *See* Mem. of Law in Support of Certain Defs.' Response and Req. for Stay of Direct Purchasers' Mot. for Prelim. Approval of Settlement, ECF No. 301; Order, Jan. 23, 2012, ECF No. 323 (Knepp, Mag. J.); Mem. of Law in Support of Certain Defs.' Response to and Req. for Stay of Direct and Indirect Purchasers' Mots. For Prelim. Approval of Settlement, ECF No. 352; Order, Mar. 26, 2012, ECF No. 355 (Zouhary, J. & Knepp, Mag. J.); Non-Settling Defs.' Mem. in Response to Direct Purchasers' Mot. for Approval of Proposed Notice Program, ECF Nos. 376 (sealed version) & 377 (redacted public version); Order, Oct. 23, 2012, ECF No. 432 (Knepp, Mag. J.); Defendants' Court-Ordered Submission Regarding Settlement Class Certification, ECF No. 445.  Non-Settling Defendants also rely on the presentations, materials, and oral arguments that they provided to the Court at the January 11, 2012, August 20, 2012, and October 24, 2012 hearings as well as on the March 23, 2012 on-the-record telephonic conference with the Court.  *See* ECF Nos. 317 (Jan. 11, 2012 hearing transcript), 368 (Mar. 23, 2012 conference transcript), 422 (Aug. 20, 2012 hearing transcript) & 436 (Oct. 24, 2012 hearing transcript).

Dated:  May 6, 2013

/s/   James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax:     (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co., E.R. Carpenter, L.P., and Carpenter Holdings, Inc.*

/s/   Francis P. Newell
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone:  (215) 665-2118
Fax:     (215) 665-2013
fnewell@cozen.com
pryan@cozen.com

*Counsel for Foamex Innovations, Inc.*

Respectfully submitted,

/s/   Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 231-7461
Fax:     (317) 231-7433
kmillard@btlaw.com

/s/   Michael D. Mustard
Michael D. Mustard
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone:  (260) 423-9440
Fax:     (260) 424-8316
mmustard@btlaw.com

*Counsel for Flexible Foam Products, Inc.*

/s/   Edward G. Warin
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102
Phone:  (402) 346-6000
Fax:     (402) 346-1148
edward.warin@kutakrock.com
john.passarelli@kutakrock.com

*Counsel for Future Foam, Inc.*

/s/   Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:     (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/   Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone:  (513) 381-2838
Fax:  (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/   Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-7000
Fax:     (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:     (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:     (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

      /s/   Bethany G. Lukitsch
Bethany G. Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Phone: (804) 775-4711
Fax:     (804) 698-2261
blukitsch@mcguirewoods.com