IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to :<br>ALL ACTIONS | MDL Docket No. 2196<br><br>Index No. 10-MD-2196 (JZ) |

**PLAINTIFFS' NOTICE OF SUBPOENA FOR DOCUMENTS**

TO:    ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Civil Procedure, Direct Purchaser (Class) Plaintiffs by and through the undersigned counsel, are serving a subpoena for documents upon the following third party:

*Clyde Scott*

A copy of the subpoena is attached as Exhibit A.

| | |
|---|---|
| Dated:  May 21, 2013 | Respectfully submitted,<br><br>GRANT & EISENHOFER P.A.<br><br>/s/ Robert G. Eisler<br>Robert G. Eisler<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel.: (302) 622-7000<br>Fax:  (302) 622-7100<br><br>*Attorney for Direct Purchaser Plaintiffs (Class)* |

**CERTIFICATE OF SERVICE**

I, Robert G. Eisler, an attorney, certify that copy of the foregoing Plaintiffs' Notice of Subpoena for Documents has been filed today, May 21, 2013. Notice of this filing will be sent to all parties by the Court's CM/ECF system to each attorney registered for ECF notification.

/s/ Robert G. Eisler
Robert G. Eisler
*Attorney for Direct Purchaser Plaintiffs (Class)*