UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

_____
                                                                )
In re POLYURETHANE FOAM ANTITRUST    )
LITIGATION                                                      )
_____)    MDL Docket No. 2196
                                                                )    Index No. 10-MD-2196 (JZ)
This document relates to:                                 )
                                                                )
DIRECT PURCHASER (CLASS) ACTION  and  )
INDIRECT PURCHASER CLASS ACTION    )
_____)

**STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING**

**WHEREAS,** pursuant to the Second Amended Scheduling Order (Dkt. 417) ("Scheduling Order"), Direct Purchaser (Class) Plaintiffs and Indirect Purchaser Plaintiffs must file their respective motions for class certification, as well as any supporting documents, by June 4, 2013; Defendants must file any oppositions to Plaintiffs' class certification motions, as well as any supporting documents, by August 22, 2013; and Plaintiffs must file any replies, as well as any supporting documents, by October 16, 2013.

**WHEREAS,** the parties expect that the class certification briefs will deal with complex legal and factual issues that cannot be adequately addressed in the default page limits set by the Local Rules of the United States District Court for the Northern District of Ohio;

**WHEREAS,** with this understanding in mind, the parties have met and conferred regarding page limits for class certification briefing;

**IT IS HEREBY STIPULATED AND AGREED:**

1. Direct Purchaser (Class) Plaintiffs shall have a total of ninety (90) pages to allocate between their opening memoranda of law in support of their motion for class certification and their reply memorandum of law.  Defendants shall collectively have a combined

total of ninety (90) pages for all memoranda of law that may be filed in opposition to Direct Purchaser (Class) Plaintiffs' motion for class certification.

2. Indirect Purchaser Plaintiffs shall have a total of ninety (90) pages to allocate between their opening memoranda of law in support of their motion for class certification and their reply memorandum of law.  Defendants shall collectively have a combined total of ninety (90) pages for all memoranda of law that may be filed in opposition to Indirect Purchaser Plaintiffs' motion for class certification.

3. In accordance with Local Civil Rule 7.1, indices, tables of contents, and tables of authorities shall not count towards any of the above page limits.

DATED:  May 31, 2013

| | |
|---|---|
| /s/ William A. Isaacson | /s/ Stephen R. Neuwirth |
| William A. Isaacson | Stephen R. Neuwirth |
| BOIES, SCHILLER & FLEXNER LLP | QUINN EMANUEL URQUHART |
| 5301 Wisconsin Avenue, NW | & SULLIVAN, LLP |
| Washington, DC 20015 | 51 Madison Avenue, 22nd Floor |
| Phone: (202) 237-5607 | New York, NY  10010 |
| Fax:    (202) 237-6131 | Phone: (212) 849-7165 |
| | Fax:    (212) 849-7100 |

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*

 /s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone:  312-332-3400
Fax:     312-676-2676

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*

 /s/ James H. Walsh_____
James H. Walsh
Howard Feller
Bethany G. Lukitsch
MCGUIREWOODS LLP
901 East Cary Street
Richmond, VA 23219
Phone: (804) 775-1000
Fax:    (804) 698-2200




*Counsel for Carpenter Co.*

 /s/ Francis P. Newell_____
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2118
Fax:    215-665-2013

*Counsel for Foamex Innovations, Inc.*

 /s/ Frank A. Hirsch, Jr._____
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC 27703
Phone: (919) 862-2200
Fax:    (919) 852-2260




*Counsel for Hickory Springs Manufacturing Company*

 /s/ Kendall Millard_____
Kendall Millard
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 231-7461
Fax:    (317) 231-7433

Michael D. Mustard
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119
Phone: (260) 423-9440
Fax:    (260) 424-8316

*Counsel for Flexible Foam Products, Inc.*

 /s/ Edward G. Warin_____
Edward G. Warin
John P. Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Phone: (402) 346-6000
Fax:    (402) 346-1148

*Counsel for Future Foam, Inc.*

 /s/ Daniel R. Warncke_____
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax:    (513) 381-0205

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227
Fax:    (816) 421-5547

*Counsel for Leggett & Platt, Inc.*


| | |
|---|---|
| /s/ Randall L. Allen | /s/ Daniel G. Swanson |
| Randall L. Allen | Daniel G. Swanson |
| Teresa T. Bonder | GIBSON, DUNN & CRUTCHER LLP |
| Allison S. Thompson | 333 South Grand Avenue |
| ALSTON & BIRD LLP | Los Angeles, CA 90071 |
| One Atlantic Center | Phone: (213) 229-6690 |
| 1201 W. Peachtree St. | Fax:    (213) 229-6919 |
| Atlanta, GA 30309 | |
| Phone: (404) 881-7000 | Cynthia Richman |
| Fax:    (404) 881-7777 | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036 |
| | Phone: (202) 530-8500 |
| | Fax:    (202) 530-9651 |
| *Counsel for Mohawk Industries, Inc.* | *Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.* |

**SO ORDERED:**

DATED: _____                _____
                                                                                                    HON. JACK ZOUHARY
                                                                                                    UNITED STATES DISTRICT JUDGE