IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Polyurethane Foam Antitrust Litigation | Case No. 1:10 MD 2196 |
| | O R D E R |
| This document relates to: ALL CASES | JUDGE JACK ZOUHARY |

This Court held a Status Phone Conference on June 6, 2013 regarding the Stipulation and [Proposed] Order Setting Page Limits for Class Certification Briefing (Doc. 565).

After discussion, this Court set the following page limitations and revised class certification dates:

- Direct Purchaser and Indirect Purchaser Plaintiffs shall have a total of eighty (80) pages (combined) for their respective motions for class certification.

- Defendants shall have a total of eighty (80) pages (combined) for their opposition to both motions.

- Direct Purchaser and Indirect Purchaser Plaintiffs shall have a total of thirty (30) pages (combined) for their reply.

- Plaintiffs shall file motions for class certification and supporting memoranda (consolidated where practicable) and disclosures in support of class certification, and shall serve expert witness reports with supporting materials considered in forming the expert opinions, by **June 11, 2013**.

- Plaintiffs' class certification experts shall be deposed by **July 10, 2013**.

- Defendants shall file their oppositions (consolidated where practicable) to Plaintiffs' motions for class certification with supporting memoranda and disclosures, and shall serve expert witness reports with supporting materials considered in forming the expert opinions, by **August 29, 2013**.

- Defendants' class certification experts shall be deposed by **October 9, 2013**.

- Plaintiffs shall file their respective replies in support of class certification, and shall serve expert reports with supporting materials considered in forming the expert rebuttal opinions, by **October 23, 2013**.

- Rebuttal experts shall be strictly limited to responding to new matters raised in the reports or depositions of Defendants' experts. Plaintiffs' class certification rebuttal experts shall be deposed by **November 20, 2013**.

- Motions to compel fact discovery are due by **November 21, 2013**, and fact discovery shall be completed by **December 19, 2013**.

- All other dates remain the same as set forth in the Second Amended Scheduling Order (Doc. 417).

IT IS SO ORDERED.

                                                       s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U. S. DISTRICT JUDGE

June 7, 2013