FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| This document relates to: | Index No. 10-MD-2196 (JZ) |
| ALL CASES | |

**CERTIFICATE OF SERVICE**

I, Marvin A. Miller, certify that on June 11, 2013, I caused to be served the following documents in accordance with Paragraph 9 of the Initial Case Management Order entered January 20, 2011:

(1) Indirect Purchasers Plaintiffs' Motion For Class Certification

(2) Memorandum Of Law In Support Of Indirect Purchaser Plaintiffs' Motion For Class Certification

(3) Appendix to Memorandum Of Law In Support Of Indirect Purchaser Plaintiffs' Motion For Class Certification

(4) Declaration of Russell Lamb

(5) Appendix to Declaration of Russell Lamb

s/*Marvin A. Miller*