UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) |

MDL Docket No. 2196
Index No. 10-MD-2196 (JZ)

This document relates to:

ALL CASES

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Direct Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser (Class) Plaintiffs ("Plaintiffs") will take a deposition of **Clyde Scott**, formerly of Leggett & Platt, at **Daniel Coker Horton & Bell, P.A., 265 North Lamar Boulevard, Suite R, Oxford, Mississippi 38655** on **July 31, 2013** at **9:00 a.m. C.S.T.** The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at 77–78), Plaintiffs provide a brief description of the deponent, to extent allowed by the protective order in this matter, as follows: **former vice president involved in carpet cushion manufacturing**.

1

Dated:   June 13, 2013

 /s/ William A. Isaacson                             /s/ Stephen R. Neuwirth
William A. Isaacson                             Stephen R. Neuwirth
BOIES, SCHILLER & FLEXNER LLP   QUINN EMANUEL URQUHART
5301 Wisconsin Avenue, NW             & SULLIVAN, LLP
Washington, DC  20015                      51 Madison Avenue, 22nd Floor
Phone: 202-237-5607                         New York, NY  10010
Fax:     202-237-6131                          Phone: 212-849-7165
                                                              Fax:     212-849-7100

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*


 /s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone: 312-332-3400
Fax:     312-676-2676

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*


  /s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
Phone: 305-373-1000
Fax:     305-372-1861

*Liaison Counsel for Direct Action Plaintiffs*