UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br><br>ALL CASES | |

### DEFENDANTS' NOTICE OF DEPOSITION TO RIC FREEMAN

TO:    ALL COUNSEL OF RECORD

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that Defendants, by and through their undersigned counsel, will take the oral deposition of **Ric Freeman, VP of Sourcing and Supply** at Direct Action Plaintiff **Sealy Corporation, at 9:00 a.m. on July 17, 2013**, at the **Crowne Plaza Lexington, 1375 South Broadway, Lexington, Kentucky, 40504**.  The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court.  All parties are invited to attend.  The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.

| | |
|---|---|
| Dated:  June 19, 2013 | Respectfully submitted, |

/s/   James H. Walsh                 /s/   Kendall Millard
James H. Walsh                         Kendall Millard
Howard Feller                             BARNES & THORNBURG, LLP
Bethany Lukitsch                       11 South Meridian Street
MCGUIREWOODS LLP           Indianapolis, IN 46204-3535
One James Center                      Phone: (317) 231-7461
901 East Cary Street                   Fax:     (317) 231-7433
Richmond, VA 23219-4030       kmillard@btlaw.com
Phone: (804) 775-4356
Fax:     (804) 698-2200                /s/   Michael D. Mustard
jwalsh@mcguirewoods.com       Michael D. Mustard
hfeller@mcguirewoods.com       BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com   600 One Summit Square
                                                       Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R. Carpenter,*   Phone:  (260) 423-9440
*L.P., and Carpenter Holdings, Inc.*                 Fax:     (260) 424-8316
                                                       mmustard@btlaw.com

                                                       *Counsel for Flexible Foam Products, Inc.*

/s/   Francis P. Newell              /s/   Edward G. Warin
Francis P. Newell                        Edward G. Warin
Peter M. Ryan                             John P. Passarelli
COZEN O'CONNOR                 KUTAK ROCK LLP
1900 Market Street                     1650 Farnam Street
Philadelphia, PA 19103             Omaha, NE  68102
Phone:  (215) 665-2118             Phone:  (402) 346-6000
Fax:     (215) 665-2013              Fax:     (402) 346-1148
fnewell@cozen.com                    edward.warin@kutakrock.com
pryan@cozen.com                       john.passarelli@kutakrock.com

*Counsel for Foamex Innovations, Inc.*     *Counsel for Future Foam, Inc.*

| | |
|---|---|
| /s/ Frank A. Hirsch, Jr.<br>Frank A. Hirsch, Jr.<br>Matthew P. McGuire<br>ALSTON & BIRD LLP<br>4721 Emperor Blvd.<br>Suite 400<br>Durham, NC 27703<br>Phone: (919) 862-2200<br>Fax: (919) 852-2260<br>frank.hirsch@alston.com<br>matt.mcguire@alston.com<br><br>*Counsel for Hickory Springs Manufacturing Company* | /s/ Daniel R. Warncke<br>Daniel R. Warncke<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957<br>Phone: (513) 381-2838<br>Fax: (513) 381-0205<br>warncke@taftlaw.com<br><br>Joe Rebein<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Phone: (816) 559-2227<br>jrebein@shb.com<br><br>*Counsel for Leggett & Platt, Incorporated* |
| /s/ Randall L. Allen<br>Randall L. Allen<br>Teresa T. Bonder<br>Allison S. Thompson<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>randall.allen@alston.com<br>teresa.bonder@alston.com<br>allison.thompson@alston.com<br><br>*Counsel for Mohawk Industries, Inc.* | /s/ Daniel G. Swanson<br>Daniel G. Swanson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-6690<br>Fax: (213) 229-6919<br>dswanson@gibsondunn.com<br><br>Cynthia Richman<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Phone: (202) 530-8500<br>Fax: (202) 530-9651<br>crichman@gibsondunn.com<br><br>*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, a copy of the foregoing Defendants' Notice of Deposition to Ric Freeman was served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17, as well as counsel for Ric Freeman.

/s/  Bethany G. Lukitsch
Bethany G. Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Phone: (804) 775-4711
Fax:    (804) 698-2261
blukitsch@mcguirewoods.com