UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: | |
| ALL CASES | |

### DEFENDANTS' NOTICE OF DEPOSITION TO GREG VETRANO

TO:    ALL COUNSEL OF RECORD

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that Defendants, by and through their undersigned counsel, will take the oral deposition of **Greg Vetrano,[1] Purchaser** at Direct Action Plaintiff **Comfort Mattress Co., Inc., at 9:00 a.m. on August 1, 2013**, at the offices of **Dykema Gossett PLLC, 400 Renaissance Center, 23rd Floor, Detroit, Michigan, 48243**.  The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court.  All parties are invited to attend.  The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.

---

[1] Mr. Vetrano is identified as "Gregory Ventano" in Comfort Mattress Co., Inc.'s October 11, 2012 Initial Disclosures.

Dated:  June 20, 2013									Respectfully submitted,

/s/   James H. Walsh							/s/   Kendall Millard
James H. Walsh								Kendall Millard
Howard Feller								BARNES & THORNBURG, LLP
Bethany Lukitsch								11 South Meridian Street
MCGUIREWOODS LLP							Indianapolis, IN 46204-3535
One James Center							Phone: (317) 231-7461
901 East Cary Street							Fax:     (317) 231-7433
Richmond, VA 23219-4030						kmillard@btlaw.com
Phone: (804) 775-4356
Fax:     (804) 698-2200							/s/   Michael D. Mustard
jwalsh@mcguirewoods.com						Michael D. Mustard
hfeller@mcguirewoods.com						BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com						600 One Summit Square
										Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R. Carpenter,*				Phone:  (260) 423-9440
*L.P., and Carpenter Holdings, Inc.*					Fax:     (260) 424-8316
										mmustard@btlaw.com

										*Counsel for Flexible Foam Products, Inc.*


/s/   Francis P. Newell							/s/   Edward G. Warin
Francis P. Newell							Edward G. Warin
Peter M. Ryan								John P. Passarelli
COZEN O'CONNOR							KUTAK ROCK LLP
1900 Market Street							1650 Farnam Street
Philadelphia, PA 19103							Omaha, NE  68102
Phone:  (215) 665-2118							Phone:  (402) 346-6000
Fax:     (215) 665-2013							Fax:     (402) 346-1148
fnewell@cozen.com							edward.warin@kutakrock.com
pryan@cozen.com							john.passarelli@kutakrock.com

*Counsel for Foamex Innovations, Inc.*					*Counsel for Future Foam, Inc.*

2

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC 27703
Phone: (919) 862-2200
Fax: (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2013, a copy of the foregoing Defendants' Notice of Deposition to Greg Vetrano was served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17, as well as counsel for Greg Vetrano.

/s/  Bethany G. Lukitsch
Bethany G. Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Phone: (804) 775-4711
Fax:    (804) 698-2261
blukitsch@mcguirewoods.com