IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Polyurethane Foam Antitrust Litigation | Case No. 1:10 MD 2196 |
| | O R D E R |
| This document relates to: ALL CASES | JUDGE JACK ZOUHARY |

    This Court held a record phone conference on June 25, 2013 (Court Reporter: Angela Nixon) and heard arguments from counsel regarding a dispute concerning the scheduling of depositions. This Court thanked counsel for their cooperative efforts during discovery and encouraged them to continue to move forward expeditiously with the scheduling of additional depositions requested by Plaintiffs in the latter part of July and August. Plaintiffs also will timely provide Defendants with needed assistance to prepare for expert depositions. See record hearing transcript for details.

    With agreement of counsel, the in-person conference scheduled for **Monday, August 5, 2013 at 2:00 p.m. EDT** will now be a **phone** conference. Counsel will provide this Court with a call-in number and agenda as that date approaches.

    This Court further advised counsel to contact this Court if their respective clients would like assistance with settlement discussions.

    IT IS SO ORDERED.

                                             s/ *Jack Zouhary*
                                             JACK ZOUHARY
                                             U. S. DISTRICT JUDGE

                                             June 25, 2013