IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Docket No. 2196<br><br>Index No. 10-MD-2196(JZ)<br><br>Hon. Jack Zouhary |

## NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS TO PRODUCE DOCUMENTS

The Sealy Plaintiffs, on behalf of the Direct Action Plaintiffs, the Direct Class Plaintiffs, and the Indirect Class Plaintiffs, serve notice of their issuance of Subpoenas to Produce Documents on the following third parties:

BASF Corporation
The Dow Chemical Company
Huntsman International LLC
Bayer Material Science LLC

Copies of the Subpoenas are attached to this Notice as Exhibits 1 - 4.

Dated: July 9, 2013

KENNY NACHWALTER, P.A.

By:_____
William J. Blechman
Douglas H. Patton*
201 South Biscayne Blvd.
1100 Miami Center
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail: wblechman@knpa.com
E-mail: dpatton@knpa.com

*Liaison Counsel for Direct Action (Non-Class) Plaintiffs and Counsel for the "Sealy" Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2013, I caused a true and correct copy of the foregoing document to be served via ECF on counsel for the Parties.

By: _____
William J. Blechman

461810.1