UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) |
| This document relates to: <br><br> ALL CASES | |

### DEFENDANTS' NOTICE OF DEPOSITION TO TONY VALLECOCCIA

**TO:  ALL COUNSEL OF RECORD**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that Defendants, by and through their undersigned counsel, will take the oral deposition of **Tony Vallecoccia**, former **President** and **CEO** of Defendants **Domfoam International, Inc.** and **Valle Foam Industries (1995), Inc., at 9:00 a.m. on August 20, 2013**, at the offices of **Torys LLP, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, Ontario, M5K 1N2, Canada**.  The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court.  All parties are invited to attend.  The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.

Dated:  August 2, 2013                                          Respectfully submitted,

/s/   James H. Walsh                                            /s/   Kendall Millard
James H. Walsh                                                  Kendall Millard
Howard Feller                                                   BARNES & THORNBURG, LLP
Bethany Lukitsch                                                11 South Meridian Street
MCGUIREWOODS LLP                                                Indianapolis, IN 46204-3535
One James Center                                                Phone: (317) 231-7461
901 East Cary Street                                            Fax:     (317) 231-7433
Richmond, VA 23219-4030                                         kmillard@btlaw.com
Phone: (804) 775-4356
Fax:     (804) 698-2200                                         /s/   Michael D. Mustard
jwalsh@mcguirewoods.com                                         Michael D. Mustard
hfeller@mcguirewoods.com                                        BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com                                      600 One Summit Square
                                                                Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R. Carpenter,*                    Phone:  (260) 423-9440
*L.P., and Carpenter Holdings, Inc.*                            Fax:     (260) 424-8316
                                                                mmustard@btlaw.com

                                                                *Counsel for Flexible Foam Products, Inc.*


/s/   Francis P. Newell                                         /s/   Edward G. Warin
Francis P. Newell                                               Edward G. Warin
Peter M. Ryan                                                   John P. Passarelli
COZEN O'CONNOR                                                  KUTAK ROCK LLP
1900 Market Street                                              1650 Farnam Street
Philadelphia, PA 19103                                          Omaha, NE  68102
Phone:  (215) 665-2118                                          Phone:  (402) 346-6000
Fax:     (215) 665-2013                                         Fax:     (402) 346-1148
fnewell@cozen.com                                               edward.warin@kutakrock.com
pryan@cozen.com                                                 john.passarelli@kutakrock.com

*Counsel for Foamex Innovations, Inc.*                          *Counsel for Future Foam, Inc.*

/s/   Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:      (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*


/s/   Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-7000
Fax:      (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/   Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone:  (513) 381-2838
Fax:  (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*


/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:     (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:      (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2013, a copy of the foregoing Defendants' Notice of Deposition to Tony Vallecoccia was served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17, as well as counsel for Tony Vallecoccia.

/s/  Bethany G. Lukitsch
Bethany G. Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
Phone: (804) 775-4711
Fax:    (804) 698-2261
blukitsch@mcguirewoods.com