IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| IN RE: Polyurethane Foam Antitrust Litigation | : | MDL No. 2196 |
| | : | |
| | : | Index No. 10-MD-2196 (JZ) |
| | : | |
| This document relates to: | : | Hon. Jack Zouhary |
| | : | |
| ALL ACTIONS | : | |
| | : | |
| | : | |

NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS TO PRODUCE DOCUMENTS

The Direct Class Plaintiffs, on behalf of Direct Action Plaintiffs and the Indirect Class Plaintiffs, serve notice of their issuance of Subpoenas to Produce Documents on the following third parties:

Advanced Foam Recycling, Ltd.
2525 Handley Ederville Rd.
Richland Hills, TX  76118

David Charak, II
17 Southmoor Dr.
Clayton, MO  63105-3016

Duane Renfro
8801 Thornbridge Drive
North Richland Hills, TX  76182-8615

Federal International, Inc.
c/o Claire E. Newton-Registered Agent
7935 Clayton Rd.
St. Louis, MO  63117-1369

Nancy Sue Swoboda
4953 Heritage Heights Cir.
Hazelwood, MO  63042-1594

Copies of the subpoenas are attached to this Notice as Exhibits 1-5.

Dated: August 5, 2013  Respectfully submitted,

GRANT & EISENHOFER P.A.

/s/ Robert R. Eisler
Robert G. Eisler
123 Justison Street
Wilmington, DE  19801
Tel: (302) 622-7000
Fax: (302) 622-7100

*Attorney for Direct Purchaser Plaintiffs (Class)*

## **CERTIFICATE OF SERVICE**

      I, Robert G. Eisler, an attorney, certify that a copy of the foregoing Plaintiffs' Notice of Subpoena for Documents has been filed today August 5, 2013. Notice of this filing will be sent to all parties by the Court's CM/ECF system to each attorney registered for ECF notification.

                                          */s/ Robert G. Eisler*
                                          Robert G. Eisler
                                          *Attorney for Direct Purchaser Plaintiffs (Class)*