IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No.: 2196 |
| | Index No. 10 MD 2196 (JZ) |
| | This Document Relates to: |
| | *Jackson Furniture Company of Virginia v. Hickory Springs Manufacturing, et al.* (VAW 5:13-CV-00065) |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Court's Initial Case Management Conference Order Paragraph 17: **Gregory H. Revera** and **M. Paul Killian** of Leo Law, LLC, 200 Randolph Avenue, Huntsville, Alabama 35801, shall appear as counsel of record on behalf of Plaintiffs, Jackson Furniture Company of Virginia in the above-captioned case.

Submitted this the 29th day of July, 2013.

                                             **LEO LAW, LLC**

                                             /s/ Gregory H. Revera
                                             Gregory H. Revera
                                             M. Paul Killian
                                             200 Randolph Avenue
                                             Huntsville, Alabama 35801
                                             Telephone: (256) 539-6000
                                             Facsimile: (256) 539-6024
                                             grevera@leo-law.com
                                             pkillian@leo-law.com