**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No.: 2196 |
| | Index No. 10 MD 2196 (JZ) |
| | This Document Relates to: |
| | *Jackson Furniture Industries, Inc. v. Hickory Springs Manufacturing, et al.* (TNE 1:13-CV-00198) |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Court's Initial Case Management Conference Order Paragraph 17: **Gregory H. Revera** and **M. Paul Killian** of Leo Law, LLC, 200 Randolph Avenue, Huntsville, Alabama 35801, shall appear as counsel of record on behalf of Plaintiffs, Jackson Furniture Company of Virginia in the above-captioned case.

Submitted this the 6th day of August, 2013.

                                                    **LEO LAW, LLC**

                                                    /s/ Gregory H. Revera
                                                    Gregory H. Revera
                                                    M. Paul Killian
                                                    200 Randolph Avenue
                                                    Huntsville, Alabama 35801
                                                    Telephone: (256) 539-6000
                                                    Facsimile:  (256) 539-6024
                                                    grevera@leo-law.com
                                                    pkillian@leo-law.com