IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| This document relates to: | Index No. 10-MD-2196 (JZ) |
| ALL CASES | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**<u>VALLE FOAM INDUSTRIES (1995) INC. AND DOMFOAM INTERNATIONAL, INC.</u>**

PLEASE TAKE NOTICE that Mary K. Whitmer of Kohrman Jackson & Krantz PLL, 1375 East Ninth Street, 20th Floor, One Cleveland Center, Cleveland, Ohio, 44114-1793, shall appear as counsel of record on behalf of Valle Foam Industries (1995) Inc. n/k/a 3113736 Canada Ltd. and Domfoam International, Inc. n/k/a 4362063 Canada Ltd. in the above-captioned actions (to the extent such entities remain parties in those actions).

DATED:  August 6, 2013

             */s/ Mary K. Whitmer*
             Mary K. Whitmer (0018213)
             KOHRMAN JACKSON & KRANTZ PLL
             1375 East Ninth Street, 20th Floor
             One Cleveland Center
             Cleveland, Ohio 44114-1793
             Tel:  (216) 696-8700
             Fax:  (216) 621-6536
             mkw@kjk.com

             *Counsel for Defendants Valle Foam*
             *Industries (1995) Inc. n/k/a 3113736 Canada*
             *Ltd. and Domfoam International, Inc. n/k/a*
             *4362063 Canada Ltd.*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing **Notice of Appearance on Behalf of Valle Foam Industries (1995) Inc. n/k/a 3113736 Canada Ltd. and Domfoam International, Inc. n/k/a 4362063 Canada Ltd.** was filed on August 6, 2013. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      /s/ Mary K. Whitmer
                                                      Mary K. Whitmer