IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: | | |
| ALL CASES | | |

**NOTICE OF APPEARANCE ON BEHALF OF**
<u>**VALLE FOAM INDUSTRIES (1995) INC. AND DOMFOAM INTERNATIONAL, INC.**</u>

PLEASE TAKE NOTICE that James W. Ehrman of Kohrman Jackson & Krantz PLL, 1375 East Ninth Street, 20th Floor, One Cleveland Center, Cleveland, Ohio 44114-1793, shall appear as counsel of record on behalf of Valle Foam Industries (1995) Inc. n/k/a 3113736 Canada Ltd. and Domfoam International, Inc. n/k/a 4362063 Canada Ltd. in the above-captioned actions (to the extent such entities remain parties in those actions).

DATED:  August 6, 2013

*/s/ James W. Ehrman*
James W. Ehrman (0011006)
KOHRMAN JACKSON & KRANTZ PLL
1375 East Ninth Street, 20th floor
One Cleveland Center
Cleveland, Ohio 44114-1793
Tel:  (216) 696-8700
Fax:  (216) 621-6536
jwe@kjk.com

*Counsel for Defendants Valle Foam Industries (1995) Inc. n/k/a 3113736 Canada Ltd. and Domfoam International, Inc. n/k/a 4362063 Canada Ltd.*

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing **Notice of Appearance on Behalf of Valle Foam Industries (1995) Inc. n/k/a 3113736 Canada Ltd. and Domfoam International, Inc. n/k/a 4362063 Canada Ltd.** was filed on August 6, 2013. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                         */s/ James W. Ehrman*
                                                         James W. Ehrman