IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2196<br><br>Index No. 10-MD-2196(JZ)<br><br>Hon. Jack Zouhary |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 83.9 of the Local Rules of the United States District Court for the Northern District of Ohio, the undersigned attorneys hereby move this Court to permit Shepard Goldfein and Elliot A. Silver of the firm Skadden, Arps, Slate, Meagher & Flom LLP to withdraw as counsel for Defendants Domfoam International Inc. and Valle Foam (1995) Industries, Inc. (together "Domfoam").  Domfoam is represented by Mary K. Whitmer and James W. Ehrman of the firm Kohrman, Jackson & Krantz PLL in this action (to the extent it remains a party to such action) and has consented to this Motion to Withdraw as Counsel.

DATED: August 6, 2013

Respectfully submitted,

/s/ Shepard Goldfein
Shepard Goldfein
Elliot A. Silver
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036-6522
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
shepard.goldfein@skadden.com
elliot.silver@skadden.com

1

2

## CERTIFICATE OF SERVICE

    I certify that on August 6, 2013, I caused a true and correct copy of the foregoing document to be filed and served electronically on counsel for the parties.

                                        /s/ Elliot A. Silver