UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

_____
                                           )
In re POLYURETHANE FOAM ANTITRUST           )
LITIGATION                                  )
_____)   MDL Docket No. 2196
                                           )   Index No. 10-MD-2196 (JZ)
This document relates to:                   )
                                           )
DIRECT PURCHASER (CLASS) ACTION  and         )
INDIRECT PURCHASER CLASS ACTION              )
_____)

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR JOINT DISCOVERY SUBMISSIONS ON INSTRUCTIONS NOT TO ANSWER AT PLAINTIFF DEPOSITIONS**

**WHEREAS,** the Court requested during the August 5, 2013 telephonic hearing that the parties submit charts containing deposition excerpts showing Plaintiffs' counsels' objections to and/or instructions not to answer Defendants' counsel's questions at recent depositions, to the extent Defendants challenge these objections and/or instructions;

**WHEREAS,** the Court requested that these submissions include Plaintiffs' positions on their objections and/or instructions not to answer and Defendants' positions on why the testimony should be allowed, *see* 8/5/13 Hearing Tr. at 29:16-30:9 (Dkt. No. 662);

**WHEREAS,** the Court requested that these submissions be provided to the Court by August 12, 2013;

**WHEREAS,** the parties in good faith prepared the initial drafts of their respective portions of these submissions, but for unanticipated scheduling reasons the parties do not believe they will be able to provide their joint submissions to the Court by August 12, 2013;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

04264.23318/5465216.1

1.	The parties' joint discovery submissions on instructions not to answer at Plaintiff depositions shall be provided to the Court by Tuesday, August 13, 2013.

DATED:  August 12, 2013

 /s/ William A. Isaacson  
William A. Isaacson  
BOIES, SCHILLER & FLEXNER LLP  
5301 Wisconsin Avenue, NW  
Washington, DC 20015  
Phone: (202) 237-5607  
Fax:     (202) 237-6131  

 /s/ Stephen R. Neuwirth  
Stephen R. Neuwirth  
QUINN EMANUEL URQUHART  
   & SULLIVAN, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY  10010  
Phone: (212) 849-7165  
Fax:     (212) 849-7100  

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*

 /s/ James H. Walsh  
James H. Walsh  
Howard Feller  
Bethany G. Lukitsch  
MCGUIREWOODS LLP  
901 East Cary Street  
Richmond, VA 23219  
Phone: (804) 775-1000  
Fax:     (804) 698-2200  

 /s/ Kendall Millard  
Kendall Millard  
BARNES & THORNBURG LLP  
11 South Meridian Street  
Indianapolis, IN 46204  
Phone: (317) 231-7461  
Fax:     (317) 231-7433  

Michael D. Mustard  
BARNES & THORNBURG LLP  
600 One Summit Square  
Fort Wayne, IN 46802-3119  
Phone: (260) 423-9440  
Fax:     (260) 424-8316  

*Counsel for Carpenter Co. , E.R. Carpenter, L.P., and Carpenter Holdings, Inc.*

*Counsel for Flexible Foam Products, Inc.*

 /s/ Francis P. Newell  
Francis P. Newell  
Peter M. Ryan  
COZEN O'CONNOR  
1900 Market Street  
Philadelphia, PA 19103  
Phone: (215) 665-2118  
Fax:     215-665-2013  

 /s/ Edward G. Warin  
Edward G. Warin  
John P. Passarelli  
KUTAK ROCK LLP  
1650 Farnam Street  
Omaha, NE 68102  
Phone: (402) 346-6000  
Fax:     (402) 346-1148  

*Counsel for Foamex Innovations, Inc.*

*Counsel for Future Foam, Inc.*

04264.23318/5465216.1

2

| | |
|---|---|
| /s/ Frank A. Hirsch, Jr. | /s/ Daniel R. Warncke |
| Frank A. Hirsch, Jr. | Daniel R. Warncke |
| Matthew P. McGuire | TAFT STETTINIUS & HOLLISTER LLP |
| ALSTON & BIRD LLP | 425 Walnut Street, Suite 1800 |
| 4721 Emperor Blvd. | Cincinnati, OH 45202 |
| Suite 400 | Phone: (513) 381-2838 |
| Durham, NC 27703 | Fax:    (513) 381-0205 |
| Phone: (919) 862-2200 | |
| Fax:    (919) 852-2260 | Joe Rebein |
| | SHOOK, HARDY & BACON LLP |
| | 2555 Grand Blvd. |
| | Kansas City, MO 64108 |
| | Phone: (816) 559-2227 |
| | Fax:    (816) 421-5547 |
| *Counsel for Hickory Springs Manufacturing Company* | *Counsel for Leggett & Platt, Inc.* |

| | |
|---|---|
| /s/ Randall L. Allen | /s/ Daniel G. Swanson |
| Randall L. Allen | Daniel G. Swanson |
| Teresa T. Bonder | GIBSON, DUNN & CRUTCHER LLP |
| Allison S. Thompson | 333 South Grand Avenue |
| ALSTON & BIRD LLP | Los Angeles, CA 90071 |
| One Atlantic Center | Phone: (213) 229-6690 |
| 1201 W. Peachtree St. | Fax:    (213) 229-6919 |
| Atlanta, GA 30309 | |
| Phone: (404) 881-7000 | Cynthia Richman |
| Fax:    (404) 881-7777 | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036 |
| | Phone: (202) 530-8500 |
| | Fax:    (202) 530-9651 |
| *Counsel for Mohawk Industries, Inc.* | *Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.* |

**SO ORDERED:**

DATED: _____          _____
                                                                    HON. JACK ZOUHARY
                                                                    UNITED STATES DISTRICT JUDGE