IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 2196 |
| This document relates to: ALL CASES | ) ) ) ) | Index No. 10-MD-2196 (JZ) |

**NOTICE OF APPEARANCE
ON BEHALF OF MOHAWK INDUSTRIES, INC.**

Please take note that Kara F. Kennedy of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, shall appear as counsel of record on behalf of Defendant Mohawk Industries, Inc. in the above-captioned action.

>Kara F. Kennedy
>Georgia Bar No. 926006
>ALSTON & BIRD LLP
>1201 West Peachtree Street
>Atlanta, GA 30309
>Phone: (404) 881-7000
>Fax:     (404) 881-7777
>Email: kara.kennedy@alston.com

Randall L. Allen, Teresa T. Bonder, Allison Thompson, and Matthew Dowell will continue to appear as counsel of record on behalf of Mohawk Industries, Inc.

Dated:  August 12, 2013

[signature on following page]

2

        ALSTON & BIRD LLP

        /s/ Matt Dowell
        Randall L. Allen
        Teresa T. Bonder
        Allison S. Thompson
        Matthew L.J.D. Dowell
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Telephone: (404) 881-7000
        Facsimile: (404) 881-7777
        Email: matt.dowell@alston.com

        *Counsel for Defendant Mohawk Industries, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record in this case.

Dated:  August 12, 2013

/s/ Matt Dowell