IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Melissa Felder hereby provides notice of her appearance as counsel of record in the above-captioned case on behalf of Ace Foam; Adams Foam Rubber Co. aka Adams Foam Rubber Company Inc.; Cambridge of California; GCW Carpet Wholesalers, Inc. t/a Floors USA; Foam Factory; VFP Acquisitions dba Vanguard Foam and Packaging, and the direct purchaser class, and requests that all notices, orders and/or other information in this case be served upon the undersigned as follows.

> Melissa Felder, Esq.
> Boies, Schiller, and Flexner, LLP
> 5301 Wisconsin Ave., N.W. #800
> Washington, DC, 20015
> Telephone: (202) 237-2727
> Facsimile: (202) 237-6131
> Email: mfelder@bsfllp.com

This 14th Day of August 2013.

> /s/ Melissa Felder
> Melissa Felder
> Boies, Schiller & Flexner LLP
> 5301 Wisconsin Ave., N.W., Suite 800
> Washington, DC 20015
> Tel: 202-237-2727
> Fax: 202-237-6131
> Email: mfelder@bsfllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 14, 2013, the foregoing Notice of Appearance was filed via the Court's Electronic Case Filing (ECF) system.

/s/ Jerren Holdip
Jerren Holdip
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave., N.W., Suite 800
Washington, DC 20015
Tel: 202-237-2727
Fax: 202-237-6131
Email: jholdip@bsfllp.com