IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | : : : : : : |
| This document relates to: ALL CASES | : MDL Docket No. 2196 : Index No. 10-MD-2196 (JZ) : : : : : |

### DEFENDANTS' NOTICE OF DEPOSITION TO THOMAS SCOTT, JR.

**TO:  ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Defendants, by and through their undersigned counsel, will take the oral deposition of **Thomas Scott, Jr.** of Scott Foam and Fabric, Inc. at the offices of **Vowell & Jennings, 119 S. Main Street, Suite 500, Memphis, TN  38103** on **August 29, 2013 beginning at 9:00 a.m. E.S.T.**  The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.

The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the Orders of this Court.

All parties are invited to attend.

Dated August 22, 2013                                           Respectfully submitted,

| | |
|---|---|
| /s/   James H. Walsh<br>James H. Walsh<br>Howard Feller<br>Bethany Lukitsch<br>MCGUIREWOODS LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4030<br>Phone: (804) 775-4356<br>Fax:     (804) 698-2200<br>jwalsh@mcguirewoods.com<br>hfeller@mcguirewoods.com<br>blukitsch@mcguirewoods.com<br><br>*Counsel for Carpenter Co., E.R. Carpenter, L.P., and Carpenter Holdings, Inc.* | */s/   Peter M. Ryan*<br>Francis P. Newell<br>Peter M. Ryan<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone:  (215) 665-2118<br>Fax:      (215) 665-2013<br>fnewell@cozen.com<br>pryan@cozen.com<br><br>*Counsel for Foamex Innovations, Inc.* |
| /s/   Kendall Millard<br>Kendall Millard<br>BARNES & THORNBURG, LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Phone: (317) 231-7461<br>Fax:     (317) 231-7433<br>kmillard@btlaw.com<br><br>/s/   Michael D. Mustard<br>Michael D. Mustard<br>BARNES & THORNBURG LLP<br>600 One Summit Square<br>Fort Wayne, IN 46802-3119<br>Phone:  (260) 423-9440<br>Fax:      (260) 424-8316<br>mmustard@btlaw.com<br><br>*Counsel for Flexible Foam Products, Inc.* | /s/   Edward G. Warin<br>Edward G. Warin<br>John P. Passarelli<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, NE  68102<br>Phone:  (402) 346-6000<br>Fax:      (402) 346-1148<br>edward.warin@kutakrock.com<br>john.passarelli@kutakrock.com<br><br>*Counsel for Future Foam, Inc.* |

| | |
|---|---|
| /s/   Frank A. Hirsch, Jr.<br>Frank A. Hirsch, Jr.<br>Matthew P. McGuire<br>ALSTON & BIRD LLP<br>4721 Emperor Blvd.<br>Suite 400<br>Durham, NC  27703<br>Phone: (919) 862-2200<br>Fax:    (919) 852-2260<br>frank.hirsch@alston.com<br>matt.mcguire@alston.com<br><br>*Counsel for Hickory Springs Manufacturing Company* | /s/   Daniel R. Warncke<br>Daniel R. Warncke<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957<br>Phone:  (513) 381-2838<br>Fax:  (513) 381-0205<br>warncke@taftlaw.com<br><br>Joe Rebein<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Phone:  (816) 559-2227<br>jrebein@shb.com<br><br>*Counsel for Leggett & Platt, Incorporated* |
| /s/   Randall L. Allen<br>Randall L. Allen<br>Teresa T. Bonder<br>Allison S. Thompson<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309<br>Phone:  (404) 881-7000<br>Fax:    (404) 881-7777<br>randall.allen@alston.com<br>teresa.bonder@alston.com<br>allison.thompson@alston.com<br><br>*Counsel for Mohawk Industries, Inc.* | /s/   Daniel G. Swanson<br>Daniel G. Swanson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-6690<br>Fax:    (213) 229-6919<br>dswanson@gibsondunn.com<br><br>Cynthia Richman<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Phone: (202) 530-8500<br>Fax:    (202) 530-9651<br>crichman@gibsondunn.com<br><br>*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2013, a copy of the foregoing Notice of Deposition was served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17, as well as counsel for Plaintiff, Scott Foam and Fabric, Inc.

>*/s/ Peter M. Ryan*
>Francis P. Newell
>Peter M. Ryan
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103
>Phone: (215) 665-2118
>Fax: (215) 665-2013
>
>fnewell@cozen.com
>pryan@cozen.com
>
>*Counsel for Foamex Innovations, Inc.*