**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

|  |  |  |
|---|---|---|
| | ) | |
| In re POLYURETHANE FOAM ANTITRUST | ) | |
| LITIGATION | ) | MDL Docket No. 2196 |
| | ) | Index No. 10-MD-2196 (JZ) |
| | ) | |
| This document relates to: | ) | |
| | ) | |
| ALL CASES | ) | |
| | ) | |

**AMENDED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Direct Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser (Class) Plaintiffs ("Plaintiffs") will take a deposition of **Frank Hurst** of Carpenter at **McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, VA 23219** on **October 11, 2013** at **9:00 a.m. E.S.T.**  The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.  The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court.  All parties are invited to attend.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at 77–78), Plaintiffs provide a brief description of the deponent, to extent allowed by the protective order in this matter, as follows: **senior vice president**.

1

Dated:   August 28, 2013

 /s/ William A. Isaacson_____          /s/ Stephen R. Neuwirth_____
William A. Isaacson                     Stephen R. Neuwirth
BOIES, SCHILLER & FLEXNER LLP           QUINN EMANUEL URQUHART
5301 Wisconsin Avenue, NW                  & SULLIVAN, LLP
Washington, DC  20015                   51 Madison Avenue, 22nd Floor
Phone:  202-237-5607                    New York, NY  10010
Fax:      202-237-6131                  Phone:  212-849-7165
                                        Fax:      212-849-7100

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*

 /s/ Marvin A. Miller_____
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone:  312-332-3400
Fax:      312-676-2676

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*

 /s/ William J. Blechman_____
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
Phone:  305-373-1000
Fax:      305-372-1861

*Liaison Counsel for Direct Action Plaintiffs*