# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Direct Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser (Class) Plaintiffs ("Plaintiffs") will take a deposition of **Vincenzo Bonaddio** of FXI – Foamex Innovations, Inc. at **Pietragallo Gordon Alfano Bosick & Raspanti LLP, 1818 Market Street, Suite 3402, Philadelphia, PA 19103** on **November 26, 2013** at **9:00 a.m. E.S.T.** The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at 77–78), Plaintiffs provide a brief description of the deponent, to extent allowed by the protective order in this matter, as follows: **senior vice president**.

Dated: September 12, 2013

| | |
|---|---|
| _/s/ William A. Isaacson_____ | _/s/ Stephen R. Neuwirth_____ |
| William A. Isaacson | Stephen R. Neuwirth |
| BOIES, SCHILLER & FLEXNER LLP | QUINN EMANUEL URQUHART |
| 5301 Wisconsin Avenue, NW |   & SULLIVAN, LLP |
| Washington, DC  20015 | 51 Madison Avenue, 22nd Floor |
| Phone:  202-237-5607 | New York, NY  10010 |
| Fax:     202-237-6131 | Phone:  212-849-7165 |
| | Fax:     212-849-7100 |

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*


 _/s/ Marvin A. Miller_____
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone:  312-332-3400
Fax:     312-676-2676

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*


  _/s/ William J. Blechman_____
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
Phone:  305-373-1000
Fax:     305-372-1861

*Liaison Counsel for Direct Action Plaintiffs*