IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SPRING AIR INTERNATIONAL LLC, ET AL. | : | CIVIL ACTION |
| *Plaintiffs*, | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| v. | : | |
| | : | Case No. 3:12-pf-10021-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| *Defendant.* | : | |

| | | |
|---|---|---|
| ENGLANDER SOUTHWEST ET AL., | : | CIVIL ACTION |
| *Plaintiffs*, | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| v. | : | |
| | : | Case No. 3:12-pf-10022-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| *Defendants.* | : | |

| | | |
|---|---|---|
| JEFFCO FIBRES, INC. | : | CIVIL ACTION |
| *Plaintiff*, | : | MDL Docket No. 2196 |
| | : | Index No. 10-MD-2196 (JZ) |
| v. | : | |
| | : | Case No. 3:12-pf-10023-JZ |
| ADVANCED URETHANE TECHNOLOGIES, INC. | : | |
| *Defendants* | : | |

**ADVANCED URETHANE TECHNOLOGIES, INC.'S MOTION TO WITHDRAW
MATTHEW R. WILLIAMS AS ATTORNEY OF RECORD**

Advanced Urethane Technologies, Inc. hereby moves the Court to withdraw the appearance of Matthew R. Williams of the firm Pepper Hamilton LLP as its attorney in the above-captioned matter. Barbara T. Sicalides, Noah S. Robbins and Alexander L. Harris of the

firm Pepper Hamilton LLP will remain as attorneys of record of Advanced Urethane Technologies, Inc. in this matter.

WHEREFORE, Defendant Advanced Urethane Technologies, Inc. respectfully requests that the Court enter an Order granting its Motion to Withdraw Matthew R. Williams as its attorney in the above-captioned matter.

                                      Respectfully submitted,

                                      */s/ Matthew R. Williams*
                                      Matthew R. Williams
                                      PEPPER HAMILTON LLP
                                      3000 Two Logan Square
                                      Eighteenth and Arch Streets
                                      Philadelphia, PA 19103
                                      Phone: (215) 981-4000
                                      Fax:  (215) 981-4670
                                      williamm@pepperlaw.com

Dated:  September 12, 2013

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via ECF on all counsel of record this 12th day of September, 2013.

*/s/ Matthew R. Williams*
Matthew R. Williams