# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) | |
| This document relates to: | ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |
| ALL CASES | ) ) ) | |

## DEFENDANTS VITAFOAM INC. AND VITAFOAM PRODUCTS CANADA LIMITED'S MOTION TO WITHDRAW KATE MCMILLAN AS ATTORNEY OF RECORD

Defendants Vitafoam, Inc. and Vitafoam Products Canada Limited (collectively, the "Vitafoam Defendants"), hereby move the Court to withdraw the appearance of Kate S. McMillan of the firm Freshfields Bruckhaus Deringer US LLP as their attorney in the above-captioned matter.  Timothy J. Coleman, Terry Calvani, Bruce McCulloch, Christine A. Laciak, and John K. Warren of Freshfields Bruckhaus Deringer US LLP will remain as attorneys of record for Vitafoam Defendants in this matter.

WHEREFORE, Vitafoam Defendants respectfully request that the Court enter an Order granting this Motion to Withdraw Kate S. McMillan as their attorney in the above-captioned matter.

Respectfully submitted,

/s/ Timothy J. Coleman
Timothy J. Coleman
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Phone: (202) 777-4500
Fax:    (202) 777-4555
E-mail: tim.coleman@freshfields.com

*Counsel for the Vitafoam Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, in accordance with Paragraphs 5 and 9 of the Initial Case Management Order entered January 20, 2011, the foregoing **Motion to Withdraw Kate S. McMillan as Attorney of Record** was filed electronically using the Court's ECF system, which will send notification of such filing to counsel of record.

/s/ Timothy J. Coleman
Timothy J. Coleman
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Phone: (202) 777-4500
Fax:    (202) 777-4555
E-mail: tim.coleman@freshfields.com

*Counsel for the Vitafoam Defendants*