UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ) ALL CASES ) ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

**DEFENDANTS VITAFOAM INC. AND VITAFOAM PRODUCTS CANADA LIMITED'S MOTION TO WITHDRAW KATE MCMILLAN AS ATTORNEY OF RECORD**

Defendants Vitafoam, Inc. and Vitafoam Products Canada Limited (collectively, the "Vitafoam Defendants"), hereby move the Court to withdraw the appearance of Kate S. McMillan of the firm Freshfields Bruckhaus Deringer US LLP as their attorney in the above-captioned matter.  Timothy J. Coleman, Terry Calvani, Bruce McCulloch, Christine A. Laciak, and John K. Warren of Freshfields Bruckhaus Deringer US LLP will remain as attorneys of record for Vitafoam Defendants in this matter.

WHEREFORE, Vitafoam Defendants respectfully request that the Court enter an Order granting this Motion to Withdraw Kate S. McMillan as their attorney in the above-captioned matter.

Respectfully submitted,

**GRANTED**
**s/Jack Zouhary**
**9/26/2013**

/s/ Timothy J. Coleman

Timothy J. Coleman
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Phone: (202) 777-4500
Fax:    (202) 777-4555
E-mail: tim.coleman@freshfields.com

*Counsel for the Vitafoam Defendants*