# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) This Document Relates to: ) ) Direct Purchaser Cases *Medi-Pedic Bedding Co., Inc., et al. v. Hickory Springs Manufacturing Co., et al.* (Nos. 3:12-pf-10012-JZ and 3:12-pf-10022-JZ) ) ) ) | MDL Docket No.: 2196<br><br>Index No. 10 MD 2196 (JZ) |

### JOINT MOTION BY CHARLES E. TOMPKINS, THOMAS G. SHAPIRO, RACHEL M. BROWN & PATRICK M. MCLAUGHLIN TO WITHDRAW AS COUNSEL FOR DIRECT ACTION PLAINTIFF MEDI-PEDIC BEDDING CO., INC. d/b/a ENGLANDER SOUTHWEST

Pursuant to Rule 83.9 of the Local Civil Rules of the United States District Court for the Northern District of Ohio, the undersigned attorneys move this Court to permit Charles E. Tompkins, Thomas G. Shapiro, Rachel M. Brown and Patrick M. McLaughlin, listed as attorneys of record for Plaintiff Englander Southwest, d/b/a Medi-Pedic Bedding Co., Inc. ("Englander Southwest"), to withdraw as counsel.

Written notice to the client has been provided. The attorneys of record have good cause for this motion and are willing to provide further information about the reasons for withdrawal, *in camera*, upon request of the Court.

Dated:  October 18, 2013                     Respectfully submitted,

                                            */s/     Charles E. Tompkins*

Charles E. Tompkins
James P. Lynch
WILLIAMS MONTGOMERY & JOHN LTD.
233 S. Wacker Drive
Suite 6100
Chicago, Illinois 60606
Tel.: (312) 443-3200
Fax: (312) 630-8500
Email: CET@willmont.com
        JPL@willmont.com


Thomas G. Shapiro (*pro hac vice*)
Rachel M. Brown (*pro hac vice)*
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
Tel.: (617) 439-3939
Fax: (617) 439-0134
Email: tshapiro@shulaw.com
        rbrown@shulaw.com

Patrick M. McLaughlin
McLaughlin & McCaffrey
1350 Eaton Center
1111 Superior Avenue
Cleveland, OH 44114
Tel.: (216) 623-0900
Fax: (216) 623-0935
Email: pmclaughlin@mmlitigation.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2013, a copy of foregoing Motion to Withdraw as Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all practices indicated to the electronic filing receipts. Parties may access this filing through the Court's system.

                                                       /s/     *Charles E. Tompkins*
                                                                     Charles E. Tompkins