IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Docket No. 2196<br><br>Index No. 10-MD-2196(JZ)<br><br>Hon. Jack Zouhary |

### NOTICE OF APPEARANCE OF SAMUEL J. RANDALL

PLEASE TAKE NOTICE that Samuel J. Randall of Kenny Nachwalter, P.A. hereby enters his appearance on behalf of The Sealy Plaintiffs.

Dated:  October 18, 2013

KENNY NACHWALTER, P.A.

By:  /s/ William J. Blechman
William J. Blechman
Douglas H. Patton*
Samuel J. Randall
201 South Biscayne Blvd.
1100 Miami Center
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail:  wblechman@knpa.com
E-mail:  dpatton@knpa.com

*Liaison Counsel for Direct Action (Non-Class) Plaintiffs and Counsel for the "Sealy" Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2013, I caused a true and correct copy of the foregoing document to be served via ECF on counsel for the Parties.

By: /s/ William J. Blechman
William J. Blechman

470099.1