## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 2196 |
| ) | Index No. 10-MD-2196 (JZ) |
| This document relates to: ) ) | |
| ALL CASES ) ) ) | |

## NOTICE OF WITHDRAWAL OF ANITRA GOODMAN ROYSTER

Please take notice that Anitra Goodman Royster is no longer associated with the firm of Alston & Bird LLP. Please withdraw her appearance as counsel for Defendant Hickory Springs Manufacturing Company in the above-captioned matter. Alston & Bird LLP will continue to serve as counsel for Defendant Hickory Springs Manufacturing Company.

Respectfully submitted, this the 29th day of October 2013.

                              ALSTON & BIRD LLP

By: /s/Matthew M. McGuire
Frank A. Hirsch, Jr.
N.C. State Bar No. 13904
Matthew P. McGuire
N.C. State Bar No. 20048
Heather Adams
N.C. State Bar No. 25239
4721 Emperor Blvd., Ste. 400
Durham, NC 27703
Phone: (919) 862-2200
Fax: (919) 862-2260
Email: frank.hirsch@alston.com
matt.mcguire@alston.com
heather.adams@alston.com

*Counsel for Defendant Hickory Springs Manufacturing Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

      This the 29th day of October, 2013.

                                      /s/ Matthew P. McGuire