UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: | | |
| ALL CASES | | |

### DEFENDANTS' AMENDED RULE 30(b)(6) DEPOSITION NOTICE TO PLAINTIFF FOAMCO SALES, INC.

**TO:** ALL COUNSEL OF RECORD

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, please take notice that Defendants, by and through their undersigned counsel, will take the oral deposition of **Foamco Sales, Inc.** on the subject matters set forth in Exhibit A, attached hereto.

The deposition will commence **at 9:00 a.m. local time on December 4, 2013**, at the offices of **Deas & Deas, LLC, 353 North Green Street, Tupelo, MS, 38804**. The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Foamco Sales, Inc. shall designate a person or persons prepared to testify about the topics set forth in Exhibit A. All parties are invited to attend. The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.

Dated: October 29, 2013  Respectfully submitted,

/s/   James H. Walsh  /s/   Kendall Millard
James H. Walsh  Kendall Millard
Howard Feller  BARNES & THORNBURG, LLP
Bethany Lukitsch  11 South Meridian Street
MCGUIREWOODS LLP  Indianapolis, IN 46204-3535
One James Center  Phone: (317) 231-7461
901 East Cary Street  Fax:    (317) 231-7433
Richmond, VA 23219-4030  kmillard@btlaw.com
Phone: (804) 775-4356
Fax:    (804) 698-2200  /s/   Michael D. Mustard
jwalsh@mcguirewoods.com  Michael D. Mustard
hfeller@mcguirewoods.com  BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com  600 One Summit Square
 Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R. Carpenter,*  Phone: (260) 423-9440
*L.P., and Carpenter Holdings, Inc.*  Fax:    (260) 424-8316
 mmustard@btlaw.com

 *Counsel for Flexible Foam Products, Inc.*

/s/   Francis P. Newell  /s/   Edward G. Warin
Francis P. Newell  Edward G. Warin
Peter M. Ryan  John P. Passarelli
COZEN O'CONNOR  KUTAK ROCK LLP
1900 Market Street  1650 Farnam Street
Philadelphia, PA 19103  Omaha, NE  68102
Phone: (215) 665-2118  Phone: (402) 346-6000
Fax:    (215) 665-2013  Fax:    (402) 346-1148
fnewell@cozen.com  edward.warin@kutakrock.com
pryan@cozen.com  john.passarelli@kutakrock.com

*Counsel for Foamex Innovations, Inc.*  *Counsel for Future Foam, Inc.*

2

/s/   Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:     (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/   Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-7000
Fax:     (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/   Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone:  (513) 381-2838
Fax:  (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:     (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:     (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, a copy of the foregoing Defendants' Rule 30(b)(6) Deposition Notice to Plaintiff Foamco Sales, Inc. and the attached Exhibit A were served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17, as well as counsel for Plaintiff Foamco Sales, Inc.

/s/   Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone:    (317) 231-7461
Fax:       (317) 231-7433
kmillard@btlaw.com

INDS01 1425975v1