It is so Ordered.


/s/ Jack Zouhary
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10 MD 2196 (JZ) |
| This document relates to:<br>*Park Place Corp. v. Carpenter Co., et al.*, No. 3:13-pf-10010-JZ; *Am. Bedding Co., et al. v. Carpenter Co., et al.*, No. 3:13-pf-10009-JZ | |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

WHEREAS, Park Place Corporation; American Bedding Company, Inc.; Diamond Mattress Company; and Rest Master Bedding Company (collectively, the "Plaintiffs") filed Complaints in the District of South Carolina on July 31, 2013, and those two actions were consolidated with the MDL proceedings in *In re Polyurethane Foam Litigation* on September 12, 2013;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and subject to this Court's approval, as follows:

1. Each of the undersigned Defendants will answer or otherwise respond to Plaintiffs' Complaints by December 11, 2013; and

2. This Stipulation shall have no effect whatsoever on relevant dates for discovery or the dates set forth in the Court's scheduling orders.

| | |
|---|---|
| Dated: October 25, 2013 | /s/ Dennis J. Lynch |
| | David C. Eddy |
| | Dennis J. Lynch |
| | NEXSEN PRUET, LLC |
| | 1230 Main Street, Suite 700 |
| | P.O. Drawer 2426 |
| | Columbia, SC 29202 |
| | Telephone: (803) 771-8900 |
| | Facsimile: (803) 253-8277 |
| | |
| | *Counsel for Plaintiffs Park Place Corp.; American Bedding Co., Inc.; Diamond Mattress Co.; and Rest Master Bedding Co.* |
| | |
| Dated: October 25, 2013 | /s/ Kendall Millard |
| | Kendall Millard |
| | BARNES & THORNBURG, LLP |
| | 11 South Meridian Street |
| | Indianapolis, IN 46204-3535 |
| | Telephone: (317) 231-7461 |
| | Facsimile: (317) 231-7433 |
| | |
| | *Counsel for Defendant Ohio Decorative Products, Inc.* |
| | |
| Dated: October 25, 2013 | /s/ Sheldon H. Klein |
| | Sheldon H. Klein |
| | BUTZEL LONG |
| | Stoneridge West |
| | 41000 Woodward Avenue |
| | Bloomfield Hills, MI 48304 |
| | Telephone: (248) 258-1414 |
| | Facsimile: (248) 258-1439 |
| | |
| | *Counsel for Defendant Plastomer Corp.* |

Dated: October 25, 2013 /s/ Howard B. Iwrey
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763

*Counsel for Defendants Crest Foam Industries Inc.; Inoac Corp.; and Inoac USA Inc.*


Dated: October 25, 2013 /s/ Richard A. Duncan
Richard A. Duncan
Emily E. Chow
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Robert A. Bunda
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Boulevard
Perrysburg, OH 43551
Telephone: (419) 241-2777
Facsimile: (419) 241-4697

*Counsel for Defendant Otto Bock Polyurethane Technologies, Inc.*

dms.us.53028551.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2013 a copy of the foregoing Stipulation for Extension of Time to Answer or Otherwise Respond was filed electronically. Notice of this filing will be sent via operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: October 25, 2013                        /s/ Richard A. Duncan
                                                     Richard A. Duncan
                                                         *richard.duncan@faegrebd.com*
                                                     FAEGRE BAKER DANIELS LLP
                                                    2200 Wells Fargo Center
                                                    90 South Seventh Street
                                                    Minneapolis, MN 55402-3901
                                                    Telephone: (612) 766-7000
                                                    Facsimile: (612) 766-1600