IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                                          Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation            O R D E R

This document related to:  ALL CASES            JUDGE JACK ZOUHARY

This Court will conduct an In-Person Conference on **Tuesday, November 5, 2013 at 2:00 p.m. (EST)** in Courtroom 204.  Counsel shall provide this Court with a proposed Agenda and "roll call" for those persons attending by **noon on Monday, November 4, 2013**.

Zouhary_Chambers@ohnd.uscourts.gov

While all counsel are invited to attend the conference, we do not expect all counsel to actively participate in the Conference.  This Court expects lead and liaison counsel to coordinate participation so that participation is both complete and effective.  A dial-in number (888-453-4405; participant Code # 342294) is provided for those counsel who wish to listen to the discussion.

IT IS SO ORDERED.

   s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

October 31, 2013