UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br><br>ALL CASES | |

### DEFENDANTS' AMENDED NOTICE OF DEPOSITION TO JONATHAN RIZZO

TO:  ALL COUNSEL OF RECORD

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that Defendants, by and through their undersigned counsel, will take the oral deposition of Indirect Purchaser Plaintiff **Jonathan Rizzo** on **November 22, 2013** at **9:00 a.m. MST**, at the offices of **Bonnett, Fairbourn, Friedman & Balint, P.C., 2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016**.  The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court.  All parties are invited to attend.  The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.[1]

---

[1] This amended notice only fixes typographical errors in the original notice (Dkt. No. 764).  No changes to the time or location of the deposition have been made.

Dated:  October 31, 2013					Respectfully submitted,

/s/   James H. Walsh					/s/   Kendall Millard
James H. Walsh						Kendall Millard
Howard Feller						BARNES & THORNBURG, LLP
Bethany Lukitsch						11 South Meridian Street
MCGUIREWOODS LLP					Indianapolis, IN 46204-3535
One James Center					Phone: (317) 231-7461
901 East Cary Street					Fax:     (317) 231-7433
Richmond, VA 23219-4030				kmillard@btlaw.com
Phone: (804) 775-4356
Fax:     (804) 698-2200					/s/   Michael D. Mustard
jwalsh@mcguirewoods.com				Michael D. Mustard
hfeller@mcguirewoods.com				BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com				600 One Summit Square
							Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R. Carpenter,*		Phone:  (260) 423-9440
*L.P., and Carpenter Holdings, Inc.*			Fax:     (260) 424-8316
							mmustard@btlaw.com

							*Counsel for Flexible Foam Products, Inc.*


/s/   Francis P. Newell					/s/   Edward G. Warin
Francis P. Newell					Edward G. Warin
Peter M. Ryan						John P. Passarelli
COZEN O'CONNOR					KUTAK ROCK LLP
1900 Market Street					1650 Farnam Street
Philadelphia, PA 19103					Omaha, NE  68102
Phone:  (215) 665-2118					Phone:  (402) 346-6000
Fax:     (215) 665-2013					Fax:     (402) 346-1148
fnewell@cozen.com					edward.warin@kutakrock.com
pryan@cozen.com					john.passarelli@kutakrock.com

*Counsel for Foamex Innovations, Inc.*			*Counsel for Future Foam, Inc.*

/s/   Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:     (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/   Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Kara F. Kennedy
Allison S. Thompson
Matthew L.J.D. Dowell
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-7000
Fax:     (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/   Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone:  (513) 381-2838
Fax:  (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:     (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:     (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, a copy of the foregoing **Defendant's Notice of Deposition to Jonathan Rizzo** was served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17, as well as counsel for Plaintiff Jonathan Rizzo.

/s/ Matt Dowell
Matt Dowell