# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| | Index No. 10-MD-2196 (JZ) |
| This document relates to: | JUDGE JACK ZOUHARY |
| ALL CASES | |

## NOTICE OF DEPOSITION OF DANIEL SCELI

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Direct Action Plaintiffs, the Indirect Purchaser (Class) Plaintiffs, and Direct Purchaser (Class) Plaintiffs ("Plaintiffs") will take the deposition of Daniel Sceli at Dykema Gossett PLLC, located at 400 Renaissance Center, Detroit, Michigan 48243, on December 11, 2013, at 9:00 a.m.  The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.  The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court.  All parties are invited to attend.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at 77–78), Plaintiffs provide a brief description of the deponent, to extent allowed by the protective order in this matter, as follows:  Former President, Sales (North America) and Lear Business Unit of Woodbridge.

Dated: November 1, 2013

                                            */s/ Chahira Solh*

Daniel A. Sasse
Chahira Solh
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949-263-8400
Fax: 949-263-8414
Email: dsasse@crowell.com
       csolh@crowell.com

Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Fax: 202-628-5116
Email: kgardiner@crowell.com
       kkirmayer@crowell.com

*Counsel for Plaintiff General Motors LLC*

Dated: November 1, 2013

                                            */s/ Marvin A. Miller*

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312-332-3400
Fax: 312-676-2676
Email: mmiller@millerlawllc.com

*Interim Lead Counsel for Indirect Purchaser (Class) Plaintiffs*

Dated: November 1, 2013

          /s/ William A. Isaacson

          William A. Isaacson
          BOIES, SCHILLER & FLEXNER LLP
          5301 Wisconsin Avenue, NW
          Suite 800
          Washington, D.C. 20015
          Telephone: 202-237-2727
          Fax: 202-237-6131
          Email: wisaacson@bsfllp.com

          *Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*

Dated: November 1, 2013

          /s/ Stephen R. Neuwirth

          Stephen R. Neuwirth
          QUINN EMANUEL URQUHART
            & SULLIVAN, LLP
          51 Madison Avenue, 22nd Floor
          New York, NY 10010
          Telephone: 212-849-7000
          Fax: 212-849-7100
          Email: stephenneuwirth@quinnemanuel.com

          *Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, in accordance with Paragraph 10 of the Initial Case Management Order, a copy of the forgoing document was served on Lead Counsel for Plaintiffs, counsel for Defendants, and counsel for the witness via electronic mail this 1st day of November, 2013.

Dated:  November 1, 2013

*/s/ Chahira Solh*
Chahira Solh