UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | Index No. 10 MD 2196 (JZ) |

**VITA DEFENDANTS' UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO ANSWER REQUESTS FOR ADMISSION**

Defendants Vitafoam, Inc. and Vitafoam Products Canada Ltd ("Vita Defendants") hereby respectfully move for a one-week extension of time to answer Requests for Admission ("RFAs") propounded upon the Vita Defendants by the Indirect Purchaser Plaintiffs.

Paragraph 7 of the Court's Order dated November 8, 2013 (Doc. No. 783), provides that "[T]he Vita Defendants are to respond or object to [the] RFAs by November 19, 2013." The Vita Defendants require additional time to comply and on that basis request that the Order be modified to extend the date for compliance by one week to November 26, 2013. Undersigned counsel conferred with Mr. Marvin Miller, interim lead counsel for the Indirect Purchaser Plaintiffs, and Mr. Miller indicated that he does not oppose the Vita Defendants' request for this relief.

Dated: New York, NY
        November 18, 2013

Respectfully submitted,

/s/ Wesley M. Mullen
Timothy J. Coleman
Bruce C. McCulloch
Wesley M. Mullen
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
Tel:   (212) 277-4000
Fax:   (212) 277-4001
E-mail: wesley.mullen@freshfields.com