## **CERTIFICATE OF SERVICE**

      I, Wesley M. Mullen, certify that on this day I caused to be served via ECF the following documents in accordance with Paragraph 9 of the Initial Case Management Order entered January 20, 2011:

1. Vita Defendants' Unopposed Motion For Extension of Time to Answer Requests for Admission

2. [Proposed] Order Extending Vita Defendants' Time To Answer Requests for Admission

Dated: New York, NY
November 18, 2013

By: /s/ Wesley M. Mullen
Wesley M. Mullen