## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

_____

In re POLYURETHANE FOAM ANTITRUST
LITIGATION

_____

This document relates to:

ALL ACTIONS

_____

)
)
)
)
)
)
)
)
)
)
)
)

MDL Docket No. 2196
Index No. 10-MD-2196 (JZ)

## PLAINTIFFS' NOTICE OF MOTION FOR ISSUANCE OF LETTERS ROGATORY TO MICHAEL CALDERONI, ANTHONY DACOSTA, DOUG DOLPHIN, AND AL ZINN

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 4 and 26;

the All Writs Act, 28 U.S.C. §§1651, 1781; and Article 5(j), Vienna Convention on Consular

Relations, April 24, 1963, Direct Purchaser (Class) Plaintiffs, Indirect Purchaser (Class)

Plaintiffs, and Direct Action Plaintiffs (collectively, "Plaintiffs") move for an order issuing

Letters Rogatory to Michael Calderoni, Anthony Dacosta, Doug Dolphin, and Al Zinn in

Canada.  Plaintiffs' motion is based upon Plaintiffs' memorandum of law in support of their

motion and the exhibits attached thereto, filed concurrently with this Notice of Motion and

Motion.

DATED: November 18, 2013

Respectfully Submitted,

/s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
Phone:  202-237-5607
Fax:     202-237-6131

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone:  212-849-7165
Fax:     212-849-7100

*Direct Purchaser (Class Action) Plaintiffs' Interim Lead Counsel*

/s/ William J. Blechman
William J. Blechman
Douglas H. Patton
**KENNY NACHWALTER, P.A.**
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131-4327
Phone: 305-373-1000
Fax: 305-372-1861
Email: wblechman@kennynachwalter.com

*Counsel for Direct Purchaser (Non-Class) Plaintiffs*

/s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle St., Suite 2910
Chicago, Illinois 60603
Phone:  312-332-3400
Fax:     312-676-2676

*Indirect Purchaser Plaintiffs' Interim Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2013, in accordance with Paragraphs 5 and 9 of the Initial Case Management Order entered January 20, 2011, the foregoing **NOTICE OF MOTION FOR ISSUANCE OF LETTERS ROGATORY TO MICHAEL CALDERONI, ANTHONY DACOSTA, DOUG DOLPHIN, AND AL ZINN**, and exhibits thereto, were filed electronically using the Court's ECF system, which will send notification of such filing to counsel of record.

*/s/* Adam B. Wolfson
Adam B. Wolfson
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone:  212-849-7165
Fax:     212-849-7100

3