# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | Index No. 10 MD 2196 (JZ) |

### ORDER EXTENDING VITA DEFENDANTS' TIME TO ANSWER REQUESTS FOR ADMISSION

The Court, having reviewed the Unopposed Motion for Extension of Time to Respond to Requests for Admission filed by Defendants Vitafoam, Inc. and Vitafoam Products Canada Ltd ("Vita Defendants"), hereby ORDERS that movants' request is granted.

Paragraph 7 of the Court's Order dated November 8, 2013 (Doc. No. 783) shall be deemed modified only to the extent that the date for compliance by the Vita Defendants is extended by one week from November 19, 2013 to November 26, 2013.

**SO ORDERED**

Dated: November 19, 2013

      **/s/ Jack Zouhary**
Honorable Jack Zouhary
United States District Judge