IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | O R D E R |
| This document relates to: 12-pf-10027-JZ | JUDGE JACK ZOUHARY |

This Court held a telephone conference on November 20, 2013 regarding certain discovery disputes.

Counsel present: Daniel Sasse and Chahira Solh for Direct Action Plaintiff General Motors LLC ("GM") and Daniel Swanson and Dhananjay Manthripragada for the Woodbridge Defendants. Parties provided this Court with a joint submission regarding an electronically stored information ("ESI") dispute in advance of the telephone conference.

This Court made the following rulings:

1. Because the parties indicated events have developed such that GM's Request for International Judicial Assistance (Doc. 716) would not be necessary, this Court denied GM's Request as moot.

2. Balancing the unique nature of GM's claims with the level of Woodbridge's production to date, this Court resolved the ESI dispute in the following manner. First, Woodbridge will share with GM, in an appropriate format and confidentiality designation, the hit report previously generated for GM's revised search term list. Second, the parties will agree on two search terms from the revised search term list. Third, Woodbridge will run those terms and produce the search returns. Fourth, the parties will evenly share the cost of production, excluding attorney review time. If the parties are

unable to reach agreement on the hit report format or the search terms to be run, the parties will contact this Court for resolution of the impasse by **November 26, 2013 at 12:00 p.m.**

This Court stresses GM's unique situation, as represented to this Court by counsel. Moreover, this Court is mindful of Defendants' extensive document and ESI production in this multidistrict litigation. Therefore, further discovery requests, beyond the two search terms described above, will be closely scrutinized.

IT IS SO ORDERED.

                                                                s/ *Jack Zouhary*
                                                                JACK ZOUHARY
                                                                U. S. DISTRICT JUDGE

                                                                November 21, 2013