UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196(JZ) |
| This document relates to:<br>ALL CASES |  |

## THIRD AMENDED SCHEDULING ORDER

Pursuant to this Court's rulings at the November 5, 2013 record in-person status conference in this case, *see* Nov. 8, 2013 Order, ECF No. 783, the Second Amended Scheduling Order, ECF No. 417, is amended as set forth below.  Should any aspect of this Third Amended Scheduling Order vary from provisions contained in this Court's Local Rules, compliance with such Local Rule(s) is excused as ordered by the Court.

1. Motions to compel fact discovery shall be filed by **January 10, 2014.**

2. Fact discovery is to be completed by **February 14, 2014.**

3. Plaintiffs' merits/damages expert reports shall be served by **February 28, 2014.**

4. Plaintiffs' merits/damages expert depositions shall be completed by **March 25, 2014.**

5. Defendants' merits/damages expert reports shall be served by **April 15, 2014.**

6. Defendants' merits/damages expert depositions shall be completed by **May 5, 2014.**

7. Plaintiffs' rebuttal merits/damages expert reports shall be served by **May 27, 2014.**

      8.      Plaintiffs' rebuttal merits/damages expert depositions shall be completed by **June 9, 2014.**

      9.      Motions for summary judgment and *Daubert* motions shall be filed by **June 23, 2014.**

      10.      Oppositions to motions for summary judgment and *Daubert* motions shall be filed by **July 21, 2014.**

      11.      Replies in support of motions for summary judgment and *Daubert* motions shall be filed by **August 4, 2014.**

      12.      Motions *in limine* shall be filed by **August 13, 2014.**

      13.      Oppositions to motions *in limine* shall be filed by **August 27, 2014.**

      14.      Replies in support of motions *in limine* shall be filed by **September 3, 2014.**

      15.      Final Pretrial Conference to be set by the Court.

      16.      Trial ready date shall be **October 1, 2014.**

IT IS SO ORDERED.

                                                       s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U.S. DISTRICT JUDGE

                                                      November 22, 2013