UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____
IN RE: POLYURETHANE FOAM ANTITRUST  )
LITIGATION                          )  MDL No. 2196
_____  )  Index No. 10-MD-2196 (JZ)
                                    )
THIS DOCUMENT RELATES TO:           )
INDIRECT PURCHASER ACTIONS          )
                                    )
_____  )

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)

    Indirect Purchaser Plaintiff, Marjean Coddon, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismisses as to her claims only, without prejudice.

Dated:  November 25, 2013.                By

    /s/ Marvin A. Miller
    Marvin A. Miller
    **MILLER LAW LLC**
    115 South LaSalle St., Suite 2910
    Chicago, Illinois 60603
    Phone: 312-332-3400
    Fax: 312-676-2676
    MMiller@MillerLawLLC.com

    *Interim Lead Counsel for Indirect Purchaser*
    *(Class) Plaintiffs*

## CERTIFICATE OF SERVICE

I, Marvin A. Miller, certify that on November 25, 2013, I caused to be served the foregoing document in accordance with Paragraph 9 of the Initial Case Management Order entered January 20, 2011.

*/s/ Marvin A. Miller*
Marvin A. Miller