UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | : MDL Docket No. 2196 : Index No. 10-MD-2196 (JZ) |
| This document relates to: ALL CASES | : : : : |

## PLAINTIFFS' NOTICE OF DEPOSITION TO LOUIS CARSON

TO:  ALL COUNSEL OF RECORD

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, please take notice that Plaintiffs, by and through their undersigned counsel, will take the oral deposition of Louis Carson at 9:00 a.m. on January 17, 2014, at the offices of Shumaker Loop & Kendrick LLP, 1000 Jackson Street, Toledo, OH 43604.  The deposition shall continue from day to day until complete in accordance with Federal Rules of Civil Procedure and the orders of this Court.  All parties are invited to attend.  The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.

Dated:  November 25, 2013

 /s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
Phone:  202-237-5607
Fax:     202-237-6131

 /s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone:  212-849-7165
Fax:     212-849-7100

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*

/s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603
Phone:  312-332-3400
Fax:     312-676-2676

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*


/s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL  33131
Phone:  305-373-1000
Fax:     305-372-1861

*Liaison Counsel for Direct Action Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that, in accordance with Paragraph 10 of the Initial Case Management Order, a copy of the foregoing document was personally served on Louis Carson and was served on all counsel registered with the Court's CM/ECF system via ECF.

Louis Carson
1152 Bernathy Parkway
Toledo, OH  43615


Dated:  November 25, 2013                /s/ Adam B. Wolfson
                                              Adam B. Wolfson
                                              QUINN EMANUEL
                                              865 S. Figueroa Street, 10th Floor
                                              Los Angeles, CA  90017
                                              Phone:  213-443-3000
                                              Fax:     213-443-3100