IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                                  Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation                  O R D E R

This document relates to:                               JUDGE JACK ZOUHARY

Direct Purchaser Cases
Medi-Pedic Bedding Co., Inc., et al.
v. Hickory Springs Manufacturing Co., et al.
(Nos. 3:12-pf-10012-JZ; 3:12-pf-10022-JZ)


        Pursuant to prior Order (Doc. 775), this Court having not received an entry of appearance for

Plaintiff Medi-Pedic Bedding, dba Englander Southwest, the Joint Motion to Withdraw (Doc. 728)

is granted, and Case Nos. 3:12-pf-10012-JZ; 3:12-pf-10022-JZ are dismissed without prejudice.

        IT IS SO ORDERED.

                                        ____s/ *Jack Zouhary*____
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        December 2, 2013