IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | AMENDED ORDER |
| This document relates to: | JUDGE JACK ZOUHARY |

Direct Purchaser Cases
Medi-Pedic Bedding Co., Inc., et al.
v. Hickory Springs Manufacturing Co., et al.
(Nos. 3:12-pf-10012-JZ; 3:12-pf-10022-JZ)

Pursuant to prior Order (Doc. 775), this Court having not received an entry of appearance for Plaintiff Medi-Pedic Bedding, dba Englander Southwest, the Joint Motion to Withdraw (Doc. 728) is granted, and Plaintiff Medi-Pedic Bedding's claims reflected in Case Nos. 3:12-pf-10012-JZ and 3:12-pf-10022-JZ are dismissed without prejudice.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

December 2, 2013