UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) MDL No. 2196 |
| | ) Index No. 10-MD-2196 (JZ) |
| THIS DOCUMENT RELATES TO: INDIRECT PURCHASER ACTIONS | ) ) ) ) ) |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Indirect Purchaser Plaintiff, Marjean Coddon, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismisses as to her claims only, without prejudice.

Dated:  November 25, 2013.                By

/s/ Marvin A. Miller
Marvin A. Miller
**MILLER LAW LLC**
115 South LaSalle St., Suite 2910
Chicago, Illinois 60603
Phone: 312-332-3400
Fax: 312-676-2676
MMiller@MillerLawLLC.com

*Interim Lead Counsel for Indirect Purchaser (Class) Plaintiffs*

IT IS SO ORDERED
s/Jack Zouhary
12/3/2013