UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br><br>ALL CASES | ) ) ) ) ) ) | |

### DEFENDANTS' AMENDED NOTICE OF DEPOSITION TO CATHERINE WILKINSON

TO:   ALL COUNSEL OF RECORD

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that Defendants, by and through their undersigned counsel, will take the oral deposition of Indirect Purchaser Plaintiff **Catherine Wilkinson** at **9:00 a.m. local time** on **February 4, 2014**, at the offices of **Strange & Carpenter, 12100 Wilshire Boulevard, Suite 1900, Los Angeles, California 90025**. The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court. All parties are invited to attend. The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.

Dated:  December 4, 2013                              Respectfully submitted,

/s/   James H. Walsh                                  /s/   Kendall Millard
James H. Walsh                                        Kendall Millard
Howard Feller                                         BARNES & THORNBURG, LLP
Bethany Lukitsch                                      11 South Meridian Street
MCGUIREWOODS LLP                                      Indianapolis, IN 46204-3535
One James Center                                      Phone: (317) 231-7461
901 East Cary Street                                  Fax:    (317) 231-7433
Richmond, VA 23219-4030                               kmillard@btlaw.com
Phone: (804) 775-4356
Fax:    (804) 698-2200                                /s/   Michael D. Mustard
jwalsh@mcguirewoods.com                               Michael D. Mustard
hfeller@mcguirewoods.com                              BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com                            600 One Summit Square
                                                      Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R. Carpenter,*          Phone:  (260) 423-9440
*L.P., and Carpenter Holdings, Inc.*                  Fax:    (260) 424-8316
                                                      mmustard@btlaw.com

                                                      *Counsel for Flexible Foam Products, Inc.*


/s/   Francis P. Newell                               /s/   Edward G. Warin
Francis P. Newell                                     Edward G. Warin
Peter M. Ryan                                         John P. Passarelli
COZEN O'CONNOR                                        KUTAK ROCK LLP
1900 Market Street                                    1650 Farnam Street
Philadelphia, PA 19103                                Omaha, NE  68102
Phone:  (215) 665-2118                                Phone:  (402) 346-6000
Fax:    (215) 665-2013                                Fax:    (402) 346-1148
fnewell@cozen.com                                     edward.warin@kutakrock.com
pryan@cozen.com                                       john.passarelli@kutakrock.com

*Counsel for Foamex Innovations, Inc.*                *Counsel for Future Foam, Inc.*

/s/   Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC  27703
Phone:  (919) 862-2200
Fax:     (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/   Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-7000
Fax:     (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/   Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone:  (513) 381-2838
Fax:  (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/   Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax:     (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone:  (202) 530-8500
Fax:     (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, a copy of the foregoing Defendants' Amended Notice of Deposition to Catherine Wilkinson was served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17.

/s/  Allison C. Kop
Allison C. Kop
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax:   (415) 393-8306
AKop@gibsondunn.com

101635221.1