UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 <br> Index No. 10-MD-2196 (JZ) |
| This document relates to: <br><br> ALL CASES | |

## ENTRY OF APPEARANCE

Notice is hereby given that Nicola T. Hanna, of Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Irvine, California 92612, enters his appearance on behalf of Woodbridge Foam Corporation, Woodbridge Foam Fabricating, Inc., and Woodbridge Sales & Engineering, Inc. in these actions.

Respectfully submitted,

/s/ Daniel G. Swanson

Daniel G. Swanson
DSwanson@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229.7000

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc. and Woodbridge Foam Fabricating, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 6, 2013, a copy of the foregoing Entry of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                           /s/ Allison C. Kop
                           Allison C. Kop

                           *Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc. and Woodbridge Foam Fabricating, Inc.*