IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) | |
| This document relates to: | ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |
| ALL DIRECT PURCHASER ACTIONS | ) ) | |

**MOHAWK INDUSTRIES, INC.'S MOTION FOR LEAVE TO
AMEND ANSWER TO DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15 and other applicable law, Mohawk Industries, Inc. ("Mohawk") respectfully moves this Court to enter an order granting Mohawk leave to amend its answer to the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint.  Mohawk seeks to amend its Answer by adding the following affirmative defense:

**SIXTEENTH DEFENSE**

> Plaintiffs' claims on behalf of putative class members are barred due to the presence of mandatory, binding arbitration agreements between Mohawk certain putative class members.

As set forth more fully in Mohawk's Memorandum of Law filed concurrently with this Motion, this Motion should be granted because such requests must be "freely give[n] . . . when justice so requires."  Fed. R. Civ. P. 15(a)(2).

- 1 -

Respectfully submitted this 6th day of December, 2013.

        ALSTON & BIRD LLP

        /s/ Randall L. Allen
        Randall L. Allen
        Georgia Bar No. 011436
        Teresa T. Bonder
        Georgia Bar No. 703969
        Kara F. Kennedy
        Georgia Bar No. 926006
        Allison S. Thompson
        Georgia Bar No. 779509
        Matthew L.J.D. Dowell
        Georgia Bar No. 236685
        1201 West Peachtree Street
        Atlanta, GA 30309-3424
        Telephone: (404) 881-7000
        Facsimile: (404) 881-7777
        randall.allen@alston.com

        *Counsel for Defendant Mohawk Industries, Inc.*

**CERTIFICATE SERVICE**

I hereby certify that on this day I filed a copy of the foregoing **MOHAWK INDUSTRIES, INC.'S MOTION FOR LEAVE TO AMEND ANSWER TO DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record in this case.

Dated:  December 6, 2013.

                                                /s/ Matt Dowell
                                                Matt Dowell