UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: | |
| ALL CASES | |

NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 45, the Direct Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser (Class) Plaintiffs ("Plaintiffs") have issued a subpoena for a deposition of **David Charak** at **Midwest Litigation, 711 North 11th Street, St. Louis, MO 63101** on **January 15, 2014** at **9:00 a.m.**  The subpoena is attached as **Exhibit A**.  The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.  The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court.  All parties are invited to attend.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at 77–78), Plaintiffs provide a brief description of the deponent, to extent allowed by the protective order in this matter, as follows: **employee of non-party scrap broker.**

1

Dated:   December 6, 2013

 /s/ William A. Isaacson  
William A. Isaacson  
BOIES, SCHILLER & FLEXNER LLP  
5301 Wisconsin Avenue, NW  
Washington, DC  20015  
Phone:  202-237-5607  
Fax:     202-237-6131  

 /s/ Stephen R. Neuwirth  
Stephen R. Neuwirth  
QUINN EMANUEL URQUHART  
  & SULLIVAN, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY  10010  
Phone:  212-849-7165  
Fax:     212-849-7100  

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*

 /s/ Marvin A. Miller  
Marvin A. Miller  
MILLER LAW LLC  
115 South LaSalle Street, Suite 2910  
Chicago, IL 60603  
Phone:  312-332-3400  
Fax:     312-676-2676  

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*

 /s/ William J. Blechman  
William J. Blechman  
KENNY NACHWALTER, P.A.  
201 South Biscayne Blvd., Suite 1100  
Miami, FL 33131  
Phone:  305-373-1000  
Fax:     305-372-1861  

*Liaison Counsel for Direct Action Plaintiffs*