UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br>*Park Place Corp. v. Carpenter Co., et al.,* No. 3:13-pf-10010-JZ; *Am Bedding Co., et al. v. Carpenter Co., et al.,* No. 3:13-pf-10009-JZ | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ) |

**STIPULATION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, Park Place Corporation; American Bedding Company, Inc.; Diamond Mattress Company; and Rest Master Bedding Company (collectively, the "Plaintiffs") filed Complaints in the District of South Carolina on July 31, 2013, and those two actions were consolidated with the MDL proceedings in *In re Polyurethane Foam Litigation* on September 12, 2013;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and subject to this Court's approval, as follows:

1. Each of the undersigned Defendants will answer or otherwise respond to Plaintiffs' Complaints by January 13, 2014; and

2. This Stipulation shall have no effect whatsoever on relevant dates for discovery or the dates set forth in the Court's scheduling orders.

Dated: December 11, 2013          /s/ Dennis J. Lynch
                                  David C. Eddy
                                  Dennis J. Lynch
                                  NEXSEN PRUET, LLC
                                  1230 Main Street, Suite
                                  700 P.O. Drawer 2426
                                  Columbia, SC 29202
                                  Telephone: (803) 771-8900
                                  Facsimile: (803) 253-8277

                                  *Counsel for• Plaintiffs Park Place Corp.;
                                  American Bedding Co., Inc.; Diamond Mattress
                                  Co.; and Rest Master Bedding Co.*

Dated: December 11, 2013          /s/ Kendall Millard
                                  Kendall Millard
                                  BARNES & THORNBURG, LLP
                                  11 South Meridian Street
                                  Indianapolis, IN 46204-3535
                                  Telephone: (317) 231-7461
                                  Facsimile: (317) 231-7433

                                  *Counsel for Defendant Ohio Decorative Products, Inc.*

Dated: December 11, 2013          /s/ Sheldon H. Klein
                                  Sheldon II. Klein
                                  BUTZEL LONG
                                  Stoneridge West
                                  41000 Woodward Avenue
                                  Bloomfield Hills, MI 48304
                                  Telephone: (248) 258-1414
                                  Facsimile: (248) 258-1439

                                  *Counsel for Defendant Plastomer Corp.*

2

Dated: December 11, 2013  /s/ Howard B. Iwrey
Howard B. Iwrey
DYKEMA GOSSETT PLLC 39577
Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763

*Counsel for Defendants Crest Foam Industries Inc.; Inoac Corp.; and Inoac USA Inc.*

Dated: December 11, 2013  /s/ Richard A. Duncan
Richard A. Duncan
Emily E. Chow
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center 90
South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Robert A. Bunda
BUNDA STUTZ & DEWITT PLL
3295 Levis Commons Boulevard
Perrysburg, OH 43551
Telephone: (419) 241-2777
Facsimile: (419) 241-4697

*Counsel for Defendant Otto Bock Polyurethane Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2013 a copy of the foregoing Stipulation for Extension of Time to Answer or Otherwise Respond was filed electronically. Notice of this filing will be sent via operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: December 11, 2013

/s/ Howard B. Iwrey
Howard B. Iwrey
hiwrey@dykema.com
DYKEMA GOSSETT PLLC 39577
Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763