UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br><br>ALL CASES | |

### DEFENDANTS' AMENDED[1] NOTICE OF DEPOSITION TO JEFFREY J. LEITZINGER, PH.D.

TO: ALL COUNSEL OF RECORD

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, please take notice that Defendants, by and through their undersigned counsel, will take the oral deposition of **Direct Purchaser Plaintiffs' expert witness, Jeffrey J. Leitzinger, Ph.D.,** on **January 9, 2014** at **9:00 a.m. E.S.T.**, at the offices of **Quinn Emanuel Urquhart & Sullivan, LLP, 777 6th Street N.W., Washington, D.C. 20001**. The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court. All parties are invited to attend. The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.

---

[1] The only change reflected by the amendment is a correction to the year in which the deposition will occur.

Dated:  December 20, 2013 	Respectfully submitted,

/s/   James H. Walsh 	/s/   Kendall Millard
James H. Walsh 	Kendall Millard
Howard Feller 	BARNES & THORNBURG, LLP
Bethany Lukitsch 	11 South Meridian Street
MCGUIREWOODS LLP 	Indianapolis, IN 46204-3535
One James Center 	Phone: (317) 231-7461
901 East Cary Street 	Fax:     (317) 231-7433
Richmond, VA 23219-4030 	kmillard@btlaw.com
Phone: (804) 775-4356
Fax:     (804) 698-2200 	/s/   Michael D. Mustard
jwalsh@mcguirewoods.com 	Michael D. Mustard
hfeller@mcguirewoods.com 	BARNES & THORNBURG LLP
blukitsch@mcguirewoods.com 	600 One Summit Square
	Fort Wayne, IN 46802-3119
*Counsel for Carpenter Co., E.R. Carpenter,* 	Phone:  (260) 423-9440
*L.P., and Carpenter Holdings, Inc.* 	Fax:     (260) 424-8316
	mmustard@btlaw.com

	*Counsel for Flexible Foam Products, Inc.*


/s/   Francis P. Newell 	/s/   Edward G. Warin
Francis P. Newell 	Edward G. Warin
Peter M. Ryan 	John P. Passarelli
COZEN O'CONNOR 	KUTAK ROCK LLP
1900 Market Street 	1650 Farnam Street
Philadelphia, PA 19103 	Omaha, NE  68102
Phone:  (215) 665-2118 	Phone:  (402) 346-6000
Fax:     (215) 665-2013 	Fax:     (402) 346-1148
fnewell@cozen.com 	edward.warin@kutakrock.com
pryan@cozen.com 	john.passarelli@kutakrock.com

*Counsel for Foamex Innovations, Inc.* 	*Counsel for Future Foam, Inc.*

2

| | |
|---|---|
| /s/ Frank A. Hirsch, Jr.<br>Frank A. Hirsch, Jr.<br>Matthew P. McGuire<br>ALSTON & BIRD LLP<br>4721 Emperor Blvd.<br>Suite 400<br>Durham, NC 27703<br>Phone: (919) 862-2200<br>Fax: (919) 852-2260<br>frank.hirsch@alston.com<br>matt.mcguire@alston.com<br><br>*Counsel for Hickory Springs Manufacturing Company* | /s/ Daniel R. Warncke<br>Daniel R. Warncke<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957<br>Phone: (513) 381-2838<br>Fax: (513) 381-0205<br>warncke@taftlaw.com<br><br>Joe Rebein<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Phone: (816) 559-2227<br>jrebein@shb.com<br><br>*Counsel for Leggett & Platt, Incorporated* |
| /s/ Randall L. Allen<br>Randall L. Allen<br>Teresa T. Bonder<br>Kara F. Kennedy<br>Allison S. Thompson<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>randall.allen@alston.com<br>teresa.bonder@alston.com<br>allison.thompson@alston.com<br><br>*Counsel for Mohawk Industries, Inc.* | /s/ Daniel G. Swanson<br>Daniel G. Swanson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-6690<br>Fax: (213) 229-6919<br>dswanson@gibsondunn.com<br><br>Cynthia Richman<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Phone: (202) 530-8500<br>Fax: (202) 530-9651<br>crichman@gibsondunn.com<br><br>*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, a copy of the foregoing **Defendant's Corrected Notice of Deposition to Jeffrey J. Leitzinger, Ph.D.** was served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17.

/s/ Matt Dowell
Matt Dowell