**CASE NUMBER:** 10 MD 2196

**TITLED:** In re: Polyurethane Foam Antitrust Litigation

Phone Conference re Motions
Wednesday, December 18, 2013 at 12:30 p.m.

**Direct Purchaser (Class) Plaintiffs**
  Bill Isaacson
  Steve Neuwrith
  Kevin Teruya
  Adam Wolfson

**Sealy Plaintiffs and Liaison Counsel for Direct Action Plaintiffs**
  William Blechman

**Indirect Purchaser (Class) Plaintiffs**
  Rick Kerger
  Marvin Miller

**Carpenter Defendants**
  Jim Walsh

**Flexible Foam**
  Kendall Millard

**Foamex Innovation**
  Peter Ryan

**Future Foam**
  John Passarelli

**Hickory Springs**
  Frank A. Hirsch, Jr.

**Leggett & Platt**
  Dan Warncke

**Mohawk**
  Allison Thompson

**Woodbridge Defendants**
  Matt Liebson

**Vitafoam Defendants**
  Rob Gilmer (in-person)