IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | REVISED ORDER RE: Class Certification Motions Hearing Format |
| This document related to:  ALL CASES | JUDGE JACK ZOUHARY |

As discussed during this Court's December 18, 2013 record Status Phone Conference, this Court's prior Order regarding format for the January 15, 2014 hearing on the pending Motions for Class Certification (Doc. 842) is amended only to the following extent:

Morning Session: Presentation of the Experts

9:00 – 9:45: Presentation of Dr. Jeffrey Leitzinger (sponsors: Direct Purchasers)

9:45 – 10:30: Presentation of Dr. Russell Lamb (sponsors: Indirect Purchasers).  Dr Lamb should primarily discuss his proposed "pass-through" analysis and damages calculation.

10:45 – 12:00: Presentation of Dr. Janusz Ordover (sponsors: Defendants).  Dr. Ordover should discuss his review of *both* of the preceding experts' reports.

12:00 – 12:30: Presentation of Dr. Michelle Burtis (sponsors: Defendants Leggett & Platt Inc. and Mohawk Indus. Inc.)

12:30 – 1:30: Break for Lunch

Afternoon Session: Questions for the Parties and Housekeeping

1:30 – 4:30: Counsel to address Court's Questions and, time permitting, miscellaneous housekeeping.

IT SO ORDERED.

                                                s/ *Jack Zouhary*
                                                JACK ZOUHARY
                                                U.S. DISTRICT JUDGE

                                                December 20, 2013