IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) This document relates to: ) ALL CASES ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |

## ENTRY OF APPEARANCE

Notice is hereby given that Jamie E. France, of Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306, enters her appearance on behalf of Woodbridge Foam Corporation, Woodbridge Foam Fabricating, Inc., and Woodbridge Sales & Engineering, Inc. in these actions.

Respectfully submitted,

/s/ Daniel G. Swanson

Daniel G. Swanson
DSwanson@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229.7000

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc. and Woodbridge Foam Fabricating, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, a copy of the foregoing Entry of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

        /s/ Allison C. Kop
        Allison C. Kop

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc. and Woodbridge Foam Fabricating, Inc.*

11101483.1

2