UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br>*Park Place Corp. v. Carpenter Co., et al.,* No. 3:13-pf-10010-JZ; *Am Bedding Co., et al. v. Carpenter Co., et al.,* No. 3:13-pf-10009-JZ | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ) |

**STIPULATION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, Park Place Corporation; American Bedding Company, Inc.; Diamond Mattress Company; and Rest Master Bedding Company (collectively, the "Plaintiffs") filed Complaints in the District of South Carolina on July 31, 2013, and those two actions were consolidated with the MDL proceedings in *In re Polyurethane Foam Litigation* on September 12, 2013;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and subject to this Court's approval, as follows:

1. Each of the undersigned Defendants will answer or otherwise respond to Plaintiffs' Complaints by January 27, 2014; and

2. This Stipulation shall have no effect whatsoever on relevant dates for discovery or the dates set forth in the Court's scheduling orders.

| | |
|---|---|
| Dated: January 10, 2014 | /s/ Dennis J. Lynch<br>David C. Eddy<br>Dennis J. Lynch<br>NEXSEN PRUET, LLC<br>1230 Main Street, Suite 700 P.O. Drawer 2426<br>Columbia, SC 29202<br>Telephone: (803) 771-8900<br>Facsimile: (803) 253-8277<br><br>*Counsel for• Plaintiffs Park Place Corp.; American Bedding Co., Inc.; Diamond Mattress Co.; and Rest Master Bedding Co.* |
| Dated: January 10, 2014 | /s/ Kendall Millard<br>Kendall Millard<br>BARNES & THORNBURG, LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Telephone: (317) 231-7461<br>Facsimile: (317) 231-7433<br><br>*Counsel for Defendant Ohio Decorative Products, Inc.* |
| Dated: January 10, 2014 | /s/ Sheldon H. Klein<br>Sheldon II. Klein<br>BUTZEL LONG<br>Stoneridge West<br>41000 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 258-1414<br>Facsimile: (248) 258-1439<br><br>*Counsel for Defendant Plastomer Corp.* |

| | |
|---|---|
| Dated: January 10, 2014 | /s/ Howard B. Iwrey<br>Howard B. Iwrey<br>DYKEMA GOSSETT PLLC 39577<br>Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 203-0526<br>Facsimile: (248) 203-0763<br><br>*Counsel for Defendants Crest Foam Industries Inc.; Inoac Corp.; and Inoac USA Inc.* |
| Dated: January 10, 2014 | /s/ Richard A. Duncan<br>Richard A. Duncan<br>Emily E. Chow<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center 90<br>South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br><br>Robert A. Bunda<br>BUNDA STUTZ & DEWITT PLL<br>3295 Levis Commons Boulevard<br>Perrysburg, OH 43551<br>Telephone: (419) 241-2777<br>Facsimile: (419) 241-4697<br><br>*Counsel for Defendant Otto Bock Polyurethane Technologies, Inc.* |

dins us.53028551.01

## CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2014 a copy of the foregoing Stipulation for Extension of Time to Answer or Otherwise Respond was filed electronically. Notice of this filing will be sent via operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: January 13, 2014          /s/ Howard B. Iwrey
        Howard B. Iwrey
        hiwrey@dykema.com
        DYKEMA GOSSETT PLLC 39577
        Woodward Avenue, Suite 300
        Bloomfield Hills, MI 48304
        Telephone: (248) 203-0526
        Facsimile: (248) 203-0763
        BH01\1951771.1
        ID\HBI - 105595\0001