DIAL IN NUMBER:   888-453-4405 / Participant Code 342294

MDL Docket No. 2196
*In re POLYURETHANE FOAM ANTITRUST LITIGATION*

HEARING RE MOTION FOR CLASS CERTIFICATION
Wednesday, January 15, 2013 at 9:30 a.m.

SIGN IN SHEET

**Plaintiffs**

| | Name | Role |
|---|---|---|
| ___ | William Beil | Direct Action Plaintiff CAP Carpet (argue Mohawk's Motion to Compel) |
| ✓ | William Blechman | Liaison Counsel for Direct Action Plaintiffs / Sealy Plaintiffs |
| ___ | Lawrence Deas | Henson Sleep / **PHONE** (address any issues involving the Mississippi DAPs) |
| ✓ | Lori Fanning | Indirect Purchaser Plaintiffs |
| ✓ | Bill Isaacson | Direct Purchaser (Class) Plaintiffs |
| ✓ | Richard Kerger | Indirect Purchaser Plaintiffs |
| ___ | John Malkinson | Direct Purchaser (Class) Plaintiffs / **PHONE** |
| ✓ | Marvin Miller | Indirect Purchaser Plaintiffs |
| ✓ | Steve Neuwirth | Direct Purchaser (Class) Plaintiffs |
| ___ | Michael Peng | Direct Purchaser (Class) Plaintiffs / **PHONE** |
| ___ | Beth Price | Direct Action Plaintiff Factory Direct / **PHONE** |
| ✓ | Daniel Sasse | General Motors |
| ✓ | Chahira Solh | General Motors |
| ___ | Andrew Szot | Indirect Purchaser Plaintiffs |
| ✓ | Kevin Teruya | Direct Purchaser (Class) Plaintiffs |
| ✓ | Matthew VanTine | Indirect Purchaser Plaintiffs |
| ✓ | Melissa Willett | Direct Purchaser (Class) Plaintiffs |
| ✓ | Adam Wolfson | Direct Purchaser (Class) Plaintiffs |

Handwritten additions:
- Michael Briley – Direct Purchaser (Class) Plaintiffs
- David Zott – Direct P. Plaintiff
- David W[...]
- ✓ ANDREW SZOT – INDIRECT PURCHASER PLAINTIFFS

MDL Docket No. 2196
*In re POLYURETHANE FOAM ANTITRUST LITIGATION*

HEARING RE MOTION FOR CLASS CERTIFICATION
Wednesday, January 15, 2013 at 9:30 a.m.

SIGN IN SHEET

**Defendants**

| | | |
|---|---|---|
| ✓ | Randall Allen | Mohawk Industries (argue Mohawk's Motion to Compel / Request for Leave to Amend) |
| ___ | Meghan Blinn | Future Foam / **PHONE** |
| ✓ | Teresa Bonder | Mohawk Industries |
| ✓ | Mark Calloway | Hickory Springs Manufacturing (no appearance / observing) |
| ✓ | Jennifer Coleman | Leggett & Platt |
| ✓ | Timothy Coleman | Vitafoam |
| ✓ | Howard Feller | Carpenter Co. |
| ✓ | Robert Gilmer | Vitafoam |
| ✓ | Frank Hirsch | Hickory Springs Manufacturing |
| ___ | Michael Hoernlein | Hickory Springs Manufacturing / **PHONE** |
| ___ | Kara Kennedy | Mohawk Industries / **PHONE** |
| ✓ | Brad Love | Flexible Foam Products |
| ✓ | Bethany Lukitsch | Carpenter Co. |
| ✓ | Lezlie Madden | Foamex Innovations |
| ✓ | John Mayo | Hickory Springs Manufacturing (no appearance / observing) |
| ✓ | Matthew McGuire | Hickory Springs Manufacturing |
| ✓ | Kendall Millard | Flexible Foam Products |

SIGN IN SHEET

## Defendants (continued)

| | | |
|---|---|---|
| ✓ | Wesley Mullen | Vitafoam |
| ✓ | Francis Newell | Foamex Innovations |
| ✓ | John Passarelli | Future Foam |
| ✓ | Joseph Rebein | Leggett & Platt |
| ___ | Matthew Reynolds | Carpenter Co. / **PHONE** |
| ✓ | Cynthia Richman | Woodbridge Sales & Engineering |
| ✓ | Daniel Swanson | Woodbridge Sales & Engineering |
| ___ | Allison Thompson | Mohawk Industries / **PHONE** |
| ✓ | James Walsh | Carpenter Co. |
| ✓ | Edward Warin | Future Foam |
| ✓ | Daniel Warncke | Leggett & Platt |