UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This document relates to: )<br>)<br>)<br>ALL CASES )<br>) | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## WITHDRAWAL OF NOTICE OF DEPOSITION OF STEVE GARRISON

PLEASE TAKE NOTICE that the Notice of Deposition of **Steve Garrison** filed herein on January 14, 2014 by the Direct Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser (Class) Plaintiffs [Doc. No. 927], scheduled to occur on February 6, 2014 at the offices of McGuireWoods, LLP, One James Center, 901 E. Cary Street, Richmond, Virginia is **withdrawn**, and the deposition of Steve Garrison on that date has been **cancelled**. The deposition of Steve Garrison will therefore not occur on that date as previously noticed.

Dated: January 23, 2014.

Respectfully submitted,

/s/ Kurt. Rupert
Drew Neville, OBA No. 6641
Kurt Rupert, OBA No. 11982
David A. Elder, OBA No. 20687
Elizabeth A. Price, OBA No. 22278
HARTZOG CONGER CASON & NEVILLE
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7000
Facsimile: (405) 996-3403
dneville@hartzoglaw.com
krupert@hartzoglaw.com
delder@hartzoglaw.com
eprice@hartzoglaw.com

**ATTORNEYS FOR PLAINTIFF FACTORY DIRECT, INC.**

William A. Isaacson
BOIES SCHILLER & FLEXNER
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

**CO-LEAD COUNSEL FOR DIRECT PURCHASER CLASS**

Stephen R. Neuwirth
QUINN EMANUEL URQUHART OLIVER & HEDGES
51 Madison Avenue
22nd Floor
New York, N.Y. 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
stephenneuwirth@quinnemanuel.com

**CO-LEAD COUNSEL FOR DIRECT PURCHASER CLASS**

– and –

Marvin A. Miller
MILLER LAW
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676
mmiller@millerlaw.com

**COUNSEL FOR INDIRECT PURCHASER CLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was served electronically on counsel pursuant to Paragraph 10 of the Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17.

/s/ Kurt Rupert
Kurt Rupert

3