IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 2196 |
| | ) | Index No. 10-MD-2196 (JZ) |
| This document relates to: ALL CASES | ) ) ) ) | |

**NOTICE OF APPEARANCE**
**ON BEHALF OF MOHAWK INDUSTRIES, INC.**

Please take note that Valarie C. Williams of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, shall appear as counsel of record on behalf of Defendant Mohawk Industries, Inc. in the above-captioned action.

> Valarie C. Williams
> Georgia Bar No. 764440
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, GA 30309
> Phone: (404) 881-7000
> Fax:    (404) 881-7777
> Email: valarie.williams@alston.com

Randall L. Allen, Teresa T. Bonder, Allison Thompson, Kara F. Kennedy, and Matthew Dowell will continue to appear as counsel of record on behalf of Mohawk Industries, Inc.

Dated:  January 26, 2014

[signature on following page]

ALSTON & BIRD LLP

<u>/s/ Matt Dowell</u>
Randall L. Allen
Teresa T. Bonder
Kara F. Kennedy
Allison S. Thompson
Matthew L.J.D. Dowell
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
Email: matt.dowell@alston.com

*Counsel for Defendant Mohawk Industries, Inc.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I electronically filed the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record in this case.

Dated:  January 26, 2014

                                                  /s/ Matt Dowell