UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br>*Park Place Corp. v. Carpenter Co., et al.,* No. 3:13-pf-10010-JZ; *Am Bedding Co., et al. v. Carpenter Co., et al.,* No. 3:13-pf-10009-JZ | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ) |

**STIPULATION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, Park Place Corporation; American Bedding Company, Inc.; Diamond Mattress Company; and Rest Master Bedding Company (collectively, the "Plaintiffs") filed Complaints in the District of South Carolina on July 31, 2013, and those two actions were consolidated with the MDL proceedings in *In re Polyurethane Foam Litigation* on September 12, 2013;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and subject to this Court's approval, as follows:

1. Each of the undersigned Defendants will answer or otherwise respond to Plaintiffs' Complaints by March 14, 2014; and

2. This Stipulation shall have no effect whatsoever on relevant dates for discovery or the dates set forth in the Court's scheduling orders.

| | |
|---|---|
| Dated: February 14, 2014 | /s/ Dennis J. Lynch |
| | David C. Eddy |
| | Dennis J. Lynch |
| | NEXSEN PRUET, LLC |
| | 1230 Main Street, Suite 700 P.O. Drawer 2426 |
| | Columbia, SC 29202 |
| | Telephone: (803) 771-8900 |
| | Facsimile: (803) 253-8277 |

*Counsel for• Plaintiffs Park Place Corp.; American Bedding Co., Inc.; Diamond Mattress Co.; and Rest Master Bedding Co.*

| | |
|---|---|
| Dated: February 14, 2014 | /s/ Kendall Millard |
| | Kendall Millard |
| | BARNES & THORNBURG, LLP |
| | 11 South Meridian Street |
| | Indianapolis, IN 46204-3535 |
| | Telephone: (317) 231-7461 |
| | Facsimile: (317) 231-7433 |

*Counsel for Defendant Ohio Decorative Products, Inc.*

| | |
|---|---|
| Dated: February 14, 2014 | /s/ Sheldon H. Klein |
| | Sheldon II. Klein |
| | BUTZEL LONG |
| | Stoneridge West |
| | 41000 Woodward Avenue |
| | Bloomfield Hills, MI 48304 |
| | Telephone: (248) 258-1414 |
| | Facsimile: (248) 258-1439 |

*Counsel for Defendant Plastomer Corp.*

Dated: February 14, 2014     /s/ Howard B. Iwrey
　　　　　　　　　　　　　　Howard B. Iwrey
　　　　　　　　　　　　　　DYKEMA GOSSETT PLLC 39577
　　　　　　　　　　　　　　Woodward Avenue, Suite 300
　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　Telephone: (248) 203-0526
　　　　　　　　　　　　　　Facsimile: (248) 203-0763

　　　　　　　　　　　　　　*Counsel for Defendants Crest Foam Industries Inc.; Inoac Corp.; and Inoac USA Inc.*

Dated: February 14, 2014     /s/ Richard A. Duncan
　　　　　　　　　　　　　　Richard A. Duncan
　　　　　　　　　　　　　　Emily E. Chow
　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　2200 Wells Fargo Center 90
　　　　　　　　　　　　　　South Seventh Street
　　　　　　　　　　　　　　Minneapolis, MN 55402-3901
　　　　　　　　　　　　　　Telephone: (612) 766-7000
　　　　　　　　　　　　　　Facsimile: (612) 766-1600

　　　　　　　　　　　　　　Robert A. Bunda
　　　　　　　　　　　　　　BUNDA STUTZ & DEWITT PLL
　　　　　　　　　　　　　　3295 Levis Commons Boulevard
　　　　　　　　　　　　　　Perrysburg, OH 43551
　　　　　　　　　　　　　　Telephone: (419) 241-2777
　　　　　　　　　　　　　　Facsimile: (419) 241-4697

　　　　　　　　　　　　　　*Counsel for Defendant Otto Bock Polyurethane Technologies, Inc.*

dins us.53028551.01

## CERTIFICATE OF SERVICE

 I hereby certify that on February 14, 2014 a copy of the foregoing Stipulation for Extension of Time to Answer or Otherwise Respond was filed electronically.  Notice of this filing will be sent via operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: February 14, 2014     /s/ Howard B. Iwrey
               Howard B. Iwrey
                hiwrey@dykema.com
               DYKEMA GOSSETT PLLC 39577
               Woodward Avenue, Suite 300
               Bloomfield Hills, MI 48304
               Telephone: (248) 203-0526
               Facsimile: (248) 203-0763
                BH01\1951771.3
               ID\HBI - 105595\0001