UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br>*Park Place Corp. v. Carpenter Co., et al.,* No. 3:13-pf-10010-JZ; *Am Bedding Co., et al. v. Carpenter Co., et al.,* No. 3:13-pf-10009-JZ | MDL Docket No. 2196<br><br>Index No. 10 MD 2196 (JZ) |

**STIPULATION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, Park Place Corporation; American Bedding Company, Inc.; Diamond Mattress Company; and Rest Master Bedding Company (collectively, the "Plaintiffs") filed Complaints in the District of South Carolina on July 31, 2013, and those two actions were consolidated with the MDL proceedings in *In re Polyurethane Foam Litigation* on September 12, 2013;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and subject to this Court's approval, as follows:

1. Each of the undersigned Defendants will answer or otherwise respond to Plaintiffs' Complaints by March 14, 2014; and

2. This Stipulation shall have no effect whatsoever on relevant dates for discovery or the dates set forth in the Court's scheduling orders.

Dated: February 14, 2014  /s/ Dennis J. Lynch
David C. Eddy
Dennis J. Lynch
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 P.O. Drawer 2426
Columbia, SC 29202
Telephone: (803) 771-8900
Facsimile: (803) 253-8277

*Counsel for• Plaintiffs Park Place Corp.; American Bedding Co., Inc.; Diamond Mattress Co.; and Rest Master Bedding Co.*

Dated: February 14, 2014  /s/ Kendall Millard
Kendall Millard
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 231-7461
Facsimile: (317) 231-7433

*Counsel for Defendant Ohio Decorative Products, Inc.*

Dated: February 14, 2014  /s/ Sheldon H. Klein
Sheldon II. Klein
BUTZEL LONG
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 258-1414
Facsimile: (248) 258-1439

*Counsel for Defendant Plastomer Corp.*

| | |
|---|---|
| Dated: February 14, 2014 | /s/ Howard B. Iwrey<br>Howard B. Iwrey<br>DYKEMA GOSSETT PLLC 39577<br>Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 203-0526<br>Facsimile: (248) 203-0763<br><br>*Counsel for Defendants Crest Foam Industries Inc.; Inoac Corp.; and Inoac USA Inc.* |
| Dated: February 14, 2014 | /s/ Richard A. Duncan<br>Richard A. Duncan<br>Emily E. Chow<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center 90<br>South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br><br>Robert A. Bunda<br>BUNDA STUTZ & DEWITT PLL<br>3295 Levis Commons Boulevard<br>Perrysburg, OH 43551<br>Telephone: (419) 241-2777<br>Facsimile: (419) 241-4697<br><br>*Counsel for Defendant Otto Bock Polyurethane Technologies, Inc.* |

**IT IS SO ORDERED**
**s/Jack Zouhary**
**2/14/2014**

dins us.53028551.01

3