UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |
| This document relates to: ALL CASES | ) ) ) ) ) ) | |

**AMENDED NOTICE OF DEPOSITION OF FRANCESCO LIBURDI**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Defendants will take the deposition of Francesco Liburdi of Plaintiff General Motors LLC at Dykema Gossett PLLC, located at 400 Renaissance Center, Detroit, Michigan 48243, on February 25, 2014, at 9:00 a.m. The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths. The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court. All parties are invited to attend.

Pursuant to the Court's order at the October 24, 2012 hearing (ECF No. 436 at 77–78), Defendants provide a brief description of the deponent, to the extent allowed by the protective order in this matter, as follows: Senior Supplier Development Engineer—Seat Operations at General Motors LLC.

| | |
|---|---|
| Dated: February 14, 2014 | Respectfully submitted, |
| /s/ James H. Walsh<br>James H. Walsh<br>Howard Feller<br>Bethany Lukitsch<br>MCGUIREWOODS LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4030<br>Phone: (804) 775-4356<br>Fax:    (804) 698-2200<br>jwalsh@mcguirewoods.com<br>hfeller@mcguirewoods.com<br>blukitsch@mcguirewoods.com<br><br>*Counsel for Carpenter Co., E.R. Carpenter, L.P., and Carpenter Holdings, Inc.* | /s/ Kendall Millard<br>Kendall Millard<br>BARNES & THORNBURG, LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Phone: (317) 231-7461<br>Fax:    (317) 231-7433<br>kmillard@btlaw.com<br><br>/s/ Michael D. Mustard<br>Michael D. Mustard<br>BARNES & THORNBURG LLP<br>600 One Summit Square<br>Fort Wayne, IN 46802-3119<br>Phone: (260) 423-9440<br>Fax:    (260) 424-8316<br>mmustard@btlaw.com<br><br>*Counsel for Flexible Foam Products, Inc.* |
| /s/ Francis P. Newell<br>Francis P. Newell<br>Peter M. Ryan<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 665-2118<br>Fax:    (215) 665-2013<br>fnewell@cozen.com<br>pryan@cozen.com<br><br>*Counsel for Foamex Innovations, Inc.* | /s/ Edward G. Warin<br>Edward G. Warin<br>John P. Passarelli<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, NE  68102<br>Phone: (402) 346-6000<br>Fax:    (402) 346-1148<br>edward.warin@kutakrock.com<br>john.passarelli@kutakrock.com<br><br>*Counsel for Future Foam, Inc.* |

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd. Suite 400
Durham, NC 27703
Phone: (919) 862-2200
Fax: (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

## CERTIFICATE OF SERVICE

I, Jamie France, hereby certify that on February 14, 2014, a copy of the foregoing Defendants' Notice of Deposition was served electronically on counsel for Plaintiff General Motors LLC, as well as lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17.

/s/ Jamie E. France
Jamie E. France
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
jfrance@gibsondunn.com