IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | FOURTH AMENDED <u>SCHEDULING ORDER</u> |
| This document related to: ALL CASES | JUDGE JACK ZOUHARY |

Counsel recently submitted proposed changes to the Third Amended Scheduling Order (Doc. 814). This Court adopts most of those dates, and sets forth below the remaining calendar for 2014.

\* \* \*

| | |
|---|---|
| Fact Discovery Cutoff (parties may extend by mutual agreement if no impact on later dates) | February 28 |
| Plaintiffs' merits / damages expert reports | March 17 |
| Plaintiffs' merits / damages expert depositions | April 14 |
| Defendants' merits / damages expert reports | May 5 |
| Defendants' merits / damages expert depositions | May 30 |
| Joint Statement selecting October case(s) for trial | June 13 |
| Plaintiffs' rebuttal merits / damages expert reports | June 23 |
| Plaintiffs' rebuttal merits / damages expert depositions | July 7 |
| Motions for Summary Judgment (MSJs) and *Daubert* | July 18 |
| Oppositions to MSJs and *Daubert* | August 14 |
| Motions in Limine | August 25 |
| Replies re: MSJs and *Daubert* | August 27 |

| | |
|---|---|
| Oppositions to Motions in Limine | September 10 |
| Replies re: Motions in Limine | September 16 |
| Final Pretrial Conference (in-person) | October 1 @ 10 AM |
| Trial | October 15 @ 9 AM |

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

February 24, 2014