IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196 |
|---|---|
| This document relates to: ALL CASES | Index No. 10-MD-2196(JZ) Hon. Jack Zouhary |

NOTICE OF SERVICE OF NON-PARTY CORPORATE WITNESS
WILLIAM T. BURNETT CO.'S OBJECTIONS AND AMENDED OBJECTIONS
TO DEPOSITION SUBPOENA AND TO THE AREAS OF EXAMINATION
AND REQUESTS FOR PRODUCTION IN SCHEDULE A TO THAT SUBPOENA

William T. Burnett Co., a non-party corporate witness, hereby notifies the Court and counsel of record that it yesterday served by e-mail on Lead Counsel for Plaintiffs and Defendants and on other interested counsel its Objections and Amended Objections to the Rule 30(b)(6) deposition and production subpoena dated February 14, 2014 that was served on it on February 19, 2014 with a compliance date of February 28, 2014.

Respectfully submitted, this the 27th day of February, 2014.

        Respectfully Submitted,

        */s/ James K. Archibald*
        James K. Archibald, Esq.
        Chief Litigation Counsel
        Wm. T. Burnett & Co.
        1500 Bush Street
        Baltimore, Maryland  21230
        410-783-0144 (Telephone)
        410-539-6399 (Facsimile)
        jima@wmtburnett.com
        *Attorney for the Wm. T. Burnett & Co.*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing NOTICE OF SERVICE was filed using the Court's CM/ECF system, which will notify counsel of record.

*/s/ James K. Archibald*
*Attorney for the Wm. T. Burnett & Co.*