UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re POLYURETHANE FOAM ANTITRUST LITIGATION | ) <br> ) MDL Docket No. 2196 <br> ) Index No. 10-MD-2196 (JZ) <br> ) |
| This document relates to: <br><br> ALL CASES EXCEPT GENERAL MOTORS LLC v. CARPENTER CO., et al. <br> Case No. 3:12-pf-10027 | |

### DEFENDANT LEGGETT & PLATT, INCORPORATED'S
### MOTION TO WITHDRAW PETER J. O'SHEA AS ATTORNEY OF RECORD

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Leggett & Platt, Incorporated ("Leggett & Platt") hereby moves the Court to withdraw the appearance of Peter J. O'Shea of the firm Taft Stettinius & Hollister LLP as its attorney in the above-captioned matter.  Daniel R. Warncke and Chad R. Ziepfel of the firm Taft Stettinius & Hollister, and Joseph M. Rebein, Laurie A. Novion, and Jeanne M. Janchar of the firm Shook, Hardy & Bacon LLP, will remain as attorneys for Defendant Leggett & Platt in this matter.

WHEREFORE, Leggett & Platt respectfully requests that the Court enter an Order granting its Motion to Withdraw Peter J. O'Shea as its attorney in the above-captioned matter.

Dated: February 27, 2014

                                              Respectfully submitted,

                                              /s/ Daniel R. Warncke
                                              Daniel R. Warncke
                                              Chad R. Ziepfel
                                              Taft Stettinius & Hollister LLP
                                              425 Walnut Street, Suite 1800
                                              Cincinnati, OH  45202-3957
                                              Tel.:  513.381.2838
                                              Fax:  513.381.0205
                                              warncke@taftlaw.com
                                              cziepfel@taftlaw.com

2

        Joseph M. Rebein
        Laurie A. Novion
        Jeanne M. Janchar
        Shook, Hardy & Bacon LLP
        2555 Grand Blvd.
        Kansas City, MO 64108
        Tel: 816.474.6550
        Fax: 816.421.5547
        jrebein@shb.com
        lnovion@shb.com
        jjanchar@shb.com

*Attorneys for Defendant Leggett & Platt, Incorporated*

14108006.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2014 a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all parties' attorneys of record.

                                                /s/  Daniel R. Warncke_____