Granted.

*/s/ Jack Zouhary*
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re POLYURETHANE FOAM ANTITRUST LITIGATION | ) MDL Docket No. 2196 <br> ) Index No. 10-MD-2196 (JZ) |

This document relates to:

ALL CASES EXCEPT GENERAL MOTORS LLC v. CARPENTER CO., et al.
Case No. 3:12-pf-10027

## DEFENDANT LEGGETT & PLATT, INCORPORATED'S
## MOTION TO WITHDRAW PETER J. O'SHEA AS ATTORNEY OF RECORD

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Leggett & Platt, Incorporated ("Leggett & Platt") hereby moves the Court to withdraw the appearance of Peter J. O'Shea of the firm Taft Stettinius & Hollister LLP as its attorney in the above-captioned matter. Daniel R. Warncke and Chad R. Ziepfel of the firm Taft Stettinius & Hollister, and Joseph M. Rebein, Laurie A. Novion, and Jeanne M. Janchar of the firm Shook, Hardy & Bacon LLP, will remain as attorneys for Defendant Leggett & Platt in this matter.

WHEREFORE, Leggett & Platt respectfully requests that the Court enter an Order granting its Motion to Withdraw Peter J. O'Shea as its attorney in the above-captioned matter.

Dated:           February 27, 2014

Respectfully submitted,

/s/ Daniel R. Warncke
Daniel R. Warncke
Chad R. Ziepfel
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Tel.:  513.381.2838
Fax:  513.381.0205
warncke@taftlaw.com
cziepfel@taftlaw.com

Joseph M. Rebein
Laurie A. Novion
Jeanne M. Janchar
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816.474.6550
Fax: 816.421.5547
jrebein@shb.com
lnovion@shb.com
jjanchar@shb.com

*Attorneys for Defendant Leggett & Platt, Incorporated*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2014 a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all parties' attorneys of record.

                                       /s/ Daniel R. Warncke_____