UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document applies to:<br><br>ALL ACTIONS | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I caused the foregoing Direct Purchaser Class Plaintiffs' Motion to Order Discovery Against Defendant Carpenter Co. After the Discovery Deadline, and Memorandum in Support thereof, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of Ohio, Western Division, on all parties registered for CM/ECF in the above captioned matter.

                                                      */s/ Michael M. Briley*
                                                      Michael M. Briley
                                                      SHUMAKER, LOOP, & KENDRICK, LLP
                                                        1000 Jackson Street
                                                        Toledo, Ohio 43604
                                                        Phone: 419-241-9000