UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re POLYURETHANE FOAM ANTITRUST LITIGATION | ) MDL Docket No. 2196<br>) Index No. 10-MD-2196 (JZ)<br>) |
| This document relates to:<br><br>ALL CASES EXCEPT GENERAL MOTORS LLC v. CARPENTER CO., et al.<br>Case No. 3:12-pf-10027 | |

**NOTICE OF APPEARANCE ON BEHALF OF
LEGGETT & PLATT, INCORPORATED**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Victoria L. Nilles of Taft Stettinius & Hollister LLP, 40 North Main Street, Suite 1700, Dayton, Ohio, admitted in accordance with Rule 2.1(c) of the Rules of the United States Judicial Panel on Multidistrict Litigation, hereby enters her appearance, in all actions with the exception of General Motors LLC v. Carpenter Co., et al., Case No. 3:12-pf-10027, on behalf of Leggett & Platt, Incorporated.

    Respectfully submitted,

    /s/ Daniel R. Warncke
    Daniel R. Warncke
    Chad R. Ziepfel
    Taft Stettinius & Hollister LLP
    425 Walnut Street, Suite 1800
    Cincinnati, OH  45202-3957
    Tel.:  513.381.2838
    Fax:  513.381.0205
    warncke@taftlaw.com
    cziepfel@taftlaw.com

    Victoria L. Nilles
    Taft Stettinius & Hollister LLP
    40 North Main Street, Suite 1700
    Dayton, OH 45423-1029
    Tel:  (937) 228-2838
    Fax:  (937) 228-2816
    vnilles@taftlaw.com

Joseph M. Rebein
Laurie A. Novion
Jeanne M. Janchar
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816.474.6550
Fax: 816.421.5547
jrebein@shb.com
lnovion@shb.com
jjanchar@shb.com

*Attorneys for Defendant Leggett & Platt, Incorporated*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 3, 2014, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all parties' attorneys of record.

                                                      /s/ Daniel R. Warncke_____