**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

|   |   |   |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION  This document relates to:  ALL CASES | ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2196  Index No. 10-MD-2196 (JZ) |

### NOTICE OF SERVICE OF DEFENDANT HICKORY SPRINGS MANUFACTURING COMPANY'S OBJECTIONS TO SECOND AMENDED NOTICE OF RULE 30(b)(6) VIDEOTAPE DEPOSITION

Defendant Hickory Springs Manufacturing Company ("Hickory Springs"), by counsel, hereby notifies the Court and counsel of record that it has on today's date served by email on Counsel for Lead Plaintiffs its Objections to the Second Amended Notice of Rule 30(b)(6) Videotape Deposition.

Respectfully submitted, this the 11th day of March, 2014.

ALSTON & BIRD LLP

By: /s/ Matthew P. McGuire
Frank A. Hirsch, Jr.
N.C. State Bar No. 13904
Matthew P. McGuire
N.C. State Bar No. 20048
Heather Adams
N.C. State Bar No. 25239
4721 Emperor Blvd., Ste. 400
Durham, NC 27703
Phone: (919) 862-2200
Fax:    (919) 862-2260
Email: frank.hirsch@alston.com
           matt.mcguire@alston.com
           heather.adams@alston.com

*Counsel for Defendant Hickory Springs Manufacturing Company*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing NOTICE OF SERVICE was filed using the Court's CM/ECF system, which will notify counsel of record.

/s/ Matthew P. McGuire
*Counsel for Defendant Hickory Springs*
*Manufacturing Company*