UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196(JZ) |
| This document relates to:<br>ALL CASES | |

**STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANT CARPENTER CO.'S RESPONSE TO PLAINTIFFS'
MOTION TO ORDER DISCOVERY AFTER THE DISCOVERY DEADLINE**

**WHEREAS**, on February 28, 2014, counsel for Direct Purchaser (Class) Plaintiffs, Indirect Purchaser (Class) Plaintiffs, and Direct Action Plaintiffs (collectively, "Plaintiffs") filed a motion to order discovery against Defendant Carpenter Co. ("Carpenter"), *see* ECF Nos. 1048–49 (collectively, the "motion");

**WHEREAS**, Carpenter has requested and Plaintiffs agreed to extend the deadline for the time to oppose the motion;

It is hereby STIPULATED AND AGREED, by and among Plaintiffs and Carpenter, and for good cause shown, that the deadline for Carpenter to file a response to the motion shall be extended to **March 24, 2014**.

IT IS SO ORDERED.

JACK ZOUHARY
UNITED STATES DISTRICT JUDGE

_____, 2014

Dated: March 11, 2014                                  Respectfully submitted,

/s/   Stephen R. Neuwirth                              /s/   William A. Isaacson
Stephen R. Neuwirth                                    William A. Isaacson
QUINN EMANUEL URQUHART                                 BOIES, SCHILLER & FLEXNER LLP
& SULLIVAN, LLP                                        5301 Wisconsin Avenue, NW
51 Madison Avenue, 22nd Floor                          Washington, DC 20015
New York, NY 10010                                     Phone: 202-237-2727
Phone: 212-849-7000                                    Fax: 202-237-6131
Fax: 212-849-7100

*Direct Purchaser (Class) Plaintiffs' Interim Co-Lead Counsel*

/s/ Marvin A. Miller                                   /s/ William J. Blechman
Marvin A. Miller                                       William J. Blechman
MILLER LAW LLC                                         KENNY NACHWALTER, P.A.
115 South LaSalle Street                               201 South Biscayne Blvd.
Suite 2910                                             Suite 1100
Chicago, IL 60603                                      Miami, FL 33131
Phone: 312-332-3400                                    Phone: 305-373-1000
Fax: 312-676-2676                                      Fax: 305-372-1861

*Indirect Purchaser (Class) Plaintiffs' Counsel*      *Liaison Counsel for Direct Action Plaintiffs*

/s/   James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax:    (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Bethany G. Lukitsch
Bethany G. Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4711
Fax: (804) 698-2261
blukitsch@mcguirewoods.com
