# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) | MDL Docket No. 2196<br><br>Index No. 1:10-md-02196-JZ |
| This document relates to: | ) ) ) | Hon. Jack Zouhary |
| ALL CASES | ) ) |  |

## NOTICE OF APPEARANCE

Please take notice that Matthew D. Montaigne and Richard A. McAvoy, of Alston & Bird LLP, are hereby entered as counsel for Defendant Hickory Springs Manufacturing Company.

Respectfully submitted, this the 13th day of March, 2014.

                      ALSTON & BIRD LLP

By:   /s/ Matthew P. McGuire
       Frank A. Hirsch, Jr. (NC Bar No. 13904)
       Matthew P. McGuire (NC Bar No. 20048)
       Heather Adams (NC Bar No. 25239)
       Matthew D. Montaigne (NC Bar No. 46548)
       Richard A. McAvoy (NC Bar No. 43043)
       4721 Emperor Blvd., Ste. 400
       Durham, NC 27703
       Phone: (919) 862-2200
       Fax:   (919) 862-2260
       Email: frank.hirsch@alston.com
              matt.mcguire@alston.com
              heather.adams@alston.com
              matt.montaigne@alston.com
              rich.mcavoy@alston.com

-2-

Paul Michael Kaplan (NY Bar No. 2408540)
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
Email: paul.kaplan@alston.com

Michael R. Hoernlein (NC Bar No. 40419)
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Phone: (704) 444-1000
Fax: (704) 444-1111
Email: michael.hoernlein@alston.com

*Counsel for Defendant Hickory Springs Manufacturing Company*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Notice of Appearance** was filed on March 13, 2014 using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

/s/ Matthew P. McGuire