UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196(JZ) |
| This document relates to:<br>ALL CASES | |

**STIPULATION AND ORDER REGARDING
DEFENDANT CARPENTER CO.'S RESPONSE TO PLAINTIFFS'
MOTION TO ORDER DISCOVERY AFTER THE DISCOVERY DEADLINE**

**WHEREAS**, on February 28, 2014, counsel for Direct Purchaser (Class) Plaintiffs, Indirect Purchaser (Class) Plaintiffs, and Direct Action Plaintiffs (collectively, "Plaintiffs") filed a motion to order discovery against Defendant Carpenter Co. ("Carpenter"), *see* ECF Nos. 1048–49 (collectively, the "motion");

**WHEREAS**, Carpenter has requested and Plaintiffs agreed to extend the deadline for the time to oppose the motion;

It is hereby STIPULATED AND AGREED, by and among Plaintiffs and Carpenter, and for good cause shown, that the deadline for Carpenter to file a response to the motion shall be extended to **March 24, 2014**.

IT IS SO ORDERED.

                                                s/Jack Zouhary
                                          JACK ZOUHARY
                                   UNITED STATES DISTRICT JUDGE

                                          March 14, 2014

Dated: March 11, 2014					Respectfully submitted,

/s/   Stephen R. Neuwirth				/s/   William A. Isaacson
Stephen R. Neuwirth					William A. Isaacson
QUINN EMANUEL URQUHART				BOIES, SCHILLER & FLEXNER LLP
& SULLIVAN, LLP					5301 Wisconsin Avenue, NW
51 Madison Avenue, 22nd Floor				Washington, DC 20015
New York, NY 10010					Phone: 202-237-2727
Phone: 212-849-7000					Fax: 202-237-6131
Fax: 212-849-7100

*Direct Purchaser (Class) Plaintiffs' Interim Co-Lead Counsel*

/s/ Marvin A. Miller					/s/ William J. Blechman
Marvin A. Miller					William J. Blechman
MILLER LAW LLC					KENNY NACHWALTER, P.A.
115 South LaSalle Street				201 South Biscayne Blvd.
Suite 2910						Suite 1100
Chicago, IL 60603					Miami, FL 33131
Phone: 312-332-3400					Phone: 305-373-1000
Fax: 312-676-2676					Fax: 305-372-1861

*Indirect Purchaser (Class) Plaintiffs' Counsel*     *Liaison Counsel for Direct Action Plaintiffs*

/s/   James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone:  (804) 775-4356
Fax:     (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

*Counsel for Carpenter Co.*