United States District Court
Northern District of Ohio

## Non-Appeal Transcript Order

To Be Completed by Ordering Party

| Court Reporter | Judy Gage | Judicial Officer | Judge Jack Zouhary |
|---|---|---|---|
| Requested by: | Robert J. Gilmer, Jr. | Phone | 419-247-1766 |
| Case Name | In Re: Polyurethane Foam Antitrust Litigation | | |
| Case Number | 1:10-MD-02196 | Date(s) of Proceedings | 3/14/14 |
| Today's Date | 3/19/14 | Requested Completion Date | 3/28/14 |

**Financial Arrangements must Be Made with the Court Reporter Before Transcript Is Prepared. If the Method of Payment Is Authorized under CJA, Attach CJA Form 24 and Check Here**

| Email Address | rjgilmer@eastmansmith.com | /s/Robert J. Gilmer, Jr. |
|---|---|---|
| | | Signature of Ordering Party |

**Maximum Rate Per Page**

| Transcript Type | Original | First Copy to each party | Each add'l Copy |
|---|---|---|---|
| **Ordinary:** A transcript to be delivered within thirty (30) days after receipt of order. | $3.65 | $0.90 | $0.60 |
| **14-Day Transcript:** A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | $0.90 | $0.60 |
| **Expedited:** A transcript to be delivered within seven (7) days after receipt of order. | $4.85 | $0.90 | $0.60 |
| **Daily:** A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | $6.05 | $1.20 | $0.90 |
| **Hourly:** A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $7.25 | $1.20 | $0.90 |
| **Realtime Unedited Transcript**: a draft transcript produced by a Certified Realtime Reporter (CRR) as a byproduct of realtime to be delivered electronically during the proceedings or immediately following adjournment. | One feed, $3.05 per page; two to four feeds, $2.10 per page; five or more feeds, $1.50 per page. | | |

Local Civil Rule 80.1 of the Northern District of Ohio requires transcript requests to be addressed to the court reporter who took the proceeding and filed with the Clerk of Court. Please electronically file the form and the appropriate court reporter and court staff will receive notification of the filing.