IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:      Case No. 1:10 MD 2196

Polyurethane Foam Antitrust Litigation      O R D E R

This document related to: ALL CASES      JUDGE JACK ZOUHARY

    This Court is prepared to allow all counsel of record to have access to sealed electronic filings. This means counsel, **and counsel only**, would have immediate access to motions, attachments and orders that currently are not accessible to them. Unless I hear an objection by **noon on Monday, April 7**, this Court orders the Clerk's Office to give counsel of record electronic access to all sealed documents in this case. This Order will include both sealed filings prior to the date of this Order and all future sealed filings.

    Once access has been granted, counsel must first log in to CM/ECF with ID and password and then, if prompted, enter their PACER information.

    IT IS SO ORDERED.

                                                            s/ *Jack Zouhary*
                                                            JACK ZOUHARY
                                                            U. S. DISTRICT JUDGE

                                                            April 3, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:10 MD 2196 |
| Polyurethane Foam Antitrust Litigation | O R D E R |
| This document related to:  ALL CASES | JUDGE JACK ZOUHARY |

This Court is prepared to allow all counsel of record to have access to sealed electronic filings. This means counsel, **and counsel only**, would have immediate access to motions, attachments and orders that currently are not accessible to them. Unless I hear an objection by **noon on Monday, April 7**, this Court orders the Clerk's Office to give counsel of record electronic access to all sealed documents in this case. This Order will include both sealed filings prior to the date of this Order and all future sealed filings.

Once access has been granted, counsel must first log in to CM/ECF with ID and password and then, if prompted, enter their PACER information.

IT IS SO ORDERED.

　　　s/ *Jack Zouhary*　　　
JACK ZOUHARY
U. S. DISTRICT JUDGE

April 3, 2013