UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br>ALL CASES | |

## NOTICE OF DEPOSITION OF GARTH L. WILKES, Ph. D.

**TO:  ALL COUNSEL OF RECORD**

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, please take notice that Defendants, by and through their undersigned counsel, will take the oral deposition of **Garth L. Wilkes, Ph. D.** The deposition will commence **at 9:00 a.m. local time on April 8, 2014**, at the offices of **Woods Rogers PLC, 10 South Jefferson Street, Suite 1400, Roanoke, VA 24011**. The deposition shall continue from day to day until completed in accordance with the Federal Rules of Civil Procedure and the orders of this Court. All parties are invited to attend. The deposition will be conducted under oath and will be recorded by stenographic means and by videotape.

Dated: April 3, 2014                             Respectfully submitted,

/s/   James H. Walsh                             /s/   Kendall Millard
James H. Walsh                                   Kendall Millard
Howard Feller                                    Bradley R. Love
Bethany Lukitsch                                 BARNES & THORNBURG, LLP
MCGUIREWOODS LLP                                 11 South Meridian Street
One James Center                                 Indianapolis, IN 46204-3535
901 East Cary Street                             Phone: (317) 236-1313
Richmond, VA 23219-4030                          Fax:    (317) 231-7433
Phone: (804) 775-4356                            kmillard@btlaw.com
Fax:    (804) 698-2200                           blove@btlaw.com
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com                         /s/   Michael D. Mustard
blukitsch@mcguirewoods.com                       Michael D. Mustard
                                                 BARNES & THORNBURG LLP
*Counsel for Carpenter Co., E.R. Carpenter,*     600 One Summit Square
*L.P., and Carpenter Holdings, Inc.*             Fort Wayne, IN 46802-3119
                                                 Phone: (260) 423-9440
                                                 Fax:    (260) 424-8316
                                                 mmustard@btlaw.com

                                                 *Counsel for Flexible Foam Products, Inc.*

/s/   Francis P. Newell                          /s/   Edward G. Warin
Francis P. Newell                                Edward G. Warin
Peter M. Ryan                                    John P. Passarelli
Lezlie Madden                                    KUTAK ROCK LLP
COZEN O'CONNOR                                   1650 Farnam Street
1900 Market Street                               Omaha, NE 68102
Philadelphia, PA 19103                           Phone: (402) 346-6000
Phone: (215) 665-2118                            Fax:    (402) 346-1148
Fax:    (215) 665-2013                           edward.warin@kutakrock.com
fnewell@cozen.com                                john.passarelli@kutakrock.com
pryan@cozen.com
lmadden@cozen.com                                *Counsel for Future Foam, Inc.*

*Counsel for Foamex Innovations, Inc.*

2

/s/ Frank A. Hirsch, Jr.
Frank A. Hirsch, Jr.
Matthew P. McGuire
ALSTON & BIRD LLP
4721 Emperor Blvd.
Suite 400
Durham, NC 27703
Phone: (919) 862-2200
Fax: (919) 852-2260
frank.hirsch@alston.com
matt.mcguire@alston.com

*Counsel for Hickory Springs Manufacturing Company*

/s/ Daniel R. Warncke
Daniel R. Warncke
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

Joe Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227
jrebein@shb.com

*Counsel for Leggett & Platt, Incorporated*

/s/ Randall L. Allen
Randall L. Allen
Teresa T. Bonder
Allison S. Thompson
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
randall.allen@alston.com
teresa.bonder@alston.com
allison.thompson@alston.com

*Counsel for Mohawk Industries, Inc.*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-6690
Fax: (213) 229-6919
dswanson@gibsondunn.com

Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 530-8500
Fax: (202) 530-9651
crichman@gibsondunn.com

*Counsel for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc., and Woodbridge Foam Fabricating, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2014, a copy of the foregoing Deposition Notice was served electronically on lead counsel for Plaintiffs pursuant to Paragraph 10 of this Court's January 20, 2011 Initial Case Management Conference Order, ECF No. 17, as well as counsel for plaintiffs in Case Nos. 1:11-pf-10007 and 1:12-pf-10009.

/s/   Bradley R. Love
Bradley R. Love
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: (317) 236-1313
Fax: (317) 231-7433
blove@btlaw.com

INDS01 1425972v1