# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | )  MDL Docket No. 2196 )  Index No. 10-MD-2196 (JZ) ) |
| This document relates to: ALL CASES | ) ) ) ) ) |

## NOTICE

Pursuant to the Court's Order Re: Proposed Redactions to Memorandum Opinion Filed Under Seal (Doc. # 1103), Defendant Leggett & Platt, Incorporated has submitted its proposed redactions to chambers as requested.

Respectfully submitted,

Dated:  April 16, 2014

 /s/  Jeanne M. Janchar
Joe Rebein
Laurie A. Novion
Jeanne M. Janchar
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO  64108
Tel.:  816.474.6550
Fax:  816.421.5547
jrebein@shb.com
lnovion@shb.com
jjanchar@shb.com

6269227 v1

Daniel R. Warncke
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Tel.:  513.381.2838
Fax:  513.381.0205
warncke@taftlaw.com

*Attorneys for Defendant Leggett & Platt,*
*Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2014, a copy of the foregoing was filed with the Clerk

of the Court using the CM/ECF system, which will automatically send email notification of such

filing to all parties' attorneys of record.


/s/  Jeanne M. Janchar

2

6269227 v1