# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|   |   |   |
|---|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) ) | MDL Docket No. 2196 Index No. 10-MD-2196 (JZ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) ) | |

## NOTICE

Pursuant to the Court's Order Re: Proposed Redactions to Memorandum Opinion Filed Under Seal (Doc. No. 1103), Defendant Foamex Innovations, Inc. has submitted its proposed redactions to chambers as requested.

Respectfully submitted,

*/s/ Peter M. Ryan*
Francis P. Newell
Peter M. Ryan
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215.665.2000
215.701.2157
fnewell@cozen.com
pryan@cozen.com

*Attorneys for Foamex Innovations, Inc.*

Date: April 16, 2014

LEGAL\18750303\1

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's ECF system.

>*/s/ Peter M. Ryan*
>Peter M. Ryan
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103
>215.665.2130
>215.701.2157
>pryan@cozen.com

LEGAL\18750303\1