# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) MDL Docket No. 2196 ) ) Index No. 10-MD-2196 (JZ) ) ) JUDGE JACK ZOUHARY ) ) ) ) |
| This document relates to: ALL CASES | |

## NOTICE

Pursuant to the Court's Order Re: Proposed Redactions to Memorandum Opinion Filed Under Seal (ECF No. 1103), the Woodbridge Defendants have submitted their proposed redactions to chambers as requested.

Dated:	April 16, 2014

    /s/ Daniel G. Swanson
Daniel G. Swanson
Dhananjay S. Manthripragada
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000
dswanson@gibsondunn.com
dmanthripragada@gibsondunn.com

Nicola T. Hanna
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-4270
nhanna@gibsondunn.com

Cynthia E. Richman
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
(202) 955-8500
crichman@gibsondunn.com

*Attorneys for Woodbridge Foam Corporation, Woodbridge Sales & Engineering, Inc. and Woodbridge Foam Fabricating, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2014, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Court's electronic filing receipt.

        /s/ Jamie France
        Jamie France
        Gibson, Dunn & Crutcher LLP
        1050 Connecticut Ave., NW
        Washington, DC 20036
        (202) 955-8500
        jfrance@gibsondunn.com