# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |

## AMENDED NOTICE OF DEPOSITION

PLEASTE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the Direct Purchaser (Class) Plaintiffs, the Direct Action Plaintiffs, and the Indirect Purchaser (Class) Plaintiffs (collectively, "Plaintiffs") will take the deposition of **Bruce Schneider** of Future Foam, Inc. at **Kutak Rock LLP, 1650 Farnam Street, The Omaha Building, Omaha, NE 68102-2186** on **May 22, 2014** at 9:00 a.m. C.S.T. Mr. Schneider has agreed to testify in his individual capacity as **Chief Executive Officer** of Future Foam, Inc. and, with respect to certain topics, as a corporate representative of Future Foam, Inc., pursuant to Fed. R. Civ. P. 30(b)(6). The testimony will be recorded by stenographic and videotaped means by a person authorized to administer oaths.

PLEASE FURTHER TAKE NOTICE that pursuant to Fed. R. Civ. P. Rules 30 and 34, Plaintiffs demand that Mr. Schneider produce for copying and inspection the documents specified below.

## DEFINITIONS

1. "All" should be construed to include the collective as well as the singular, and means "each," "any," and "every."

2. The term "Defendant" or "Defendants" refers to any person or entity named

as a defendant in the above-entitled action at the time responses to these document requests are served.

3. The term "Producer" shall mean any person or entity that manufactures Polyurethane Foam for sale to Customers.

4. The term "Relevant Period" means the period from January 1, 1994 though the present.

5. The terms "You" or "Your" means deponent Bruce Schneider, individually and in his capacity as an employee of Defendant Future Foam, Inc.

## INSTRUCTIONS

In addition to the requirements set forth in the Federal Rules of Civil Procedure, which Plaintiffs incorporate herein, Plaintiffs incorporate by reference the Instructions from their Joint First Set of Requests for Production to Defendants ("Instructions"), and the Order Regarding Discovery Protocols entered by the Court on September 15, 2011. To the extent that there are any inconsistencies between the Instructions and the Discovery Protocol, they shall be resolved in favor of the Discovery Protocol.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**Request No. 1**

All YOUR expense and travel records and reports during the RELEVANT PERIOD.

**Request No. 2**

All YOUR cellular, personal telephone, business telephone and other telephone bills during the RELEVANT PERIOD in YOUR possession, custody or control.

**Request No. 3.**

All YOUR e-mails, text messages, voice messages and/or transcripts of conversations by, between or among YOU and any DEFENDANT or PRODUCER

1

during the RELEVANT PRIOD.

Dated: April 22, 2014

  /s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
Phone:  202-237-5607
Fax:      202-237-6131

  /s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone:  212-849-7165
Fax:      212-849-7100

*Interim Co-Lead Counsel for Direct Purchaser (Class) Plaintiffs*


  /s/ Marvin A. Miller
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone:  312-332-3400
Fax:      312-676-2676

*Interim Lead Counsel for Indirect Purchaser Class Plaintiffs*

  /s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
Phone:  305-373-1000
Fax:      305-372-1861

*Liaison Counsel for Direct Action Plaintiffs*