# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | ) ) ) ) ) MDL Docket No. 2196 ) Index No. 10-MD-2196 (JZ) |
| This document relates to: ALL CASES | ) ) ) ) ) |

## MOTION TO WITHDRAW APPEARANCE

Rachel K. Steinhofer respectfully requests leave to withdraw her appearance on behalf of Defendant Flexible Foam Products, Inc. ("Flexible Foam"). Flexible Foam will continue to be represented by Kendall Millard, Bradley Love, Larry A. Mackey and Michael D. Mustard of Barnes & Thornburg LLP, who have previously entered their appearances. Accordingly, Flexible Foam's rights will not be prejudiced by this withdrawal of appearance.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion for Leave to Withdraw Appearance in the above-captioned matter.

Dated: April 29, 2014

Respectfully submitted,

*/s/ Rachel K. Steinhofer*
Rachel K. Steinhofer
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802
Telephone: (260) 423-9440
Facsimile: (260) 424-8316
Email: rachel.steinhofer@btlaw.com

*Attorneys for Defendants Flexible Foam Products, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing document was filed electronically this 29th day of April, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rachel K. Steinhofer*