# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| _____ ) | |
| In re POLYURETHANE FOAM ANTITRUST ) | |
| LITIGATION ) | |
| _____ ) | MDL Docket No. 2196 |
| ) | Index No. 10-MD-2196 (JZ) |
| This document relates to: ) | |
| ) | |
| ALL CASES ) | |
| _____ ) | |

## MOTION TO WITHDRAW APPEARANCE

Rachel K. Steinhofer respectfully requests leave to withdraw her appearance on behalf of Defendant Flexible Foam Products, Inc. ("Flexible Foam").  Flexible Foam will continue to be represented by Kendall Millard, Bradley Love, Larry A. Mackey and Michael D. Mustard of Barnes & Thornburg LLP, who have previously entered their appearances.  Accordingly, Flexible Foam's rights will not be prejudiced by this withdrawal of appearance.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion for Leave to Withdraw Appearance in the above-captioned matter.

Dated:  April 29, 2014                Respectfully submitted,

_/s/ Rachel K. Steinhofer_____
Rachel K. Steinhofer
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802
Telephone: (260) 423-9440
Facsimile:  (260) 424-8316
Email:  rachel.steinhofer@btlaw.com

**IT IS SO ORDERED**
**s/Jack Zouhary**
**4/29/2014**

*Attorneys for Defendants Flexible Foam Products, Inc.*