UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br>ALL CASES | |

**DEFENDANT FLEXIBLE FOAM PRODUCTS'**
**NOTICE OF CHANGE OF ENTITY NAME**

     Please take notice that, pursuant to statutory provisions of the Ohio General Corporation Law, Defendant Flexible Foam Products, Inc. has been converted into Flexible Foam Products, LLC. The entity formerly known has Flexible Foam Products, Inc. has ceased to exist and is continued in the new entity Flexible Foam Products, LLC.

Dated: April 30, 2014

Respectfully submitted,

/s/ Bradley R. Love
BARNES & THORNBURG LLP
Bradley R. Love
bradley.love@btlaw.com
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:(317) 236-1313
Facsimile: (317) 231-7433

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 30, 2014, a copy of foregoing NOTICE OF CHANGE OF ENTITY NAME was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Pursuant to Paragraph 9 of this Court's January 20, 2011, Initial Case Management Conference Order, ECF No. 17, no other service will be made. Parties may access this filing through the Court's system.

                                                /s/ Bradley R. Love
                                                BARNES & THORNBURG LLP
                                                Bradley R. Love
                                                bradley.love@btlaw.com
                                                11 South Meridian Street
                                                Indianapolis, Indiana 46204
                                                Telephone:(317) 236-1313
                                                Facsimile: (317) 231-7433

INDS01 1454927v1