UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____

|  |  |  |
|---|---|---|
| | ) | |
| In re POLYURETHANE FOAM ANTITRUST | ) | MDL Docket No. 2196 |
| LITIGATION | ) | Index No. 10-MD-2196 (JZ) |
| | ) | |
| | ) | |
| This document relates to: | ) | |
| | ) | |
| ALL CASES | ) | |
| | ) | |

_____

**DEFENDANT FLEXIBLE FOAM PRODUCTS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b),

Flexible Foam Products, LLC, an Ohio limited liability company, states as follows:

The sole member of Flexible Foam Products, LLC is Ohio Decorative Products, LLC, an

Ohio limited liability company.

Flexible Foam Products, LLC is not a parent, subsidiary or other affiliate of a publicly

owned corporation.

There is no publicly owned corporation, not a party to the case, that has a financial

interest in the outcome of the case.

Dated:  April 30, 2014                                  Respectfully submitted,

                                                                   /s/  Bradley R. Love
                                                                   BARNES & THORNBURG LLP
                                                                   Bradley R. Love
                                                                   bradley.love@btlaw.com
                                                                   11 South Meridian Street
                                                                   Indianapolis, Indiana 46204
                                                                   Telephone:(317) 236-1313
                                                                   Facsimile: (317) 231-7433

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 30, 2014, a copy of foregoing CORPORATE

DISCLOSURE STATEMENT was filed electronically.  Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties indicated on the electronic filing

receipt.  Pursuant to Paragraph 9 of this Court's January 20, 2011, Initial Case Management

Conference Order, ECF No. 17, no other service will be made.  Parties may access this filing

through the Court's system.

/s/  Bradley R. Love
BARNES & THORNBURG LLP
Bradley R. Love
bradley.love@btlaw.com
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:(317) 236-1313
Facsimile: (317) 231-7433

INDS01 1454930v1