UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to:<br><br>ALL CASES | |

## NOTICE OF CHANGE OF ENTITY NAME

Please take notice that Defendant Flexible Foam Products LLC has changed its name to FFP Holdings LLC. The entity formerly known has Flexible Foam Products LLC is continued as FFP Holdings LLC.

Dated: May 1, 2014

Respectfully submitted,

/s/ Bradley R. Love
BARNES & THORNBURG LLP
Bradley R. Love
bradley.love@btlaw.com
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:(317) 236-1313
Facsimile: (317) 231-7433

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2014, a copy of foregoing NOTICE OF CHANGE OF ENTITY NAME was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Pursuant to Paragraph 9 of this Court's January 20, 2011, Initial Case Management Conference Order, ECF No. 17, no other service will be made.  Parties may access this filing through the Court's system.

      /s/  Bradley R. Love
BARNES & THORNBURG LLP
Bradley R. Love
bradley.love@btlaw.com
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:(317) 236-1313
Facsimile: (317) 231-7433

INDS01 1454927v2