IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Polyurethane Foam Antitrust Litigation | Case No. 1:10 MD 2196 |
| | O R D E R |
| This document relates to: ALL CASES | JUDGE JACK ZOUHARY |

Any party wishing to respond to Defendants' Motion for a Stay Pending Appeal (Doc. 1145) shall file by **May 9, 2014**. No replies or hearing unless requested.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

May 2, 2014