IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Polyurethane Foam Antitrust Litigation | Case No. 1:10 MD 2196 |
| This document relates to: ALL CASES | ORDER RE: SETTLEMENTS AND CLASS NOTICE |
| | JUDGE JACK ZOUHARY |

The Direct Purchaser Class's Motion for Preliminary Approval of Settlement with Defendant Leggett & Platt, Inc. and for Approval of Notice Plan of Class Certification and Settlement (Doc. 1379) is granted for the reasons stated at the November 5, 2014 record phone conference.

This Court will hold a final approval hearing on **Tuesday, February 3, 2015 at 10:00 a.m.**, and adopts the Direct Purchaser Class's other proposed dates for their completion of notice publication (Doc. 1379 at 19).  The Direct Purchaser Class and Defendants will promptly meet and confer regarding comments Defendants may have to the short and long form notices, which this Court otherwise approves.

This Court previously granted the Indirect Purchaser Class's renewed Motion for Approval of their Form of Class Notice and Notice Plan, and to Set a Final Approval Hearing on the Settlement with Domfoam and Valle (Docs. 1184 & 1384), subject to this Court's edits to the proposed long and short form notices.  The Indirect Purchaser Class and Defendants will promptly meet and confer regarding comments Defendants may have to those notices.  After conferring with the notice administrator, Indirect Purchaser Class Counsel will contact Chambers to request a final approval hearing date.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

November 6, 2014