IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION** | **MDL Docket No. 2196** |
| **The Document Relates to: All Direct Purchaser Class Cases** | **Index No. 10-MD-2196(JZ)** |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO NOTICE SCHEDULE FOR DIRECT PURCHASER CLASS SETTLEMENTS**

WHEREAS, Direct Purchaser Class Plaintiffs ("DPPs") and Defendant Leggett & Platt, Incorporated ("L&P") entered into a settlement that the Court preliminarily approved on November 6, 2014 (Dkt. 1391);

WHEREAS, as part of the Order preliminarily approving the L&P settlement, the Court scheduled a February 3, 2015 fairness hearing and approved a proposed notice schedule to facilitate that fairness hearing;

WHEREAS, DPPs expect to file preliminary approval papers shortly for a settlement with Defendants Carpenter Co., E. R. Carpenter, L.P., and Carpenter Holdings, Inc. (collectively, "Carpenter"); and

WHEREAS, in order to facilitate the Court's consideration of those preliminary approval papers, as well as DPPs, Carpenter, and L&P's mutual desire to combine notices of the settlements into one for efficiency purposes, the parties have met and conferred regarding a notice schedule that permits DPPs to move for preliminary approval of the Carpenter settlement while keeping the February 3, 2015 fairness hearing on calendar;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for DPPs, L&P, and Carpenter (collectively, the "Settling Parties") as follows:

1. The Settling Parties propose the following amended notice schedule for the February 3, 2015 fairness hearing:

| | **Date** | **Action** |
|---|---|---|
| 1. | No later than November 24, 2014 | Mailing and publication of Class Notice |
| 2. | December 23, 2014 | Motion for fees and reimbursement of litigation expenses |
| 3. | December 23, 2014 | Motion for final settlement approval |
| 4. | January 26, 2015 | Deadline to comment on or object to settlement or fee and expense application |
| 5. | February 3, 2015 at 10:00 a.m. | Final Settlement Approval Hearing/Fairness Hearing |

DATED: November 7, 2014

/s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Phone: 202-237-5607
Fax: 202-237-6131
wisaacson@bsfllp.com

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: 212-849-7165
Fax: 212-849-7100
stephenneuwirth@quinnemanuel.com

***Direct Purchaser Class Co-Lead Counsel***

/s/ James H. Walsh
James H. Walsh
Howard Feller
Bethany Lukitsch
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-4356
Fax: (804) 698-2200
jwalsh@mcguirewoods.com
hfeller@mcguirewoods.com
blukitsch@mcguirewoods.com

***Counsel for Defendants***
***Carpenter Co., E. R. Carpenter, L.P.,***
***and Carpenter Holdings, Inc.***

/s/ Joseph M. Rebein
Joseph M. Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2227
Fax: (816) 421-5547
jrebein@shb.com

***Counsel for Defendant***
***Leggett & Platt, Incorporated***

SO ORDERED:

______________________________
Hon. Jack Zouhary, U.S.D.J.