**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **In re POLYURETHANE FOAM ANTITRUST LITIGATION** | **MDL Docket No. 2196**<br><br>**Index No. 10-MD-2196 (JZ)** |

# DECLARATION OF LAEL DOWD CONCERNING CLASS MEMBER NOTIFICATION PROGRAM

I, LAEL DOWD, declare as follows:

## INTRODUCTION

1. I am a Director of The Garden City Group, Inc. ("GCG"), and of GCG Communications. This Declaration is based upon my personal knowledge, as well as on information provided to me by the Direct Purchaser Plaintiffs' counsel, my associates and my staff, and includes information reasonably relied upon in the fields of advertising, media and communications.

2. GCG was engaged by the Parties to develop and implement a proposed legal notice program (the "Notice Program") to provide notice of class certification, notice of the settlement with Defendant Leggett & Platt, Incorporated (the "Leggett & Platt Settlement"), and notice of the settlement with Defendants Carpenter Co., E. R. Carpenter, L.P., and Carpenter Holdings, Inc. (the "Carpenter Settlement," collectively with the Leggett & Platt Settlement, "the Settlements") to Direct Purchaser Class Members.

3. GCG was established in January 1984 to administer settlements of class actions, mass tort litigations, SEC and FTC disgorgement actions, bankruptcies, and other major litigations. GCG is a recognized leader in legal class action administration and the development of notice programs. In its history of over 30 years, our team has served as administrator for over 3,000 cases. GCG has mailed over 290 million notices, disseminated over 800 million emails, handled over 29 million phone calls, processed over 50 million claims, and distributed over $37 billion in benefits. GCG's legal notices have appeared in more than 40 languages in approximately 170 countries.

4. As more fully described below, the notice plan provided notice of class certification and notice of the Settlements to members of the class. The Direct Purchaser Class definition is the same for the notice of class certification and in the Settlements, and is defined to include:

> "All persons or entities that purchased flexible polyurethane foam (but excluding molded foam) directly from Defendants and/or their co-conspirators from January 1, 1999 to July 31, 2010 for purchase from or delivery into the United States. Excluded from the Class are governmental entities, Defendants, their co-conspirators, and their officers, employees, agents, representatives, parents, subsidiaries and affiliates."

5. The purpose of this Declaration is to report that GCG has properly implemented all components of the Notice Program per the Settlement Agreements of both Leggett & Platt, Incorporated and Carpenter Co., E.R. Carpenter, L.P. and Carpenter Holdings, Inc.

## NOTICE PROGRAM

6. As fully detailed in the *Declaration of Lael Dowd, Concerning Proposed Class Member Notification Program* the Notice Program in this case was designed to reach potential Class Members through direct mail notice, various trade publications, online advertising, a

national press release, the creation of a settlement website (where Class Members obtained information about the Settlements as well as important Court documents, including the notice), and the creation of a toll-free telephone line (where Class Members obtained basic information about the Settlements and class certification, could request that a notice be mailed to them, or seek other assistance). Specifically, the Notice Program included the following components:

- Direct Mail to over 48,624 customers as provided by certain Defendants and Co-Conspirators;
- Publication of a short-form notice ("Summary Notice") in trade publications specifically targeting the relevant industries;
- Online banner advertising on highly trafficked websites;
- A neutral press release in both English and Spanish over PR Newswire within the United States as well as over targeted manufacturing microlists;
- An informational website (www.flexiblepolyurethanefoamsettlement.com), on which the notice, the Settlement Agreements, and other important Court documents are posted; and
- A toll-free information line, 1-888-331-9196, where Class Members could call 24/7 for more information, and request a copy of the Court-approved long-form notice (the "Notice"), among other things.

## DIRECT MAIL NOTICE

7. In compliance with the Court's November 3, 2014 Settlement Agreement Between Direct Purchaser Class Plaintiffs and Defendant Leggett & Platt, Incorporated and November 10, 2014 Settlement Agreement Between Direct Purchaser Class and Defendants Carpenter Co., E.R. Carpenter, L.P. and Carpenter Holdings, Inc., and in conjunction with other Orders of the Court regarding notice to the Class, GCG was responsible for disseminating the Notice to potential Class Members in this Litigation. Prior to issuing notice of the Vitafoam Settlement in 2013, GCG received an electronic file with 41,023 Class Members records from Econ One Research. On September 17, 2014, GCG was provided with

a supplemental data list consisting of 16,718 additional Class Members records. As some of the supplemental records did not contain street addresses, GCG populated records to include street address information, where applicable, and updated accordingly. We are relying on information from Econ One Research and Plaintiff's Counsel that the files represent over 90 percent of the class. In addition to the data received from Econ One Research, GCG's database also includes valid self-identified Class Members from the Vitafoam Settlement.

8. On November 7, 2014, GCG conducted a National Change of Address ("NCOA")[1] search to ascertain and update each potential Class Member's address. The NCOA resulted in 2,466 address updates. Thereafter, GCG consolidated exact duplicates. After consolidation and data updates, GCG identified 48,624 records for mailing (the "Notice List").

9. The Notice List identified likely claimants within the Certification Class, Leggett & Platt Class, and/or Carpenter Settlement Class by a master identification number ("Master ID"). Some Class Members were included in the data multiple times due to numerous addresses or variations on the Class Member name. The 48,624 mailing records represented 40,807 Master IDs.

10. GCG formatted the Notice and the Leggett & Platt Direct Purchaser Settlement and the Carpenter Defendants Direct Purchaser Settlement Claim Form ("Claim Form") (collectively, the "Notice Packet"), and caused it to be printed, personalized with the name and address of each Class Member and the amount of eligible purchases as specified in Defendants' records, posted for first-class mail, postage prepaid, and delivered on November

[1] The NCOA database is the official United States Postal Service technology product, which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mailstream. This product is an effective tool to update address changes when a person has completed a change of address form with the Post Office. The address information is maintained on the database for 48 months.

24, 2014 (the "Notice Date") to a United States Post Office for mailing to the potential Class Members on the Notice List. On the Notice Date, 48,624 copies of the Notice Packet were mailed. A copy of the Notice Packet is attached hereto as Exhibit A.

## UNDELIVERABLES

11. As of the date of this Declaration, GCG has received 164 Notice Packets returned by the U.S. Postal Service with forwarding address information. Notice Packets returned by the U.S. Postal Service with forwarding address information were promptly remailed to the updated addresses provided. As of the date of this Declaration, GCG has received 13,611 Notice Packets returned by the U.S. Postal Service without forwarding address information. These Notice Packets represent 10,127 undeliverable Master IDs.

## IMPLEMENTATION OF PROGRAM

12. By obtaining the customer data provided by Defendants and known Co-Conspirators for a comprehensive direct mail Notice Program, GCG directly noticed those Class Members. We are relying on information provided by Plaintiffs' counsel and referenced above to determine the estimation of the size of the Class. Using this information and the results of the direct mail efforts, we calculated that 67.7% of the Class was reached by direct mail. With the addition of the reach level achieved by the banner advertisements, the estimated reach of the Notice Program increases to 75% of the target of "Business Decision Makers."

## PUBLICATION IN TRADE MAGAZINES

13. The Summary Notice was published in key industry trade publications as detailed below.

| Trade Publications[2] | Issue Date |
|---|---|
| *BedTimes* | January 2015 |
| *Automotive News* | December 8, 2014 |
| *Ward's AutoWorld* | December 2014 |
| *Floor Covering News* | December 8/15, 2014 |
| *Floor Covering Weekly* | December 8, 2014 |
| *Packaging Digest* | November/December 2014 |
| *Furniture/Today* | December 8, 2014 |
| *Pharmaceutical & Medical Packaging News* | November/December 2014 |
| *Manufacturing Engineering* | January 2015 |

14. Attached as Exhibit B are true and correct copies of the Summary Notices published in the trade publications.

## BANNER ADVERTISING

15. GCG also scheduled Internet banner advertising from November 24, 2014 – December 27, 2014, as described below.

| Internet | URL | Impressions |
|---|---|---|
| Online Business Journals | www.bizjournals.com; www.CityBizNetwork.com | 1,584,221 |
| XAXIS Network (including National and local news websites) | Various | 76,300,318 |
| XAXIS Business to Business Industrial Manufacturing Network Buy | Various | 607,220 |

[2] The Dowd Declaration indicated the Summary Notice would also run in *CEP Magazine*, but the timing constraints of the publication's printing schedule prohibited publication within a timely manner. The exclusion of this publication did not affect the measurable reach of the Notice Program.

| | | |
|---|---|---|
| Fox News | www.foxnews.com | 4,000,693 |
| ***Total Impressions:*** | | **82,492,452** |

16. Attached as Exhibit C are screen shots of the banner advertisements as they appeared on the various websites.

## PRESS RELEASE

17. A neutral press release was distributed in English over PR Newswire's US1 newsline on November 24, 2014. In addition, the press release was also distributed over the Manufacturing, Manufacturing Technology, and Machinery and Equipment newslines to over 1,000 targeted contacts. Finally, a Spanish language press release was issued over PR Newswire's Hispanic newsline on November 24, 2014. Attached as Exhibit D are copies of the press release, in English and Spanish.

## OFFICIAL SETTLEMENT WEBSITE

18. Importantly, the Notice Program includes an official website, www.flexiblepolyurethanefoamsettlement.com. On this website, Class Members could obtain further information about the class action, their rights, dates and deadlines, and related information. The website address was prominently displayed in the Summary Notice and also in the Notice Packet mailed to Class Members. Users of the website can download a copy of the Notice, Claim Form, and Settlement Agreements, among other relevant documents. The website was updated on November 24, 2014 and is accessible 24 hours a day, 7 days a week. As of the date of this Declaration, the website has received 143,609 visits.

## TOLL-FREE TELEPHONE

19. Beginning on November 24, 2014, GCG updated and continues to maintain a toll-free telephone line, 1-888-331-9196, where callers can obtain information and have questions answered about the class action. The telephone number was prominently displayed in the Notice Packet and the Summary Notice as well as on the website. As of the date of this Declaration, there have been 764 calls to the toll-free number. GCG has and will continue to expeditiously handle Class Member inquiries.

## EXCLUSIONS AND OBJECTIONS

20. Pursuant to the terms outlined in the Notice Packet, Class Members who wish to be excluded from the Class are required to submit a request for exclusion, postmarked by mail by January 26, 2015. As of the date of this Declaration, GCG has received 228 timely Leggett & Platt Settlement exclusions, 234 timely Carpenter Settlement exclusions, and 224 timely Certification Class exclusions.

21. Pursuant to the terms outlined in the Notice Packet, Class Members who wish to object to the Settlements are required to do so in writing so that the request is filed with the Court and mailed to Class Counsel and Counsel for Defendants, postmarked no later than January 26, 2015. As of the date of this Declaration, GCG has received two objections from potential Class Members. Hall Furniture's objection relates to the Leggett & Platt Settlement. Hall Furniture has filed a Claim Form in the Carpenter Settlement and Leggett & Platt Settlement. Michael Narkin's objection relates to both the Carpenter Settlement and Leggett & Platt Settlement. Mr. Narkin does not appear in the Class data received from Econ One

Research and no Claim Form has been received for Mr. Narkin in the Carpenter Settlement or Leggett & Platt Settlement.

## CLAIMS

22. Class Members who wish to take part in the Settlements are required to send a Claim Form so that it is postmarked by January 26, 2015. As of the date of this Declaration, GCG has received 5,160 Claim Forms. Including valid carry-over claims from the Vitafoam Settlement, GCG has received 9,555 claims.

## CONCLUSION

23. This method of focused notice dissemination was a reasonable and targeted approach to effectuating Due Process Notice in this case. By obtaining the customer data from Defendants and known Co-Conspirators for a comprehensive direct mail notice program, GCG directly noticed those Class Members, and then supplemented with additional media. This Notice Program reached an estimated 75% percent of the targeted audience. Under the circumstances, this Notice Program was reasonably calculated to ensure the highest standard of individual notice to Class Members. In my opinion, this Notice Program more than adequately satisfied due process and the rules governing class actions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of February, 2015 at Arlington, VA.

LAEL D. DOWD