UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | )<br>)<br>)<br>)  MDL Docket No. 2196<br>)  Index No. 10-MD-2196 (JZ) |
| This document relates to:<br><br>ALL INDIRECT PURCHASER CLASS ACTIONS | )<br>)<br>)<br>) |

### INDIRECT PURCHASER PLAINTIFFS CLASS' REPLY IN SUPPORT OF ITS *DAUBERT* MOTION TO EXCLUDE THE LIMITED SUPPLEMENTAL EXPERT REPORT OF PETER R. GREENHALGH AND ANY TESTIMONY REGARDING ITS SUBJECT MATTER

In further support of the Indirect Purchaser Plaintiffs Class' (IPPs') *Daubert* Motion To Exclude The Report And Testimony Of Earl J. Silbert And To Exclude The Limited Supplemental Expert Report Of Peter R. Greenhalgh And Any Testimony Regarding Its Subject Matter (Doc. 1686), the IPPs hereby adopt the arguments made in the Sealy Plaintiffs' Reply In Support Of Their Motion To Exclude Report And Testimony Of Mr. Greenhalgh (Doc. 1755), which was filed in response to FXI'S Opposition To Sealy, Spring Air And Indirect Purchaser Plaintiffs' Motions To Exclude Report And Testimony Of Mr. Greenhalgh. (Doc. 1722).

Dated: June 29, 2015             Respectfully submitted,

　　　　　　　　　　　　　　　　 /s/  *Marvin A. Miller*
　　　　　　　　　　　　　　　　  Marvin A. Miller
　　　　　　　　　　　　　　　　  Matthew E. Van Tine
　　　　　　　　　　　　　　　　 **MILLER LAW LLC**
　　　　　　　　　　　　　　　　  115 S. LaSalle Street, Suite 2910
　　　　　　　　　　　　　　　　  Chicago, IL 60603
　　　　　　　　　　　　　　　　  Tele: (312) 332-3400
　　　　　　　　　　　　　　　　　　   Email: MMiller@MillerLawLLC.com
　　　　　　　　　　　　　　　　　　　　　   MVanTine@MillerLawLLC.com

　　　　　　　　　　　　　　　　 *Indirect Purchasers Plaintiffs Class Counsel*

Richard M. Kerger (0015864)
**KERGER & HARTMAN, LLC**
33 S. Michigan Street, Suite 100
Toledo, OH 43604
Telephone: (419) 255-5990
Fax: (419) 255-5997
Email: Rkerger@kergerlaw.com

*Executive Committee for Indirect Purchasers*

Jay B. Shapiro
Samuel O. Patmore
Matthew Dates
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200
Email: JShapiro@stearnsweaver.com
SPalmore@stearnsweaver.com
MDates@stearnsweaver.com

Eric D. Barton
**WAGSTAFF CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Email: EBarton@wagstaffcartmell.com

Shpetim Ademi
Guri Ademi
David Syrios
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
(414) 482-8000
Email: SAdemi@ademilaw.com
GAdemi@ademilaw.com
DSyrios@ademilaw.com

Martin D. Holmes
**DICKINSON WRIGHT PLLC**
424 Church Street
Suite 1401
Nashville, TN 37219
(615) 244-6538
Email: MDHolmes@dickinsonwright.com

2

Avidan J. Stern
**LYNCH & STERN LLP**
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 346-1600
Email: Avi@lynchandstern.com

David Schiller
**SCHILLER & SCHILLER, PLLC**
Professional Park at Pleasant Valley
5540 Munford Road • Suite 101
Raleigh, North Carolina 27612
Telephone: (919) 789-4677
Email: DSchiller@yahoo.com

Susan Bernstein
Attorney at Law
200 Highland Avenue, Suite 306
Needham, MA 02494
Telephone: (781) 290-5858
Email: Susan@sabernlaw.com

*Counsel for Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 29, 2015, I caused a true and correct copy of the foregoing document to be served on counsel via ECF.

/s/ *Marvin A. Miller*
Marvin A. Miller