
Exhibit A



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/15/2017 | 00000 |
| **PERIOD START** | **THROUGH DATE** |
| 10/1/2016 | 1/31/2017 |

Stephen R. Neuwirth, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

| Project Name: | PolyFoam (Mohawk, Future Foam, FFP, Woodbridge, FXI, Hickory Springs) | | | |
|---|---|---|---|---|
| **Description** | | | | **Amount** |
| **Fees** | | | | |
| **Notice Dissemination** | | | | |
| Enter name and address records into database (hard copy) | | | | $2.25 |
| **Imaging, Document Management & Storage** | | | | |
| Sort Mail | | | | $10.35 |
| Prep Mail | | | | $60.50 |
| Scan Mail (per img.) | | | | $6.84 |
| Process undeliverables | | | | $1.00 |
| Document Storage - Paper (per box/per month) | | | | $88.50 |
| **Claim Validation** | | | | |
| Additional processing for non-conforming claims | | | | $45.00 |
| **Contact Services** | | | | |
| IVR (per minute) | | | | $151.68 |
| CSR/Live Operator including transcriptions of recorded messages | | | | $552.90 |
| Management of call center | | | | $64.00 |
| Handling of class member communications | | | | $2,724.00 |
| **Distribution Services** | | | | |
| Check reissues | | | | $23.40 |
| Handling undeliverable checks | | | | $2.25 |
| **Project Management** | | | | $6,066.00 |
| **Systems Support** | | | | $160.00 |
| **Quality Assurance** | | | | $160.00 |
| **Total Fees** | | | | $10,118.67 |
| **Total Project Expenses (See Exhibit A)** | | | | $2,033.54 |
| **Sub Total** | | | | $12,152.21 |
| Less Credit for Previously Billed Media Charges | | | | ($9,399.99) |
| **Sub Total** | | | | $2,752.22 |



# INVOICE

| Project Name: | PolyFoam (Mohawk, Future Foam, FFP, Woodbridge, FXI, Hickory Springs) | | | |
|---|---|---|---|---|
| **Description** | | | | **Amount** |
| **Fees** | | | | |
| Outstanding Balance Prior Invoice | | | | $76,880.05 |
| Outstanding Balance Prior Invoice | | | | $27,195.44 |
| Outstanding Balance Prior Invoice | | | | $8,462.45 |
| Outstanding Balance Prior Invoice | | | | $9,873.98 |
| Outstanding Balance Prior Invoice | | | | $4,862.96 |
| **Grand Total** | | | | **$130,027.10** |

**Outstanding**

| | | |
|---|---|---|
| FXI Settlement | 21.78% | $28,319.90 |
| Hickory Springs Settlement | 7.08% | $9,205.92 |
| Mohawk Settlement | 35.57% | $46,250.64 |
| FFP Settlement | 5.81% | $7,554.57 |
| Future Foam Settlement | 11.61% | $15,096.15 |
| Woodbridge Settlement | 18.15% | $23,599.92 |



# EXHIBIT A

| Project Name: | PolyFoam (Mohawk, Future Foam, FFP, Woodbridge, FXI, Hickory Springs) |
|---|---|
| **Description** | **Amount** |
| **Project Expenses** | |
| For the period: Oct 01, 2016 through Jan 31, 2017 | |
| Tax Consulting | $1,365.00 |
| Postage | $5.58 |
| FedEx, Messenger & Shipping | $22.86 |
| P. O. Box Rental/Renewal | $640.00 |
| Copy Charges | $0.10 |
| **Total** | **$2,033.54** |

| **Please Remit To :** |
|---|

Garden City Group, LLC  
1985 Marcus Avenue, Suite 200      -Or-  
Lake Success, NY 11042

Garden City Group, LLC  
Operating A/C  
Signature Bank  
1225 Franklin Avenue  
Garden City, NY 11530



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/15/2017 | 00000 |
| PERIOD START | THROUGH DATE |
| 12/1/2016 | 1/31/2017 |

Stephen R. Neuwirth, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

| Project Name: Polyurethane Foam Antitrust (L&P and Carpenter Settlements/Class Certification) | |
|---|---|
| **Description** | **Amount** |
| **Fees** | |
| **Notice Dissemination** | |
| Enter name and address records into database (hard copy) | $0.45 |
| **Imaging, Document Management & Storage** | |
| Sort Mail | $0.45 |
| Prep Mail | $5.50 |
| Scan Mail (per img.) | $0.36 |
| Document Storage - Paper (per box/per month) | $28.50 |
| **Contact Services** | |
| Handling of class member communications | $639.30 |
| **Distribution Services** | |
| Check reissues | $5.85 |
| **Project Management** | $547.00 |
| **Quality Assurance** | $60.00 |
| **Total Fees** | **$1,287.41** |
| **Total Project Expenses (See Exhibit A)** | **$301.60** |
| **Sub Total** | **$1,589.01** |
| Outstanding Balance Prior Invoice | $16,227.24 |
| Outstanding Balance Prior Invoice | $14,251.64 |
| Outstanding Balance Prior Invoice | $4,905.98 |
| Outstanding Balance Prior Invoice | $4,068.91 |
| Outstanding Balance Prior Invoice | $2,828.13 |
| Outstanding Balance Prior Invoice | $1,856.70 |
| **Grand Total** | **$45,727.61** |
| Carpenter Settlement – 73.07% | $33,413.16 |
| Leggett Settlement – 26.93% | $12,314.45 |



# EXHIBIT A

| Project Name: | Polyurethane Foam Antitrust (L&P and Carpenter Settlements/Class Certification) |
|---|---|
| **Description** | **Amount** |
| **Project Expenses** | |
| For the period: Dec 01, 2016 through Jan 31, 2017 | |
| Tax Consulting | $280.00 |
| Postage | $19.34 |
| Stationery & Supplies | $2.26 |
| **Total** | **$301.60** |

**Please Remit To :**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530