FILED

Clerk of the Court

2017 MAY 19 PM 1: 15

U.S. District Court

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Northern District of Ohio

Southern Division

United States Courthouse

1716 Spielbusch Avenue

Toledo, Ohio 43604

Polyurethane Foam Antitrust Litigation,    Case No. 10-MD-2196 JZ

Indirect Purchaser Class    Judge Jack Zouhary

v. Defendant's Liaison Counsel

## Notice of Appeal

Objector Christopher Andrews hereby appeals Doc number 2166 entered May, 04, 2017 which is the Court's Order, "Denial of Motion to Stay Sanctions Judgment" pending appeal.

*[signature]*

Christopher Andrews

Pro se objector,

PO Box 530394 Livonia, MI 48153 T-248-635-3810 Email: caaloa@gmail.com

Executed May 15, 2107

## Proof of Service

I hereby certify that on May 15, 2017 I sent by USPS Priority Mail this document to the Clerk of the United States Court at the address listed above and sent a copy to Mr. Miller via prepaid first class mail.

*Christopher Andrews*

Christopher Andrews
PO Box 530394
Livonia, MI 48153-0394
Telephone 248-635-3810
Email: caaloa@gmail.com
Pro se Appellant