# GROUP EXHIBIT B



July 3, 2017

**6022206901    Polyurethane Antitrust Litigation-Ffi**

Escrow services for January 1 through March 31

Amount due..................................................................................................$250.00

Thank you,

Marc Pershan
Bank Leumi USA
1 North Lasalle Street
Suite 200
Chicago, IL 60602

One North LaSalle Street
Chicago, IL 60602

Bank Leumi USA* is an FDIC insured, New York State chartered bank. Leumi and Bank Leumi are marketing brands operated by Bank Leumi USA.
Bank Leumi USA is a wholly-owned subsidiary of Bank Leumi le-Israel, B.M. and part of the Leumi Group.



July 3, 2017

**6022153401    Polyurethane Antitrust Litigation Woodbridge**

<u>Escrow services for January 1 through March 31</u>

Amount due............................................................................................................$250.00

Thank you,

Marc Pershan
Bank Leumi USA
1 North LaSalle Street
Suite 200
Chicago, IL 60602

One North LaSalle Street
Chicago, IL 60602

Bank Leumi USA* is an FDIC insured, New York State chartered bank. Leumi and Bank Leumi are marketing brands operated by Bank Leumi USA. Bank Leumi USA is a wholly-owned subsidiary of Bank Leumi le-Israel, B.M. and part of the Leumi Group.



July 3, 2017

**6022176301    Polyurethane Antitrust Litigation-Hickory Springs**

<u>Escrow services for January 1 through March 31</u>

Amount due..............................................................................................................$250.00

Thank you,

Marc Pershan
Bank Leumi USA
1 North Lasalle Street
Suite 200
Chicago, IL 60602

One North LaSalle Street
Chicago, IL  60602

Bank Leumi USA* is an FDIC insured, New York State chartered bank. Leumi and Bank Leumi are marketing brands operated by Bank Leumi USA.
Bank Leumi USA is a wholly-owned subsidiary of Bank Leumi le-Israel, B.M. and part of the Leumi Group.



July 3, 2017

**6022205001    Polyurethane Antitrust Litigation-Fxi**

<u>Escrow services for January 1 through March 31</u>

Amount due...................................................................................................$250.00

Thank you,

Marc Pershan
Bank Leumi USA
1 North Lasalle Street
Suite 200
Chicago, IL 60602

One North LaSalle Street
Chicago, IL  60602

Bank Leumi USA* is an FDIC insured, New York State chartered bank. Leumi and Bank Leumi are marketing brands operated by Bank Leumi USA.
Bank Leumi USA is a wholly-owned subsidiary of Bank Leumi le-Israel, B.M. and part of the Leumi Group.



July 3, 2017

**6022183601    Polyurethane Antitrust Litigation-Vitafoam**

<u>Escrow services for January 1 through March 31</u>

Amount due..............................................................................................................$250.00

Thank you,

Marc Pershan
Bank Leumi USA
1 North Lasalle Street
Suite 200
Chicago, IL 60602

One North LaSalle Street
Chicago, IL 60602

Bank Leumi USA® is an FDIC insured, New York State chartered bank. Leumi and Bank Leumi are marketing brands operated by Bank Leumi USA.
Bank Leumi USA is a wholly-owned subsidiary of Bank Leumi le-Israel, B.M. and part of the Leumi Group.



July 3, 2017

**6022160701    Polyurethane Antitrust Litigation-Leggett**

Escrow services for January 1 through March 31

Amount due..................................................................................................$250.00

Thank you,

Marc Pershan
Bank Leumi USA
1 North Lasalle Street
Suite 200
Chicago, IL 60602

One North LaSalle Street
Chicago, IL 60602

Bank Leumi USA* is an FDIC insured, New York State chartered bank. Leumi and Bank Leumi are marketing brands operated by Bank Leumi USA. Bank Leumi USA is a wholly-owned subsidiary of Bank Leumi le-Israel, B.M. and part of the Leumi Group.



July 3, 2017

6022148801     Polyurethane Antitrust Litigation-Mohawk

Escrow services for January 1 through March 31

Amount due..................................................................................................$250.00

Thank you,

Marc Pershan
Bank Leumi USA
1 North Lasalle Street
Suite 200
Chicago, IL 60602

One North LaSalle Street
Chicago, IL 60602

Bank Leumi USA* is an FDIC insured, New York State chartered bank. Leumi and Bank Leumi are marketing brands operated by Bank Leumi USA.
Bank Leumi USA is a wholly-owned subsidiary of Bank Leumi le-Israel, B.M. and part of the Leumi Group.



July 3, 2017

**6022202601    Polyurethane Antitrust Litigation-FFP**

<u>Escrow services for January 1 through March 31</u>

Amount due..................................................................................................$250.00

Thank you,

Marc Pershan
Bank Leumi USA
1 North Lasalle Street
Suite 200
Chicago, IL 60602

One North LaSalle Street
Chicago, IL  60602

Bank Leumi USA* is an FDIC insured, New York State chartered bank. Leumi and Bank Leumi are marketing brands operated by Bank Leumi USA.
Bank Leumi USA is a wholly-owned subsidiary of Bank Leumi le-Israel, B.M. and part of the Leumi Group.