**A.B. DATA, LTD.**
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | |
|---|---|
| Miller Law, LLC | INVOICE 166184 |
| Marvin Miller | PAGE 1 of 1 |
| 115 S. LaSalle Street, Suite 2910 | DATE 7/29/2015 |
| Chicago, IL 60603 | CLIENT 550112 |

# INVOICE

**JOB  51240**           **POLY FOAM**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Media Notice | 1 | 1,573,000.000 | $1,573,000.00 |

| | |
|---|---|
| **TOTAL** | **$1,573,000.00** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT