# Exhibit A



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 10/9/2017 | 22872 |
| PERIOD START | THROUGH DATE |
| 8/1/2017 | 8/31/2017 |

Stephen R. Neuwirth, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

| Project Name: | PolyFoam (Mohawk, Future Foam, FFP, Woodbridge, FXI, Hickory Springs) | | | |
|---|---|---|---|---|
| **Description** | | Quantity | Rate | Amount |
| **Fees** | | | | |
| **Imaging, Document Management & Storage** | | | | |
| Sort Mail | | 1 | $0.45 | $0.45 |
| Prep Mail | | 0.2 Hrs. | | $11.00 |
| Document Storage - Paper (per box/per month) | | 19 | $1.50 | $28.50 |
| **Contact Services** | | | | |
| IVR (per minute) | | 85 | $0.32 | $27.20 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | | 84 | $0.95 | $79.80 |
| Handling of class member communications | | 2.5 Hrs. | | $423.00 |
| **Project Management** | | 3.3 Hrs. | | $472.50 |
| **Total Fees** | | | | **$1,042.45** |
| Outstanding Balance Prior Invoice # 22653 | | | | $2,617.34 |
| Outstanding Balance Prior Invoice #21862 | | | | $14,346.22 |
| Outstanding Balance Prior Invoice #21991 | | | | $16,093.22 |
| Outstanding Balance Prior Invoice #22193 | | | | $5,657.29 |
| Outstanding Balance Prior Invoice #22410 | | | | $3,176.61 |
| **Grand Total** | | | | **$42,933.13** |

| | | |
|---|---|---|
| FXI Settlement | 21.78% | $9,350.84 |
| Hickory Springs Settlement | 7.08% | $3,039.67 |
| Mohawk Settlement | 35.57% | $15,271.31 |
| FFP Settlement | 5.81% | $2,494.11 |
| Future Foam Settlement | 11.61% | $4,984.54 |
| Woodbridge Settlement | 18.15% | $7,792.36 |



| **Please Remit To :** |
|---|

Garden City Group, LLC  
1985 Marcus Avenue, Suite 200                    -Or-                    Garden City Group, LLC  
Lake Success, NY 11042                                                            Operating A/C  
                                                                                                        Signature Bank  
                                                                                                        1225 Franklin Avenue  
                                                                                                        Garden City, NY 11530  

ABA #  - 026013576  
A /C # - 1501168781  
Tax ID # - 58-0506554  
Swift Code - SIGNUS33