# Exhibit C



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/4/2017 | 21892 |
| PERIOD START | THROUGH DATE |
| 2/1/2017 | 2/28/2017 |

Stephen R. Neuwirth, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

| Project Name: | Polyurethane Foam Antitrust (L&P and Carpenter Settlements/Class Certification) | | |
|---|---|---|---|
| **Description** | Quantity | Rate | Amount |
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 3 | $0.45 | $1.35 |
| Prep Mail | 0.1 Hrs. | | $5.50 |
| Process undeliverables | 1 | $0.25 | $0.25 |
| Document Storage - Paper (per box/per month) | 19 | $1.50 | $28.50 |
| **Contact Services** | | | |
| Handling of class member communications | 0.8 Hrs. | | $144.00 |
| **Distribution Services** | | | |
| Prepare & file annual tax return | 2 | $1,000.00 | $2,000.00 |
| **Project Management** | 1.9 Hrs. | | $314.00 |
| **Total Fees** | | | **$2,493.60** |
| **Credit** | | | ($796.21) |
| **Grand Total** | | | **$1,697.39** |

Carpenter Settlement - 73.07%     $1,240.28
Leggett Settlement - 26.93%       $457.11



### Please Remit To :

Garden City Group, LLC  
1985 Marcus Avenue, Suite 200　　　　-Or-  
Lake Success, NY 11042

Garden City Group, LLC  
Operating A/C  
Signature Bank  
1225 Franklin Avenue  
Garden City, NY 11530

ABA #  - 026013576  
A /C # - 1501168781  
Tax ID # - 58-0506554  
Swift Code - SIGNUS33