# Exhibit D



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 1/17/2017 | 21456 |
| PERIOD START | THROUGH DATE |
| 10/1/2016 | 11/30/2016 |

Stephen R. Neuwirth, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

| Project Name: | Polyurethane Foam Antitrust Litigation | | | |
|---|---|---|---|---|
| **Description** | | Quantity | Rate | Amount |
| **Fees** | | | | |
| **Imaging, Document Management & Storage** | | | | |
| Sort Mail | | 1 | $0.45 | $0.45 |
| Prep Mail | | 0.9 Hrs. | | $40.50 |
| Document Storage - Paper (per box/per month) | | 48 | $1.50 | $72.00 |
| **Contact Services** | | | | |
| Handling of class member communications | | 1.2 Hrs. | | $170.70 |
| **Distribution Services** | | | | |
| Check reissues | | 1 | $1.95 | $1.95 |
| Handling undeliverable checks | | 1 | $5.00 | $5.00 |
| **Project Management** | | 1.3 Hrs. | | $152.00 |
| **Quality Assurance** | | 0.3 Hrs. | | $30.00 |
| **Total Fees** | | | | **$472.60** |
| **Total Project Expenses (See Exhibit A)** | | | | **$0.47** |
| **Sub Total** | | | | **$473.07** |
| Outstanding Balance Prior Invoice #18415 | | | | $616.73 |
| Outstanding Balance Prior Invoice #18644 | | | | $806.91 |
| Outstanding Balance Prior Invoice #18818 | | | | $745.23 |
| Outstanding Balance Prior Invoice #19068 | | | | $1,551.28 |
| Outstanding Balance Prior Invoice #19244 | | | | $1,044.95 |
| Outstanding Balance Prior Invoice #19330 | | | | $897.52 |
| Outstanding Balance Prior Invoice #19596 | | | | $979.39 |
| Outstanding Balance Prior Invoice #19659 | | | | $738.19 |
| Outstanding Balance Prior Invoice #20325 | | | | $8,915.11 |
| Outstanding Balance Prior Invoice #20505 | | | | $9,427.05 |
| Outstanding Balance Prior Invoice #20747 | | | | $4,771.37 |
| Outstanding Balance Prior Invoice #20852 | | | | $5,462.41 |
| Outstanding Balance Prior Invoice #21162 | | | | $1,663.00 |
| **Grand Total** | | | | **$38,092.21** |



# EXHIBIT A

| Project Name: | Polyurethane Foam Antitrust Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Oct 01, 2016 through Nov 30, 2016 | | |
| Postage | | $0.47 |
| **Total** | | **$0.47** |

| Please Remit To : |
|---|

| Garden City Group, LLC<br>1985 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | -Or- | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA #  - 026013576<br>A /C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |